# Exhibit 251

Order No. 2040509 — KS
Escrow No.  6342
Loan No.

WHEN RECORDED MAIL TO:

Hilmer Sjolin
Anita Sjolin
12 Lantern Lane
Irvine, Ca 92618

*Recording Requested by*
*First American Title Insurance Company*

Recorded in Official Records, County of Orange
Gary L. Granville, Clerk-Recorder

**20.00**

20000432917 02:30pm 08/18/00
108 28 G02 8
135.85 135.85 0.00 0.00 14.00 0.00 0.00 0.00

DOCUMENTARY TRANSFER TAX $  271-70

X..Computed on the consideration or value of property conveyed; OR

.....Computed on the consideration or value less liens or encumbrances

remaining at time of sale.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

*the Undersigned Grantor*

Signature of Declarant or Agent determining tax - Firm Name

COBBLESTONE

# GRANT DEED PHASE 11

### To Purchasers

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**WL HOMES, LLC, a Delaware limited liability company dba John Laing Homes (California) ("Grantor")**

hereby GRANTS to  HILMER SJOLIN AND ANITA SJOLIN, TRUSTEES OF THE HILMER SJOLIN AND
ANITA SJOLIN INTER VIVOS TRUST AGREEMENT DATED FEBRUARY 14, 1990

the real property in the City of Irvine, County of Orange, State of California, described as

See Legal Description attached hereto and incorporated herein as Exhibit "A" ("Property").
See Acceptance of Grantee and Power of Attorney attached hereto and incorporated herein.

Dated    April 4, 2000

STATE OF CALIFORNIA
COUNTY OF _____

On _____, _____ before me,

personally appeared _____

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose names(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their
signatures(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

**MAIL TAX STATEMENTS AS DIRECTED TO:**

SEE SIGNATURE BLOCK ATTACHED HERETO

Hilmer Sjolin
Anita Sjolin
12 Lantern Lane
Irvine, CA 92618

(This area for official notarial seal)

1002 (1/94)
332104.01

Document Number: 20000432917 Page: 1 of 8

# Exhibit 252

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
SUBDIVISION DEPARTMENT

Order No. 1073670-4

Escrow No. 670325

Loan No.

WHEN RECORDED MAIL TO:

Mr. and Mrs. Shaw
52 Seasons
Irvine, CA 92603

PHASE 1

Recorded in Official Records, County of Orange

Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||    22.00

2003001088908 03:59pm 09/05/03

109 32 G02 9

223.03 223.02 0.00 0.00 16.00 0.00 0.00 0.00

DOCUMENTARY TRANSFER TAX $ 446.05
X Computed on the consideration or value of property conveyed; OR
.... Computed on the consideration or value less liens or encumbrances
remaining at time of sale.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

The Undersigned

Signature of Declarant or Agent determining tax - Firm Name

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**WL HOMES LLC, a Delaware limited liability company**

hereby GRANT(S) to  Richard E. Shaw and Kimberly A. Shaw, husband and wife as joint tenants

the real property in the City of Irvine, the County of Orange, State of California, described as

See Exhibit "A" attached hereto

WL HOMES LLC, a Delaware limited liability company

Dated July 30, 2003

STATE OF CALIFORNIA                                    }
COUNTY OF ORANGE                                        } ss
                                                                        }
On 8-8-03 before me,
NANCY S. SCHWARTZ , personally appeared
MARIANNE Browne  personally known to me (or
proved to me on the basis of satisfactory evidence) to be the person
whose name is subscribed to the within instrument and acknowledged
to me that s/he executed the same in his/her authorized capacity, and
that by his/her signature on the instrument the person(s) or the entity
upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature

BY: _____

Marianne Browne
V.P. Sales/Marketing

ITS: _____

NANCY J. SCHWARTZ
Commission # 1275733
Notary Public - California
Orange County
My Comm. Expires Sep 29, 2004

(This area for official notarial seal)

**MAIL TAX STATEMENTS TO:**
same as above

# Exhibit 253

FIDELITY NATIONAL TITLE COMPANY
SUBDIVISION DEPARTMENT

When recorded mail to:

WL HOMES, LLC
895 Dove Street, Suite 200
Newport Beach, CA 92660
Attn:   Robin Koenemann
Re:     Nautilus
        9833654-KC

Recorded in Official Records, Orange County

Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||    6.00

2005000046813 09:03am 01/20/05
113 91 N12 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

## NOTICE OF COMPLETION

NOTICE IS HEREBY GIVEN THAT:

1.   The undersigned is owner or agent of the owner of the interest or estate stated below in the property hereinafter described.

2.   The full name and address of the owner is:   **WL Homes, LLC, dba John Laing Homes at 895 Dove Street, Suite 200, Newport Beach, California 92660.**

3.   The nature of the interest or estate of the undersigned is:   **In Fee.**

4.   The full names and full addresses of all persons, if any, who hold such interest or estate with the undersigned, as joint tenants or as tenants in common, are:   **N/A**

5.   The full names and addresses of the predecessors in interest of the undersigned if the property was transferred subsequent to the commencement of the work of improvement herein referred to:   **N/A**

6.   A work of improvement on the property hereinafter described was **completed** January 10, 2005

7.   The work of improvement completed is described as follows:  **Construction Complete.**

8.   The name of the original contractor, if any, for such work of improvement is **WL Homes, LLC dba John Laing Homes.**

9.   The street address of said property is: **18 Tideline Bluff, Newport Beach**

10.  The property on which said work of improvement was completed is in the County of Orange, State of California, and is described as follows:  **Nautilus, Lot 9 of Tract 16424 in the City of Newport Beach, County of Orange, California as per map recorded in Book 840, Pages 43-46, Inclusive of Miscellaneous Maps in the office of the County Recorder of said County.**

WL HOMES, LLC dba John Laing Homes

By: _____          Date: January 10, 2005
    Robin Koenemann, Vice President

Verification for non-individual owner:  I, the undersigned, declare under penalty of perjury under the laws of the State of California that I am the Vice President of Operations of the aforesaid interest or estate in the property described in the above notice; that I have read the said notice, that I know and understand the contents thereof, and that the facts stated therein are true and correct.

Executed this 10th day of January 2005, Newport Beach, California

WL HOMES LLC dba John Laing Homes

By: _____
    Robin Koenemann , Vice President

# Exhibit 254



Home | Online Services | License Details

# ☐Contractor's License Detail for License # 683543

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

☐ CSLB complaint disclosure is restricted by law ( B&P 7124.6 ) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click  here  for a definition of disclosable actions.

☐ Only construction related civil judgments reported to CSLB are disclosed ( B&P 7071.17 ).

☐ Arbitrations are not listed unless the contractor fails to comply with the terms.

☐ Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 10/1/2025 6:32:21 PM

## Business Information

TOLL BROS INC
dba TOLL BROS INC SOUTHERN CA DIVISION

1140 VIRGINIA DRIVE ATTN: TAGGERT/LEGAL
FORT WASHINGTON, PA 19034
Business Phone Number:(215) 938-8311

**Entity**  Corporation
**Issue Date** 12/31/1993
**Expire Date** 12/31/2025

## License Status

**This license is current and active.**

**All information below should be reviewed.**

## Classifications

B - GENERAL BUILDING

## Bonding Information

Contractor's Bond

This license filed a Contractor's Bond with  WESTCHESTER FIRE INSURANCE COMPANY .
**Bond Number:**  K08508355
**Bond Amount:**  $25,000
**E!ective Date:**  01/01/2023
Contractor's Bond History

Bond of Qualifying Individual

This license filed Bond of Qualifying Individual number **30153231**    for PETER GARRET HEMPHILL in the amount of **$25,000** with  WESTERN SURETY COMPANY .
**E!ective Date:**  01/01/2023
BQI's Bond History

## Workers' Compensation

This license has workers compensation insurance with the OLD REPUBLIC INSURANCE COMPANY

**Policy Number:**   MWC30267711
**E!ective Date:**   09/01/2025
**Expire Date:**   09/01/2026

Workers' Compensation History

Other

☐  Personnel listed on this license (current or disassociated) are listed on other licenses.

Back to Top     Conditions of Use     Privacy Policy     Accessibility

Accessibility Certification

Copyright © 2025 State of California

# Exhibit 255



## Building & Safety
The City of Irvine

### ▲ Permits and Inspections: Permit

🔒 Logon

| | Applied | Approved | Issued | Fi |
|---|---|---|---|---|
| **00960458-RBP** | 07/09/2025 | 07/17/2025 | 07/17/2025 | |

Type **New Residential Construction Permit**

Status **issued**

Street Address **453 PROMONTORY IRVINE, CA 92602**

Description

**(eplan) 7.18.25 – optional conservatory & suite deck added under permit 00961070 RBPR. mm. Pinnacle Phase 1 Orchard Hills. Tract 19182. Lot 17. 1 Production SFD. Plan 1D.**

Applicant **KB PROCESSING** Cust# **73031**

Owner **TOLL BROTHERS INC**

Parcel Info  Map: **19182** Lot: **17**

Viewing [ Permit ▼ ]  <-- Select the information you would like to view.

## Details

| | |
|---|---|
| # buildings | **1** |
| Precise Grading Permit Number | **00950148** |
| Code Year | **2022 CBC** |
| # units | **1** |
| square footage new imprv | **5125** |
| square footage energy imprv | **5125** |

# Exhibit 256



Katie Berg-Curtis
Senior Planner at Alkemi Planning

Message

cTrader by Spotware

Henry, keep up with the latest insights
from cTrader by Spotware

Receive daily or weekly company updates

Alkemi Planning

University of California,
Irvine

## Activity
195 followers

Katie Berg-Curtis commented on a post • 1mo

Congrats Carrie!

Show all comments →

## Experience

**Senior Planner**
Alkemi Planning
Jul 2019 - Present · 6 yrs 4 mos

**Contract Administrator**
Kapstone
Feb 2016 - Present · 9 yrs 9 mos
Irvine, CA

Kapstone
We offer a range of full-time contract staffing resources and manage hundreds of
development cases for our clients on a daily basis. But we don't just fill gaps, we go th...

**City of Irvine**
17 yrs 1 mo
Irvine, California

- Project Development Administrator
  Jul 2007 - Feb 2016 · 8 yrs 8 mos

- Supervising Transportation Analyst
  Jun 2004 - Jul 2007 · 3 yrs 2 mos

- Senior Transportation Analyst
  May 2001 - Jun 2004 · 3 yrs 2 mos

Show all 4 experiences →

**Associate Transportation Analyst**
Orange County Transportation Authority
Jun 1997 - Feb 1999 · 1 yr 9 mos
Orange, California

## Education

**UC Irvine**
Master's Degree, City/Urban, Community and Regional Planning
1994 - 1996

**California State University, Fresno**
Bachelor's Degree, Geography
1990 - 1994

## Skills

**Transportation Planning**
Endorsed by 4 colleagues at City of Irvine
5 endorsements

**Community Outreach**
Endorsed by 4 colleagues at City of Irvine
5 endorsements

Show all 16 skills →

## Interests

Companies    Schools

**BBC News**
8,031,661 followers

**UC Irvine**
338,663 followers

Show all companies →

### More profiles for you

**Carrie Davis** · 3rd+
Senior Project Manager at
Psomas...

**Maria Bates** · 3rd+
Permit Specialist

**Emma Medina-Sisk** · 3rd+
Program Specialist at City of
Irvine...

**Lori Schnaider** · 3rd+
Human Resources
Leadership...

**Cheryl Williams** ⊘ · 3rd+
Management Analyst at City
of Irvine...

Show all

### Explore Premium profiles

**Jazman Gonzalez** · 3rd+
commercial and residential
painter at J & G Fine Line ...

**Steffin Flickinger** · 3rd+

**Matthew Gresso** · 3rd+

**Rosalio Soberanis** · 3rd+
Administrador de cuenta en
ADP...

### People you may know
From Katie's school

**Aleese Hernandez**

**Joseph Lee**
Director of Champion Golf
Club...

**Goldluck Inc.** · 1工業 程

**Alas Bravo**
Roofing Contractor at Alas &
Bravo Roofing Company ...

**Deana Sabala** ⊘
President at InsureMEP

Show all

Promoted

**Look like a social pro**
GoDaddy Airo® crafts social posts,
ads and calendars in minutes with AI.

**Join 800+ NY FSI Leaders**
OSFF NY 2025. Save 25% with code
25LXOSFFNYC25A. Ends Oct 7

**Get Hotel Credits**
on select prepaid bookings through
Amex Travel™. Terms apply.



Shreya Rao·

Messaging

# Exhibit 257



FINDLAW  /  CASE LAW  /  CALIFORNIA  /  UNITED STATES DISTRICT COURT C D CALIFORNIA SOUTHERN DIVISION  /  WEST V. SHEA

# WEST v. SHEA

## United States District Court, C.D. California, Southern Division.

Lamar WEST, Plaintiff, v. Christina SHEA, Defendant.

## Case No.: SACV 20-01293-CJC (DFMx)

## Decided: November 12, 2020

## Pedram Esfandiary, Monique Amanda Alarcon, Timothy A. Loranger, Baum Hedlund Aristei Goldman PC, Los Angeles, CA, for Plaintiff. Jeffrey T. Melching, William M. Marticorena, Ajit Singh Thind, Rutan and Tucker LLP, Costa Mesa, CA, for Defendant.

ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [Dkt. 32]

I.   INTRODUCTION & BACKGROUND

This case concerns Plaintiff Lamar West's access to a Facebook proRle of Defendant Christina Shea, the mayor of Irvine. (Dkt. 31 [FAC, hereinafter "FAC"] ¶¶ 1, 12, 13.) Plaintiff is a software engineer who lives in Irvine. (Id. ¶ 12.) Defendant has three Facebook platforms: (1) a proRle in her capacity as mayor (the "Mayor ProRle"), (2) a page[1] titled "Christina Shea, Irvine City Mayor" (the "Page"), and (3) the proRle that is the subject of this case, which has some indications of being personal and some indications of being o`cial (the "ProRle"). (Id. ¶ 22.) Before and for a short time after Plaintiff Rled this case, Defendant's ProRle was accessible by the public, such that even those who were not Defendant's "friends" on Facebook could see the content and comment on it. (Id. ¶ 3.) Plaintiff alleges

that during this time, Defendant used her Profile for official business, including to disseminate information regarding her mayoral activities, to share her official position on social and political issues, and to communicate with constituents. (Id. ¶¶ 3, 22–27.) The Profile had by far the largest audience of Defendant's platforms, with 1,750 followers and 5,000 friends, in contrast to the Page's 431 followers and the Mayor Profile's 21 friends. (Id. ¶ 23.)

On June 3, 2020, soon after the death of George Floyd and the ensuing national protests, Mayor Shea posted this status on her Profile:

(Id. ¶ 32.) Plaintiff was one of more than 100 people who commented on the post. He wrote:

(Id. ¶¶ 33–34.) Though Defendant did not respond to Plaintiff's comment, she did respond to some of the negative comments on the post:

(Id. ¶ 35.)

After Plaintiff "challenged the mayor's official position on the recent nationwide protests against police oppression of communities of color," Defendant "blocked" Plaintiff from her Profile, thereby preventing him "from viewing, commenting, posting, or otherwise contributing to the profile, and . exclud[ing him] from participation in the online dialogue or debate." (Id. ¶¶ 1, 20, 36.) Plaintiff alleges that Defendant also blocked at least 4 other people after they posted critical comments on Defendant's Profile. (Id. ¶ 37.) Plaintiff and others contacted Defendant and "demand[ed] that she immediately unblock her critics and restore posts that she deleted as a result of viewpoint discrimination." (Id. ¶ 38.) Defendant did not do so. Instead, she deleted the June 3, 2020 post and others, and added a statement in the "info" box of her Profile stating, "this is not a government page." (Id.)

On July 20, 2020, Plaintiff filed this case, alleging that Defendant's Profile is a public forum, and that Defendant committed censorship and viewpoint discrimination in violation of the First Amendment to the United States Constitution, and also in violation of California's Constitution. (See Dkt. 1 [Complaint] ¶¶ 3, 20.) On July 26, 2020—four days after Plaintiff filed a Motion for a Preliminary Injunction—Defendant "restricted her [Profile] entirely, such that her posts are now only accessible to her Facebook 'friends.'" (FAC ¶ 42.) Plaintiff now seeks relief only for the alleged constitutional violations that occurred while Defendant's Profile was open to the public. (Id. ¶ 43.) Before the Court is Defendant's motion to dismiss Plaintiff's FAC. For the following reasons, Defendant's motion is DENIED.[2]

II.  LEGAL STANDARD

A motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) tests the legal su`ciency of a plaintiff's claims. The issue on a motion to dismiss for failure to state a claim is not whether the plaintiff will ultimately prevail, but whether the plaintiff is entitled to offer evidence to support the claims asserted. Gilligan v. Jamco Dev. Corp., 108 F.3d 246, 249 (9th Cir. 1997). Rule 12(b)(6) is read in conjunction with Rule 8(a), which requires only "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). When evaluating a Rule 12(b)(6) motion, the district court must accept all material allegations in the complaint as true and construe them in the light most favorable to the non-moving party. Skilstaf, Inc. v. CVS Caremark Corp., 669 F.3d 1005, 1014 (9th Cir. 2012). To survive a motion to dismiss, a complaint must contain su`cient factual material to "state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

III.  DISCUSSION

Defendant argues that the Court should dismiss Plaintiff's claims under both the United States Constitution and the California Constitution.

A.  Plaintiff's First Amendment Claim

Defendant argues that Plaintiff's claim under 42 U.S.C. § 1983 for violation of the First Amendment should be dismissed because (1) the ProRle was not a public forum, (2) Defendant was not acting under color of state law when she blocked Plaintiff, (3) Defendant is entitled to qualiRed immunity for her actions, and (4) Defendant is entitled to immunity under the Communications Decency Act.

1. Public Forum

The First Amendment provides that "Congress shall make no law  . abridging the freedom of speech." U.S. Const. Amend. I. There is "practically universal agreement that a major purpose of [the First] Amendment was to protect the free discussion of governmental affairs" and "public issues" through the "exposition" of political opinions. McIntyre v. Ohio Elections Comm'n, 514 U.S. 334, 346, 115 S.Ct. 1511, 131 L.Ed.2d 426 (1995). The extent to which the government may limit speech depends on the nature of the relevant forum. Eagle Point Educ. Ass'n/SOBC/OEA v. Jackson Cty. Sch. Dist. No. 9, 880 F.3d 1097, 1105 (9th Cir. 2018). Generally, the more public the forum, the less power the government has to restrict speech.

Defendant Rrst argues that Plaintiff's FAC should be dismissed because her ProRle was not a public

forum. (Mot. at 7–11.) She points out that her posts on the Profile include photos of herself with her grandchildren and dogs, that she refers to herself as a realtor, and that there is no link to the Irvine website or social media. (Id. at 8–9.) At this stage, the Court is not persuaded. Plaintiff alleges sufficient facts to make it plausible that Defendant's Profile was a public forum. He alleges the Profile was, for a time, accessible by the public such that anyone could comment on Defendant's posts, and that Defendant used the Profile—which had 1,750 followers and 5,000 friends—for official business, including to disseminate information regarding her mayoral activities, share her official position on social and political issues, and communicate with constituents. (FAC ¶¶ 3, 22–27); see Knight First Amendment Inst. at Columbia Univ. v. Trump, 928 F.3d 226, 237 (2d Cir. 2019) (concluding that the President made his ostensibly personal Twitter account a public forum because it "was intentionally opened for public discussion when the President, upon assuming office, repeatedly used the Account as an official vehicle for governance and made its interactive features accessible to the public without limitation"). Plaintiff further alleges that Defendant's Page and Mayor Profile had far fewer followers and friends than the Profile. (FAC ¶ 23.) A reasonable inference from these allegations is that Defendant used the Profile for her official business, even though she also had other ways of reaching her constituents on Facebook.

Moreover, even if Defendant's Profile were a non-public forum, as Defendant argues, Plaintiff has sufficiently alleged that his expression was suppressed merely because Defendant disagreed with his view. (FAC ¶¶ 1, 36–37.) Even in non-public forums, governmental restrictions on speech must be both reasonable and "not an effort to suppress expression merely because public officials oppose the speaker's view." Eagle Point Educ. Ass'n, 880 F.3d at 1105; see Knight First Amendment Inst. ("If the Account is a forum—public or otherwise—viewpoint discrimination is not permitted by the government."); Davison v. Randall, 912 F.3d 666, 680 (4th Cir. 2019), as amended (Jan. 9, 2019) (affirming conclusion on summary judgment that Chair of the County Board of Supervisor's Facebook Page amounted to a public forum, and explaining that it need not determine what type of public forum the page was because the Chair banning the Plaintiff from the page constituted viewpoint discrimination, which is prohibited in all forums); Leuthy v. LePage, 2018 WL 4134628, at *14 (D. Me. Aug. 29, 2018), motion to certify appeal denied, 2018 WL 4955194 (D. Me. Oct. 12, 2018) (denying motion to dismiss and explaining that "whether the Facebook page is a public forum, a designated public forum, or a non-public forum, viewpoint discrimination is not permissible").

2. Under Color of State Law

Defendant next argues that Plaintiff's First Amendment claim should be dismissed because she was not acting under color of state law when she blocked Plaintiff from her Profile. (Mot. at 14–15.) To

state a claim under § 1983, a plaintiff must (1) allege the violation of a right secured by the Constitution and laws of the United States, and (2) show that the alleged deprivation was committed by a person acting under color of state law. Naffe v. Frey, 789 F.3d 1030, 1035–36 (9th Cir. 2015). A person acts under color of state law when she exercises power "possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." Id. This test is generally satisRed when a state employee wrongs someone "while acting in his o`cial capacity." Id. Determining whether a person acted under color of state law often involves "sifting facts and weighing circumstances." Burton v. Wilmington Parking Auth., 365 U.S. 715, 722, 81 S.Ct. 856, 6 L.Ed.2d 45 (1961).

Plaintiff has su`ciently alleged that Defendant was acting in her o`cial capacity when she blocked Plaintiff from her ProRle to survive dismissal. Plaintiff not only alleges that Defendant was acting under color of state law (FAC ¶¶ 13, 46), but he also includes multiple examples of posts where Defendant described actions she took as mayor, including ordinances she co-authored, ceremonies she o`ciated, and meetings she attended. (See, e.g., FAC ¶¶ 3, 22–28.) The FAC also includes examples of Defendant using her ProRle to interact directly with constituents. (See, e.g., id. ¶¶ 34–35.) Other courts have considered factors like these important in Rnding state action with regard to social media proRles. See, e.g., Davison, 912 F.3d at 680 (agreeing with the district court's conclusion on summary judgment that Chair of County Board of Supervisors acted under color of state law in administering Facebook Page where she used it "to inform the public about serious public safety events and to keep her constituents abreast of the County's response to a snowstorm and to coordinate snow removal activities"); See Attwood v. Clemons, 818 F. App'x 863, 867 (11th Cir. 2020) (reasoning that allegations were su`cient to indicate that state legislator was "acting in his o`cial capacity when he operate[d] these social media accounts as an extension of his role in state o`ce"); Leuthy, 2018 WL 4134628, at *8 ("The Plaintiffs pleaded facts that lead to a reasonable inference the Governor acted under color of state law when he deleted their posts and banned them from his Facebook page.").

3. QualiRed Immunity

Finally, Defendant argues that Plaintiff's FAC should be dismissed because she is entitled to qualiRed immunity. (Mot. at 18–23.) "The doctrine of qualiRed immunity protects government o`cials 'from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.' " Pearson v. Callahan, 555 U.S. 223, 231, 129 S.Ct. 808, 172 L.Ed.2d 565 (2009) (quoting Harlow v. Fitzgerald, 457 U.S. 800, 818, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982)). "QualiRed immunity gives government o`cials breathing room to

make reasonable but mistaken judgments" and protects " 'all but the plainly incompetent or those
who knowingly violate the law.' " Ashcroft v. al-Kidd, 563 U.S. 731, 743, 131 S.Ct. 2074, 179 L.Ed.2d
1149 (2011) (quoting Malley v. Briggs, 475 U.S. 335, 341, 106 S.Ct. 1092, 89 L.Ed.2d 271 (1986)).
"[C]learly established law should not be deRned at a high level of generality," but "must be
particularized to the facts of the case." White v. Pauly, ––– U.S. ––––, 137 S. Ct. 548, 552, 196
L.Ed.2d 463 (2017) (internal quotations and citations omitted).

At this early stage, the Court cannot conclude that qualiRed immunity applies. The Supreme Court has
repeatedly cautioned that "the clearly established right must be deRned with speciRcity," and that
courts must "not [ ] deRne clearly established law at a high level of generality." City of Escondido, Cal.
v. Emmons, ––– U.S. ––––, 139 S. Ct. 500, 503, 202 L.Ed.2d 455 (2019). However, even following this
guidance, the Court is not persuaded that qualiRed immunity is appropriate here at this early stage.
Indeed, at the motion to dismiss stage, the Court accepts the allegations of the complaint as true
when determining qualiRed immunity. Henshaw v. Daugherty, 125 Fed. App'x 175, 176 (9th Cir. 2005).

Plaintiff plausibly alleges that Defendant blocked him from her ProRle solely because he expressed a
view she did not like. Governmental viewpoint discrimination has long been prohibited by the First
Amendment. Indeed, the Supreme Court has stated that "[i]t is axiomatic that the government may
not regulate speech based on its substantive content or the message it conveys." Rosenberger v.
Rector and Visitors, 515 U.S. 819, 827–29, 115 S.Ct. 2510, 132 L.Ed.2d 700 (1995). This means that
the impermissibility of viewpoint discrimination is "a self-evident or universally recognized truth."
Metro Display Advert., Inc. v. City of Victorville, 143 F.3d 1191, 1196 (9th Cir. 1998). Defendant is
therefore not entitled to qualiRed immunity at this stage. See O'Brien v. Welty, 818 F.3d 920, 936 (9th
Cir. 2016) (concluding 12(b)(6) dismissal was inappropriate in First Amendment retaliation case,
concluding that the "constitutional right to be free from retaliation" was clearly established). Of
course, the "denial of qualiRed immunity at this stage of the proceedings does not mean that this
case must go to trial." Keates v. Koile, 883 F.3d 1228, 1240 (9th Cir. 2018). Rather, Defendant may
move for summary judgment based on qualiRed immunity once an evidentiary record has been
developed. Id.

4. CDA Immunity

The Communications Decency Act of 1996 (the "CDA") "provides internet companies with immunity
from certain claims in furtherance of its stated policy 'to promote the continued development of the
Internet and other interactive computer services.' " HomeAway.com, Inc. v. City of Santa Monica, 918
F.3d 676, 681 (9th Cir. 2019) (citing 47 U.S.C. § 230(b)(1)). Under the heading "[p]rotection for 'Good

Samaritan' blocking and screening of offensive material," Section 230(c) of the CDA provides that "[n]o provider or user of an interactive computer service shall be held liable on account of  . any action voluntarily taken in good faith to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, Rlthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected." 47 U.S.C. § 230(c)(2)(A). Through this section, "Congress intended to spare interactive computer services the grim choice between voluntarily Rltering content and being subject to liability on the one hand, and ignoring all problematic posts altogether to escape liability." HomeAway.com, 918 F.3d at 684.

Defendant argues that the CDA immunizes her from damages "because she had a good faith belief that Plaintiff's posts were harassing and 'otherwise objectionable,' " since "Plaintiff called the mayor and her ancestors racists, then further ominously threatened that she should 'Enjoy your position while it last[s].' " (Mot. at 24 [citing FAC ¶ 34].) But accepting Plaintiff's allegations as true, as the Court must at this stage, Defendant intentionally blocked Plaintiff from a ProRle where she interacted with her constituents as mayor solely because Plaintiff expressed a viewpoint she disagreed with. To grant Defendant's motion to dismiss based on CDA immunity, then, the Court would have to believe that Congress intended CDA immunity to immunize viewpoint discrimination. The Court is not so persuaded.

B.   Plaintiff's Claim for Violation of the California Constitution

Finally, Defendant contends that Plaintiff may not seek damages under the California Constitution, citing DeGrassi v. Cook, 29 Cal. 4th 333, 335, 127 Cal.Rptr.2d 508, 58 P.3d 360 (Cal. 2002). (Mot. at 25.) In that case, the California Supreme Court explained that in general, actions for damages for violation of the California Constitution's free speech guarantee are not available. However, the court expressly stated that its ruling did "not mean that the free speech clause, in general, never will support an action for money damages." Id. at 344, 127 Cal.Rptr.2d 508, 58 P.3d 360. And an integral part of the court's reasoning was that the "plaintiff had meaningful alternative remedies" including an injunction. Id. at 342, 127 Cal.Rptr.2d 508, 58 P.3d 360. Here, an injunction cannot redress the injury Plaintiff alleges. Again, the Court concludes that it is not appropriate to dismiss Plaintiff's claim at this early stage.

IV.   CONCLUSION

The evidence may show that, for one reason or another, Defendant is not liable for blocking Plaintiff from her ProRle. But at this early stage, dismissal is not appropriate on any of the grounds Defendant advances. For the foregoing reasons, Defendant's motion to dismiss is DENIED. Defendant shall Rle

an answer to the FAC by November 25, 2020.

FOOTNOTES

1.    In contrast to a "proRle," a Facebook "page" provides a platform for "[b]usinesses, organizations and public Rgures" to "connect with their customers or fans." (FAC ¶¶ 15–16.)

2.    Having read and considered the papers presented by the parties, the Court Rnds this matter appropriate for disposition without a hearing. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for November 16, 2020 at 1:30 p.m. is hereby vacated and off calendar.

CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

**Was this helpful?**    Yes 👍    No 👎



## Welcome to FindLaw's Cases & Codes

A free source of state and federal court opinions, state laws, and the United States Code. For more information about the legal concepts addressed by these cases and statutes visit FindLaw's Learn About the Law.

Go To Learn About The Law ☐

## WEST v. SHEA (2020)

**Docket No:** Case No.: SACV 20-01293-CJC (DFMx)

**Decided:** November 12, 2020

**Court:** United States District Court, C.D. California, Southern Division.

# Need to 'nd an attorney?

## Search our directory by legal issue

Enter information in one or both Relds (Required)

**Legal issue**

**I need help near** (city, ZIP code or country)

Denver, Colorado

**Find a Lawyer**

## For Legal Professionals

☐ Practice Management

☐ Legal Technology

☐ Law Students



## Get a pro^le on the #1 online legal directory

Harness the power of our directory with your own proRle. Select the button below to sign up.

**Sign Up** ☐

Get updates from FindLaw Legal Professionals



**Enter your email address to subscribe:**

Email (Required)

☐

Learn more about FindLaw's newsletters, including our terms of use and privacy policy.

## Learn About the Law

### Get help with your legal needs

FindLaw's Learn About the Law features thousands of informational articles to help you understand your options. And if you're ready to hire an attorney, Rnd one in your area who can help.

Go to Learn About The Law    ☐



## Need to 'nd an attorney?

### Search our directory by legal issue

Enter information in one or both Relds (Required)

**Legal issue**

**I need help near** (city, ZIP code or country)

Denver, Colorado

**Find a lawyer**

☐ BACK TO TOP



**Questions?**

At FindLaw.com, we pride ourselves on being the number one source of free legal information and resources on the web. **Contact us.**

**ABOUT US** ☐

Our Team

Accessibility

Contact Us

**SELF-HELP RESOURCES**

Legal Forms & Services

**LEGAL RESEARCH**

**FIND A LAWYER** ☐

Learn About the Law

By Location

State Laws

By Legal Issue

U.S. Caselaw

By Lawyer ProRles

U.S. Codes

By Name

**Stay up-to-date with how the law affects your life.** Sign up for our consumer newsletter.

ENTER YOUR EMAIL ADDRESS (Required)

☐

FOLLOW US:    ☐    ☐    ✕    ☐

Copyright © 2025, FindLaw. All rights reserved.

Terms > | Privacy > | Disclaimer > | Cookies >

# Exhibit 258



Articles    Archives    Subscribe    Contact Us    **DONATE**

## City Pays ICNV $350,000 To Settle Free Speech Case

### by ICNV Sta"

The Irvine City Council   has agreed to pay    Irvine Community News & Views (ICNV)  $350,000  to settle claims that    it intentionally violated this newspaper s'free speech   , free press , and equal   protection rights .

Beginning in early   2015, ICNV  publisher  Franklin J .  Lunding sought  to place copies of   ICNV  in the news racks located in the Irvine City Hall   lobby,  alongside other  free newspapers allowed there ,  including the   Irvine World News,  a publication of the Orange County    Register,  which is friendly to the politicians at  City Hall .  In an act   of  hostility,  the City repeatedly refused to allow display of   ICNV,  asserting  ICNV  was a  "political  related publication."

According to publisher   Lunding,  "From the beginning  ,  it  was apparent  that  certain City Councilmembers and City management  o"cials,  motivated by animus  ,  were discriminating against  ICNV  because of  the paper s  frequent criticism of  the Mayor   and City Council ,  and what   we believe to be their   misguided policies ."  Lunding continued ,  "Of  course,

**LATEST WEATHER**



IRVINE,CA

66○
Cloudy

10    11    12    1    2
am   am   pm   pm   pm

70○F 72○F 73○F 73○F 73○F

**Irvine, CA 10 Days Weather Forecast ›**

**FOLLOW US**



Irvine Community New
70,295 followers

Follow Page

**ADVERTISEMENT**

criticism of government — at City Hall and elsewhere — is the time-honored role of a free press in a free society ."



After fruitless negotiations lasting nearly a year , ICNV hired attorneys Fredric Woocher and Jenna Miara of Strumwasser & Woocher LLP,and sued the City in the Federal District Court in February 2016, alleging violation of the newspaper's First Amendment rights to freedom of speech and freedom of the press, as well as the right to equal protection under the State and U S Constitutions . Since that -ling , instead of acknowledging any wrongdoing and taking corrective action , the City spent hundreds of thousands of dollars in taxpayer funds -ghting the lawsuit . First, the City tried to have the case dismissed — a move that was denied in a stinging order and ruling by U S District Court Judge Andrew J . Guilford; next, the City demanded extensive and unnecessary discovery in an obvious attempt to overwhelm ICNV with legal fees.

In June 2017, after adding yet another lawyer to the four already defending it , the City requested mediation . The mediation resulted in the City of Irvine agreeing to pay ICNV a settlement in the amount of $350,000, and agreeing to a revision in the City's policies , recognizing that ICNV and other newspapers must be treated equally at City Hall and in other City facilities — there can be no discrimination based on whether City o'cials like or dislike the "political" content of a newspaper. The City also agreed to allow lawyers to monitor the publications permitted at City facilities for a year to prevent future discrimination .

| Author | Recent Posts |
|---|---|



### ICNV Sta!

ICNV sta# writers are local Irvine journalists who are personally familiar with the events and issues they write about .

Share 24

© Irvine Community News  &  Views  (ICNV)

Website:  Strategic Communication Consultants

Privacy Policy

# Exhibit 259



## Demand to Cease Contact with City of Irvine Staff

**Jeffrey Gu** <jeffwgu@gmail.com>                                                      Thu, Aug 7, 2025 at 1:01 PM
To: "Sanders, Jessica" <jsanders@rutan.com>
Cc: William Go Web <WilliamGo@cityofirvine.org>, Mike Carroll Web <MikeCarroll@cityofirvine.org>, Melinda Liu Web <MelindaLiu@cityofirvine.org>, Betty Martinez Franco Web <bettymartinez@cityofirvine.org>, Kathleen Treseder Web <KathleenTreseder@cityofirvine.org>, jmelching@rutan.com, LarryAgran@cityofirvine.org, cm@cityofirvine.org

Hi Ms. Sanders,

I am still waiting on your and the City's response to the 4 points from my last email and my email dated 7/31 to you and Mr. Melching, which has gone unanswered and unacknowledged for 5 business days.

Please again note from my last email: repeatedly asking me to route inquiries to generally unresponsive individuals such as yourself and Mr. Melching could be construed as acts of bad faith.

-Jeffrey

On Tue, Aug 5, 2025 at 12:57 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:
> Hi Ms. Sanders,
>
> In your letter, you make certain claims, and I would like to ask you to detail certain ones.
>
> 1) Could you please name the date, time, and individual I supposedly contacted for Ms. Pham's contact information?
> 2) Could you please name the date and times on which I supposedly tried to contact Ms. Pham again?
> 3) Could you please provide the factual basis for the City and the Irvine Police Department's decision to "take precautionary measures to preserve Ms. Pham's safety and well-being" in response to my alleged actions?
> 4) Which individuals or City departments were notified by you, your office, or the City to take "precautionary measures to preserve Ms. Pham's safety and well-being" as a result of my alleged actions?
>
> Given the mysterious Irvine Police Department phone call from an unknown number I received on 7/30 at 8:47pm (approximately 4 and a half hours after I called Councilman Go's office and ended up speaking with Ms. Pham), I specifically avoided calling the City Council's office again after that point, due to the fact that it seemed to signify I would be treated with undue hostility. As such, some of these claims are news to me. To be clear, while I did indeed contact the City of Irvine HR department on 7/31 at 12:22pm (a call lasting 12 minutes) to confirm Ms. Pham's full name and title (which the individual on the phone said is "Supervising Principal Council Executive Assistant" and not "Marketing Communications Manager" as it states on her LinkedIn), I did not attempt to gain any other information about her during that call. To note, it would've been superfluous for me to ask for her contact info, since calling Councilman Go's office appears to be one manner of reaching her. Lastly, when I called the general City of Irvine number on 8/1, someone from the HR department informed me that they could not even release the title of Kalvin Alvarez to me, so I assume the information you may provide, if it exists, will be dated as 7/31.
>
> In addition to the letter you just emailed me, I am attaching a copy of an email I sent last Thursday, which as of yet, 3 business days later, remains unanswered by either you or Mr. Melching. While I understand that the City finds my communications and research with the Building & Safety Department to be sensitive for some reason, repeatedly asking me to route inquiries to generally unresponsive individuals such as yourself and Mr. Melching could be construed as acts of bad faith.
>
> I await your response to the 4 matters above.
>
> -Jeffrey
>
> On Tue, Aug 5, 2025 at 10:15 AM Sanders, Jessica <jsanders@rutan.com> wrote:

Good morning Mr. Gu,

Please find the attached letter related to your recent contact with the City of Irvine.  As mentioned therein, please direct all correspondence related to City inquiries and records requests to me.  I will coordinate with the City to ensure your records requests are processed in the manner required by law.

With regard to your email to Mr. Floyd, the City has received your email.  To the extent any of the documents provided in response to your records requests contain the information you seek, those documents will be provided where required by the Public Records Act.

Thank you

**Jess Sanders**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4617

jsanders@rutan.com | www.rutan.com



Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

# Exhibit 260



**Voice of OC**

[GOVERNMENT](#)

# ACLU Calls Out Irvine City Attorney For Silencing Public Commenter

 BY **NOAH BIESIADA**
Apr 21, 2022

T̄ Why you can trust Voice of OC



Irvine city attorney Jeff Melching at the June 22, 2021 city council meeting. Credit: JULIE LEOPO, Voice of OC

The American Civil Liberties Union called on Irvine City Council members to publicly chastise their city attorney for silencing a resident during public comment.

The criticism comes in a second letter to the ACLU sent city over the past month.

The letter was a follow-up to the civil rights group's letter to the city last month, when they called the proposed public speaking rules councilmembers were about to implement unconstitutional.

[**Read**: **Irvine Repeals Some Transparency Regulations, Leaves Public Speaking Time Alone**]

While the April 19 letter thanked the city for its changes to those rules and asked a few clarifying questions, the primary complaint centered on city attorney Jeff Melching stopping Dee Fox, an Irvine resident, from speaking at both of the council's March meetings.

Melching's move is raising questions about whether or not city attorneys should stop residents from making allegedly slanderous remarks during public comment.

At the March 8 meeting, Fox called into the meeting and began discussing a 2007 lawsuit that listed Costa Mesa resident Michael Carroll in a fraud case where both he and the Sage Credit Company settled for $65,000.

It's unclear the person listed in the fraud case is the same Mike Carroll who sits on the Irvine City Council. Carroll and Melching didn't respond to questions about the issue.

"Based on the accounts from the plaintiff, Mike Carroll and his partner set up as part of their scheme a network of mortgage loan branches," Fox said.

Melching then muted the speaker, saying it was not within the topics allowed for public comment since it wasn't in the control of the city.

"I also want to be clear that Councilmember (Mike) Carroll has never been found by any court to be guilty of fraud or any crime," Melching said. "I also want to caution Ms. Fox … speaking in this forum does not protect her from slander or libel liability."

Fox hung up the phone.

At the next meeting on March 22, Fox called to comment again and Melching stopped her again when she brought up the Sage Credit Company.

"The Irvine municipal code does not insulate a public speaker against slander. That is not a threat … it is a friendly warning," Melching said. "She's sent prior comments to the city of Irivne accusing Councilmember Carroll of committing a crime. The documents attached do not substantiate what she says."

Fox ran out of time on the public comments clock before she could respond.

Carroll didn't respond to the allegations from the dais either time Fox spoke.

While the ACLU attached the lawsuit Fox was referencing in their letter, there's no evidence showing the Michael Carroll listed in the lawsuit is the same Mike Carroll who sits on Irvine's City Council.

When the lawsuit was filed in 2007, Councilman Carroll was starting up his own law firm, CorpGen Counsel, according to his **LinkedIn page**.

His last job before that was listed as the Aames Investment Corporation, a company managing a "portfolio of high yielding subprime mortgage loans," according to **Bloomberg**.

In their letter, the ACLU staff argued that the city couldn't prohibit Fox from speaking on the lawsuit, saying even if her remarks were slanderous, the proper action would be to file a lawsuit against her alleging slander and not have the government stop her from speaking altogether.

"The City Attorney does not have the authority to silence a member of the public addressing the City Council merely because the content of the speech is unpleasant or unflattering," wrote Peter Eliasberg, the ACLU's chief counsel in Southern California.

To read the rest of the letter, **click here**.

Eliasberg also wrote that the new public comment rules the city adopted against "personal, impertinent, slanderous or profane," remarks could encourage more commenters being shut down in a similar way, and asked the council to make sure that didn't happen.

While Melching has regularly stopped commenters in other meetings for other issues such as talking on an issue already decided on the agenda or speaking on an issue the city can't control, the topic of slander does not regularly come up at council meetings.

"The council should rectify any chilling effect resulting from the new language … and officially recogniz(e)

that Mr. Melching's conduct was improper," Eliasberg said in the final sentence.

Councilman Larry Agran said even if speeches from public commenters are false, they should be allowed to proceed.

"The mayor and the city attorney as well as the city clerk should all be in the business of facilitating speech, not inhibiting it or somehow ruling it out or order based on content,"
Agran said in a phone call with Voice of OC. "Reference to the word slanderous, that's absolutely an inappropriate type of intimidation.

Councilwoman Tammy Kim declined to comment, saying she didn't know enough about the issue yet, while Mayor Farrah Khan and Councilman Anthony Kuo did not return requests for comment.

The council's next meeting is scheduled for Tuesday, April 26.

Noah Biesiada is a Voice of OC Reporting Fellow. Contact him at nbiesiada@voiceofoc.org or on Twitter @NBiesiada.

**Related**

© 2025 Voice of OC

Powered by Newspack

# Exhibit 261

# City of Irvine

HOME  • NEWSROOM  • STATEMENT REGARDING WEST V. SHEA MATTER

**NEWS & MEDIA**

City Calendar (/news-media/events/grid)

Communications Toolkit  (/online-communications-toolkit)

ICTV (http://legacy.cityofirvine.org/cityhall/citymanager/pio/ictv/default.asp)

Inside Irvine  (/inside-irvine)

Press Inquiries (https://www.cityofirvine.org/news-media/news-article/media-contacts)

Newsroom (/news-media/all)

Press Releases (/news-media/press/articles)

Community Link Newsletter  (/community-link-newsletter)

Road Construction Newsletter
(https://content.govdelivery.com/accounts/CAIRVINE/bulletins/3f513bc)

# Statement Regarding West v. Shea Matter

Wednesday, December 9, 2020

The City of Irvine recently paid a substantial sum to settle a lawsuit arising from former Mayor Christina Shea's use of her personal Facebook profile. Mayor Shea chose to block users and delete postings relating to the Black Lives Matter movement during the protests last summer. One of the blocked users, Lamar West, sued former Mayor Shea in federal court, claiming she violated his free speech rights. Because Mr. West alleged the Mayor's activities amounted to government action, the City was required by law to defend the lawsuit.

Even though the case ultimately settled with no admission of liability, the City incurred over $80,000 in legal fees to defend the lawsuit, and spent almost $40,000 more in settlement. While arguments can be made that the City could have successfully defended the lawsuit at trial, there can be no question that this whole situation could have been avoided had former Mayor Shea not blocked the users and deleted the posts.

The City of Irvine holds itself to high standards.  It encourages robust discussion of important public issues, and it disapproves of actions that silence the voices of those with opposing points of view. Putting aside the question of what is "legal," the City believes that former Mayor Shea's actions did not meet the City's standards and expectations.

## CIVIC CENTER ADDRESS & HOURS OF OPERATION

1 Civic Center Plaza
Irvine, CA 92606-5207

Phone: 949-724-6000

Mon–Thur: 7:30 a.m.–5:30 p.m.
Friday: 8 a.m.–5 p.m.

© Copyright 2025 City of Irvine, California



# Exhibit 262

 City of Irvine

## HOME

The City of Irvine Municipal Code restricts construction activities to the hours of 7 am to 7 pm Monday through Friday, and 9 am to 6 pm on Saturdays.

Construction activities are prohibited on Sundays and Federal Holidays.

Construction activities in the public right-of-way are not permitted unless inspections are arranged in advance. Please check with the appropriate inspection supervisor in advance of any of these days for which inspection or work to in public right of way is desired.

**Department(s)**

Development Engineering

## CIVIC CENTER ADDRESS & HOURS OF OPERATION

1 Civic Center Plaza
Irvine, CA 92606-5207

Phone: 949-724-6000

Mon–Thur: 7:30 a.m.–5:30 p.m.
Friday: 8 a.m.–5 p.m.

© Copyright 2025 City of Irvine, California











# Exhibit 263



**CONTRACTORS STATE LICENSE BOARD**
NORWALK INTAKE/MEDIATION CENTER
12501 EAST IMPERIAL HIGHWAY, SUITE 620
NORWALK, CA 90650
(562)345-7530 FAX: (562)466-6064 | www.cslb.ca.gov | CheckTheLicenseFirst.com

STATE OF CALIFORNIA
Governor Gavin Newsom

S F 2024017818

DATE: 08/28/2025

JEFFREY GU
129 OAKSTONE
IRVINE, CA 92618

SUBJECT: S F 2024017818
PACIFIC LINE CLEAN-UP INC
LICENSE: 483554

Dear JEFFREY GU:

You recently filed a complaint with the Contractors State License Board (CSLB), and we would like to advise you of that complaint's final disposition. Our investigation of your complaint determined that the involved contractor was responsible for one or more possible violations of the California Business and Professions Code.

We wanted to inform you that CSLB will be sending the contractor an advisory notice which explains the nature of our concerns and emphasizes the importance of proper conduct. This notice also cautions the contractor that future complaints may result in more severe administrative action.

Thank you for bringing this matter to our attention. It is the mission of the Contractors State License Board to protect California consumers through regulation of the construction industry, and the investigation and resolution of consumer complaints are critical elements of our success. Please do not hesitate to contact us again if we may be of further assistance.

Sincerely,

ARTURO CAMACHO
Supervising Special Investigator

13I-132-CL80(a)-C (Rev. 01/2024)







# Exhibit 264





# Exhibit 265



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886820-RNP
Olivewood Phase 12
Planning Area 6,Tract 19176
Lots 20-22, 38-39
106-110 Mossvine
March 25, 2024

<u>Planning & Development Services</u>:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals.   All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied.  Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific – Portola Spings – Olivewood

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 19176 | 20 | | 110 MOSSVINE | 1 | | B | 2870 | 2,870 | 425 | 80 | |
| 12 | 19176 | 21 | | 108 MOSSVINE | 3 | | A | 3220 | 3,220 | 425 | 32 | |
| 12 | 19176 | 22 | | 106 MOSSVINE | 2 | R | E | 2980 | 2,980 | 425 | 0 | |
| 12 | 19176 | 38 | | 109 MOSSVINE | 2 | R | B | 2980 | 2,980 | 425 | 61 | |
| 12 | 19176 | 39 | | 107 MOSSVINE | 3 | R | E | 3220 | 3,220 | 425 | 32 | |

15,270



City of Irvine
**APPROVED**
Katie Berg-Curtis
BY _____
CASE # 00886820-RNP
DATE 3/25/2024



## COMMUNITY DEVELOPMENT
## PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!**    You are completing this Permit Declaration as the **OWNER-BUILDER** for this project.  If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00886820-RNP | |
| **PROJECT ADDRESS** | |
| 106-110 MOSSVINE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD PH 12 | 19176 |

## O W N E R - B U I L D E R   D E C L A R A T I O N

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption.  Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale.  (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale.  If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☑ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law). Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## O W N E R - B U I L D E R   D I S C L O S U R E S

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder.  **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, returned this form.**    Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATIO

KB____  1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB____  2. I understand building permits are not required to be signed by property owners unless they are responsible for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB____  3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB____  4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB____  5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB____  6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB____  7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless all work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB____  8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB____  9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more informa about licensed contractors.

KB____  10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATIO

KB       11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB       12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

_____    04/08/2024_____

**OWNER-BUILDER SIGNATURE**               **DATE**

Kristi Blanchard
PROPERTY OWNER NAME

Kristi.Blanchard@aol.com
EMAIL



**COMMUNITY DEVELOPMENT**
**Building Safety**

Print Form

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.    00886820-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Dr. | |

| CITY Irvine | STATE | ZIP 92018 | PHONE | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | CA | ~~92660~~ | 9519704794 | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 106-110 MOSSVINE | 5 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL  No. Units: 5    ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify):

Total number of buildings for which permits are requested: 5

Is the building currently occupied? ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:    ☒ New  ☐ Expansion  ☐ Alteration  ☐ Other

X The proposed development underlineinvolves construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

— The proposed development **DOES NOT involve** construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer) ___15,270___ sq. ft.

C. SCHOOL DISTRICT:  ☐ Irvine (IUSD)    ☐ Saddleback Valley (SVUSD)    ☐ No; **proceed to Section D**
    ☒ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)    ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees. A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form.  __ IUSD  __ SAUSD  __ SVUSD  __ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

_X_ The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): _____

| PREPARED BY Katie Berg-Curtis | TITLE Consultant | DATE 3/25/204 |
|---|---|---|

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR24-00011
City : Irvine
Developer Name : New Home Company
Project Address : 106,107,108,109,110 Mossvine
Project/Product and Phase # : Olivewood - Phase 8
Tract Number : 19176
Lot(s) : 20,21,22,38,39
Submitted Date : 03/11/2024
Total Fees : $5,740.00
Total Payments : $5,740.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 5 | | $5,740.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries



| Previous | 1 | Next |



Select Language

Powered by Google **Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

𝐟 (https://www.facebook.com/ocpublicworks/)    🐦 (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R24626354**
Posted: 03/12/2024 01:50 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Bryan Kakimoto |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**                    DFR24-00011

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $5,740.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $5,740.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $5,740.00 | | MasterCard-8280- |
| | **Total Paid** | $5,740.00 | |

## Notation

Printed: 03/12/2024 01:55 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

CCK

Developer: N CPN

Address: 523 N CNN R
250
RN C 268

City of: RN

Foothill/Eastern
Transportation Corridor Agency

Receipt #: FTI
002664 R 68 R
Permit #: _____
Date: _____
Plan Check #:

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address |
|---|---|---|---|
| | | 5 | RC 6 |
| | | | 20-22383 |
| | | | P 2 |
| | | | PR PRN |

000-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-da
in which the developer of this project may protest has begun (see California Governmen
66020(d)(1).)



**COMMUNITY DEVELOPMENT**
Building and Safety

## TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE D

CODE COMPLIANCE NUMBER: _____ 00886820 RNP _____          PAGE: 1

| PART I: PROJECT INFORMATION | PART II: FEE D |
|---|---|

**(To be completed by APPLICANT)**

PROJECT: OLIVEWOOD PH. 12

BUILDER: ~~ICDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD          PHONE: 9519704794

TRACT: 19176                    LOTS: 20-22, 38-39

ADDRESSES: 106-110 MOSSVINE

TOTAL NUMBER OF BUILDINGS: 5          TOTAL NUMBER OF UNITS: 5

**PART II: FEE D** (To be completed by CITY

CORRIDOR AGENCY: _____

ZONE: _____

SF RATE: 64

MF RATE: N

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | SF or MF | FEE CALC UNITS @ $ |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 110 MOSSVINE | 1B | 1 | 2876 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | 5 646 |
| 38, 22 | 109, 106 MOSSVINE | 2B, 2E | 2 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | |
| 21, 39 | 10/, 107 MOSSVINE | 3A, 3E | 2 | 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | |
| TOTAL UNITS: 5 | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | TOTAL UNITS: | |

PREPARED BY: KRISTI BLANCHARD          *APPLICANT*

COMPANY: ICDC

DATE: 10/10/22

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: RK

TCA RECEIPT #: 68

DATE: 4424

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) S

RECEIVED BY: _____ TCA          LETTER OF CREDIT TRANSFER NO: _____          AMOUNT: _____          DATE: _____          CASH



**COMMUNITY DEVELOPMENT**
**Building and Safety**

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
|---|---|---|
| 0086420-PR | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | |
| 00886820-RNP | 19176 | ■ N/A |
| LOCATION/ADDRESS | | |
| Olivewood Pase 2 | | |
| DEVELOPER | PRODUCT/PHASE | |
| | Olivewood Phase2 | |
| BUILDING NUMBER | UNITS/LOTS | |
| | Lots 20-22     &     38-39 | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| | | |

eSigned via SeamlessDocs.c

GabeCastillo

04-29-2024
_____
DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886812-RNP
Olivewood Phase 11
Planning Area 6,Tract 19176
Lots 23-25, 52, 72, 73
100, 102, 104 Mossvine; 301, 303, 305 Brimwood
March 26, 2024

<u>Planning & Development Services</u>:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals.  All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied.  Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

**Irvine Pacific - Portola Spings - Olivewood**

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 19176 | 23 | | 104 MOSSVINE | 1 | | C | 2870 | 2,870 | 425 | |
| 11 | 19176 | 24 | | 102 MOSSVINE | 3 | | D | 3220 | 3,220 | 425 | |
| 11 | 19176 | 25 | | 100 MOSSVINE | 2 | | B | 2980 | 2,980 | 425 | |
| 11 | 19176 | 52 | | 305 BRIMWOOD | 2 | R | B | 2980 | 2,980 | 425 | |
| 11 | 19176 | 72 | | 301 BRIMWOOD | 2 | | E | 2980 | 2,980 | 425 | |
| 11 | 19176 | 73 | | 303 BRIMWOOD | 3 | R | A | 3220 | 3,220 | 425 | |

18,250



City of Irvine
**APPROVED**
BY Katie Berg-Curtis
CASE # 00886812-RNP
DATE 3/26/2024



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00886812-RNP | |
| PROJECT ADDRESS | |
| 307-312 BRIMWOOD | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| OLIVEWOOD    PH    11 | 19176 |

## O W N E R – B U I L D E R   D E C L A R A T I O N

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☑ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## O W N E R – B U I L D E R   D I S C L O S U R E S

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

04-02-2024

OWNER-BUILDER SIGNATURE                    DATE

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



COMMUNITY DEVELOPMENT
**Building Safety**

[ Print Form ]

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.   00886812-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY Irvine | STATE CA | ZIP 92618 92660 | PHONE 9519704794 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | | | | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 100, 102, 104 MOSSVINE; 301, 303, 305 BRIMWOOD | 6 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL  No. Units: 6    ☐ INDUSTRIAL ☐ COMMERCIAL/OFFICE ☐ OTHER (Specify): ____

Total number of buildings for which permits are requested: 6

Is the building currently occupied? ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

**A. TYPE OF CONSTRUCTION:**    ☒ New ☐ Expansion ☐ Alteration ☐ Other

X  The proposed development _involves_ construction/expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

The proposed development DOES NOT involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

**B. SIZE OF PROPOSED DEVELOPMENT:**  Gross floor area (determined by City Plan Check Engineer)   18,250   sq. ft.

**C. SCHOOL DISTRICT:** ☐ Irvine (IUSD)      ☐ Saddleback Valley (SVUSD)         ☐ No; **proceed to Section D**

☒ Irvine (IUSD CFD) ☐ Santa Ana (SAUSD) ☐ Tustin (TUSD)   ☐ Yes; **proceed to Part III**

**D. FEE CALCULATION** (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD __ SAUSD __ SVUSD __ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

X  The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): ____

| PREPARED BY Katie Berg-Curtis | TITLE Consultant | DATE 3/26/2024 |
|---|---|---|

CCK

Receipt #. FTE    9675
0026383 R 0026388 RBP
Permit #.

Developer: N  CPN

Address:1231 N CNN R

Date:

Foothill/Eastern
Transportation Corridor Agency

20

RN-C-2618                    City of: ___ RN      Plan Check #:00866812 RNP

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| | | 6 | RC 116 | 3880200 |
| | | | 23-2223 | |
| | | | P 11 | |
| | | | PR PRN | |
| | | | | |

007-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

**Print Form**

## CITY OF IRVINE — COMMUNITY DEVELOPMENT
### Building and Safety

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: 00886812 RNP

PAGE: 1    OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 11

BUILDER: ~~ICDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD

PHONE: 9519704794

TRACT: 19175    LOTS: 23-25, 52, 72, 73

ADDRESSES: 100, 102, 104 MOSSVINE; 301, 303, 305 BRIMWOOD

TOTAL NUMBER OF BUILDINGS: 6    TOTAL NUMBER OF UNITS: 6

### PROJECT INFORMATION / SINGLE FAMILY OR MULTI-FAMILY

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* |
|---|---|---|---|---|---|---|---|
| 23 | 104 MOSSVINE | 1C | 1 | 2876 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 25,52 | 100 MOSSVINE; 305 BRIMWOOD | 2B | 2 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 72 | 301 BRIMWOOD | 2E | 1 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 73, 74 | 030 BRIMWOOD; 102 MOSSVINE | 3A, 3D | 2 | 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
|  |  |  |  |  | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
|  |  |  |  |  | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
|  |  |  |  |  | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
|  |  |  |  |  | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
|  | TOTAL UNITS: | 6 |  |  |  |  |  |

If YES to two or more categories:
Single Family (SF)
If NO to two two categories:
Multi-Family (MF)
*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD    APPLICANT

COMPANY: ICDC

DATE: 10/10/22

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: /

ZONE:

SF RATE: 646

MF RATE: N/

### FEE CALCULATION

| SF or MF | FEE CALCULATION UNITS @ $ ____ EACH | FEE |
|---|---|---|
|  | 6  646 | 3880200 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL UNITS: |  |  |
|  | TOTAL FEE: | 3880200 |

PREPARED BY: RK

TCA RECEIPT #: 3224    CITY OF IRVINE

DATE: 10/10/22    AMOUNT: 3880200

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

LETTER OF CREDIT TRANSFER NO: ____    AMOUNT: ____    CASH BALANCE DUE: ____

RECEIVED BY: ____    TCA    DATE: ____

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR24-00010
City : Irvine
Developer Name : New Home Company
Project Address : 301,303,305 Brimwood and 100,102,104 Mossvine
Project/Product and Phase # : Olivewood - Phase 7
Tract Number : 19176
Lot(s) : 23,24,25,52,72,73
Submitted Date : 03/11/2024
Total Fees : $6,888.00
Total Payments : $6,888.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 6 | 0 | $6,888.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | 0 | $0.00 |
| Santiago | Commercial | $1.01 | 0 | 0 | $0.00 |



Showing 1 to 3 of 3 entries

Previous | 1 | Next



Select Language

Powered by **Google Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

(https://www.facebook.com/ocpublicworks/)      (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R24626356**
Posted: 03/12/2024 01:50 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Bryan Kakimoto |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**          DFR24-00010

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $6,888.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $6,888.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $6,888.00 | | MasterCard-8280- |
| | **Total Paid** | $6,888.00 | |

## Notation

Printed: 03/12/2024 01:55 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

COMMUNITY DEVELOPMENT
Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| 0086420-PR | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | ⬤ N/A |
| 00886812-RNP | 116 | |

**LOCATION/ADDRESS**

(E-PLAN) BIG DIPPER/WHISPERING HILLS. PROD PRECISE

| DEVELOPER | PRODUCT/PHASE |
| --- | --- |
| N CPN | ie Pase 11 Prta rigs |
| BUILDING NUMBER | UNITS/LOTS |
| | 23-2223 |

**SPECIAL CONDITIONS/REQUIREMENTS**

04 - 05 - 2024

DATE

eSigned via SeamlessDocs.com

*Gabe Castillo*

GRATING INSPECTOR
Key: a53abc83A9b1deC4f65a59d4651eb2

Gabe Castillo

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886870-RNP
Olivewood Phase 13
Planning Area 6,Tract 19176
Lots 17-19, 36, 37
112-116 Mossvine
March 27, 2024

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals.  All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied.  Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

**Irvine Pacific - Portola Springs - Olivewood**

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 19176 | 17 | | 116 MOSSVINE | 1 | | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |
| 13 | 19176 | 18 | | 114 MOSSVINE | 3 | | E | 3220 | 3,220 | 425 | 32 | 0 | 102 | 3,779 |
| 13 | 19176 | 19 | | 112 MOSSVINE | 2 | R | C | 2980 | 2,980 | 425 | 0 | 0 | 0 | 3,405 |
| 13 | 19176 | 36 | | 115 MOSSVINE | 2 | | E | 2980 | 2,980 | 425 | 0 | 0 | 96 | 3,501 |
| 13 | 19176 | 37 | | 113 MOSSVINE | 1 | | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |

14,920

City of Irvine
**APPROVED**
Katie Berg-Curtis
BY _____
CASE # 00886870-RNP
DATE 3/27/2024



## COMMUNITY DEVELOPMENT
## PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!**    You are completing this Permit Declaration as the **OWNER-BUILDER**    for this project.  If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00886870-RNP | |
| PROJECT ADDRESS | |
| 112-116 MOSSVINE | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| OLIVEWOOD PH 13 | 19176 |

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption.  Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐  I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale.  (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale.  If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

◉  I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law)  Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 66-10) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐  I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER-BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder.  **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, returned this form.**    Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATI

KB____ 1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB____ 2. I understand building permits are not required to be signed by property owners unless they are responsible for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB____ 3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB____ 4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB____ 5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB____ 6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB____ 7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless all work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB____ 8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB____ 9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more informa about licensed contractors.

KB____ 10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATIO

KB    11.  I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12.  I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if a unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of the workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

_____    04/08/2024
**OWNER-BUILDER SIGNATURE**    **DATE**

Kristi Blanchard
PROPERTY OWNER NAME

Kristi.Blanchard@aol.com
EMAIL



COMMUNITY DEVELOPMENT
**Building Safety**

| | Print Form |

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.   00886870-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY Irvine | STATE | ZIP | PHONE | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | CA ~~92660~~ 92618 | ~~9519704794~~ | | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 112-116 MOSSVINE | 5 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL  No. Units: 5     ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify): 

Total number of buildings for which permits are requested: 5

Is the building currently occupied?  ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:     ☒ New  ☐ Expansion  ☐ Alteration  ☐ Other

  X The proposed development _involves_ construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

  — The proposed development DOES NOT involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer)  14,920  sq. ft.

C. SCHOOL DISTRICT:  ☐ Irvine (IUSD)     ☐ Saddleback Valley (SVUSD)     ☐ No; **proceed to Section D**

  ☒ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)     ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

  1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

  2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. ___ IUSD ___ SAUSD ___ SVUSD ___ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

  ___ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

  X The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

  ___ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

  ___ Other (Specify): _____

| PREPARED BY | Katie Berg-Curtis | TITLE | Consultant | DATE | 3/27/2024 |
|---|---|---|---|---|---|

CCK

Developer: N CPN

Address: 23 N CNN R
20
RN C 268

Foothill/Eastern
Transportation Corridor Agency
RN

City of: _____

Receipt #: FTE   9679
002660 R 64 RBP
Permit #: _____

Date: _____

Plan Check #: 00886870 RNP

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| | | | RC 76 | 323300 |
| | | | 7-3637 | |
| | | | P 3 | |
| | | | PR PRN | |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

001-13

Print Form

**COMMUNITY DEVELOPMENT**
Building and Safety

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

00886870 RNP

CODE COMPLIANCE NUMBER: _____

PAGE: 1      OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 13

BUILDER: ~~ICDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD      PHONE: 9519704794

TRACT: 19176      LOTS: 17-19, 36, 37

ADDRESSES: 112-116 MOSSVINE

TOTAL NUMBER OF BUILDINGS: 5      TOTAL NUMBER OF UNITS: 5

### PROJECT INFORMATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY | | | |
|---------|---------|-----------|------------------------------|------------------|------------------------------|----|----|----|
| | | | | | DETACHED | SEPARATE LOT | >= 1500 SQ.FT.* | |
| 17, 37 | 116, 113 MOSSVINE | 1A | 2 | 2876 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 19, 36 | 112, 115 MOSSVINE | 2C, 2E | 2 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 18 | 114 MOSSVINE | 3E | 1 | 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | TOTAL UNITS: 5 | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |

If YES to two or more categories:
Single Family (SF)
If NO to two two categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD      APPLICANT

COMPANY: ICDC

DATE: 10/10/22

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: _____ /

ZONE: _____

SF RATE: 6467

MF RATE: N/

### FEE CALCULATION

| | SF or MF | FEE CALCULATION | FEE |
|---|----------|-----------------|-----|
| | | UNITS @ $_____ EACH | |
| | 6467 | 6467 | 323300 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL UNITS: | | | |
| | | TOTAL FEE: | 323300 |

PREPARED BY: RK

TCA RECEIPT #: 67      CITY OF IRVINE

DATE: 4424      AMOUNT: 323300

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

LETTER OF CREDIT TRANSFER NO: _____      AMOUNT: _____

RECEIVED BY: _____
TCA      CASH BALANCE DUE: _____      DATE: _____

FORM 66-92 REV 12/15
PAGE 1 of 2

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR24-00012
City : Irvine
Developer Name : New Home Company
Project Address : 112,113,114,115,116 Mossvine
Project/Product and Phase # : Olivewood - Phase 9
Tract Number : 19176
Lot(s) : 17,18,19,36,37
Submitted Date : 03/11/2024
Total Fees : $5,740.00
Total Payments : $5,740.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 5 | | $5,740.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries



| Previous | 1 | Next |



Select Language

Powered by **Google Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

**f** (https://www.facebook.com/ocpublicworks/)     **🐦** (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R24626355**
Posted: 03/12/2024 01:50 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Bryan Kakimoto |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**          DFR24-00012

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $5,740.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $5,740.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $5,740.00 | | MasterCard-8280- |
| | **Total Paid** | $5,740.00 | |

## Notation

Printed: 03/12/2024 01:55 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.



## COMMUNITY DEVELOPMENT
## Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
|---|---|---|
| 00864207 PR | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | |
| 00886870-RNP Portola | 19176 | ■ N/A |
| LOCATION/ADDRESS | | |
| Springs    Phase3 | | |
| DEVELOPER | PRODUCT/PHASE | |
| | Olivewood Phase 3 | |
| BUILDING NUMBER | UNITS/LOTS | |
| | Lots 17-19    & | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| 36-37 | | |

eSigned via SeamlessDocs.c█

GabeCastillo

DATE

04-29-2024

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00889889-RNP
Olivewood Phase 14
Planning Area 6, Tract 19176
Lots 14-16, 33-35
117, 118, 120-123 Mossvine
April 25, 2024

<u>Planning & Development Services</u>:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Springs - Olivewood

| Construction Phase | Tract | Lot | Unit | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 19176 | 14 | | 122 MOSSVINE | 1 | | C | 2870 | 2,870 | 425 | 37 | 0 | 0 | 3,332 |
| 14 | 19176 | 15 | | 120 MOSSVINE | 3 | | D | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 14 | 19176 | 16 | | 118 MOSSVINE | 2 | R | B | 2980 | 2,980 | 425 | 61 | 0 | 0 | 3,466 |
| 14 | 19176 | 33 | | 123 MOSSVINE | 3 | | E | 3220 | 3,220 | 425 | 32 | 0 | 102 | 3,779 |
| 14 | 19176 | 34 | | 121 MOSSVINE | 2 | R | B | 2980 | 2,980 | 425 | 61 | 0 | 0 | 3,466 |
| 14 | 19176 | 35 | | 117 MOSSVINE | 1 | | C | 2870 | 2,870 | 425 | 37 | 0 | 0 | 3,332 |



City of Irvine
APPROVED
BY _____
CASE # _008888_
DATE _422024_



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00889889-RNP | |
| **PROJECT ADDRESS** | |
| 117,    118,    120-123 MOSSVINE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD    PH    14 | 19176 |

# O W N E R – B U I L D E R   D E C L A R A T I O N

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☑ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

# O W N E R – B U I L D E R   D I S C L O S U R E S

## [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB

12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

_eSigned via SeamlessDocs.c_

05-02-2024

**OWNER-BUILDER SIGNATURE**                    **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



**COMMUNITY DEVELOPMENT**
**Building Safety**

[ Print Form ]

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.    008888

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~  New Home Co. | KRISTI BLANCHARD |

| OWNER ADDRESS | APPLICANT ADDRESS |
|---|---|
| ~~550 NEWPORT CTR. DR.~~  15231 Laguna Cyn. Rd. | |

| CITY Irvine | STATE CA | ZIP 92618 ~~92660~~ | PHONE 9519704794 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|

~~NEWPORT BEACH~~

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 117, 118, 120-123 MOSSVINE | 6 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL  No. Units: 6     ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify):

Total number of buildings for which permits are requested: 6

Is the building currently occupied?  ☐ YES   ☒ NO     If NO, anticipated occupancy date:  TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:     ☐ New  ☐ Expansion  ☐ Alteration  ☐ Other

The proposed development **involves** construction/expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III**.

The proposed development **DOES NOT involve** construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III**.

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer)  18140     sq. ft.

C. SCHOOL DISTRICT:  ☐ Irvine (IUSD)          ☐ Saddleback Valley (SVUSD)          ☐ No; **proceed to Section D**

☐ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)          ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III**.

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD  __ SAUSD  __ SVUSD  __ TUSD

☐ This project is EXEMPT from school fee requirements for the following reason:

___ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

___ The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

___ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

___ Other (Specify): _____

| PREPARED BY | TITLE | DATE 422024 |
|---|---|---|

WHITE - City          YELLOW - School District via Applicant          FORM 42-97 REV 06/18

Foothill/Eastern
Transportation Corridor Agency

22277

Receipt # FTE  9713

002877782
Permit #: _____

Date: _____

Plan Check # _008888_

Developer: _____

Address: 121 _____

20 _____  2618 _____

City of: _____

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| | | 6 | 1176 | |
| | | | 1416 | 880200 |
| | | | 14 | |
| | | | | |
| | | | | |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

007-13

**COMMUNITY DEVELOPMENT**
Building and Safety

**TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION**

Print Form

CODE COMPLIANCE NUMBER: 008888

PAGE: 1    OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 14

BUILDER: ~~ICDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD    PHONE: 9519704794

TRACT: 19176    LOTS: 14-16, 33-35

ADDRESSES: 117, 118, 120-123 MOSSVINE

TOTAL NUMBER OF BUILDINGS: 6    TOTAL NUMBER OF UNITS: 6

### PROJECT INFORMATION / SINGLE FAMILY OR MULTI-FAMILY

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* |
|---|---|---|---|---|---|---|---|
| 14, 35 | 122, 117 MOSSVINE | 1C | 2 | 2870 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 16, 34 | 118, 121 MOSSVINE | 2B | 2 | 2980 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 15, 33 | 120, 123 MOSSVINE | 3D, 3E | 2 | 3220 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |

TOTAL UNITS: 6

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY:

ZONE:

SF RATE: 6467

MF RATE:

### FEE CALCULATION

| SF or MF | FEE CALCULATION UNITS @ $ ____ EACH | FEE |
|---|---|---|
| | 66467 | 880200 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL UNITS: | TOTAL FEE: | 880200 |

PREPARED BY:    CITY OF IRVINE

TCA RECEIPT #: 71

DATE: 4024    AMOUNT: 880200

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

PREPARED BY: KRISTI BLANCHARD    APPLICANT

COMPANY: ICDC

DATE: 11/9/22

LETTER OF CREDIT TRANSFER NO: _____    AMOUNT: _____    CASH BALANCE DUE: _____

RECEIVED BY: _____    TCA    DATE: _____

FORM 66-92 REV 12/15
PAGE 1 of 2



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R24637423**
Posted: 04/11/2024 03:15 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Alisha Miller |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**          DFR24-00032

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $6,888.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $6,888.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $6,888.00 | | MasterCard-8280- |
| | **Total Paid** | $6,888.00 | |

## Notation

Printed: 04/11/2024 03:20 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR24-00032
City : Irvine
Developer Name : New Home Company
Project Address : 117,118,120,121,122,123 Mossvine
Project/Product and Phase # : Phase 10
Tract Number : 19176
Lot(s) : 14,15,16,33,34 & 35
Submitted Date : 04/11/2024
Total Fees : $6,888.00
Total Payments : $6,888.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 6 | | $6,888.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries



| Previous | 1 | Next |





Powered by Google Translate (https://translate.google.com)

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

(https://www.facebook.com/ocpublicworks/)    (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County



COMMUNITY DEVELOPMENT
Building and Safety

008888

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | |
| 00889889-RNP | 19176 | ■ N/A |
| LOCATION/ADDRESS | | |
| Portola    Springs    Olivewood Phase    14 | | |
| DEVELOPER | PRODUCT/PHASE | |
| | Olivewood Phase    14 | |
| BUILDING NUMBER | UNITS/LOTS | |
| | Lots 14-16    &    33-35 | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| | | |

eSigned via SeamlessDocs.c

GabeCastillo

04-29-2024
_____
DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00889919-RNP
Olivewood Phase 15
Planning Area 6, Tract 19176
Lots 10-13, 31, 32
124-128, 130 Mossvine
April 25, 2024

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Spings - Olivewood

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt.Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 19176 | 10 | | 130 MCSSVINE | 1 | R | C | 2870 | 2,870 | 425 | 37 | 0 | 0 | 3,332 |
| 15 | 19176 | 11 | | 128 MCSSVINE | 2 | | B | 2980 | 2,980 | 425 | 61 | 0 | 0 | 3,466 |
| 15 | 19176 | 12 | | 126 MCSSVINE | 3 | | A | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 15 | 19176 | 13 | | 124 MCSSVINE | 2 | R | E | 2980 | 2,980 | 425 | 0 | 0 | 96 | 3,501 |
| 15 | 19176 | 31 | | 127 MCSSVINE | 1 | | B | 2870 | 2,870 | 425 | 60 | 0 | 0 | 3,355 |
| 15 | 19176 | 32 | | 125 MCSSVINE | 2 | R | C | 2980 | 2,980 | 425 | 0 | 0 | 0 | 3,405 |



City of Irvine
APPROVED

Katie Berg-Curtis

BY _____

CASE #  00889919-RNP

DATE  4/25/2024



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | | |
|---|---|---|
| 00889919-RNP | | |
| PROJECT ADDRESS | | |
| 124-128,     130     MOSSVINE | | |
| PROJECT DESCRIPTION or NAME/PHASE | | TRACT |
| OLIVEWOOD     PH     15 | | 19176 |

# O W N E R – B U I L D E R   D E C L A R A T I O N

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

# O W N E R – B U I L D E R   D I S C L O S U R E S

## [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB

12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

05-02-2024

**OWNER-BUILDER SIGNATURE**                **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



**COMMUNITY DEVELOPMENT**
Building Safety

| Print Form |

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. ___00889919-RNP___

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~HCDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY Irvine ~~NEWPORT BEACH~~ | STATE CA | ZIP 92618 ~~92660~~ | PHONE 949-783-0040 9519704794 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 124-128, 130 MOSSVINE | 6 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL No. Units: 6    ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify): _____

Total number of buildings for which permits are requested: 6

Is the building currently occupied?  ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:    ☐ New  ☐ Expansion  ☐ Alteration  ☐ Other

The proposed development <u>involves</u> construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

The proposed development DOES NOT involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer) ___1900___ sq. ft.

C. SCHOOL DISTRICT:  ☐ Irvine (IUSD)    ☐ Saddleback Valley (SVUSD)    ☐ No; **proceed to Section D**
☐ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)    ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD    __ SAUSD    __ SVUSD    __ TUSD

☐ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

__ The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): _____

| PREPARED BY | Katie Berg-Curtis | TITLE | Csutat | DATE | 4/25/2024 |
|---|---|---|---|---|---|

CCK

Receipt #: FTE   9712
0092840 R 45 RBP
Permit #:

Developer: N CPN

Address: 1521 N CNN R

250
RN C 9218

Transportation Corridor Agency

Foothill/Eastern

City of: _____   RN

Date:

Plan Check #: 00889919 RNP

007-13

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
|  |  |  | RC 191 | 880200 |
|  |  |  | 10-112 |  |
|  |  |  | P 15 |  |
|  |  | PR PRN |  |  |
|  |  |  |  |  |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

**Print Form**

**COMMUNITY DEVELOPMENT**
**Building and Safety**

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER:   00889919 RNP                                                    PAGE: 1      OF: 1

## PART I: PROJECT INFORMATION

(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 15

BUILDER: ~~ICDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD                    PHONE: 9519704794

TRACT: 19176                    LOTS: 10-13, 31, 32

ADDRESSES: 124-128, 130 MOSSVINE

TOTAL NUMBER OF BUILDINGS: 6        TOTAL NUMBER OF UNITS: 6

### PROJECT INFORMATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | |
| 31, 10 | 127, 130 MOSSVINE | 1B, 1C | 2 | 2870 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 11, 32 | 128, 125 MOSSVINE | 2B, 2C | 2 | 2980 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 13 | 124 MOSSVINE | 2E | 1 | 2890 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 12 | 126 MOSSVINE | 3A | 1 | 3220 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | TOTAL UNITS: 6 | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |

If YES to two or more categories:
Single-Family (SF)
If NO to two or more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD                    APPLICANT

COMPANY: ICDC

DATE: 11/9/22

## PART II: FEE DETERMINATION

(To be completed by CITY STAFF)

CORRIDOR AGENCY:   /

ZONE:

SF RATE:   4

MF RATE:   N/

### FEE CALCULATION

| | SF or MF | FEE CALCULATION UNITS @ $_____ EACH | FEE |
|---|---|---|---|
| | | 4 | 880200 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL UNITS: | | TOTAL FEE: | 880200 |

PREPARED BY :   RK        CITY OF IRVINE

TCA RECEIPT #:   912        AMOUNT:   880200

DATE:   4024

## PART III: FOR FEE CREDIT USE ONLY

(To be completed by Transportation Corridor Agency (TCA) STAFF)

LETTER OF CREDIT TRANSFER NO:             AMOUNT:             CASH BALANCE DUE:

RECEIVED BY:             TCA             DATE:



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Operator:** Gearset User

**Receipt #: R24637424**
Posted: 04/11/2024 03:15 PM



## Payer

| | |
|---|---|
| **Payer:** | Alisha Miller |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

| | |
|---|---|
| **Remittance Number:** | DFR24-00033 |

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $6,888.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $6,888.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $6,888.00 | | MasterCard-8280- |
| | **Total Paid** | $6,888.00 | |

## Notation

Printed: 04/11/2024 03:20 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

# Road Fee Remittance - Detail

|  |  |
|---|---|
| First Name : | Diana |
| Last Name : | Asmar |
| Email : | dasmar@newhomeco.com |
| Remittance Number : | DFR24-00033 |
| City : | Irvine |
| Developer Name : | New Home Company |
| Project Address : | 124,125,126,127,128,130 Mossvine |
| Project/Product and Phase # : | Phase 11 |
| Tract Number : | 19176 |
| Lot(s) : | 10,11,12,13,31 & 32 |
| Submitted Date : | 04/11/2024 |
| Total Fees : | $6,888.00 |
| Total Payments : | $6,888.00 |
| Comments : |  |

| Road Fee Programs | Financials | Receipts | Additional Docs |
|---|---|---|---|

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 6 |  | $6,888.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 |  | $0.00 |
| Santiago | Commercial | $1.01 |  | 0 | $0.00 |

Showing 1 to 3 of 3 entries



| Previous | 1 | Next |
|---|---|---|



Select Language

 Powered by Google **Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

 (https://www.facebook.com/ocpublicworks/)    (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R24637425**
Posted: 04/11/2024 03:15 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Alisha Miller |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**    DFR24-00034

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $5,740.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $5,740.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $5,740.00 | | MasterCard-8280- |
| | **Total Paid** | $5,740.00 | |

## Notation

Printed: 04/11/2024 03:20 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR24-00034
City : Irvine
Developer Name : New Home Company
Project Address : 129,132,134,136 Mossvine & 201 Mistwater
Project/Product and Phase # : Phase 12
Tract Number : 19176
Lot(s) : 6,7,8,9 & 30
Submitted Date : 04/11/2024
Total Fees : $5,740.00
Total Payments : $0.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show  10  v entries

Search:

| Fee Programs ↓↑ | Unit Type(s) ↓↑ | Unit Fee(s) ↓↑ | Number of DUs ↓↑ | TotalSquareFootage ↓↑ | Deposit Amounts ↓↑ |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 5 | | $5,740.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries





Previous  1  Next

Contact (/Contact)              Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)              www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

**f** (https://www.facebook.com/ocpublicworks/)    🐦 (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2024 Orange County

CHECK # 22278

Receipt #: FTE    9714

0092796,798 THRU 801 RBP
Permit #:

Developer: NEW HOME COMPANY

Address:15231 LAGUNA CANYON RD

250                           Foothill/Eastern
                              Transportation Corridor Agency

IRVINE  CA 92648              Date: 562

                City of:  IRVINE          Plan Check #: 0890286 RNP

007-13

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| A | SFD | 5 | TRACT 19176 | $32,335.00 |
| | | | LOTS 6-9,30 | |
| | | | OLIVEWOOD PHASE 16 | |
| | | | PORTOLA SPRINGS | |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period
in which the developer of this project may protest has begun (see California Government Code Section
66020(d)(1).)

Print Form

**COMMUNITY DEVELOPMENT**
Building and Safety

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: 0089026 RNP

PAGE: 1     OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 16

BUILDER: ICDC  New Home Co.

APPLICANT NAME: KRISTI BLANCHARD

PHONE: 9519704794

TRACT: 19176     LOTS: 6-9, 30

ADDRESSES: 129, 132, 134, 136 MOSSVINE; 201 MISTWATER

TOTAL NUMBER OF BUILDINGS: 5     TOTAL NUMBER OF UNITS: 5

### PROJECT INFORMATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | |
| 8,6 | 134 MOSSVINE;201 MISTWATE | 1A, 1C | 2 | 2870 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 9 | 132 MOSSVINE | 2E | 1 | 2980 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 30.7 | 129, 136 MOSSVINE | 3A,3D | 2 | 3220 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | TOTAL UNITS: 5 | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD     APPLICANT

COMPANY: ICDC

DATE: 11/9/22

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: FE

ZONE: A

SF RATE: 667

MF RATE: NA

### FEE CALCULATION

| | SF or MF | FEE CALCULATION UNITS @ $_____ EACH | FEE |
|---|---|---|---|
| | SF | 5  667 | $32,335.00 |
| | SF | | |
| | SF | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL UNITS: | | | |

TOTAL FEE: $32,335.00

PREPARED BY: MARK M     CITY OF IRVINE

TCA RECEIPT #: 971

DATE: .30.2     AMOUNT: $32,335.00

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

LETTER OF CREDIT TRANSFER NO: _____     AMOUNT: _____

RECEIVED BY: _____     TCA     DATE: _____     CASH BALANCE DUE: _____

FORM 66-92 REV 12/15
PAGE 1 of 2



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!**    You are completing this Permit Declaration as the **OWNER-BUILDER**    for this project.  If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00890286-RNP | |
| PROJECT ADDRESS | |
| 129, 132, 134, 136 MOSSVINE, 201 MISTWATER | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| OLIVEWOOD PH 16 | 19176 |

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption.  Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐  I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale.  (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale.  If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☉  I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law). Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 66-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐  I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER-BUILDER DISCLOSURES

**[NOTICE TO PROPERTY OWNER]**

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder.  **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.**    Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATI

KB _____    1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB _____    2. I understand building permits are not required to be signed by property owners unless they are responsible for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB _____    3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB _____    4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB _____    5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB _____    6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB _____    7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless all work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB _____    8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB _____    9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more informa about licensed contractors.

KB _____    10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

     NEW HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

05/02/2024

**OWNER-BUILDER SIGNATURE**        **DATE**

Kristi Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00890286-RNP
Olivewood Phase 16
Planning Area 6,Tract 19176
Lots 6-9, 30
129, 132, 134, 136 Mossvine; 201 Mistwater
April 17, 2024

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

00890286-RNP

Irvine Pacific - Portola Spings - Olivewood

| Construction Phase | Tract | Lot | Unit | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 19176 | 6 | | 201 MISTYWATER | 1 | | C | 2870 | 2,870 | 425 | 37 | 0 | 0 | 3,332 |
| 16 | 19176 | 7 | | 130 MOSSVINE | 3 | R | D | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 16 | 19176 | 8 | | 134 MOSSVINE | 1 | R | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |
| 16 | 19176 | 9 | | 132 MOSSVINE | 2 | R | E | 2980 | 2,980 | 425 | 0 | 0 | 96 | 3,501 |
| 16 | 19176 | 30 | | 129 MOSSVINE | 3 | | A | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |



City of Irvine
APPROVED

BY    K B-C
CASE #    00890286-RNP
DATE    17202



**COMMUNITY DEVELOPMENT**
Building Safety

[ Print Form ]

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. 00890286-RNP

| PART I: PROJECT INFORMATION (To be completed by Applicant) | |
|---|---|
| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY ~~NEWPORT BEACH~~ Irvine | STATE CA | ZIP ~~92660~~ 92618 | PHONE 9519704794 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 129, 132, 134, 136 MOSSVINE; 201 MISTWATER | 5 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL  No. Units: 5        ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify):

Total number of buildings for which permits are requested: 5

Is the building currently occupied? ☐ YES  ☒ NO   If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:        ☐ New  ☐ Expansion  ☐ Alteration  ☐ Other

The proposed development **involves** construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

The proposed development **DOES NOT** involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer)  15,160  sq. ft.

C. SCHOOL DISTRICT: ☐ Irvine (IUSD)        ☐ Saddleback Valley (SVUSD)                        ☐ No; **proceed to Section D**

☐ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)        ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees. A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD __ SAUSD __ SVUSD __ TUSD

☐ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

__ The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): _____

| PREPARED BY K B-C | TITLE C | DATE 17202 |
|---|---|---|

WHITE - City          YELLOW - School District via Applicant                    FORM 42-97 REV 06/18



11/16/2022

CASHIER
City of Irvine
One Civic Center Plaza
Irvine, CA 92620

**Subject: Olivewood Tr. 19176 @ Portola Springs**

**Applicant Name: Kristi Blanchard**

**Consultant Company: KB Processing**

**AMOUNT TO WITHDRAW FROM TRUST ACCOUNT:    $3,297.29**

**Olivewood Ph. 16 - Plan Check Fees**

Authorization to the above amount from the Trust Account **EXPIRES FIVE (5) WORKING DAYS** from the date of this letter.

**Note to consultant:  Please return the ORIGINAL receipt for this withdrawal with a copy of this letter to the attention of : Terri Moss**

If you have any questions please contact **Terri Moss at 949-720-2324.**

Sincerely,

*Terri Moss*

Terri Moss
Senior Director, Community Development



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886226-RNP
Olivewood Phase 1
Planning Area 6,Tract 19176
Lots 59-63
319, 321, 323, 325, 327 Brimwood
April 10, 2023

<u>Planning & Development Services</u>:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Springs - Olivewood

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19176 | 59 | | 319 BRIMWOOD | 3 | R | E | 3227 | 3,227 | 425 | 32 | | 102 | 3,786 |
| 1 | 19176 | 60 | | 321 BRIMWOOD | 1 | R | C | 2876 | 2,876 | 425 | 37 | | 0 | 3,338 |
| 1 | 19176 | 61 | | 323 BRIMWOOD | 2 | | B | 2988 | 2,988 | 425 | 61 | | 0 | 3,474 |
| 1 | 19176 | 62 | | 325 BRIMWOOD | 1 | | A | 2876 | 2,876 | 425 | 63 | | 0 | 3,364 |
| 1 | 19176 | 63 | | 327 BRIMWOOD | 2 | | E | 2988 | 2,988 | 425 | 0 | | 96 | 3,509 |



City of Irvine
APPROVED

BY Katie Berg-Curtis

CASE # 00886226-RNP

DATE 4/10/2023



**COMMUNITY DEVELOPMENT**
**PUBLIC WORKS**

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | | | |
|---|---|---|---|
| ARBOR PH. | 1 | - | 00885327-RNC |

| PROJECT ADDRESS | |
|---|---|
| ARBOR PH. | 1 |

| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
|---|---|
| ARBOR PH.   1   -   00901740-RBP, 00901741-RBP, 00901742-RBP, 00901743-RBP, 00901744-RBP | 775 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.)

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

   IRVINE COMMUNITY    DEVELOPMENT

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11.  I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12.  I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

eSigned via SeamlessDocs.c

04-14-2023

OWNER-BUILDER SIGNATURE                                          DATE

Kristi    Blanchard

PROPERTY OWNER NAME

kristi.blanchard@aol.com

EMAIL



COMMUNITY DEVELOPMENT
Building Safety

Print Form

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. **00886226-RNP**

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~XXX~~ THE NEW HOME COMPANY | ~~XXXXX XXXXXXX~~ ~~KRISTINA CLARK~~ DIANA ASMAR |

| OWNER ADDRESS | APPLICANT ADDRESS |
|---|---|
| ~~XXXXXXXXXX XXXXX~~ 15231 LAGUNA CANYON RD | |

| CITY IRVINE | STATE | ZIP | PHONE 949-793-0040 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | CA ~~CA~~ | 92618 ~~92660~~ | ~~XXXXXXXXXX~~ | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 319, 321, 323, 325, 327 BRIMWOOD | 5 SFD UNITS |

**EXISTING/PROPOSED LAND USE**

[X] RESIDENTIAL  No. Units: 5   [ ] INDUSTRIAL  [ ] COMMERCIAL/OFFICE  [ ] OTHER (Specify): _____

Total number of buildings for which permits are requested: 5

Is the building currently occupied? [ ] YES  [X] NO   If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:  [X] New  [ ] Expansion  [ ] Alteration  [ ] Other

    The proposed development underlines construction/expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

    The proposed development DOES NOT involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer)  14,955  sq. ft.

C. SCHOOL DISTRICT:  [ ] Irvine (IUSD)   [ ] Saddleback Valley (SVUSD)   [ ] No; **proceed to Section D**
    [X] Irvine (IUSD CFD)  [ ] Santa Ana (SAUSD)  [ ] Tustin (TUSD)  [ ] Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

  1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

  2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

[ ] Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD __ SAUSD __ SVUSD __ TUSD

[X] This project is EXEMPT from school fee requirements for the following reason:

  __ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

  X_ The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

  __ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

  __ Other (Specify): _____

| PREPARED BY Katie Berg-Curtis | TITLE Consultant | DATE 4/10/2023 |
|---|---|---|

REVISED TCA EES TCA EES INCREASED 7123

CHEC 00019944

Receipt #: FTE    9635
00901759 THRU 00901763-RP
Permit #:

Developer: THE NEW HOME COMPANY

Date: _____

Plan Check #:  00886226-RNP

Transportation Corridor Agency

Foothill/Eastern

Address: 15231 LAGUNA CANYON RD
250

IRVINE  CA 92618

City of: IRVINE

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| A | SD | 5 | TRACT 19176 | 3233500 |
| | | | LOTS 59-63 | |
| | | | OLIVEWOOD PHASE 1 | |
| | | | PORTOLA SPRINGS | |
| | | | | |

007-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)



**CITY OF IRVINE**

**COMMUNITY DEVELOPMENT**
Building and Safety

(REV, 9/24/2023)

Print Form

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: 00886226-RNP

PAGE: 1    OF: 1

## PART I: PROJECT INFORMATION

(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 1

BUILDER: ~~KDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD

TRACT: 19176    LOTS: 59-63    PHONE: 9519704794

ADDRESSES: 319, 321, 323, 325, 327 BRIMWOOD

TOTAL NUMBER OF BUILDINGS: 5    TOTAL NUMBER OF UNITS: 5

### PROJECT INFORMATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | |
| 62, 60 | 325, 321 BRIMWOOD | 1A, 1C | 2 | 2876 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 61, 63 | 323, 327 BRIMWOOD | 2B, 2E | 2 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| 59 | 319 BRIMWOOD | 3E | 1 | 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | |
| | TOTAL UNITS: 5 | | | | | | | |

If YES to two or more categories:
  Single Family (SF)
If NO to two more categories:
  Multi-Family (MF)

*Garage sq. ft. is NOT included

## PART II: FEE DETERMINATION

(To be completed by CITY STAFF)

CORRIDOR AGENCY:

ZONE: E

SF RATE: A

MF RATE: 6467

NA

### FEE CALCULATION

| SF or MF | FEE CALCULATION UNITS @ $    EACH | FEE |
|---|---|---|
| S | 5 X 6467 | 32335 |
| S | | |
| S | | |
| | | |
| | | |
| | | |
| **TOTAL UNITS:** | **TOTAL FEE:** | **32335** |

PREPARED BY: MAR M

TCA RECEIPT #: 9635    CITY OF IRVINE

DATE: 92823    AMOUNT: 3233500

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

PREPARED BY : KRISTI BLANCHARD    APPLICANT    LETTER OF CREDIT TRANSFER NO:    AMOUNT:

COMPANY: ~~KDC~~ New Home Co.

DATE: 10/6/22

RECEIVED BY:    TCA    DATE:    CASH BALANCE DUE:

REVISED TCA EES EES INCREASED 7123

FORM 66-92 REV 12/15
PAGE 1 of 2



**ounty of   range**
OC Public Works

County Service Center
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R23490810**
Posted: 03/30/2023 01:10 PM

**Operator:** Norbert Ponce

## Payer

| | |
|---|---|
| **Payer:** | Irvine Management Company |
| **Address:** | 550 Newport Center Dr., |
| | Newport Beach, CA 92660 |
| **Phone #:** | |

## Remittance Summary

**Remittance Number:**          DFR23-00004

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $19,193.00 | 15808015809507480M023ETM1012 |
| | **Total Remittance Charges** | $19,193.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| Check | $19,193.00 | | No. 3100526326 |
| | | **Total Paid** | $19,193.00 |

## Notation

Tr. 19176 Lots 40-45, 53-63 Phase 1, 9 & 10 Olivewood Project

Printed: 03/30/2023 01:10 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

| 22-Mar-23 | | Santiago Canyon Road Fees | | SFD  Irvine, CA | | Per Lot Costs | | |
|---|---|---|---|---|---|---|---|---|
| Phase | Project | Tract No. | Lot/Unit No. | Address | $ | 1,129.00 | | |
| Phase | Project | Tract No. | Lot/Unit No. | Address | | | | Plan Ck No. |
| 1 | Olivewood | 19176 | 59 | 319 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 60 | 321 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 61 | 323 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 62 | 325 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 63 | 327 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 43 | 314 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 44 | 316 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 45 | 318 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 56 | 313 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 57 | 315 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 58 | 317 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 40 | 308 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 41 | 310 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 42 | 312 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 53 | 307 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 54 | 309 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 55 | 311 BRIMWOOD | $ | 1,129.00 | | |
| | | | | Total | $ | 19,193.00 | | |

**Irvine Management Company**
550 Newport Center Drive
Newport Beach, CA92660

THE COUNTY OF ORANGE
4008590

I/O CDESANTIS 550-8-1

| | | | 03/28/2023 | Check Number |
| | | | | **3100526326** |

| INVOICE NUMBER | INVOICE DATE | VENDOR'S REFERENCE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 0000053960 | 03/27/2023 | *Olivewood Ph 1,9,10 T19176<br>Lots 40-45, 53-63 SCR | 19,193.00 | 0.00 | 19,193.00 |
| | | **Total** | **$19,193.00** | **$0.00** | **$19,193.00** |

**Irvine Management** any
550 Newport Center Drive
Newport n,CA92660

s Fargo Bank, N.A.
115 Hospital Drive
Van Wert, OH 45891

-382/412      3100526326

ISSUED:
03/_3/2023

AMOUNT

*********$19,193.00

PAY
TO THE
OrDER

*Nineteen thousand one* fred *ninety-three and 00/100 Dollars*

VOID / FTER 180 DAYS

THE OUNTY C O AHGE
601 N. ROSS ST
SANTA ANA CA 92701 USA

AUTHOR__ SIGNATURE

⑈3 00526326⑈ ⑇04 203824⑇ 967345 747⑈

COMMUNITY DEVELOPMENT
Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| 00864207-GPRE | 00873286 | ☐ MEMO IN / JOB FILE<br>⬤ N/A |

| BLDG PHASE PLAN CHECK# | TRACT# |
| --- | --- |
| 00886226-RNP | 19176 |

| LOCATION/ADDRESS |
| --- |
| Portola Springs |

| DEVELOPER | PRODUCT/PHASE |
| --- | --- |
| ICDC | Olivewood/Phase 1 |

| BUILDING NUMBER | UNITS/LOTS |
| --- | --- |
| | Lots 59-63 |

| SPECIAL CONDITIONS/REQUIREMENTS |
| --- |
| |

eSigned via SeamlessDocs.com

*Scott Coffey*

GRADING INSPECTOR
Scott Coffey

04-28-2023

DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00891356-RNP
Olivewood Phase 2
Planning Area 6
Tract 19176, Lots 84-86, 99, & 100
121, 122, 123, 124, 125 Oakstone
October 12, 2023

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to contact Amir S. Rafiq, Consultant to the City of Irvine, at (949) 724-7436 or arafiq@cityofirvine.org.

Irvine Pacific - Portola Spings - Olivewood

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 19176 | 84 | | 121 OAKSTONE | 2 | | B | 2980 | 2,980 | 425 | 61 | 0 | 0 | 3,466 |
| 2 | 19176 | 85 | | 123 OAKSTONE | 1 | | C | 2870 | 2,870 | 425 | 37 | 0 | 0 | 3,332 |
| 2 | 19176 | 86 | | 125 OAKSTONE | 2 | | E | 2980 | 2,980 | 425 | 0 | 0 | 96 | 3,501 |
| 2 | 19176 | 99 | | 124 OAKSTONE | 1 | | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |
| 2 | 19176 | 100 | | 122 OAKSTONE | 3 | | D | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |

**CITY OF IRVINE**
**APPROVED**

BY: _____Amir S. Rafiq_____
CASE #: _____00891356-RNP_____
DATE: _____10/12/23_____



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00891356-RNP | |
| **PROJECT ADDRESS** | |
| 121,    122,    123,    124,    125    OAKSTONE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD    PH    2 | 19176 |

# OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

# OWNER-BUILDER DISCLOSURES

## [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

**KB**

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

**KB**

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

**KB**

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

**KB**

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

**KB**

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

**KB**

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

**KB**

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

**KB**

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

**KB**

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

**KB**

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

    NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

eSigned via SeamlessDocs.c

10-19-2023

**OWNER-BUILDER SIGNATURE**    **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



COMMUNITY DEVELOPMENT
Building Safety

Print Form

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.    5

## PART I: PROJECT INFORMATION  (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ICDC | KRISTI BLANCHARD |

| OWNER ADDRESS | APPLICANT ADDRESS |
|---|---|
| 550 NEWPORT CTR. DR. | |

| CITY | STATE | ZIP | PHONE | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| NEWPORT BEACH | CA | 92660 | 9519704794 | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 121-125 OAKSTONE | ~~5 DETACHED CONDOS~~ 5 SFD |

EXISTING/PROPOSED LAND USE

[X] RESIDENTIAL  No. Units: 5    [ ] INDUSTRIAL  [ ] COMMERCIAL/OFFICE  [ ] OTHER (Specify): ____

Total number of buildings for which permits are requested: 5

Is the building currently occupied?  [ ] YES  [X] NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET  (To be completed by Staff)

A. TYPE OF CONSTRUCTION:  [X] New  [ ] Expansion  [ ] Alteration  [ ] Other

 X  The proposed development <u>involves</u> construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

 __ The proposed development <u>DOES NOT involve</u> construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer)  14,920  sq. ft.

C. SCHOOL DISTRICT:  [ ] Irvine (IUSD)  [ ] Saddleback Valley (SVUSD)    [ ] No; **proceed to Section D**

[X] Irvine (IUSD CFD)  [ ] Santa Ana (SAUSD)  [ ] Tustin (TUSD)    [ ] Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

 1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

 2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION  (To be completed by Staff)

[ ] Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees).  A copy of this determination form should be presented to the school district to expedite collection of fees.  IUSD will not accept payment unless fees are accompanied by this determination form.  __ IUSD  __ SAUSD  __ SVUSD  __ TUSD

[X] This project is EXEMPT from school fee requirements for the following reason:

 __ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

 X  The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

 __ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

 __ Other (Specify): _____

| PREPARED BY | Amir S. Rafiq | TITLE | Consultant Planner | DATE | 10/12/23 |
|---|---|---|---|---|---|

CHECK # 00020046

Developer: NEW HOME CO

Address: 15231 LAGUNA CANYON RD
250

IRVINE CA 92618     City of: IRVINE

Foothill/Eastern
Transportation Corridor Agency

Receipt #: FTE     9640

Permits: 00915795-RBP,00915796-RBP,00915798-RBP,00915800-RBP,00915801-RBP

Date: 10/24/23

Plan Check #: 00891356-RNP

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| A | SF | 5 | Olivewood Phase 2 Portola Springs. Tract 19176. Lots 84-86,99,100. | $32,335.00 |
| | | | 5 Production SFD. 121-125 Oakstone | |
| | | | | |
| | | | | |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

007-13



COMMUNITY DEVELOPMENT
Building and Safety

**TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION**

Print Form

CODE COMPLIANCE NUMBER: 00891356-RNP

PAGE: 1    OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 2

BUILDER:

APPLICANT NAME: KRISTI BLANCHARD

TRACT: 19176    LOTS: 84-86, 99, 100    PHONE: 9519704794

APPLICANT/NAME: JCDC

ADDRESSES: 121-125 OAKSTONE

TOTAL NUMBER OF BUILDINGS: 5    TOTAL NUMBER OF UNITS: 5

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: F/E

ZONE: A

SF RATE: $6,467.00

MF RATE:

### PROJECT INFORMATION / SINGLE FAMILY OR MULTI-FAMILY / FEE CALCULATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | SF or MF | FEE CALCULATION UNITS @ $_6467_ EACH | FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| 99, 85 | 124, 123 OAKSTONE | 1A, 1C | 2 | 2870 | ☒ Y ☐ N | ☒ Y ☐ N | ☒ Y ☐ N | SF | 5 x $6467.00 | $32,335.00 |
| 84, 86 | 121, 125 OAKSTONE | 2B, 2E | 2 | 2980 | ☒ Y ☐ N | ☒ Y ☐ N | ☒ Y ☐ N | SF | | |
| 100 | 122 OAKSTONE | 3D | 1 | 3220 | ☒ Y ☐ N | ☒ Y ☐ N | ☒ Y ☐ N | SF | | |
| | | | | | ☐ Y ☐ N | ☐ Y ☐ N | ☐ Y ☐ N | | | |
| | | | | | ☐ Y ☐ N | ☐ Y ☐ N | ☐ Y ☐ N | | | |
| | | | | | ☐ Y ☐ N | ☐ Y ☐ N | ☐ Y ☐ N | | | |
| | | | | | ☐ Y ☐ N | ☐ Y ☐ N | ☐ Y ☐ N | | | |
| | TOTAL UNITS: 5 | | | | ☐ Y ☐ N | ☐ Y ☐ N | ☐ Y ☐ N | TOTAL UNITS: | TOTAL FEE: | $32,335.00 |

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD    APPLICANT

DATE: 11/28/22

COMPANY: JCDC

PREPARED BY: Sheldon Enderby    CITY OF IRVINE

TCA RECEIPT #: 9640

DATE: 10/17/2023 AMOUNT: $32,335.00

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

RECEIVED BY:    LETTER OF CREDIT TRANSFER NO:    AMOUNT:    DATE:    CASH BALANCE DUE:

TCA

# Road Fee Remittance - Detail

|  |  |
|---|---|
| First Name : | DA |
| Last Name : | Diana Asmar |
| Email : | dasmar@newhomeco.com |
| Remittance Number : | DFR23-00015 |
| City : | Irvine |
| Applicant Name : | Diana Asmar |
| Project Address : | 121-125 Oakstone |
| Project/Product and Phase # : | Phase 2 |
| Tract Number : | 19176 |
| Lot(s) : | Lots # 84,85,86,99&100 |
| Submitted Date : | 10/10/2023 |
| Total Fees : | $5,740.00 |
| Total Payments : | $5,740.00 |
| Comments : | |

| Road Fee Programs | Financials | Receipts | Additional Docs |
|---|---|---|---|

## Road Fee Programs

Show 10 ⌄ entries

Search:

| Fee Programs ⇅ | Unit Type(s) ⇅ | Unit Fee(s) ⇅ | Number of DUs ⇅ | TotalSquareFootage ⇅ | Deposit Amounts ⇅ |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 5 | | $5,740.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries

Previous | 1 | Next



**County of Orange**
OC Public Works

**Receipt #: R23572716**
Posted: 10/12/2023 01:40 PM

County Service Center
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Bryan Kakimoto |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:**          DFR23-00015

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $5,740.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $5,740.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| Credit Card | $5,740.00 | | MasterCard-8280- |
| | | **Total Paid** $5,740.00 | |

## Notation

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.



# County of Orange
OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R23572716**
Posted: 10/12/2023 01:40 PM

**Operator:** Gearset User

## Payer

| | |
|---|---|
| **Payer:** | Bryan Kakimoto |
| **Address:** | 15231 Laguna Canyon Road |
| | Irvine, CA 92618 |
| **Phone #:** | (949) 382-6519 |

## Remittance Summary

**Remittance Number:** DFR23-00015

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $5,740.00 | 15808015809507480M024ETM1012 |
| | **Total Remittance Charges** | $5,740.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| **Credit Card** | $5,740.00 | | MasterCard-8280- |
| | | **Total Paid** | $5,740.00 |

## Notation

Printed: 10/12/2023 01:45 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

COMMUNITY DEVELOPMENT
Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | ⬤ N/A |
| 00891356-RNP | 19176 | |

LOCATION/ADDRESS

Portola Springs

| DEVELOPER | PRODUCT/PHASE |
| --- | --- |
| TNHC | Olivewood/Phase 2 |

| BUILDING NUMBER | UNITS/LOTS |
| --- | --- |
| | Lots 84-86,99,&100 |

SPECIAL CONDITIONS/REQUIREMENTS

10 - 09 - 2023

eSigned via SeamlessDocs.com

*Scott Coffey*

GRADING INSPECTOR
Scott Coffey

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00891461-RNP
Olivewood Phase 3
Planning Area 6,Tract 19176
Lots 87-89, 96-98
126-131 Oakstone
December 18, 2023

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Spings - Olivewood

| Construction Phase | Tract | Lot | Unit | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 19176 | 87 | | 127 OAKSTONE | 3 | R | D | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 3 | 19176 | 88 | | 129 OAKSTONE | 2 | | B | 2980 | 2,980 | 425 | 61 | 0 | 0 | 3,466 |
| 3 | 19176 | 89 | | 131 OAKSTONE | 1 | | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |
| 3 | 19176 | 96 | | 130 OAKSTONE | 3 | R | E | 3220 | 3,220 | 425 | 32 | 0 | 102 | 3,779 |
| 3 | 19176 | 97 | | 128 OAKSTONE | 1 | R | B | 2870 | 2,870 | 425 | 60 | 0 | 0 | 3,355 |
| 3 | 19176 | 98 | | 126 OAKSTONE | 2 | | C | 2980 | 2,980 | 425 | 0 | 0 | 0 | 3,405 |

City of Irvine
**APPROVED**
Katie Berg-Curtis
BY _____
CASE # 00891461-RNP
DATE 12/18/2023



**COMMUNITY DEVELOPMENT**
**PUBLIC WORKS**

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00891461-RNP | |
| **PROJECT ADDRESS** | |
| 126-131 OAKSTONE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD    PH    3 | 19176 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB   11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB   12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.

eSigned via SeamlessDocs.c                              01-02-2024
_____        _____
OWNER-BUILDER SIGNATURE                          DATE

Kristi    Blanchard
_____
PROPERTY OWNER NAME

Kristi.Blanchard@aol.com
_____
EMAIL

Rev. 12/7/23



**COMMUNITY DEVELOPMENT**
**Building Safety**

[ Print Form ]

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for
Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. 00891461-RNP

| PART I: PROJECT INFORMATION (To be completed by Applicant) | |
|---|---|
| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Canyon Rd. | |

| CITY Irvine | STATE CA ~~NEWPORT BEACH~~ | ZIP 92618 ~~92660~~ | PHONE 949-793-0041 ~~9519704794~~ | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 126-131 OAKSTONE | 6 DETACHED CONDOS |

| EXISTING/PROPOSED LAND USE |
|---|
| ☒ RESIDENTIAL  No. Units: 6      ☐ INDUSTRIAL ☐ COMMERCIAL/OFFICE ☐ OTHER (Specify): |
| Total number of buildings for which permits are requested: 6 |
| Is the building currently occupied? ☐ YES  ☒ NO      If NO, anticipated occupancy date: TBD |

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

**A. TYPE OF CONSTRUCTION:**   ☒ New ☐ Expansion ☐ Alteration ☐ Other

___ The proposed development <u>involves</u> construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

___ The proposed development **DOES NOT involve** construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

**B. SIZE OF PROPOSED DEVELOPMENT:**  Gross floor area (determined by City Plan Check Engineer)   18,100   sq. ft.

**C. SCHOOL DISTRICT:** ☐ Irvine (IUSD)   ☐ Saddleback Valley (SVUSD)   ☐ No; **proceed to Section D**
☒ Irvine (IUSD CFD) ☐ Santa Ana (SAUSD) ☐ Tustin (TUSD)   ☐ Yes; **proceed to Part III**

**D. FEE CALCULATION** (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD __ SAUSD __ SVUSD __ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

X The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): _____

| PREPARED BY Katie Berg-Curtis | TITLE Consultant | DATE 12/18/2023 |
|---|---|---|

WHITE - City      YELLOW - School District via Applicant      FORM 42-97 REV 06/18

Print Form

ᵒ ᶠ ᴬᵣ    COMMUNITY DEVELOPMENT
Building and Safety

Rev. 12/1/23

**A SP    C    R    C    S    S    I    F**

CODE COMPLIANCE NUMBER:

PAGE: 1        OF: 1

PROJECT:    ᵒ   com    by A
BUILDER: ~TCC~ New Hom, Co        CORRIDOR AGENCY:    FOOTHILL EASTERN
APPLICANT NAME: KRISTI BLANCHARD            ZONE:    A
TRACT: 19176                PHONE: 9519704794    SF RATE:    $6,467.00
ADDRESSES: 126-131 OAKSTONE    LOTS: 87-89, 96-98        MF RATE:
TOTAL NUMBER OF BUILDINGS: 6    TOTAL NUMBER OF UNITS: 6

o    com   eted by    A

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | DETACHED | SEPARATE LOT | >=1500 SQ.FT.* | SF or MF | FEE CALCULATION UNITS @ $____ EACH | FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| 89, 97 | 131, 128 OAKSTONE | 1A, 1B | 2 | 2870 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | 6 @ $6,467.00 = | 38,802 |
| 88, 98 | 129, 126 OAKSTONE | 2B, 2C | 2 | 2980 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | | |
| 87, 96 | 127, 130 OAKSTONE | 3D, 3E | 6 | 3220 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |

SINGLE FAMILY OR MULTI-FAMILY

TOTAL UNITS: 6

If YES to two or more categories: Single Family (SF)
If NO to two more categories: Multi-Family (MF)
*Garage sq. ft. is NOT included

TOTAL UNITS:

PREPARED BY : KRISTI BLANCHARD
COMPANY: ~TCC~ New Hom, Co    APPLICANT APPLICANT
DATE: 11/28/22

PREPARED BY :    MARSHA LALONDE        TOTAL FEE:  38,802

DATE:    12-21-23            AMOUNT:    38,802

LETTER OF CREDIT TRANSFER NO:        AMOUNT:

RECEIVED BY:        DATE:        CASH BALANCE DUE:

TCA

FORM 66-92 REV 12/15
PAGE 1 of 2

Developer: NEW HOME CO

Address: 15231 Laguna Cyn Rd 250
IRVINE CA 92618

Foothill/Eastern
Transportation Corridor Agency
City of: IRVINE

Receipt #: FTE **8680**

Permit #: 00920234-RBP-00920239-RBP

Date:

Plan Check #: 00891461-RNP

| Corridor Zone | Type of Units | # Lot | er | Amount Paid |
|---|---|---|---|---|
| A | RES | 6 | Olivewood Phase 3 Portola Springs | $38,802.00 |
| | | | Tract 19176. Lots 87-89,96-98. | |
| | | | 6 Production SFD. 126-131 Oakstone | |

005-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

# Road Fee Remittance - Detail

|  |  |
|---|---|
| First Name : | Diana |
| Last Name : | Asmar |
| Email : | dasmar@newhomeco.com |
| Remittance Number : | DFR23-00026 |
| City : | Irvine |
| Applicant Name : | New Home Company |
| Project Address : | 126,127,128,129,130,131 Oakstone |
| Project/Product and Phase # : | Phase 3 |
| Tract Number : | 19176 |
| Lot(s) : | Lots # 87,88,89,96,97,98 |
| Submitted Date : | 12/07/2023 |
| Total Fees : | $6,888.00 |
| Total Payments : | $6,888.00 |
| Comments : | |

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 6 | | $6,888.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries



| Previous | 1 | Next |



Select Language

 Powered by Google **Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

**f** (https://www.facebook.com/ocpublicworks/)    🐦 (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2023 Orange County



## COMMUNITY DEVELOPMENT
## Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
|  | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | ■ N/A |
| 00891461-RNP | 19176 | |
| LOCATION/ADDRESS | | |
| Portola    Springs | | |
| DEVELOPER | PRODUCT/PHASE | |
| TNHC | Olivewood/Phase    3 | |
| BUILDING NUMBER | UNITS/LOTS | |
|  | Lots 87-89,96-98 | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
|  | | |

eSigned via SeamlessDocs.c...

Scott Coffey

12-11-2023

DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00891478-RNP
Olivewood Phase 4
Planning Area 6,Tract 19176
Lots 90-95
132, 133, 135, 137, 138, 139 Oakstone
December 19, 2023

<u>Planning & Development Services:</u>

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals.  All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied.  Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Springs - Olivewood

| Construction Phase | Tract | Lot | UNT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 19176 | 90 | | 133 OAKSTONE | 3 | | C | 3220 | 3,220 | 425 | 32 | 12 | 0 | 3,689 |
| 4 | 19176 | 91 | | 135 OAKSTONE | 2 | R | E | 2980 | 2,980 | 425 | 0 | 0 | 96 | 3,501 |
| 4 | 19176 | 92 | | 137 OAKSTONE | 1 | | B | 2870 | 2,870 | 425 | 60 | 0 | 0 | 3,355 |
| 4 | 19176 | 93 | | 139 OAKSTONE | 3 | | D | 3220 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 4 | 19176 | 94 | | 138 OAKSTONE | 3 | R | C | 3220 | 3,220 | 425 | 32 | 12 | 0 | 3,689 |
| 4 | 19176 | 95 | | 132 OAKSTONE | 1 | | A | 2870 | 2,870 | 425 | 63 | 0 | 0 | 3,358 |



City of Irvine
APPROVED

BY Katie Berg-Curtis

CASE # 00891478-RNP

DATE 12/19/2023



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00891478-RNP | |
| **PROJECT ADDRESS** | |
| 132,    133,    135,    137,    138,    139    OAKSTONE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD    PH    4 | 19176 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☑ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB      11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB      12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

01-02-2024

**OWNER-BUILDER SIGNATURE**                    **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL

Rev. 12/7/23



**COMMUNITY DEVELOPMENT**
Building Safety

Print Form

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. 00891478-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| **OWNER ADDRESS** | **APPLICANT ADDRESS** |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY ~~NEWPORT BEACH~~ Irvine | STATE CA | ZIP ~~92660~~ 92618 | PHONE ~~9519704794~~ 949-713-0041 | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 132, 133, 135, 137, 138, 139 OAKSTONE | 6 DETACHED CONDOS |

**EXISTING/PROPOSED LAND USE**

☒ RESIDENTIAL  No. Units: 6   ☐ INDUSTRIAL  ☐ COMMERCIAL/OFFICE  ☐ OTHER (Specify): _____

Total number of buildings for which permits are requested: 6

Is the building currently occupied?  ☐ YES  ☒ NO   If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

**A. TYPE OF CONSTRUCTION:**   ☒ New  ☐ Expansion  ☐ Alteration  ☐ Other

  X  The proposed development <u>involves</u> construction/expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

  ___ The proposed development <u>DOES NOT</u> involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

**B. SIZE OF PROPOSED DEVELOPMENT:**  Gross floor area (determined by City Plan Check Engineer) **18,380** sq. ft.

**C. SCHOOL DISTRICT:**  ☐ Irvine (IUSD)   ☐ Saddleback Valley (SVUSD)   ☐ No; **proceed to Section D**
  ☒ Irvine (IUSD CFD)  ☐ Santa Ana (SAUSD)  ☐ Tustin (TUSD)   ☐ Yes; **proceed to Part III**

**D. FEE CALCULATION (Attach additional sheets if necessary):**

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. ___ IUSD  ___ SAUSD  ___ SVUSD  ___ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

  ___ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

  X  The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

  ___ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

  ___ Other (Specify): _____

| PREPARED BY  Katie Berg-Curtis | TITLE  Consultant | DATE  12/19/2023 |
|---|---|---|

WHITE - City          YELLOW - School District via Applicant          FORM 42-97 REV 06/18

Developer: N CPN

Address 1231 N CNN R
20

RN  C 9218

City of: RN

**Foothill/Eastern
Transportation Corridor Agency**

Receipt 8681

Permit #: 00920249-RBP2-RBP

Date:

Plan Check #: 00891478-RNP

R

ie Pase 4 Prta rigs

ract 1917 t 9094

2 Pr  Pa 3C 133138 aste

3880200

007-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period
in which the developer of this project may protest has begun (see California Government Code Section
66020(d)(1).)

Print Form

Rev. 12/7/23

**COMMUNITY DEVELOPMENT**
**Building and Safety**

(CITY OF IRVINE logo)

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: 00891478-RNP

PAGE: 1          OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH.4

BUILDER: ~~CDC~~ New Home Co.

APPLICANT NAME: KRISTI BLANCHARD

PHONE: 9519704794

TRACT: 19176          LOTS: 90-95

ADDRESSES: 132, 133, 135, 137, 138, 139 OAKSTONE

TOTAL NUMBER OF BUILDINGS: 6          TOTAL NUMBER OF UNITS: 6

### PROJECT INFORMATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY |||| 
|---|---|---|---|---|---|---|---|---|
| | | | | | DETACHED | SEPARATE LOT | >=1500 SQ. FT.* |
| 95, 92 | 132, 137 OAKSTONE | 1A, 1B | 2 | 2870 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 91 | 135 OAKSTONE | 2E | 1 | 2980 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| 90,94,91 | 133, 138, 139 OAKSTONE | 3C, 3D | 3 | 3220 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |

TOTAL UNITS: 6

If YES to two or more categories: Single Family (SF)
If NO to two or more categories: Multi-Family (MF)
*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD
COMPANY: ~~CDC~~ New Home Co.          APPLICANT
DATE: 11/28/22

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: RN

ZONE:
SF RATE: 4700
MF RATE:

### FEE CALCULATION

| TOTAL UNITS | SF or MF | FEE CALCULATION UNITS @ $_____ EACH | FEE |
|---|---|---|---|
| | | 4700 | 38802 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL FEE: | 38802 |

PREPARED BY: R N
TCA RECEIPT #: 881          CITY OF IRVINE
DATE: 12/21/23          AMOUNT: 38802

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

RECEIVED BY: _____ TCA _____ LETTER OF CREDIT TRANSFER NO: _____ AMOUNT: _____ DATE: _____ CASH BALANCE DUE: _____

# Road Fee Remittance - Detail

First Name : Diana
Last Name : Asmar
Email : dasmar@newhomeco.com
Remittance Number : DFR23-00027
City : Irvine
Applicant Name : New Home Company
Project Address : 132,133,135,137,138,139 Oakstone
Project/Product and Phase # : Phase 4
Tract Number : 19176
Lot(s) : Lots #90,91,92,93,94,96
Submitted Date : 12/07/2023
Total Fees : $6,888.00
Total Payments : $6,888.00
Comments :

| Road Fee Programs | Financials | Receipts | Additional Docs |

## Road Fee Programs

Show 10 entries

Search:

| Fee Programs | Unit Type(s) | Unit Fee(s) | Number of DUs | TotalSquareFootage | Deposit Amounts |
|---|---|---|---|---|---|
| Santiago | Single-Family Dwelling | $1,148.00 | 6 | | $6,888.00 |
| Santiago | Multi-Family Dwelling | $920.00 | 0 | | $0.00 |
| Santiago | Commercial | $1.01 | | 0 | $0.00 |

Showing 1 to 3 of 3 entries

| Previous | 1 | Next |





Select Language

Powered by Google **Translate (https://translate.google.com)**

Contact (/Contact)          Disclaimer (http://www.ocgov.com/contact/disclaimer/)

www.ocgov.com (https://ocgov.com/)          www.ocpublicworks.com (http://www.ocpublicworks.com/)

**IMPORTANT:**

**For best experience, use CHROME**

(https://www.facebook.com/ocpublicworks/)          (https://twitter.com/ocpublicworks?lang=en)

Copyright © 2023 Orange County



**COMMUNITY DEVELOPMENT**
**Building and Safety**

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | |
| 00891478-RNP | 19176 | ☑ N/A |
| LOCATION/ADDRESS | | |
| Portola     Springs | | |
| DEVELOPER | PRODUCT/PHASE | |
| TNHC | Olivewood/Phase     4 | |
| BUILDING NUMBER | UNITS/LOTS | |
| | | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| | | |

eSigned via SeamlessDocs.c

Scott Coffey

12-20-2023

DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886293-RNP
Olivewood Phase 9
Planning Area 6,Tract 19176
Lots 43-45, 56-58
313-318 Brimwood
February 8, 2024

<u>Planning & Development Services</u>:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Springs - Olivewood

| Construction Phase | Tract | Lot | UNIT | Street Address | Plan | Plan Type | Elevation | House SqFt | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 19176 | 43 | | 314 BRIMWOOD | 1 | | A | 2876 | 2,876 | 425 | 63 | 0 | 0 | 3,364 |
| 9 | 19176 | 44 | | 316 BRIMWOOD | 2 | R | E | 2988 | 2,988 | 425 | 0 | 0 | 96 | 3,509 |
| 9 | 19176 | 45 | | 318 BRIMWOOD | 3 | R | D | 3227 | 3,227 | 425 | 32 | 0 | 0 | 3,684 |
| 9 | 19176 | 56 | | 313 BRIMWOOD | 2 | | E | 2988 | 2,988 | 425 | 0 | 0 | 96 | 3,509 |
| 9 | 19176 | 57 | | 315 BRIMWOOD | 3 | R | A | 3227 | 3,227 | 426 | 32 | 0 | 0 | 3,684 |
| 9 | 19176 | 58 | | 317 BRIMWOOD | 2 | | B | 2988 | 2,988 | 425 | 61 | 0 | 0 | 3,474 |



City of Irvine
**APPROVED**
Katie Berg-Curtis
BY
CASE # 00886293-RNP
DATE 2/8/2024



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00886293-RNP | |
| PROJECT ADDRESS | |
| 313-318 BRIMWOOD | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| OLIVEWOOD    PH    9 | 19176 |

## O W N E R – B U I L D E R   D E C L A R A T I O N

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## O W N E R – B U I L D E R   D I S C L O S U R E S

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB   11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB   12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

eSigned via SeamlessDocs.c

02-29-2024

**OWNER-BUILDER SIGNATURE**                    **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL



**COMMUNITY DEVELOPMENT**
**Building Safety**

[ Print Form ]

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO. 00886293-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd | |

| CITY Irvine | STATE | ZIP 92618 | PHONE | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | CA | ~~92660~~ | 9519704794 | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 313-318 BRIMWOOD | 6 SFD UNITS |

**EXISTING/PROPOSED LAND USE**

☒ RESIDENTIAL  No. Units: 5    ☐ INDUSTRIAL ☐ COMMERCIAL/OFFICE ☐ OTHER (Specify): ___

Total number of buildings for which permits are requested: 6

Is the building currently occupied? ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:    ☒ New ☐ Expansion ☐ Alteration ☐ Other

   X The proposed development **involves** construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

   ___ The proposed development **DOES NOT** involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:  Gross floor area (determined by City Plan Check Engineer) ___ 18,294 ___ sq. ft.

C. SCHOOL DISTRICT:  ☐ Irvine (IUSD)      ☐ Saddleback Valley (SVUSD)      ☐ No; **proceed to Section D**
                     ☒ Irvine (IUSD CFD) ☐ Santa Ana (SAUSD) ☐ Tustin (TUSD)  ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

   1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

   2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD   __ SAUSD   __ SVUSD   __ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

   __ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

   X The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

   __ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

   __ Other (Specify): _____

| PREPARED BY Katie Berg-Curtis | TITLE Consultant | DATE 2/8/2024 |
|---|---|---|

CHECK # 000 21405

Receipt #: FTE    9655
0092372 THRU 377 RBP
Permit #: _____
Date: 2.29.24
Plan Check #: 00886293 RNP

Developer: NEW HOME COMPANY

Address: 15231 LAGUNA CANYON RD
250
IRVINE   CA 92618
City of: _____

Foothill/Eastern
Transportation Corridor Agency
IRVINE

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
| A | SFD | 6 | TRACT 19176 | $38,802.00 |
| | | | LOTS 43-45,56-58 | |
| | | | OLIVEWOOD PHASE 9 | |
| | | | PORTOLA SPRINGS | |

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).

C1-200

**CITY OF IRVINE**

**COMMUNITY DEVELOPMENT**
Building and Safety

[Print Form]

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: **00886293 RNP**

PAGE: 1   OF: 1

## PART I: PROJECT INFORMATION

(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 9   PORTOLA SPRINGS

BUILDER: TBC- New Home Co.

APPLICANT NAME: KRISTI BLANCHARD   PHONE: 9519704794

TRACT: 19176   LOTS: 43-45, 56-58

ADDRESSES: 313-318 BRIMWOOD

TOTAL NUMBER OF BUILDINGS: 5   TOTAL NUMBER OF UNITS: 6

## PART II: FEE DETERMINATION

(To be completed by CITY STAFF)

CORRIDOR AGENCY: F/E

ZONE: A

SF RATE: 6467

MF RATE: N/A

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY | | | | SF or MF | FEE CALCULATION UNITS@$ ____ EACH | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DETACHED | SEPARATE LOT | >= 1500 SQ. FT.* | | | | |
| 43 | 314 BRIMWOOD | A | 1 | 2876 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | 6 X 6467 = | $38,802 |
| 58,56,4 | 217,3 1 3, 316 BRIMWOOD | 1B, 2E | 3 | 2988 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | | |
| 57,45 | 315,3 1 8 BRIMWOOD | 3A, 3D | 2 | 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | SF | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | TOTAL UNITS: 6 | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | **TOTAL UNITS:** | TOTAL FEE: | $38,802 |

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)

*Garage sq. ft. is NOT included

PREPARED BY: KRISTI BLANCHARD   APPLICANT

COMPANY: JCDC

DATE: 10/6/22

PREPARED BY: MARK M

TCA RECEIPT #: 9655   CITY OF IRVINE

DATE: 2.15.24   AMOUNT: $38,802.00

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

RECEIVED BY: ____   TCA   LETTER OF CREDIT TRANSFER NO: ____   AMOUNT: ____   DATE: ____   CASH BALANCE DUE: ____



# ounty of range
## OC Public Works

**County Service Center**
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R23490810**
Posted: 03/30/2023 01:10 PM

**Operator:** Norbert Ponce

## Payer

**Payer:** Irvine Management Company
**Address:** 550 Newport Center Dr.,
Newport Beach, CA 92660
**Phone #:**

## Remittance Summary

**Remittance Number:** DFR23-00004

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $19,193.00 | 15808015809507480M023ETM1012 |
| | **Total Remittance Charges** | $19,193.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| Check | $19,193.00 | | No. 3100526326 |
| | | **Total Paid** | $19,193.00 |

## Notation

Tr. 19176 Lots 40-45, 53-63 Phase 1, 9 & 10 Olivewood Project

Printed: 03/30/2023 01:10 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

| 22-Mar-23 | | Santiago Canyon Road Fees | | SFD   Irvine, CA | | Per Lot Costs | | |
|-----------|---------|-----------|-------------|--------------|---|-------------|---|-------------|
| Phase | Project | Tract No. | Lot/Unit No. | Address | $ | 1,129.00 | | |
| Phase | Project | Tract No. | Lot/Unit No. | Address | | | | Plan Ck No. |
| 1 | Olivewood | 19176 | 59 | 319 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 60 | 321 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 61 | 323 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 62 | 325 BRIMWOOD | $ | 1,129.00 | | |
| 1 | Olivewood | 19176 | 63 | 327 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 43 | 314 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 44 | 316 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 45 | 318 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 56 | 313 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 57 | 315 BRIMWOOD | $ | 1,129.00 | | |
| 9 | Olivewood | 19176 | 58 | 317 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 40 | 308 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 41 | 310 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 42 | 312 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 53 | 307 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 54 | 309 BRIMWOOD | $ | 1,129.00 | | |
| 10 | Olivewood | 19176 | 55 | 311 BRIMWOOD | $ | 1,129.00 | | |
| | | | | Total | $ | 19,193.00 | | |

Irvine Management Company          THE COUNTY OF ORANGE                      I/O CDESANTIS 550-8-1
550 Newport Center Drive          4008590
Newport Beach, CA92660

|  |  | 03/28/2023 | Check Number 3100526326 |
| --- | --- | --- | --- |

| INVOICE NUMBER | INVOICE DATE | VENDOR'S REFERENCE | AMOUNT | DISCOUNT | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0000053960 | 03/27/2023 | *Olivewood Ph 1,9,10 T19176<br>Lots 40-45, 53-63 SCR | 19,193.00 | 0.00 | 19,193.00 |
|  |  | **Total** | $19,193.00 | $0.00 | $19,193.00 |

Irvine Management      any          ... s Fargo Bank, N.A.                 -382/412      3100526326
550 Newport Center Drive          115 Hospital Drive
Newport    ..., CA92660             Van Wert, OH 45891

ISSUED:                                           AMOUNT
03/..3/2023

PAY         Nineteen thousand one ... dred ninety-three and 00/100 Dollars          ********$19,193.00
TO THE
OrDER                                                                 VOID AFTER 180 DAYS

        THE  COUNTY C  O ANGE
        601 N. ROSS ST
        SANTA ANA CA 92701 USA

                                                                  AUTHORI... SIGNATURE

⑈3 00526326⑈ ⑈04 203824⑈ 967345 747⑈

COMMUNITY DEVELOPMENT
Building and Safety

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
|---|---|---|
| 00864207-GPRE | 00873286GP | ● MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | ☐ N/A |
| 00886293RNP | 19176 | |
| LOCATION/ADDRESS | | |
| | | |
| DEVELOPER | PRODUCT/PHASE | |
| New Home Company | OLIVEWOOD PHASE 9 | |
| BUILDING NUMBER | UNITS/LOTS | |
| | 43-45, 56-58 LOTS | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| | | |

eSigned via SeamlessDocs.com

*Ronald Fornelli*

Ronald Fornelli

GRADING INSPECTOR

03-01-2024

DATE

FORM 65-10 REV 10/21



# CITY OF IRVINE
# PLANNING AND DEVELOPMENT SERVICES
# CODE COMPLIANCE APPROVAL

Code Compliance No. 00886803-RNP
Olivewood Phase 10
Planning Area 6,Tract 19176
Lots 40-42, 53-55
307-312 Brimwood
March 21, 2024

Planning & Development Services:

Staff has reviewed the plans for the project referenced above and determined that the project is in compliance with the City's zoning requirements and any related discretionary approvals. All applicable conditions of approval from Planning Commission Resolution Nos. 22-3853 and 22-3854 have been satisfied. Therefore, this project is cleared for permit issuance by the Planning Department.

Should you have any questions, or need clarification, please do not hesitate to call Katie Berg-Curtis, Consultant to the City of Irvine, at (949) 724-6373 or kcurtis@cityofirvine.org.

Irvine Pacific - Portola Springs - Olivewood

| Construction Phase | Tract | Lot | Unit | Street Address | Plan | Plan Type | Elevation | House Sqft | Subtotal Livable | Garage | Porch | Balcony | Opt. Loft | Total Sq. Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1C | 1976 | 40 | | 308 BRIMWOOD | 3 | | A | 3229 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 1C | 1976 | 41 | | 310 BRIMWOOD | 1 | | B | 2879 | 2,870 | 425 | 30 | 0 | 0 | 3,355 |
| 1C | 1976 | 42 | | 312 BRIMWOOD | 2 | | C | 2389 | 2,960 | 425 | 0 | 0 | 0 | 3,405 |
| 1C | 1976 | 53 | | 307 BRIMWOOD | 1 | | A | 2879 | 2,870 | 425 | 33 | 0 | 0 | 3,358 |
| 1C | 1976 | 54 | | 309 BRIMWOOD | 3 | R | D | 3229 | 3,220 | 425 | 32 | 0 | 0 | 3,677 |
| 1C | 1976 | 55 | | 311 BRIMWOOD | 1 | | C | 2879 | 2,870 | 425 | 37 | 0 | 0 | 3,532 |

18,030



City of Irvine
APPROVED

BY _____ Katie Berg-Curtis
CASE # _____ 00886820-RNP
DATE _____ 3/25/2024

 **COMMUNITY DEVELOPMENT**
**PUBLIC WORKS**

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00886803-RNP | |
| PROJECT ADDRESS | |
| 307-312 BRIMWOOD | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| OLIVEWOOD   PH   10 | 19176 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

eSigned via SeamlessDocs.c                    03-29-2024
_____              _____
**OWNER-BUILDER SIGNATURE**                     **DATE**

Kristi    Blanchard
_____
PROPERTY OWNER NAME

Kristi.Blanchard@aol.com
_____
EMAIL



COMMUNITY DEVELOPMENT
**Building Safety**

Print Form

# SCHOOL FACILITIES FEE DETERMINATION

This form must be submitted in conjunction with all applications for Code Compliance except those for Tenant Improvements.

CODE COMPLIANCE NO.    00886803-RNP

## PART I: PROJECT INFORMATION (To be completed by Applicant)

| PROPERTY OWNER NAME | APPLICANT NAME (If different from Owner) |
|---|---|
| ~~ICDC~~ New Home Co. | KRISTI BLANCHARD |
| OWNER ADDRESS | APPLICANT ADDRESS |
| ~~550 NEWPORT CTR. DR.~~ 15231 Laguna Cyn. Rd. | |

| CITY Irvine | STATE | ZIP 92618 PHONE | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|
| ~~NEWPORT BEACH~~ | CA | ~~92660~~    9519704794 | | | | |

| PROPERTY ADDRESS/LOCATION | DESCRIPTION OF WORK TO BE DONE |
|---|---|
| 307-312 BRIMWOOD | 6 SFD UNITS |

EXISTING/PROPOSED LAND USE

☒ RESIDENTIAL No. Units: 6    ☐ INDUSTRIAL ☐ COMMERCIAL/OFFICE ☐ OTHER (Specify): _____

Total number of buildings for which permits are requested: 6

Is the building currently occupied? ☐ YES  ☒ NO    If NO, anticipated occupancy date: TBD

## PART II: FEE DETERMINATION WORKSHEET (To be completed by Staff)

A. TYPE OF CONSTRUCTION:    ☒ New ☐ Expansion ☐ Alteration ☐ Other

☒ The proposed development __involves__ construction/ expansion of accessible space and IS subject to the school facility fee requirements; **complete Parts II and III.**

☐ The proposed development DOES NOT involve construction/expansion of accessible space. School facility fees ARE NOT required; **proceed to Part III.**

B. SIZE OF PROPOSED DEVELOPMENT:   Gross floor area (determined by City Plan Check Engineer)    18,030 ___ sq. ft.

C. SCHOOL DISTRICT:   ☐ Irvine (IUSD)    ☐ Saddleback Valley (SVUSD)    ☐ No; **proceed to Section D**

☒ Irvine (IUSD CFD) ☐ Santa Ana (SAUSD) ☐ Tustin (TUSD)    ☐ Yes; **proceed to Part III**

D. FEE CALCULATION (Attach additional sheets if necessary):

1. Fees for SVUSD, SAUSD, TUSD are calculated and collected by the appropriate school districts; **proceed to Part III.**

2. IUSD fee calculation: _____ (sq. ft.) X $ _____ (factor) = $ _____ (fee)

## PART III: FEE DETERMINATION (To be completed by Staff)

☐ Prior to issuance of a Building Permit, a Certificate of Compliance must be obtained from the school district noted below (refer to the Information Sheet for the person responsible for the collection of fees). A copy of this determination form should be presented to the school district to expedite collection of fees. IUSD will not accept payment unless fees are accompanied by this determination form. __ IUSD    __ SAUSD    __ SVUSD    __ TUSD

☒ This project is EXEMPT from school fee requirements for the following reason:

__ Proposal does not involve addition or construction of assessable commercial, industrial, or residential floor area.

X The subject property is located within a CFD. IUSD exempts these areas from the collection of school fees.

__ The project consists of an addition of less than 500 sq. ft. to an existing residential structure.

__ Other (Specify): _____

| PREPARED BY | Katie Berg-Curtis | TITLE | Consultant | DATE | 3/25/2024 |
|---|---|---|---|---|---|

CCK

Developer: N CPN

Address: 523 N CNN R
250
RN-C-268

Transportation Corridor Agency
Foothill/Eastern

City of: RN

Receip: #: FTE 9674
00263 R 0026324 RBP
Permit #:

Date:

Plan Check #: 00886803 RNP

| Corridor Zone | Type of Units | Number of Units | Tract / Lot Number or Address | Amount Paid |
|---|---|---|---|---|
|  |  | 6 | RC 6 | 3880200 |
|  |  |  | 40-4253-55 |  |
|  |  |  | P 0 |  |
|  |  |  | PR PRN |  |

C07-13

Please be advised that as of the above-noted date of issuance of this receipt, the 90-day approval period in which the developer of this project may protest has begun (see California Government Code Section 66020(d)(1).)

Print Form

**COMMUNITY DEVELOPMENT**
**Building and Safety**

# TRANSPORTATION CORRIDOR AGENCIES RESIDENTIAL FEE DETERMINATION

CODE COMPLIANCE NUMBER: 00886803 RNP

PAGE: 1        OF: 1

## PART I: PROJECT INFORMATION
(To be completed by APPLICANT)

PROJECT: OLIVEWOOD PH. 10

BUILDER: ICDC    New Home Co.

APPLICANT NAME: KRISTI BLANCHARD          PHONE: 9519704794

TRACT: 19176          LOTS: 40-42, 53-55

ADDRESSES: 307-312 BRIMWOOD

TOTAL NUMBER OF BUILDINGS: 6          TOTAL NUMBER OF UNITS: 6

## PART II: FEE DETERMINATION
(To be completed by CITY STAFF)

CORRIDOR AGENCY: /

ZONE:

SF RATE: 646

MF RATE: N/

### PROJECT INFORMATION / FEE CALCULATION

| LOT NO. | ADDRESS | UNIT TYPE | # OF THIS UNIT TYPE PER BLDG | SQ. FT. PER UNIT | SINGLE FAMILY OR MULTI-FAMILY DETACHED | SEPARATE LOT | >=1500 SQ. FT.* | SF or MF | FEE CALCULATION UNITS @ $ EACH | FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| 53,41,51 | 307, 310, 311 BRIMWOOD | 1A,1B,1C | 3 | 2870 2876 2820 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | 6 646 | 3880200 |
| 42 | 312 BRIMWOOD | 2C | 1 | 2980 2988 3400 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| 40, 54 | 308, 309 BRIMWOOD | 3A, 3D | 2 | 3220 3227 | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| | | | | | ☒Y ☐N | ☒Y ☐N | ☒Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | |
| | TOTAL UNITS: 6 | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | TOTAL UNITS: | TOTAL FEE: | 3880200 |

If YES to two or more categories:
Single Family (SF)
If NO to two more categories:
Multi-Family (MF)
*Garage sq. ft. is NOT included

PREPARED BY: RK

CITY OF IRVINE

TCA RECEIPT #: 64        AMOUNT: 3880200

DATE: 3224

## PART III: FOR FEE CREDIT USE ONLY (To be completed by Transportation Corridor Agency (TCA) STAFF)

PREPARED BY: KRISTI BLANCHARD

COMPANY: ICDC          LETTER OF CREDIT TRANSFER NO:          AMOUNT:

DATE: 10/10/22

RECEIVED BY:          TCA          DATE:          CASH BALANCE DUE:

APPLICANT



**ounty of  range**
OC Public Works

County Service Center
601 N. Ross Street
P.O. Box 4048
Santa Ana, CA 92702-4048

**Receipt #: R23490810**
Posted: 03/30/2023 01:10 PM

**Operator:** Norbert Ponce

## Payer

**Payer:**     Irvine Management Company
**Address:**   550 Newport Center Dr.,
             Newport Beach, CA 92660
**Phone #:**

## Remittance Summary

**Remittance Number:**          DFR23-00004

## Current Remittance Charges

| Fee Item | Description | Charges | Coding |
|---|---|---|---|
| 3039 | Santiago Canyon Road (SCR) | $19,193.00 | 15808015809507480M023ETM1012 |
| | **Total Remittance Charges** | $19,193.00 | |

## Payment

| Type | Amount | Account | Notation |
|---|---|---|---|
| Check | $19,193.00 | | No. 3100526326 |
| | | **Total Paid** | $19,193.00 |

## Notation

Tr. 19176 Lots 40-45, 53-63 Phase 1, 9 & 10 Olivewood Project

Printed: 03/30/2023 01:10 PM

The fees, deposits, dedications, reservations or other exactions imposed by this development approval must be protested, if at all, within the 90 day-approval period imposed by Government Code section 66020.

| 22-Mar-23 | | Santiago Canyon Road Fees | | | SFD  Irvine, CA | | Per Lot Costs | |
|---|---|---|---|---|---|---|---|---|
| Phase | Project | Tract No. | Lot/Unit No. | Address | $ | 1,129.00 | | |
| | | | | | | | | |
| Phase | Project | Tract No. | Lot/Unit No. | Address | | | | Plan Ck No. |
| 1 | Olivewood | 19176 | 59 | 319 BRIMWOOD | $ | 1,129.00 | |
| 1 | Olivewood | 19176 | 60 | 321 BRIMWOOD | $ | 1,129.00 | |
| 1 | Olivewood | 19176 | 61 | 323 BRIMWOOD | $ | 1,129.00 | |
| 1 | Olivewood | 19176 | 62 | 325 BRIMWOOD | $ | 1,129.00 | |
| 1 | Olivewood | 19176 | 63 | 327 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 43 | 314 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 44 | 316 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 45 | 318 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 56 | 313 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 57 | 315 BRIMWOOD | $ | 1,129.00 | |
| 9 | Olivewood | 19176 | 58 | 317 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 40 | 308 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 41 | 310 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 42 | 312 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 53 | 307 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 54 | 309 BRIMWOOD | $ | 1,129.00 | |
| 10 | Olivewood | 19176 | 55 | 311 BRIMWOOD | $ | 1,129.00 | |
| | | | | Total | $ | 19,193.00 | |

**Irvine Management Company**
550 Newport Center Drive
Newport Beach, CA92660

THE COUNTY OF ORANGE
4008590

I/O CDESANTIS 550-8-1

| | | 03/28/2023 | Check Number 3100526326 |
|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | VENDOR'S REFERENCE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 0000053960 | 03/27/2023 | *Olivewood Ph 1,9,10 T19176<br>Lots 40-45, 53-63 SCR | 19,193.00 | 0.00 | 19,193.00 |
| | | **Total** | $19,193.00 | $0.00 | $19,193.00 |

---

**Irvine Management** ___ any
550 Newport Center Drive
Newport ___ ,CA92660

___ s Fargo Bank, N.A.
115 Hospital Drive
Van Wert, OH 45891

-382/412        3100526326

**ISSUED:**
03/___3/2023

AMOUNT

*********$19,193.00

**PAY**        *Nineteen thousand one ___ dred ninety-three and 00/100 Dollars*

TO THE
OrDER

THE ___ OUNTY C ___ O AHGE
601 N. ROSS ST
SANTA ANA CA 92701 USA

VOID / FTER 180 DAYS

AUTHORI___ SIGNATURE

⑈3 005263 26⑈ ⑆04 203824⑄ 967345 747⑈



**COMMUNITY DEVELOPMENT**
**Building and Safety**

# GRADING RELEASE CERTIFICATE

| GRADING PLAN CHECK# | PERMIT# | FUEL MOD |
| --- | --- | --- |
| | 00873286-GP | ☐ MEMO IN JOB FILE |
| BLDG PHASE PLAN CHECK# | TRACT# | |
| 00886803-RNP | | ■ N/A |
| LOCATION/ADDRESS | | |
| (E-PLAN)  BIG DIPPER/WHISPERING    HILLS.   PROD    PRECISE GRADING.TRACT    19176.  PRODUCT PHASE4-100 | | |
| DEVELOPER. | LOTS | |
| | | |
| BUILDING NUMBER | UNITS/LOTS | |
| | | |
| SPECIAL CONDITIONS/REQUIREMENTS | | |
| | | |

eSigned via SeamlessDocs.c

GabeCastillo

04-03-2024

_____
DATE

FORM 65-10 REV 10/21