# Exhibit 266

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**00901760-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 1 Portola Springs. Tract 19176.
Lot 60. 1 Production SFD. Plan 1C.

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 10/11/2023 _____ Contractor _____

### OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 10/11/2023 _____ Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

**CONSTRUCTION LENDING AGENCY**

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Lender's Name _____
Lender's Address _____

Signature of Applicant or Agent _____
Print Applicant's/Agent's Name _____
Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $461,739
**STORIES:** 2
**CODE YR:** 2019

**USE**
Production SFD.
GARAGE
PORCH
Air Condition
F.S. SYS-NFPA13D

**NO. UNITS:** 1
**TOT SQFT:** 3,338

**OCC**
R-3
U-1
R-3
R-3

**CONST. TYPE**
Type VB
Type VB
Wood Patio Covers
RESIDENTIAL
F.S. SYS-NFPA13D

**SQFT**
2,876
425
37

**EXP DATE:**

---

**ADDRESS:** 321 BRINWOOD
**TRACT:** 19176
**APN:**
**PLANNING AREA:**

**LOT:** 60

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 181.60 |
| SB 1473 fee - Due to State | 17.10 |
| SB 1473 fee - Admin | 1.90 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,568.86 |
| State Seismic Res | 60.03 |
| State Seismic Res | 2,308.69 |
| System Dev Charge Circ | 2,308.69 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

**Total Permit Fees: $6,805.22**
**Receipt#:** 00267170

**TCA Receipt:**

**PLAN CHECK #:** 00866226-RNP
**PLANNING APPROVAL:** KATIE CURTIS 4/10/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 10/11/2023
**PERMIT FINALED BY:** DAVID CHAFFE

**ACTION CODE:** 86

**TCA:**

5/2/24

---

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.
Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00901759-RBP

**ADDRESS:** 325 BRINWOOD

**TRACT:** 19176       **LOT:** 62

**APN:**

**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Olinwood Phase 1 Portola Springs. Tract 19176.
Lot 62. 1 Production SFD. Plan 1A.

---

### LENDER

Lender's Name

Lender's Address

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

_____        _____
Agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

**CONSTRUCTION LENDING AGENCY**
I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____        _____
Date                                        Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION**
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### WORKERS' COMPENSATION

☐ I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date ___10/11/2023___

Reason _____

B&PC, for the

### OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ , B&PC, for this reason: _____

Date ___10/11/2023___    Owner ___NEW HOME COMPANY___

### CONTRACTOR

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____  Lic.No. _____

Date ___10/11/2023___    Contractor _____

---

**OWNER:** NEW HOME COMPANY

**ADDRESS:** 15231 LAGUNA CANYON RD 250

**CITY, ST ZIP:** IRVINE CA 92618

**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING

**ADDRESS:** 37601 EARLY LN

**CITY, ST ZIP:** MURRIETA CA 92563

**CONTACT:** KRISTI BLANCHARD 951-970-4794

**PHONE:** (951) 970-4794

**CONTRACTOR:**

**ADDRESS:**

**CITY, ST ZIP:**

**CONTR LIC EXP:**

**IRV BUS LIC:**

**EXP DATE:**

**VALUATION:** $463,252

**STORIES:** 2       **NO. UNITS:** 1

**CODE YR:** 2019       **TOT SQFT:** 3,364

| USE | OCC | CONST. TYPE | SQFT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,876 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 63 |
| Air Condition | R-3 | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.82 |
| SB 1473 fee - Due to State | 17.10 |
| SB 1473 fee - Admin | 1.90 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,581.08 |
| State Seismic Res | 60.22 |
| System Dev Charge Circ | 2,316.26 |
| System Dev Charge Non-Circ | 2,316.26 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $6,833.99**

**Receipt#** 00267170

**TCA Receipt:**       **TCA:**

**PLAN CHECK #:** 00866226-RNP

**PLANNING APPROVAL:** KATIE CURTIS 4/10/2023

**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022

**PERMIT ISSUED BY:** MARK MESSERSMITH 10/11/2023

**PERMIT FINALED BY:** DEREK SANDERS

**ACTION CODE:** 86       4/18/24

---

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.**
**Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.**

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements**

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**00901761-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olinewood Phase 1 Portola Springs. Tract 19176.
Lot 61.1. Production SFD. Plan 2B.

| | | | |
|---|---|---|---|
| **ADDRESS:** 323 BRINWOOD | | |
| **TRACT:** 19176 | | **LOT:** 61 |
| **APN:** | | |
| **PLANNING AREA:** | | |

**OWNER** NEW HOME COMPANY
**ADDRESS:** 323 BRINWOOD
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRVIS US LIC:** **EXP DATE:**

| | | |
|---|---|---|
| **VALUATION:** | **NO. UNITS:** 1 | |
| **STORIES:** 2 | **TOT SQFT:** 3,474 | |
| **CODE YR:** 2019 | | |
| | **OCC** | **CONST TYPE** |
| | | |

| USE | | SQFT | OCC | CONST TYPE |
|---|---|---|---|---|
| Production SFD. | | 2,598 | R-3 | Type VB |
| GARAGE | | 425 | U-1 | Type VB |
| PORCH | | 61 | R-3 | Wood Patio Covers |
| Air Condition | | | R-3 | RESIDENTIAL |
| F.S. SYS-NFA13D | | | | F.S. SYS-NFA13D |

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 187.99 |
| SB 1473 fee - Due to State | 18.00 |
| SB 1473 fee - Admin | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,632.78 |
| Slate Seismic Res | 62.40 |
| System Dev Charge Circ | 2,400.17 |
| System Dev Charge Non-Circ | 2,400.17 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,061.86**
**Receipt#** **00267170**

**TCA Receipt:** **TCA:**

**PLAN CHECK #:** 00866226-RNP
**PLANNING APPROVAL:** KATIE CURTIS 4/10/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 10/11/2023
**PERMIT FINALED BY:** DAVID CHAFFE 5/2/24
**ACTION CODE:** 86

---

## CONTRACTOR

I hereby affirm under penalty of perjury that provisions of Chapter 9 (commencing with Section 70000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic No. _____

Date 10/11/2023 _____ Contractor _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason: _____

Date 10/11/2023 _____ Owner _____ NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

## WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 10/11/2023 _____ Applicant _____

**WORKERS' COMPENSATION DECLARATION**

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

**CONSTRUCTION LENDING AGENCY**

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Lender's Name _____
Lender's Address _____

Signature of Applicant or Agent _____
Print Applicant's/Agent's Name _____
Date _____

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.
Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.** Websites/ePORTAL/reports/Permits/WebApps/01/Application Reports/permits_2_page_finaled.rpt

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**ADDRESS:** 327 BRIMWOOD
**TRACT:** 19176        **LOT:** 63
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 1 Portola Springs. Tract 19176. Lot 63. 1 Production SFD. Plan 2E.

# 00901762-RBP

---

## CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No._____

Date 10/11/2023 ___ Contractor _____

### LICENSED CONTRACTORS DECLARATION

## OWNER-BUILDER

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date 10/11/2023 ___ Owner ___ NEW HOME COMPANY

## WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 10/11/2023 ___ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

### CONSTRUCTION LENDING AGENCY

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Lender's Name _____
Lender's Address _____

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____        Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRVBUS LIC:**

**VALUATION:** $490,966
**CODE YR:** 2019

**STORIES:** 2        **NO. UNITS:** 1
**TOT SQFT:** 3,509

| USE | OCC | CONST. TYPE |
|---|---|---|
| Production SFD. | R-3 | Type VB |
| GARAGE | U-1 | Type VB |
| OPT. LOFT | R-3 | RESIDENTIAL |
| Air Condition | | F.S. SYS-NFA13D |
| F.S. SYS-NFA13D | | |

|  | SQFT |
|---|---|
| | 2,588 |
| | 425 |
| | 96 |

**EXP DATE:**

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 189.64 |
| SB 1473 fee - Due to State | 18.00 |
| SB 1473 fee - Admin | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,649.23 |
| Slate Seismic Res | 63.83 |
| System Dev Charge Circ | 2,454.83 |
| System Dev Charge Non-Circ | 2,454.83 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,190.71**
**Receipt#** 00267170

**TCA Receipt:**
**Receipt#** 00866226-RNP        **TCA:**

**PLAN CHECK #** 00866226-RNP
**PLANNING APPROVAL:** KATIE CURTIS 4/10/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 10/11/2023
**PERMIT FINALED BY:** DEREK SANDERS
**ACTION CODE:** 86        4/18/24

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**ADDRESS:** 319 BRINWOOD
**TRACT:** 19176      **LOT:** 59
**APN:**
**PLANNING AREA:**

## DESCRIPTION OF WORK:
(e-plan) Olivewood Phase 1 Portola Springs. Tract 19176. Lot 59. 1 Production SFD. Plan 3E.

# 00901763-RBP

---

## CONTRACTOR

Date 10/11/2023    Contractor

License Class:        Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this Reason. _____

Date 10/11/2023    Owner   NEW HOME COMPANY

## WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier
Policy #

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 10/11/2023    Applicant

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent

Print Applicant's/Agent's Name                    Date

## LENDER
Lender's Name
Lender's Address

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**        **EXP DATE:**

**VALUATION:** $529,792
**STORIES:** 2        **NO. UNITS:** 1
**CODE YR:** 2019        **TOT SQFT:** 3,786

| USE | OCC | CONST TYPE | SQFT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,227 |
| GARAGE | U-1 | Type VB | 425 |
| POR/DK | R-3 | Wood Patio Covers | 102 |
| OPT LOFT | R-3 | Type VB | |
| Air Condition | R-3 | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 202.65 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,779.42 |
| State Seismic Res | 68.87 |
| Slate Seismic Res | 2,648.96 |
| System Dev Charge Circ | 2,648.96 |
| System Dev Charge Non-Circ | 2,648.96 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,729.21**
**Receipt#** 00267170

**TCA Receipt#:**        **TCA:**

**PERMIT CHECK #:** 00866226-RNP
**PLANNING APPROVAL:** KATIE CURTIS  4/10/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI  10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH  10/11/2023
**PERMIT FINALED BY:** DEREK SANDERS
**ACTION CODE:** 86        4/25/24

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.** Websites/ePORTAL/reports/PermitsWebApps001/Application Reports/permits_2_page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

CITY OF IRVINE



# New Residential Construction Permit

**0091575-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 2 Portola Springs - Tract 19176,
Lot 99. I. Production SFD. Plan 1A.

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR

Date: 10/24/2023 Contractor: _____

License Class: _____ Lic. No. _____

### OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

☐ I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date: 10/24/2023 Owner: NEW HOME COMPANY

### WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

Date: 10/24/2023 Applicant _____

### LENDER

**CONSTRUCTION LENDING AGENCY**

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

**LICENSED CONTRACTORS DECLARATION**

I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 124 OAKSTONE
**TRACT:** 19176 **LOT:** 99
**APN:**
**PLANNING AREA:**

---

**APPLICANT:** KB PROCESSING
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

EXP DATE:

**VALUATION:** $ 512,640
**STORIES:** 2
**CODE YR:** 2019

**NO. UNITS:** 1
**TOT SQ FT:** 3,358

| USE | | OCC | | CONST. TYPE | | SQ FT |
|-----|--|-----|--|-------------|--|-------|
| Production SFD. | | R3 | | Type VB | | 2,870 |
| GARAGE | | U-1 | | Type VB | | 425 |
| PORCH | | R3 | | Wood Plate Covers | | 63 |
| A/C Condition | | | | RESIDENTIAL | | |
| F.S. SYS-NFPA13D | | | | F.S. SYS-NFPA13D | | |

---

## PERMIT FEES

| | |
|--|--:|
| Automation Fee Inspection | 182.54 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,333.19**

**Receipt#** 0026753

**TCA Receipt:** 0026753 **TCA:**

PLAN CHECK #: 00891356-RNP
PLANNING APPROVAL: AMIR RAFIQ 10/12/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH 10/24/2023
PERMIT FINALED BY: DAVID CHAFFE 5/6/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeir\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**0091576-RBP**

**DESCRIPTION OF WORK:** (e-plan) Olivewood Phase 2 Portola Springs. Tract 19176, Lot 85, 1 Production SFD, Plan 1C.

## CITY OF IRVINE

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**OWNER:** NEW HOME COMPANY
ADDRESS: 123 OAKSTONE
TRACT: 19176        LOT: 85
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

**VALUATION:** $ 510,975
STORIES: 2              NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,332          EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 37 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 24.71 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Energy Surcharge Fee Comm | 61.23 |
| Issuance Fee Comm | 66.43 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $5,580.25**

**TCA Receipt:** 0026/753          **TCA:**

Receipt# 0267753

PLAN CHECK #: 00891356-RNP
PLANNING APPROVAL: AMIR RAFIQ 10/12/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 12/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH 10/24/2023
PERMIT FINALED BY: DEREK SANDERS
ACTION CODE: 86          4/29/24

License Class.        Lic.No.

Date **10/24/24** Contractor:

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&R.C. for this Reason _____

Date **10/24/2023** Owner _____ NEW HOME COMPANY _____

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdevReports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00915798-RBP**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 2 Portola Springs. Tract 19176, Lot 84, 1 Production SFD, Plan 2B.

---

## City of Irvine
### Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR CLC EXP:**
**IRV BUS LIC:**

**PLANNING AREA:**
**ADDRESS:** 121 OAKSTONE
**TRACT:** 19176          **LOT:** 84
**APN:**

**VALUATION:** $ 530,922
**STORIES:** 2          **NO. UNITS:** 1
**CODE YR:** 2019          **TOT SQ FT:** 3,466
**CONST. TYPE**
**EXP DATE:**

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,575.22**

**Receipt#** 0026753

**TCA Receipt:** 0026753          **TCA:**

PLAN CHECK #: 00891356-RNP
PLANNING APPROVAL: AMIR RAFIQ 10/12/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 12/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH 10/24/2023
PERMIT FINALED BY: DEREK SANDERS          4/25/24
ACTION CODE: 86

---

### CONTRACTOR

License Class. _____ Lic.No. _____

Date 10/24/2023 Contractor _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

Date 10/24/2023          Owner _____ NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R C, for this Reason _____

### WORKERS' COMPENSATION

Date 10/24/2023          Owner _____ NEW HOME COMPANY

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

---

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____     Date _____

Print Applicant's/Agent's Name _____

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESew\Reports\permits_2 page_finaled.rpt

# New Residential Construction Permit

**00915800-RBP**

**DESCRIPTION OF WORK:**
Automation Overwood Phase 2 Portola Springs, Tract 19176, Lot 86. 1 Production SFD, Plan 2E.

**OWNER:** NEW HOME COMPANY
ADDRESS: 125 OAKSTONE
CITY, ST ZIP: IRVINE CA 92618
APN:
PLANNING AREA:

TRACT: 19176    LOT: 86

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

**VALUATION:** $ 543,084
**STORIES:** 2    NO. UNITS: 1
**CODE YR:** 2019    TOT SQ FT: 3,501

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE: | U-1 | Type VB | 425 |
| OPT. LOFT | R-3 | RESIDENTIAL | 96 |
| A/C Condition | | F.S. SYS-NFPA13D | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 14/73 Fee - Due to State | 19.80 |
| SB 14/73 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,645.47 |
| State Seismic Res | 70.60 |
| System Dev Charge Circ | 2,715.42 |
| System Dev Charge Non-Circ | 2,715.42 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,716.52**

**Receipt#** 0026??53

**PLAN CHECK #:** 00891356-RNP
**PLANNING APPROVAL:** AMIR RAFIQ 10/12/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 12/14/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 10/24/2023
**PERMIT FINALED BY:** DAVID CHAFFE
**ACTION CODE:** 86

**TCA Receipt:** TCA:
5/6/24

---

## City of Irvine
**Building & Safety Division**
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR
Date: _____
License Class: _____    Lic.No.: _____

### OWNER-BUILDER
**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date __10/24/2023__    Owner __NEW HOME COMPANY__

### WORKERS' COMPENSATION
**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __10/24/2023__    Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER
**CONSTRUCTION LENDING AGENCY**

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

**LICENSED CONTRACTORS DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date __10/24/2023__ Contractor _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



**00915801-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 2 Portola Springs - Tract 19176,
Lot 100, 1 Production SFD, Plan 3D.

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

| | CONTRACTOR | OWNER-BUILDER | WORKERS' COMPENSATION | LENDER |
|---|---|---|---|---|

Date: 10/24/2023 Contractor:

License Class.                    Lic. No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that all of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date _10/24/2023_    Owner __NEW HOME COMPANY__

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent

Print Applicant's/Agent's Name                    Date

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
APN:
PLANNING AREA:

PERMIT FEES

TRACT: 19176        LOT: 100

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR CLAS EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:    $ 569,234
STORIES: 2                    NO. UNITS: 1
CODE YR: 2019                  TOT SQ FT: 3,677

USE                 OCC          CONST. TYPE
Production SFD.     R-3          Type VB          3,220
GARAGE              U-1          Type VB          425
PORCH               R-3          Wood Plate Covers 32
AC Condition                     RESIDENTIAL
F.S. SYS-NFPA13D                 F.S. SYS-NFPA13D

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| SB 1473 Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 50.00 |

Total Permit Fees: $8,073.41

Receipt#    0026753

PLAN CHECK #: 00891356-RNP    TCA:
PLANNING APPROVAL: AMIR RAFIQ 10/12/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH 10/24/2023
PERMIT FINALED BY: DAVID CHAFFE    5/6/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESvr\Reports\permits_2.page_finaled.rpt

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# Tenant Improvement Permit

**00919535-SBPT**

**ADDRESS:** 211 MISTWATER

**TRACT:** 19176      **LOT:**

**APN:**

**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(E-PLAN) TEMPORARY SALES OFFICE IN GARAGE UNIT 1
TRACT 19176 OLIVEWOOD MODELS

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date _12/12/2023_ _____ Contractor

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____

Reason _____

Date _12/12/2023_ Owner _THE NEW NEW HOME_ _____ B&PC, for this

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____ Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _12/12/2023_ _____ Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Lender's Name _____

Lender's Address _____

_____ Signature of Applicant or Agent

_____ Print Applicant's/Agent's Name

_____ Date

**OWNER:** THE NEW NEW HOME COMPANY

**ADDRESS:** 15231 LAGUNA CANYON RD. SUITE 250

**CITY, ST ZIP:** IRVINE CA 92618

**PHONE:** (949) 382-7800

**APPLICANT:** KB PROCESSING

**ADDRESS:** 37601 EARLY LN

**CITY, ST ZIP:** MURRIETA CA 92563

**CONTACT:** KRISTI BLANCHARD 951-970-4794

**PHONE:** (951) 970-4794

**CONTRACTOR:**

**ADDRESS:**

**CITY, ST ZIP:**

**CONTR LIC EXP:**

**IRV BUS LIC:**           **EXP DATE:**

**VALUATION:** $43,142

**STORIES:** 0      **NO. UNITS:**

**CODE YR:** 2022      **TOT SQFT:** 407

**USE**           **OCC**           **CONST. TYPE**

ADMIN. OFFICE      B      Type VB
F.S. SYS-NFPA13R          COMMERCIAL
Air Condition            F.S. SYS-NFPA13R

SQFT
407
0

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 61.31 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 61.78 |
| Issuance Fee Comm | 61.23 |
| Tenant Imp Insp | 551.34 |
| State Seismic Com | 13.29 |
| Slurry/Seal Fee TI | 4.07 |

**Total Permit Fees: $755.02**

**Receipt#** 00270025

**TCA Receipt:**           **TCA:**

**PLAN CHECK #:** 00915312-CTI

**PLANNING APPROVAL:** CHRISTINA RAHMANI 12/8/2023

**BUILDING APPROVAL:** TUNG VO 10/31/2023

**PERMIT ISSUED BY:** ARIANA ARROYO 12/12/2023

**PERMIT FINALED BY:** JUAN MARTINEZ      1/19/24

**ACTION CODE:**           86

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 180 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

D:\Websites\ePORTAL\reports\Permits\WebApps01\Application Reports\permits_2_page_finaled.rpt



**COMMUNITY DEVELOPMENT**
**PUBLIC WORKS**

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00915312-CTI | |
| **PROJECT ADDRESS** | |
| 211    MISTWATER | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| OLIVEWOOD    TEMP    SALES CENTER | 19176 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

NEW    HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

_eSigned via SeamlessDocs.c_                                              12-11-2023

**OWNER-BUILDER SIGNATURE**                                        **DATE**

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL

# New Residential Construction Permit



00920234-RBP

**DESCRIPTION OF WORK:**
Automation Olivewood Phase 3 Portola Springs.
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176, Lot 89. 1 Production SFD. Plan 1A.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

Date: 01/04/2024 Contractor:

License Class: _____ Lic. No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date _1/4/2024_        Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _1/4/2024_        Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____        Date _____

**OWNER:** NEW HOME COMPANY
ADDRESS: 131 OAKSTONE
TRACT: 19176        LOT: 89

ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:        EXP DATE:

VALUATION:        $ 512,640
STORIES: 2        NO. UNITS: 1
CODE YR: 2019        TOT SQ FT 3,358

USE        OCC        CONST. TYPE        SQ FT

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,333.19**
Receipt# 00270511        TCA: F/E-A

PLAN CHECK #: 00891461-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY: DAVID CHAFFE 6/14/24
ACTION CODE: 86

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESver\Reports\permits_2.page_finaled.rpt



# New Residential Construction Permit

## 00920235-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 3 Portola Springs
Lot 97, 1 Production SFD, Plan 1B.

**OWNER:** NEW HOME COMPANY
ADDRESS: 128 OAKSTONE
TRACT: 19176                                          LOT: 97
APN:
PLANNING AREA:

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

VALUATION:            $ 512,448
STORIES: 2                          NO. UNITS: 1
CODE YR: 2019                        TOT SQ FT: 3,355

USE              OCC        CONST. TYPE        SQ FT

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.40 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,576.85 |
| State Seismic Res | 66.62 |
| SB 1473 Seismic Res | 2.10 |
| System Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,329.70**
Receipt# 00270511
TCA Receipt: 8680          TCA: F/E-A

PLAN CHECK #: 0089146T-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY: DAVID CHAFFE          6/17/24
ACTION CODE:     86

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR

Date: 01/04/2024 Contractor:
License Class:                          Lic.No.

### LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that one of the following provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this
Reason _____

Owner _____ NEW HOME COMPANY _____

Date _____ 1/4/2024 _____

### WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ 1/4/2024 _____
Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____
_____
Signature of Applicant or Agent          Date

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EServ\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

## 00920236-RBP



**DESCRIPTION OF WORK:**
Automation (e-plan) Olivewood Phase 3 Portola Springs. Tract 19176, Lot 88. 1 Production SFD, Plan 2B.

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| CONTRACTOR | OWNER-BUILDER | WORKERS' COMPENSATION | LENDER |
|---|---|---|---|

Date: 01/04/2024  Contractor: _____
License Class: _____  Lic. No. _____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date: _1/4/2024_  Owner: _NEW HOME COMPANY_

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.
Date: _1/4/2024_
Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____  Date _____
Print Applicant's/Agent's Name _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 129 OAKSTONE
**TRACT:** 19176   **LOT:** 88
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**    **EXP DATE:**

**VALUATION:** $ 530,922
**STORIES:** 2   **NO. UNITS:** 1
**CODE YR:** 2019   **TOT SQ FT:** 3,466
**USE**   **OCC**   **CONST. TYPE**   **SQ FT**

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,575.22**
**Receipt#** 00270511
**TCA Receipt:** 8680   **TCA:** F/E-A

PLAN CHECK #: 0089146I-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY: DAVID CHAFFE   6/14/24
ACTION CODE: 86

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EclevrReports\permits_2.page_finaled.rpt

# New Residential Construction Permit



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**00920237-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 3 Portola Springs -
Lot 98. 1 Production SFD. Plan 2C.

## OWNER

OWNER:  NEW HOME COMPANY
ADDRESS: 126 OAKSTONE
TRACT: 19176                    LOT: 98
APN:
PLANNING AREA:

## APPLICANT

APPLICANT:  KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

## CONTRACTOR

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                     EXP DATE:

VALUATION:                 NO. UNITS: 1
STORIES: 2               TOT SQ FT: 3,405
CODE YR: 2019

USE                OCC      CONST. TYPE      SQ FT

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 184.75 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,600.35 |
| State Seismic Res | 68.51 |
| System Dev Charge Circ | 2,635.08 |
| System Dev Charge Non-Circ | 2,635.08 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,504.12**

TCA Receipt#: 8680
Receipt#:                     00270511
PLAN CHECK #:  00891461-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS  1/4/2024
PERMIT FINALED BY:  DAVID CHAFFE    6/17/24
ACTION CODE:    86

TCA: F/E-A

---

Date 01/04/2024 Contractor _____ License Class _____ Lic.No. _____

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&R.C, for this Reason: _____

Owner ____ NEW HOME COMPANY

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____ Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __ 1/4/2024 __ Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, AND ATTORNEY'S FEES.**

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____  Date _____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00920238-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176, Lot 87. 1 Production SFD. Plan 3D.

## OWNER
ADDRESS: 127 OAKSTONE
TRACT: 19176      LOT: 87
APN:
PLANNING AREA:

## CONTRACTOR
Date: 01/04/2024 Contractor:
License Class:          Lic.No.

## OWNER-BUILDER
☐ I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&RC, for this Reason: _____

Date: _____ Owner _____

## WORKERS' COMPENSATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier:
Policy #
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 1/4/2024          Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## LENDER
Lender's Name:
Lender's Address:

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name

Signature of Applicant or Agent          Date

## LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the

---

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

VALUATION:     $ 569,234
STORIES: 2        NO. UNITS: 1
CODE YR: 2019     TOT SQ.FT: 3,677

USE          OCC          CONST. TYPE          SQ FT

---

## PERMIT FEES
| | |
|---|---|
| SB 1473 fee - Due to State | 197.53 |
| SB 1473 fee - Admin | 20.70 |
| Energy Surcharge Insp | 2.30 |
| Issuance Fee Comm | 247.12 |
| Res SFD/Det Condo or Apt. Insp | 61.23 |
| State Seismic Res | 1,728.19 |
| State Dev Charge Circ | 74.00 |
| System Dev Charge Non-Circ | 2,846.11 |
| SlurrySeal New Res Max | 2,846.17 |
| | 50.00 |

**Total Permit Fees: $8,073.41**
Receipt#          00270511

**TCA Receipt: 8680          TCA: F/E-A**

PLAN CHECK #: 0089146I-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY: DAVID CHAFFE          6/17/24
ACTION CODE:     86

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:     9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdservReports\permits_2_page_finaled.rpt



# New Residential Construction Permit

**00920239-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
SB 14/73 fee - Due to State
SB 14/73 fee - Admin
(e-plan) Olivewood Phase 3 Portola Springs - Tract 19176, Lot 96. 1 Production SFD. Plan 3E.

## CONTRACTOR

Date: 01/04/2024 Contractor:

License Class: ___ Lic No.

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&P.C. for this Reason: _____

Date __1/4/2024___ Owner ___NEW HOME COMPANY___

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __1/4/2024___ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____

Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**
EXP DATE:

**VALUATION:** $ 586,306
**STORIES:** 2          NO. UNITS: 1
**CODE YR:** 2019      TOT SQ FT: 3,779
**USE**         **OCC**      **CONST. TYPE**      **SQ FT**

---

**ADDRESS:** 130 OAKSTONE
**TRACT:** 19176          **LOT:** 96
**APN:**
**PLANNING AREA:**

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 202.33 |
| SB 14/73 fee - Due to State | 21.60 |
| SB 14/73 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,776.13 |
| State Seismic Res | 76.22 |
| System Dev Charge Circ | 2,931.53 |
| System Dev Charge Non-Circ | 2,931.53 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,300.09**

**TCA Receipt#:** 8680
**Receipt#:** 00270511
**TCA:** F/E-A

PLAN CHECK #: 00891461-RNP
PLANNING APPROVAL: KATIE CURTIS 12/18/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY: DAVID CHAFFE 6/18/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeer\Reports\permits_2.page_finaled.rpt

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**ADDRESS: 133 OAKSTONE**
**TRACT: 19176**                     **LOT: 90**
**APN:**
**PLANNING AREA:**

**0092049-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 4 Portola Springs. Tract 19176,
Lot 90. (1) Production SFD. Plan 3C.

---

### LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic. No. _____

Date 01/04/2024 _____ Contractor _____

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason. _____

Date 1/4/2024 ___ Owner ___ NEW HOME COMPANY

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ 1/4/2024 _____ Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Print Applicant's/Agent's Name

_____                              _____
Signature of Applicant or Agent        Date

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

**VALUATION:** $570,003
**STORIES:** 2                **NO. UNITS:** 1
**CODE YR:** 2019            **TOT SQFT:** 3,689

USE        OCC        CONST. TYPE

SQFT

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 198.10 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,733.83 |
| State Seismic Res | 74.10 |
| State Dev Charge Circ | 2,850.01 |
| System Dev Charge Non-Circ | 2,850.01 |
| SlurrySeal New Res Max | 50.00 |

**TCA Receipt#: 8681**

**Total Permit Fees: $8,087.40**
**Receipt#** 00270512

**PERMIT CHECK #:** 00891478-RNP        **TCA: F/E-A**
**PLANNING APPROVAL:** KATIE CURTIS  12/19/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 12/15/2022
**PERMIT ISSUED BY:** CHERYL WILLIAMS 1/4/2024
**PERMIT FINALED BY:** DEREK SANDERS    8/1/24
**ACTION CODE:** 86

---

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential (Permit expiration: addition - 18 months, all others 6 months from date of permit.**

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00920250-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 4 Portola Springs. Tract 19176, Lot 94. (1) Production SFD. Plan 3C.

**ADDRESS: 138 OAKSTONE**
**TRACT: 19176**    **LOT: 94**
**APN:**
**PLANNING AREA:**

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 01/04/2024 _____ Contractor _____

### OWNER-BUILDER

#### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date 1/4/2024 _____ Owner NEW HOME COMPANY

### WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 1/4/2024 _____ Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

#### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____ Signature of Applicant or Agent

_____ Print Applicant's/Agent's Name    Date

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**    **EXP DATE:**

**VALUATION:** $570,003
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQFT:** 3,689

**USE**    **OCC**    **CONST. TYPE**    **SQFT**

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 198.10 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,733.83 |
| State Seismic Res | 74.10 |
| SB Dev Charge Circ | 2,850.01 |
| System Dev Charge Non-Circ | 2,850.01 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,087.40**
**Receipt#    00270512**

**TCA Receipt: 8681**    **TCA: F/E-A**
PLAN CHECK #:    00891478-RNP
PLANNING APPROVAL: KATIE CURTIS 12/19/2023
BUILDING APPROVAL: ZHALEH AFRASIABI 12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS 1/4/2024
PERMIT FINALED BY:    DEREK SANDERS    8/14/24
**ACTION CODE:**    86

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.
Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00920251-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olinwood Phase 4 Portola Springs, Tract 19176, Lot 93. 1 Production SFD, Plan 3D.

**ADDRESS: 139 OAKSTONE**
**TRACT:** 19176     **LOT:** 93
**APN:**
**PLANNING AREA:**

---

**CONTRACTOR**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class.     Lic.No.
Date 01/04/2024    Contractor ___

**OWNER-BUILDER**
**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. ___ B&PC, for this Reason ___

Date __1/4/2024__    Owner __NEW HOME COMPANY__

**WORKERS' COMPENSATION**
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier ___
Policy # ___

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date ___    Applicant ___

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**
**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name ___
Lender's Address ___

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent ___
Print Applicant's/Agent's Name ___
Date ___

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $569,234
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQFT:** 3,677

USE          OCC          CONST. TYPE          SQ FT

**EXP DATE:**

---

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 50.00 |

**TCA Receipt: 8681**
**Total Permit Fees: $8,073.41**
**Receipt#** 00270512
**TCA: F/E-A**

**PLAN CHECK #:** 00891478-RNP
**PLANNING APPROVAL: KATIE CURTIS** 12/19/2023
**BUILDING APPROVAL: ZHALEH AFRASIABI** 12/15/2022
**PERMIT ISSUED BY: CHERYL WILLIAMS** 1/4/2024
**PERMIT FINALED BY:** DEREK SANDERS     8/14/24
**ACTION CODE:** 86

---

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.**
**Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.**

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

## 00920254-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 4 Portola Springs. Tract 19176.
Lot 95. T. Production SFD. Plan 1A.

**ADDRESS: 132 OAKSTONE**
**TRACT: 19176**          **LOT: 95**
**APN:**
**PLANNING AREA:**

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

**VALUATION:** $512,640
**STORIES:** 2
**CODE YR:** 2019               **OCC**
**USE**

**NO. UNITS:** 1
**TOT SQFT:** 3,358
**CONST. TYPE**
**SQ FT**

### PERMIT FEES

| Fee | Amount |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| SB 1473 Seismic Res | 2,563.20 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,333.19**
**Receipt#**                     **00270512**
**TCA Receipt: 8681**            **TCA: F/E-A**
**PLAN CHECK #:** 00891478-RNP
**PLANNING APPROVAL:** KATIE CURTIS 12/19/2023
**BUILDING APPROVAL:** ZHALEH AFRASIABI 12/15/2022
**PERMIT ISSUED BY:** CHERYL WILLIAMS  1/4/2024
**PERMIT FINALED BY:**      DEREK SANDERS      8/14/24
**ACTION CODE:**          86

---

### CONTRACTOR
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class.                    Lic.No.

Date 01/04/2024   Contractor

### LICENSED CONTRACTORS DECLARATION

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this

Reason _____

Date __1/4/2024__    Owner ___NEW HOME COMPANY___

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: _____   Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

### LENDER

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

## 00920255-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olinwood Phase 4 Portola Springs. Tract 19176.
Lot 92. 1 Production SFD. Plan 1B.

**ADDRESS: 137 OAKSTONE**
**TRACT:** 19176          **LOT:** 92
**APN:**
**PLANNING AREA:**

### CONTRACTOR

I hereby affirm under penalty of perjury one of the following declarations:

License Class. _____   Lic.No. _____

Date 01/04/2024 ___ Contractor _____

### OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct this project.

☐ I am exempt under Sec. _____ B&PC, for this
Reason _____

Date __1/4/2024__   Owner __NEW HOME COMPANY__

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____   Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

#### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

### LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRVBUS LIC:**       **EXP DATE:**

**VALUATION:** $512,448
**STORIES:** 2
**CODE YR:** 2019

**USE** _____   **OCC** _____   **CONST. TYPE** _____

**NO. UNITS:** 1
**TOT SQFT:** 3,355

**SQFT** _____

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 182.40 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,576.85 |
| State Seismic Res | 66.62 |
| State Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,329.70**
**Receipt#** 00270512

**TCA Receipt: 8681**          **TCA: F/E-A**

PLANNING APPROVAL: KATIE CURTIS  12/19/2023
BUILDING APPROVAL: ZHALEH AFRASIABI  12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS  1/4/2024
PERMIT FINALED BY: JOSH TURNER  8/16/24
**ACTION CODE:** 86

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number _____
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____
Print Applicant's/Agent's Name _____

# New Residential Construction Permit



**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6301 For Inspections: (949) 724-6501

**00920256-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 4 Portola Springs. Tract 19176.
Lot 91. 1. Production SFD. Plan 2E.

**ADDRESS: 135 OAKSTONE**
**TRACT: 19176**          **LOT: 91**
**APN:**
**PLANNING AREA:**

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                     **EXP DATE:**

| VALUATION: | NO. UNITS: 1 | |
|---|---|---|
| $533,163 | TOT SQFT: 3,501 | SQFT |
| STORIES: 2 | CONST. TYPE | |
| CODE YR: 2019 | | |
| USE | OCC | |

---

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 69.31 |
| State Seismic Res | 2,665.82 |
| System Dev Charge Circ | 2,665.82 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

**Total Permit Fees: $7,616.03**
**Receipt#**          **00270512**
**TCA Receipt: 8681**          **TCA: F/E-A**

PERMIT CHECK #:   00891478-RNP
PLANNING APPROVAL: KATIE CURTIS  12/19/2023
BUILDING APPROVAL: ZHALEH AFRASIABI  12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS  1/4/2024
PERMIT FINALED BY:      DEREK SANDERS      8/14/24
**ACTION CODE:**      86

---

**CONTRACTOR**

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 01/04/2024 _____ Contractor _____

**OWNER-BUILDER**

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this Reason _____

Date _1/4/2024_   Owner _NEW HOME COMPANY_

**WORKERS' COMPENSATION**

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date. _1/4/2024_ _____ Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**

**CONSTRUCTION LENDING AGENCY**

I hereby certify under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name          _____ Date

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
**PO Box 19575 Irvine, CA 92623-9575**
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

## 00923372-RBP

**ADDRESS: 314 BRIMWOOD**
**TRACT:** 19176          **LOT:** 43
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Oliverwood Phase 9 Portola Springs. Tract 19176.
Lot 43. 1 Production SFD. Plan 1A.

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic./No. _____

Date 02/29/2024 __ Contractor _____

### OWNER-BUILDER

**LICENSED CONTRACTORS DECLARATION**

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date 2/29/2024 __ Owner __ NEW HOME COMPANY

### WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 2/29/2024 __ Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### LENDER

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____     Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

| VALUATION: | STORIES: 2 | NO. UNITS: 1 |
|---|---|---|
| $513,644 | CODE YR: 2019 | TOT SQFT: 3,364 |
| USE | OCC | CONST. TYPE |
| | | SQ FT |

**Total Permit Fees: $7,346.46**
**Receipt#:** 00272524
**PLAN CHECK #:** 00886293-RNP
**PLANNING APPROVAL:** KATIE CURTIS 2/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 2/29/2024
**PERMIT FINALED BY:** DEREK SANDERS
**ACTION CODE:** 86

**TCA Receipt:**                    **TCA:**

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.82 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,581.08 |
| State Seismic Res | 66.77 |
| State Dev Charge Circ | 2,568.22 |
| System Dev Charge Non-Circ | 2,568.22 |
| SlurrySeal New Res Max | 50.00 |

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months; all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**0092373-RBP**

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
(e-plan) Olinwood Phase 9 Portola Springs. Tract 19176,
Lot 58. 1 Production SFD. Plan 2B.

---

**ADDRESS:** 317 BRIMWOOD
**TRACT:** 19176          **LOT:** 58
**APN:**
**PLANNING AREA:**

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

**VALUATION:** $532,261       **NO. UNITS:** 1
**STORIES:** 2       **TOT SQFT:** 3,474
**CODE YR:** 2019       **CONST. TYPE**
**USE**       **OCC**       **SQFT**

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 187.99 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,632.78 |
| State Seismic Res | 69.10 |
| System Dev Charge Circ | 2,661.31 |
| System Dev Charge Non-Circ | 2,661.31 |
| SlurrySeal New Res Max | 50.00 |

**TCA Receipt:**
**Receipt#** 00272524
**Total Permit Fees: $7,592.93**

**PLAN CHECK #:** 00886293-RNP
**PLANNING APPROVAL:** KATIE CURTIS  2/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI  10/24/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH  2/29/2024
**PERMIT FINALED BY:** DEREK SANDERS  8/27/24
**ACTION CODE:** 86       **TCA:**

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____
Date 02/29/2024 _____ Contractor _____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

### OWNER-BUILDER

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&P.C., for this Reason _____

Date _2/29/2024_       Owner _NEW HOME COMPANY_

### WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _2/29/2024_       _____ Applicant

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

**CONSTRUCTION LENDING AGENCY**
I hereby certify under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____ Signature of Applicant or Agent       Date _____

_____ Print Applicant's/Agent's Name _____

---

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.**

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number _____
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**New Residential Construction Permit**

0092374-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olinewood Phase 9 Portola Springs. Tract 19176.
Lot 56. 1 Production SFD. Plan 2E.

ADDRESS: 313 BRINWOOD
TRACT: 19176                    LOT: 56
APN:
PLANNING AREA:

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA, CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    EXP DATE:

VALUATION:          $544,423
STORIES: 2          NO. UNITS: 1
CODE YR: 2019       TOT SQFT: 3,509

USE          OCC          CONST. TYPE          SQFT

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 189.64 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,649.23 |
| State Seismic Res | 70.78 |
| State Seismic Res | 2,721.12 |
| System Dev Charge Circ | 2,721.12 |
| System Dev Charge Non-Circ | 2,722.12 |
| SlurrySeal New Res Max | 50.00 |

**TCA Receipt:**
**Total Permit Fees: $7,734.24**
**Receipt#**          00272524

PLAN CHECK #:   00886293-RNP          **TCA:**
PLANNING APPROVAL: KATIE CURTIS  2/8/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/24/2022
PERMIT ISSUED BY: MARK MESSERSMITH  2/29/2024
PERMIT FINALED BY:          DEREK SANDERS
ACTION CODE:          86          8/27/24

---

**CONTRACTOR** | **OWNER-BUILDER** | **WORKERS' COMPENSATION** | **LENDER**

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic No.

Date 02/29/2024 ___ Contractor

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this
Reason _____

Date 2/29/2024 ___ Owner ___ NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 2/29/2024 ___ Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____          Date _____

---

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.**

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**ADDRESS:** 316 BRINWOOD
**TRACT:** 19176                LOT: 44
**APN:**
**PLANNING AREA:**

## 00923375-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 9 Portola Springs. Tract 19176. Lot 44. 1 Production SFD. Plan 2ER.

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 02/29/2024 ___ Contractor _____

### OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project. _____ B&PC, for this

☐ I am exempt under Sec. _____
Reason _____

Date 2/29/2024 ___ Owner NEW HOME COMPANY

### WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 2/29/2024 ___ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY

I hereby certify under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____
Lender's Address _____

### LENDER

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

_____
Date

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:** _____ **EXP DATE:**

**VALUATION:** $544,423
**STORIES:** 2        **NO. UNITS:** 1
**CODE YR:** 2019     **TOT SQFT:** 3,509

**USE** ___ **OCC** ___ **CONST. TYPE** ___ SQFT

---

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 189.64 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,649.23 |
| State Seismic Res | 70.78 |
| System Dev Charge Circ | 2,721.12 |
| System Dev Charge Non-Circ | 2,722.12 |
| SlurySeal New Res Max | 50.00 |

**Total Permit Fees: $7,734.24**
**Receipt#** 00272524
**TCA Receipt:**

**PLAN CHECK #:** 00886293-RNP
**PLANNING APPROVAL:** KATIE CURTIS 2/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 2/29/2024
**PERMIT FINALED BY:** DEREK SANDERS
**ACTION CODE:** 86                    TCA:

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential Permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number _____
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**0092376-RBP**

**ADDRESS:** 315 BRINWOOD
**TRACT:** 19176          **LOT:** 57
**APN:**

**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 9 Portola Springs. Tract 19176.
Lot 57. 1 Production SFD. Plan 3AR.

---

### CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 02/29/2024. ___ Contractor _____

### OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date 2/29/2024 _____ Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____ Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____

Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $570,406
**STORIES:** 2
**CODE YR:** 2019          **OCC**
**USE**

**NO. UNITS:** 1          **CONST. TYPE**
**TOT SQFT:** 3,684          **SQFT**
**EXP DATE:**

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 197.86 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,731.48 |
| State Seismic Res | 74.15 |
| State Seismic Res | 2,852.03 |
| System Dev Charge Circ | 2,852.03 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

**PLAN CHECK #:** 00886293-RNP
**PLANNING APPROVAL:** KATIE CURTIS 2/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 2/29/2024
**PERMIT FINALED BY:** DEREK SANDERS 8/27/24
**ACTION CODE:** 86

**TCA Receipt:**
**Receipt#** 00272524          **TCA:**

**Total Permit Fees: $8,088.90**

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**0092377-RBP**

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
**PO Box 19575 Irvine, CA 92623-9575**
**For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501**



**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 9 Portola Springs - Tract 19176,
Lot 45. 1 Production SFD. Plan 3DR.

**ADDRESS:** 318 BRIMWOOD
**TRACT:** 19176          **LOT:** 45
**APN:**
**PLANNING AREA:**

## CONTRACTOR
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic.No. _____

Date 02/29/2024. _____ Contractor _____

## LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

## OWNER-BUILDER
### OWNER-BUILDER DECLARATION
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct this project.

☐ I am exempt under Sec. _____, B&PC, for this

Reason: _____

Date _2/29/2024. ____ Owner ___NEW HOME COMPANY

## WORKERS' COMPENSATION
### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _2/29/2024. _____ Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

## LENDER
I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $570,406
**STORIES:** 2
**CODE YR:** 2019

**NO. UNITS:** 1
**TOT SQFT:** 3,684

**USE**          **OCC**          **CONST. TYPE**          **EXP DATE:**

**SQ FT**

**TCA Receipt:**
**Receipt#** 00272524
**PLAN CHECK #:** 00886293-RNP
**PLANNING APPROVAL:** KATIE CURTIS 2/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/24/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 2/29/2024
**PERMIT FINALED BY:** DEREK SANDERS
**ACTION CODE:** 86

**TCA:**

**Total Permit Fees: $8,088.90**

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 197.86 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,731.48 |
| State Seismic Res | 74.15 |
| SB 1473 fee - Due to State | 2,852.03 |
| System Dev Charge Circ | 2,852.03 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.**

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# Tenant Improvement Permit

**00924514-SBPT**

**DESCRIPTION OF WORK:**
(Eplan) CONVERT GARAGE TO SALES OFFICE TENANT:
RAVELLO EXT TRACT 19006, LOT 48.

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 215 PINNACLE
**TRACT:** 19005       **LOT:** 48
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA, CA 92563
**CONTACT:** KRISTI BLANCHARD 9519704794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRVBUS LIC:**                          **EXP DATE:**

**VALUATION:** $45,156
**STORIES:** 0              **NO. UNITS:**
**CODE YR:** 2022     **TOT SQFT:** 426     **CONST. TYPE**
**USE**                            **OCC**                   **SQ FT**

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic No. _____

Date 03/07/2024 _____ Contractor _____

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&P.C. for this
Reason _____

Date _3/7/2024_         Owner __NEW HOME COMPANY__

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _3/7/2024_                  Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### CONSTRUCTION LENDING AGENCY
I hereby certify under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____

Date _____

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 62.02 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 61.78 |
| Issuance Fee Comm | 61.23 |
| Tenant Imp Insp | 558.37 |
| State Seismic Com | 13.91 |
| SlurySeal Fee TI | 4.26 |

**Total Permit Fees: $763.57**

**TCA Receipt#** 00273203
**Receipt#**                              **TCA:**

**TCA Check #:**    00923803-CTI

**PLANNING APPROVAL:**
**PLAN CHECK #:**
**BUILDING APPROVAL:** SEAN GAGE 3/4/2024
**PERMIT ISSUED BY:** ARIANA ARROYO 3/7/2024
**PERMIT FINALED BY:**    JUAN MARTINEZ     3/29/24
**ACTION CODE:**    86

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 180 days or if work is suspended for 180 days or more.**
**Residential permit expiration: addition - 18 months, all others 6 months from date of permit.**



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00923903-CTIS | |
| **PROJECT ADDRESS** | |
| 215    PINNACLE | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| RAVELLO    EXT    TEMP   SALES OFFICE | 19005 |

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER-BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

KB    2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

KB    3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

KB    4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

KB    5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

KB    6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

KB    7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

KB    8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

KB    9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

KB    10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

     NEW     HOME COMPANY

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

KB    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

KB    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

03-06-2024

OWNER-BUILDER SIGNATURE                    DATE

Kristi    Blanchard

PROPERTY OWNER NAME

Kristi.Blanchard@aol.com

EMAIL

# New Residential Construction Permit

## 00926319-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Phase 10 Portola Springs, Tract 19176.
(e-plan) Olivewood Phase 10 Portola Springs. Tract 19176.
Lot 53. 1 Production SFD. Plan 1A.

**OWNER:** NEW HOME COMPANY
ADDRESS: 307 BRINWOOD
TRACT: 19176          LOT: 53
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

**VALUATION:**          $ 512,640
**STORIES:** 2          NO. UNITS: 1
**CODE YR:** 2019          TOT SQ FT: 3,358

**USE**          **OCC**          **CONST. TYPE**          **SQ FT**

### PERMIT FEES
| | |
|---|---|
| Issuance Fee Comm | 182.54 |
| SB 14/73 fee - Due to State | 18.90 |
| SB 14/73 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Res SFD/Det Condo or Apt. Insp | 61.23 |
| State Seismic Res | 1,578.26 |
| System Dev Charge Circ | 66.64 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurySeal New Res Max | 2,563.20 |
|  | 65.00 |

**Total Permit Fees: $7,348.19**
**Receipt#**          **TCA:**
**TCA Receipt:**          00274443
00868803-RNP

PLAN CHECK #:  00868803-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH  4/9/2024
PERMIT FINALED BY: DEREK SANDERS  9/24/24
ACTION CODE: 86

---

### CONTRACTOR
Date 04/09/2024 Contractor:
License Class.          Lic.No.
APN.

LICENSED CONTRACTORS DECLARATION I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date 04/09/2024

OWNER-BUILDER DECLARATION I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date 4/9/2024 Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION
Date 4/9/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name
Lender's Address

### LENDER
Date _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date
Print Applicant's/Agent's Name          Applicant

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESew\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00926320-RBP**

**DESCRIPTION OF WORK:**
Automation Phase 10 Portola Springs, Tract 19176.
(e-plan) Olivewood Phase 10 Portola Springs, Tract 19176.
Lot 41, 1 Production SFD, Plan 1B.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## OWNER: NEW HOME COMPANY
ADDRESS: 310 BRINWOOD
TRACT: 19176                    LOT: 41
APN:
PLANNING AREA:

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 182.40 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,576.85 |
| State Seismic Res | 66.62 |
| SB Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,344.70**
**Receipt#** 00274443

**TCA Receipt:**                    **TCA:**

PLAN CHECK #: 00868803-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS                9/20/24
ACTION CODE: 86

---

### CONTRACTOR
Date: 04/09/2024  Contractor:
License Class:                    Lic No.

### OWNER-BUILDER
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&R C, for this
Reason: _____

Date: 4/9/2024    Owner: _____ NEW HOME COMPANY

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**PHONE:** (949) 793-0040
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

### WORKERS' COMPENSATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 4/9/2024    Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### LENDER
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

### CONSTRUCTION LENDING AGENCY

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent    Date

Print Applicant's/Agent's Name

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**VALUATION:**    **NO. UNITS: 1**
**STORIES: 2**    **TOT SQ FT: 3,355**
**CODE YR: 2019**
**$ 512,448**
**USE**    **OCC**    **CONST. TYPE**    **SQ FT**

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EServReports\permits_2_page_finaled.rpt

# New Residential Construction Permit



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

00926321-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 10 Portola Springs - Tract 19176.
Lot 55, 1 Production SFD, Plan 1C.

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 311 BRINWOOD
TRACT: 19176          LOT: 55
CITY, ST ZIP:
APN:
PLANNING AREA:

**CONTRACTOR**

Date 04/09/2024 Contractor:

License Class.                Lic.No.

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

Date 04/09/2024

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&P.C. for this reason.
Owner: _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

Date 4/9/2024                    Applicant

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier
Policy #
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**

Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Date _____
Signature of Applicant or Agent

Print Applicant's/Agent's Name _____          Date

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

---

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:          $ 510,975
STORIES: 2          NO. UNITS: 1
CODE YR. 2019      TOT SQ FT: 3,332

USE          OCC          CONST. TYPE          SQ FT

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 181.32 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,566.04 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,317.90**

**TCA Receipt#:** 00274443          **TCA:**
Receipt#: 00274443

PLAN CHECK #: 00866803-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS          9/24/24
ACTION CODE: 86

C:\E5an\Reports\permits_2.page_finaled.rpt

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00926322-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## ADDRESS: 312 BRINWOOD
TRACT: 19176                LOT: 42
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
SB 1473 Fee - Due to State
SB 1473 Fee - Admin
Energy Surcharge Insp
Issuance Fee Comm
Res SFD/Det Condo or Apt. Insp
State Seismic Res
System Dev Charge Circ
System Dev Charge Non-Circ
SlurrySeal New Res Max

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

VALUATION:                    NO. UNITS: 1
$ 527,017                     TOT SQ FT: 3,405

STORIES: 2
CODE YR: 2019

USE              OCC         CONST. TYPE        SQ FT

### PERMIT FEES
184.75
19.80
2.20
247.12
61.23
1,600.35
68.51
2,635.08
2,635.08
65.00

**Total Permit Fees: $7,519.12**

TCA Receipt#
00274443

Receipt#
TCA:

PLAN CHECK #: 00868803-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS        9/20/24
ACTION CODE:  86

---

Portola Springs Phase 10
(e-plan) Olivewood
Lot 42. 1 Production SFD. Plan 2C.

---

## CONTRACTOR
Date 04/09/2024 Contractor: _____
License Class: _____   Lic. No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
☐ I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&R.C, for this reason _____

Date __4/9/2024__   Owner __NEW HOME COMPANY__

## WORKERS' COMPENSATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __4/9/2024__   Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER
CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

---

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdevReports\permits_2 page_finaled.rpt

# New Residential Construction Permit

00926323-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



## DESCRIPTION OF WORK:
Automation Phase 10 Portola Springs. Tract 19176.
(e-plan) Olivewood
Lot 40. 1 Production SFD. Plan 3A.

---

### CONTRACTOR
Date 04/08/2024 Contractor:
License Class: _____ Lic.No. _____

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date 04/08/2024
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

OWNER-BUILDER DECLARATION

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R.C, for this Reason: _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION
Date 4/9/2024
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WORKERS' COMPENSATION
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Applicant
I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____   Date _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 16231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

ADDRESS: 308 BRINWOOD
TRACT: 19176        LOT: 40
APN:
PLANNING AREA:

VALUATION:        $ 569,234
STORIES: 2        NO. UNITS: 1
CODE YR. 2019     TOT SQ.FT 3,677

USE        OCC        CONST. TYPE        SQ FT

---

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 Fee - Due to State | 20.70 |
| SB 1473 Fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**

Receipt#        00274443

TCA Receipt:                TCA:

PLAN CHECK #: 00868603-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS          9/20/24
ACTION CODE:        86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ECeir/Reports/permits_2.page_finaled.rpt



# New Residential Construction Permit

00926324-RBP

**DESCRIPTION OF WORK:**
Automation Phase 10 Portola Springs, Tract 19176.
Lot 54, 1 Production SFD, Plan 3DR.

**OWNER:** NEW HOME COMPANY
ADDRESS: 309 BRINWOOD
TRACT: 19176          LOT: 54
CITY, ST ZIP:
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

VALUATION:        $ 569,234
STORIES: 2          NO. UNITS: 1
CODE YR: 2019     TOT SQ.FT 3,677

USE          OCC          CONST. TYPE          SQ FT

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 14/73 Fee - Due to State | 20.70 |
| SB 14/73 Fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**
Receipt#          00274443
TCA Receipt:                    TCA:

PLAN CHECK #: 00868003-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/25/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS          9/24/24
ACTION CODE:     86

---

## City of Irvine
**Building & Safety Division**
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**CONTRACTOR**
Date: 04/09/2024 Contractor:
License Class.          Lic. No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**
Date: 04/09/2024 Owner:          NEW HOME COMPANY

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R.C. for this Reason: _____

**WORKERS' COMPENSATION**
Date: 4/9/2024          Applicant

**WORKERS' COMPENSATION DECLARATION**
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\EServ\Reports\permits_2.page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**New Residential Construction Permit**

**00926383-RBP**

**DESCRIPTION OF WORK:**
Automation Plan 11 Portola Springs. Tract 19176,
(e-plan) Olivewood Phase 11 Portola Springs. Tract 19176,
Lot 23. 1 Production SFD, Plan 1C.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| CONTRACTOR | OWNER-BUILDER | WORKERS' COMPENSATION | LENDER |
|---|---|---|---|

Date: 04/09/2024

License Class: ___ Lic.No. ___

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 04/09/2024 Contractor ___

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. ___, B&RC, for this Reason ___

Date 4/9/2024 Owner ___ NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier ___
Policy # ___
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name ___
Lender's Address ___

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent ___ Date ___

Print Applicant's/Agent's Name ___

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 104 MOSSVINE
TRACT: 19176    LOT: 23
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:        $ 510,975
STORIES: 2        NO. UNITS: 1
CODE YR: 2019    TOT SQ FT: 3,332

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 37 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 181.32 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,566.04 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,317.90**

Receipt# 00274441

**TCA Receipt:**                    **TCA:**

PLAN CHECK #: 00868812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS 10/23/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\E-ise\Reports\permits_2_page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00926384-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## CONTRACTOR
Date 04/08/2024 Contractor:
License Class:                    Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
Date 04/08/2024

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&R.C, for this Reason: _____

Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION
Date _4/9/2024_

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Date _____
Applicant _____
Print Applicant's/Agent's Name _____
Signature of Applicant or Agent _____ Date _____

---

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 11 Portola Springs, Tract 19176, Lot 25, 1 Production SFD, Plan 2B.

**OWNER:** NEW HOME COMPANY
ADDRESS: 16231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
APN:
PLANNING AREA:

TRACT: 19176    LOT: 25

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

VALUATION:          $ 530,922
STORIES: 2          NO. UNITS: 1
CODE YR: 2019       TOT SQ FT: 3,466

| USE | OCC | CONST. TYPE | SQ FT |
|-----|-----|-------------|-------|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,590.22**

Receipt# _____ TCA:
**TCA Receipt:**          00274441

PLAN CHECK #:  00868812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2020
BUILDING APPROVAL: ZHALEH AFRASIABI 10/28/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS  10/23/24
ACTION CODE: 86

C:\EGov\Reports\permits_2_page_finaled.rpt

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**00926385-RBP**

OWNER: NEW HOME COMPANY
ADDRESS: 305 BRINWOOD
TRACT: 19176          LOT: 52
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 11 Portola Springs - Tract 19176,
Lot 52. 1 Production SFD, Plan 2BR.

---

### CONTRACTOR

Date 04/08/2024 Contractor:

License Class: ____  Lic. No.

LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that one of the following provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

Date 04/08/2024

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION

Date 4/9/2024

WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Date _____  Applicant _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____  Date _____

---

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR CLS EXP:
IRV BUS LIC:                                    EXP DATE:

VALUATION:          $ 530,922
STORIES: 2                    NO. UNITS: 1
CODE YR: 2019                 TOT SQ FT: 3,466

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| A/C Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,590.22**

Receipt#                    TCA:
00274441

PLAN CHECK #:  00868812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/28/2022
PERMIT ISSUED BY: MARK MESSERSMITH  4/9/2024
PERMIT FINALED BY:  DEREK SANDERS      10/24/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\E6er/Reports/permits_2.page.finaled.rpt



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**00926386-RBP**

OWNER: NEW HOME COMPANY
ADDRESS: 301 BRINWOOD
TRACT: 19176          LOT: 72
APN:
PLANNING AREA:

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 11 Portola Springs. Tract 19176.
Lot 72. 1 Production SFD, Plan 2E.

## CONTRACTOR

LICENSED CONTRACTORS DECLARATION
License Class. _____ Lic.No.
Date 04/09/2024 Contractor:

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&P.C. for this Reason: _____

Date __4/9/2024__          Owner ___NEW HOME COMPANY___

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date ___4/9/2024___          Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____          Date _____

Print Applicant's/Agent's Name _____

---

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

VALUATION:          $ 543,084
STORIES: 2          NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,501

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| OPT. LOFT | R-3 | RESIDENTIAL | 96 |
| A/c Condition | | F.S. SYS-NFPA13D | |
| F.S. SYS-NFPA13D | | | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 70.60 |
| System Dev Charge Circ | 2,715.42 |
| System Dev Charge Non-Circ | 2,715.42 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,731.52**

Receipt# _____          TCA:
00274441

PLAN CHECK #: 00868812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/28/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS          10/24/24
ACTION CODE:     86

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\EServ\Reports\permits_2.page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00926387-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



**OWNER:** NEW HOME COMPANY
**ADDRESS:** 102 MOSSVINE
TRACT: 19176      LOT: 24
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 11 Portola Springs
Lot 24, 1 Production SFD, Plan 3D.

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $ 569,234
**STORIES:** 2
**CODE YR:** 2019

| | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| USE | | | |
| Production SFD. | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 32 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

NO. UNITS: 1    TOT SQ FT: 3,677

EXP DATE:

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 14/73 Fee - Due to State | 20.70 |
| SB 14/73 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**

**Receipt#**                                                    **TCA:**
00274441

PLAN CHECK #:  00886812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY:  DEREK SANDERS                10/23/24
ACTION CODE:   86

C:\Eder\Reports\permits_2.page_finaled.rpt

---

**CONTRACTOR**

License Class.                      Lic.No.

Date 04/09/2024 Contractor:

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this
Reason: _____

Date 4/9/2024    Owner: _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

Date: 04/09/2024

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**LENDER**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

---

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

Applicant _____    Date _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

00926388-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
APN:
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Phase 11 Portola Springs
(e-plan) Olivewood Phase 11 Portola Springs
Lot 73, 1 Production SFD, Plan 3AR.

---

### CONTRACTOR

License Class:_____ Lic. No.

Date: 04/09/2024  Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason:_____

Date _4/9/2024_        Owner ___ NEW HOME COMPANY

### WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

Date _____        Applicant _____

### LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____        Date _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

TRACT: 19176
LOT: 73
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:        EXP DATE:
IRV BUS LIC:

VALUATION:    $ 569,234
STORIES: 2        NO. UNITS: 1
CODE YR: 2019        TOT SQ FT: 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 32 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

Total Permit Fees: $8,088.41
Receipt# _____        TCA:
                        00274441

PLAN CHECK #: 00866812-RNP
PLANNING APPROVAL: KATIE CURTIS 3/26/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/28/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS    10/24/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EServ\Reports\permits_2.page.finaled.rpt

# New Residential Construction Permit

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



## 00926674-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Oleywood Phase 12 Portola Springs. Tract 19176.
Lot 20. 1 Production SFD, Plan 1B.

**OWNER:** NEW HOME COMPANY
ADDRESS: 110 MOSSVINE
TRACT: 19176   LOT: 20
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

**VALUATION:** $ 512,448
STORIES: 2   NO. UNITS: 1
CODE YR: 2019   TOT SQ FT: 3,355

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 60 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.40 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,576.85 |
| State Seismic Res | 66.62 |
| System Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,344.70**
Receipt# 00274439

**TCA Receipt:** TCA:

PLAN CHECK #: 00886820-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS 11/1/24
ACTION CODE: 86

---

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 04/09/2024 Contractor
License Class.                     Lic.No.

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R.C. for this Reason _____

Date 4/9/2024   Owner ___ NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent
Print Applicant's/Agent's Name

Applicant _____
Date _____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeir\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit



**00926675-RBP**

**DESCRIPTION OF WORK:**
Automation Phase 12 Portola Springs. Tract 19176.
(e-plan) Olivewood Phase 12 Portola Springs. Tract 19176.
Lot 38. 1 Production SFD, Plan 2B.

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 14/73 Fee - Due to State | 19.80 |
| SB 14/73 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,590.22**

**Receipt#** 00274439

**TCA Receipt:**     **TCA:**

PLAN CHECK #: 00866820-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS 11/5/24
ACTION CODE: 86

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 109 MOSSVINE
TRACT: 19176    LOT: 38
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**CONTACT:** KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:    EXP DATE:
IRV BUS LIC:

VALUATION: $ 530,922
STORIES: 2    NO. UNITS: 1
CODE YR: 2019    TOT SQ.FT 3,466

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Frame Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR

Date: 04/09/2024 Contractor:

License Class:    Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date: 4/9/2024    Owner: NEW HOME COMPANY

### WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are

Carrier _____ Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 4/9/2024 _____ Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent    Date

Print Applicant's/Agent's Name

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdevReports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00926676-RBP**



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

## CONTRACTOR

License Class: _____ Lic.No.: _____

Date: **04/09/2024** Contractor: _____

## OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&R.C, for this Reason: _____

Owner: **NEW HOME COMPANY**

Date: **4/9/2024**

## WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

Lender's Name _____

Lender's Address _____

**CONSTRUCTION LENDING AGENCY**

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date **04/09/2024**

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE (949) 793-0040

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION: $ 543,084
STORIES: 2

CODE YR: 2019

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| OPT. LOFT | R-3 | RESIDENTIAL | 96 |
| A/C Condition | | F.S. SYS-NFPA13D | |

TRACT: 19176         LOT: 22

APN:

PLANNING AREA:

EXP DATE:

NO. UNITS: 1
TOT SQ FT: 3,501

---

## DESCRIPTION OF WORK:

Automation Phase 12 Portola Springs. Tract 19176.
(e-plan) Olivewood
Lot 22. 1 Production SFD, Plan 2E.

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 70.60 |
| System Dev Charge Circ | 2,715.42 |
| System Dev Charge Non-Circ | 2,715.42 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,731.52**

Receipt#: 00274439

**TCA Receipt:** _____ **TCA:** _____

PLAN CHECK #: 00868820-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS 11/1/24
ACTION CODE: 86

---

C:\Edixir\Reports\permits_2.page_finaled.rpt

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED


CITY OF IRVINE

# New Residential Construction Permit

## 00926677-RBP

**DESCRIPTION OF WORK:**
Automation Phase 12 Portola Springs. Tract 19176.
(e-plan) Olivewood Plan 3A.
Lot 21, 1 Production SFD, Plan 3A.

**OWNER:** NEW HOME COMPANY
ADDRESS: 108 MOSSVINE
TRACT: 19176    LOT: 21
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:    EXP DATE:

**VALUATION:**    $ 569,234
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQ FT:** 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Wood Plate Covers | 425 |
| PORCH | R-3 | RESIDENTIAL | 32 |
| Air Condition | | F.S. SYS-NFPA13D | |
| F.S. SYS-NFPA13D | | | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**
**Receipt#** 00274439
**TCA Receipt:** **TCA:**

PLAN CHECK #: 00886820-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS    11/1/24
ACTION CODE: 86

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**CONTRACTOR**
Date 04/09/2024 Contractor:
License Class:    Lic.No.

**OWNER-BUILDER**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date __4/9/2024__    Owner __NEW HOME COMPANY__

**WORKERS' COMPENSATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __4/9/2024__    Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent    Date

Print Applicant's/Agent's Name

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit



## 00926678-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 12 Portola Springs, Tract 19176, Lot 39, 1 Production SFD, Plan 3E.

**ADDRESS:** 107 MOSSVINE
**TRACT:** 19176        **LOT:** 39
**APN:**
**PLANNING AREA:**

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

**VALUATION:**        $ 586,306
**STORIES:** 2            **NO. UNITS:** 1
**CODE YR.** 2019        **TOT SQ FT** 3,779

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | |
| OPT. LOFT | R-3 | Type VB | 102 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 202.33 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,776.13 |
| State Seismic Res | 76.22 |
| System Dev Charge Circ | 2,931.53 |
| System Dev Charge Non-Circ | 2,931.53 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,315.09**
**Receipt#**            **TCA:**
00274439

PLAN CHECK #: 00886820-RNP
PLANNING APPROVAL: KATIE CURTIS 3/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/26/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS    11/5/24
ACTION CODE: 86

---

**Date** 04/09/2024 **Contractor**
License Class.            Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason.

**Date** 4/9/2024    **Owner** _____ NEW HOME COMPANY

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Applicant

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____

Date _____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Esri\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit


CITY OF IRVINE

**00926690-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 13 Portola Springs. Tract 19176.
Lot 37. 1 Production SFD. Plan 1A.

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**OWNER:** NEW HOME COMPANY
ADDRESS: 113 MOSSVINE
TRACT: 19176    LOT: 37
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:    $ 512,640
STORIES: 2

CODE YR: 2019

USE
Production SFD
GARAGE
PORCH
Air Condition
F.S. SYS-NFPA13D

| | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| | R3 | Type VB | 2,870 |
| | U-1 | Type VB | 425 |
| | R3 | Wood Plate Covers | 63 |
| | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

NO. UNITS: 1
TOT SQ FT: 3,358

EXP DATE:

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 1473 Fee - Due to State | 18.90 |
| SB 1473 Fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 21.23 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,348.19**
Receipt# 00274440

TCA Receipt:    TCA:

PLAN CHECK #: 00886870-RNP
PLANNING APPROVAL: KATIE CURTIS 3/27/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS    11/19/24
ACTION CODE:    86

---

### CONTRACTOR
License Class:    Lic. No.
Date: 04/09/2024 Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the following provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. ___ , B&RC, for this Reason ___

### WORKERS' COMPENSATION
Date: 4/9/2024    Owner: NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are
Carrier ___
Policy # ___
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

Date ___    Applicant ___

### LENDER
Lender's Name ___
Lender's Address ___

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent    Date

Print Applicant's/Agent's Name

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**00926691-RBP**

OWNER: NEW HOME COMPANY
ADDRESS: 116 MOSSVINE
TRACT: 19176      LOT: 17
APN:
PLANNING AREA:

DESCRIPTION OF WORK:
Automation Phase 13 Portola Springs
(e-plan) Olivewood Phase 13 Portola Springs. Tract 19176.
Lot 17. 1 Production SFD. Plan 1A.

## CONTRACTOR
Date 04/08/2024 Contractor:
License Class:          Lic.No.:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&P.C., for this Reason: _____

Date   4/9/2024
Owner       NEW HOME COMPANY

## WORKERS' COMPENSATION
Date 4/9/2024
☐ I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.
Applicant

## LENDER
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

---

APPLICANT:  KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:          $ 512,840
STORIES: 2
CODE YR: 2019

USE                    OCC          CONST. TYPE      SQ FT
Production SFD         R-3          Type VB          2,870
GARAGE                 U-1          Type VB            425
PORCH                  R-3          Wood Plate Covers   63
Air Condition                       RESIDENTIAL
F.S. SYS-NFPA13D                    F.S. SYS-NFPA13D

NO. UNITS: 1          TOT SQ FT: 3,358

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 14/73 fee - Due to State | 18.90 |
| SB 14/73 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,348.19**

TCA Receipt#  002744440
Receipt#                    TCA:

PLAN CHECK #:  00886870-RNP
PLANNING APPROVAL:  KATIE CURTIS 3/27/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/31/2022
PERMIT ISSUED BY:  MARK MESSERSMITH  4/9/2024
PERMIT FINALED BY:  DEREK SANDERS          11/20/24
ACTION CODE:   86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

## 00926692-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR

Date 04/09/2024 Contractor:

License Class: _____ Lic.No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

Date 04/09/2024 Owner: _____ NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

### WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are
Carrier _____ Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __4/9/2024__ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER

Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 112 MOSSVINE
**TRACT:** 19176    **LOT:** 19
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 13 Portola Springs. Tract 19176.
Lot 19. 1 Production SFD. Plan 2C.

**APPLICANT:** KB PROCESSING
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP.:**
**IRV BUS LIC:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794    **EXP DATE:**

---

**VALUATION:** $ 527,017
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQFT:** 3,405

| USE | OCC | CONST. TYPE | SQ.FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | RESIDENTIAL | 425 |
| Air Condition | R-3 | F.S. SYS-NFPA13D | |
| F.S. SYS-NFPA13D | | | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 184.75 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,600.35 |
| State Seismic Res | 68.51 |
| SB 1473 Seismic Res | 2.20 |
| System Dev Charge Circ | 2,635.08 |
| System Dev Charge Non-Circ | 2,635.08 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,519.12**

**Receipt#** 00274440
**PLAN CHECK #:** 00886870-RNP
**PLANNING APPROVAL:** KATIE CURTIS 3/27/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 10/31/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 4/9/2024
**PERMIT FINALED BY:** DEREK SANDERS 11/20/24
**ACTION CODE:** 86

**TCA Receipt:** _____ **TCA:** _____

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESer\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00926693-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Phase 13 Portola Springs. Tract 19176.
(e-plan) Olywood
Lot 36. 1 Production SFD. Plan 2E.

**OWNER:** NEW HOME COMPANY
ADDRESS: 115 MOSSVINE
TRACT: 19176                    LOT: 36
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

**VALUATION:**          $ 543,084
**STORIES:** 2          **NO. UNITS:** 1
**CODE YR:** 2019       **TOT SQFT:** 3,501

| USE | OCC | CONST. TYPE | SQ.FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| OPT. LOFT | R-3 | RESIDENTIAL | 96 |
| A/c Condition | | F.S. SYS-NFPA13D | |
| F.S. SYS-NFPA13D | | | |

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 70.60 |
| System Dev Charge Circ | 2,715.42 |
| System Dev Charge Non-Circ | 2,715.42 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,731.52**
Receipt# 00274440

**PLAN CHECK #:** 00868870-RNP
PLANNING APPROVAL: KATIE CURTIS 3/27/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS 11/19/24
ACTION CODE: 86

**TCA Receipt:**              **TCA:**

---

**CONTRACTOR**
Date 04/09/2024 Contractor:
License Class:                    Lic.No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**
Date 04/09/2024

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&P.C. for this Reason: _____

Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ 4/9/2024
Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**LENDER**
Lender's Name
Lender's Address

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeir\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00926694-RBP**



## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

### CONTRACTOR
Date 04/09/2024 Contractor:
License Class: ___ Lic.No. ___

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. ___ , B&PC, for this Reason ___

Date 4/9/2024       Owner ___ NEW HOME COMPANY

### WORKERS' COMPENSATION
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier ___
Policy # ___

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 4/9/2024       Applicant ___

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name ___
Lender's Address ___

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name ___

Signature of Applicant or Agent ___       Date ___

---

OWNER: NEW HOME COMPANY
ADDRESS: 16231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

VALUATION:          $ 586,306
STORIES: 2               NO. UNITS: 1
CODE YR: 2019         TOT SQ FT: 3,779

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | |
| OPT LOFT | R-3 | Type VB | 102 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

ADDRESS: 114 MOSSVINE
TRACT: 19176               LOT: 18
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 13 Portola Springs, Tract 19176, Lot 18. 1 Production SFD, Plan 3E.

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 202.33 |
| SB 1473 Fee - Due to State | 21.60 |
| SB 1473 Fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,776.13 |
| State Seismic Res | 76.22 |
| SB 1473 Fee - Due to State | 2,931.53 |
| System Dev Charge Circ | 2,931.53 |
| System Dev Charge Non-Circ | 2,931.53 |
| Slurry/Seal New Res Max | 65.00 |

**Total Permit Fees: $8,315.09**

Receipt#                 00274440

**TCA Receipt:**                          **TCA:**

PLAN CHECK #: 00886870-RNP
PLANNING APPROVAL: KATIE CURTIS 3/27/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 10/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 4/9/2024
PERMIT FINALED BY: DEREK SANDERS       11/20/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Esler\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**0092B740-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs, Tract 19176, Lot 31, 1 Production SFD, Plan 1B, "No work may commence until Grading pad cert is accepted in the field"

## OWNER: NEW HOME COMPANY
ADDRESS: 127 MOSSVINE
TRACT: 19176    LOT: 31
APN:
PLANNING AREA:

## APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040

CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION: $ 512,448
STORIES: 2

CODE YR: 2019

| USE | OCC | CONST. TYPE | SQ FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 60 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

NO. UNITS: 1
TOT SQ FT: 3,355

EXP DATE:

### PERMIT FEES
| | |
|---|---|
| SB 14/73 Fee - Due to State | 182.40 |
| SB 14/73 Fee - Admin | 18.90 |
| Energy Surcharge Insp | 2.10 |
| Issuance Fee Comm | 247.12 |
| Res SFD/Det Condo or Apt. Insp | 61.23 |
| State Seismic Res | 1,576.85 |
| State Seismic Res | 66.62 |
| System Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,344.70**

Receipt# 00275587    TCA:
TCA Receipt#

PLAN CHECK #: 00889919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2024
PERMIT FINALED BY: DEREK SANDERS 3/26/25
ACTION CODE: 86

C:\E\ser\Reports\permits_2.page_finaled.rpt

---

### CONTRACTOR
Date 05/03/2024 Contractor:
License Class:     Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&P.C., for this Reason: _____

Date _5/3/2024_    Owner _NEW HOME COMPANY_

### WORKERS' COMPENSATION
Date: 5/3/2024

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name _____
Lender's Address _____

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____ Applicant
Signature of Applicant or Agent    Date
Print Applicant's/Agent's Name

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# City of Irvine
## Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**00928741-RBP**

| CONTRACTOR | OWNER-BUILDER | WORKERS' COMPENSATION | LENDER |
|---|---|---|---|

Date: 05/03/2024 Contractor: _____

License Class: _____  Lic.No.: _____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date: 5/3/2024   Owner: _____ **NEW HOME COMPANY**

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 5/3/2024   Applicant: _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 16231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $ 510,975
**STORIES:** 2
**CODE YR:** 2019

**NO. UNITS:** 1
**TOT SQ FT:** 3,332

**EXP DATE:**

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 37 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**TRACT:** 19176   **LOT:** 10
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs. Tract 19176, Lot 10, 1 Production SFD. Plan 1C. "No work may commence until Grading pad cert is accepted in the field"

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 181.32 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,566.04 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,317.90**

**Receipt#** 00275587   **TCA:**

**TCA Receipt:**

PLAN CHECK #: 00889919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2024
PERMIT FINALED BY: DEREK SANDERS 3/26/25
ACTION CODE: 86

C:\E4er\Reports\permits_2.page_finaled.rpt

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00928742-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## OWNER: NEW HOME COMPANY
ADDRESS: 128 MOSSVINE
TRACT: 19176          LOT: 11
APN:
PLANNING AREA:

## APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

## APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

## CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

**VALUATION:**          $ 530,922
**STORIES:** 2          **NO. UNITS:** 1
**CODE YR:** 2019          **TOT SQ FT:** 3,466

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

### DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs. Tract 19176,
Lot 11 ,1 Production SFD, Plan 2B. "No work may
commence until Grading pad cert is accepted in the field"

### PERMIT FEES
| | |
|---|---|
| SB 1473 fee - Due to State | 187.61 |
| SB 1473 fee - Admin | 19.80 |
| Energy Surcharge Insp | 2.20 |
| Issuance Fee Comm | 247.12 |
| Res SFD/Det Condo or Apt. Insp | 61.23 |
| State Seismic Res | 1,629.02 |
| System Dev Charge Circ | 69.02 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 2,654.61 |
| | 65.00 |

**Total Permit Fees: $7,590.22**

**TCA Receipt#**          **TCA:**
00275587

PLAN CHECK #: 00889919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2022
PERMIT FINALED BY: DEREK SANDERS          3/25/25
ACTION CODE:    86

---

## CONTRACTOR
License Class:                    Lic No.
Date: 05/03/2024 Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
Date: 05/03/2024
Owner:          NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&P.C. for this Reason _____

## WORKERS' COMPENSATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WORKERS' COMPENSATION DECLARATION
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdevReports\permits_2 page_finaled.rpt

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

0092743-RBP

**OWNER:** NEW HOME COMPANY
ADDRESS: 125 MOSSVINE
CITY, ST ZIP: IRVINE CA 92618
APN:
PLANNING AREA:

ADDRESS: 15231 LAGUNA CANYON RD 250
TRACT: 19176        LOT: 32

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs. Tract 19176.
Lot 32. 1 Production SFD. Plan 2C. "No work may commence until Grading pad cert is accepted in the field"

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

VALUATION:        $ 527,017
STORIES: 2        NO. UNITS: 1
CODE YR: 2019        TOT SQFT: 3,405

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| Air Condition | R-3 | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 184.75 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,600.35 |
| State Seismic Res | 68.51 |
| System Dev Charge Circ | 2,635.08 |
| System Dev Charge Non-Circ | 2,635.08 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,519.12**

Receipt# 00275587        TCA:

PLAN CHECK #: 00889919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2024
PERMIT FINALED BY: DEREK SANDERS        3/27/25
ACTION CODE:        86

---

## CONTRACTOR
License Class: _____    Lic.No. _____
Date 05/03/2024 Contractor _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
Date 5/3/2024        Owner _____ NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&PC, for this Reason: _____

## WORKERS' COMPENSATION
WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

Date _____        Applicant _____

## LENDER
CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____        Date _____

Print Applicant's/Agent's Name _____

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeer\Reports\permits_2_page_finaled.rpt

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

0092B744-RBP

**OWNER:** NEW HOME COMPANY
ADDRESS: 124 MOSSVINE
TRACT: 19176                    LOT: 13
CITY, ST ZIP:
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs. Tract 19176.
Lot 13. 1 Production SFD. Plan 2E. "No work may
commence until Grading pad cert is accepted in the field"

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

VALUATION:              $ 543,084
STORIES: 2              NO. UNITS: 1
CODE YR: 2019           TOT SQFT: 3,501

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| LOFT | R-3 | RESIDENTIAL | 96 |
| A/C Condition | | F.S. SYS-NFPA13D | |
| F.S. SYS-NFPA13D | | | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 70.60 |
| System Dev Charge Circ | 2,715.42 |
| System Dev Charge Non-Circ | 2,715.42 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,731.52**
Receipt# 00275587
TCA Receipt:                    TCA:

PLAN CHECK #: 00889919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2024
PERMIT FINALED BY: DEREK SANDERS 3/25/25
ACTION CODE: 86

---

### CONTRACTOR
License Class. _____ Lic.No. _____
Date 05/03/2024 Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date 5/3/2024 Owner: _____ NEW HOME COMPANY _____

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

### WORKERS' COMPENSATION
Date 5/3/2024
Policy # _____
Carrier _____

I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

WORKERS' COMPENSATION DECLARATION
I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____        Date _____

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Edev\Reports\permits_2_page_finaled.rpt

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**0092874S-RBP**

OWNER: NEW HOME COMPANY
ADDRESS: 126 MOSSVINE
TRACT: 19176          LOT: 12
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 15 Portola Springs  Tract 19176.
SB 14/73 fee - Due to State
Lot 12 .1 Production SFD, Plan 3A "No work may
commence until Grading pad cert is accepted in the field"

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:          $ 569,234
STORIES: 2                   NO. UNITS: 1
CODE YR: 2019            TOT SQ FT: 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 32 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Res SFD/Det Condo or Apt, Insp | 197.53 |
| State Seismic Res | 20.70 |
| SB 14/73 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**

Receipt# 00275587          TCA:

PLAN CHECK #: 00B89919-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: MARK MESSERSMITH 5/3/2024
PERMIT FINALED BY: DEREK SANDERS 3/25/25
ACTION CODE: 86

---

## CONTRACTOR

Date 05/03/2024 Contractor

License Class.                Lic.No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date 5/3/2024

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ , B&RC, for this Reason _____

Owner _____ NEW HOME COMPANY _____

## WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

Date 5/3/2024          Applicant

## LENDER

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

C:\ESeer\Reports\permits_2_page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

## 00928777-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 14 Portola Springs, Tract 19176,
Lot 35, 1 Production SFD, Plan 1C.

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**PLANNING AREA:**
APN:
TRACT: 19176    LOT: 35
ADDRESS: 117 MOSSVINE
OWNER: NEW HOME COMPANY

---

### CONTRACTOR

Date: 05/06/2024 Contractor:

License Class: _____ Lic. No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

☐ OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&PC, for this Reason _____

Owner _____ NEW HOME COMPANY

Date: 5/6/2024

### WORKERS' COMPENSATION

I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR CL EXP:
IRV BUS LIC:

VALUATION: $ 510,975
STORIES: 2
CODE YR: 2019

USE
Production SFD
GARAGE
PORCH
A/C Condition
F.S. SYS-NFPA13D

OCC
R-3
U-1
R-3

EXP DATE:

NO. UNITS: 1
TOT SQ FT: 3,332

CONST. TYPE
Type VB
Type VB
Wood Plate Covers
RESIDENTIAL
F.S. SYS-NFPA13D

SQ FT
2,870
425
37

---

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 181.32 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,566.04 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,317.90**
Receipt# 00275724
TCA Receipt#: TCA:

PLAN CHECK #: 00889889-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS 1/14/25
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

**00928778-RBP**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 14 Portola Springs. Tract 19176.
Lot 14, 1 Production SFD, Plan 1C.

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:        $ 510,975
STORIES: 2             NO. UNITS: 1
CODE YR: 2019         TOT SQ FT: 3,332

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 37 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 181.32 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,566.04 |
| State Seismic Res | 66.43 |
| System Dev Charge Circ | 2,554.88 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,317.90**

Receipt# 00275724
TCA Receipt: TCA:

PLAN CHECK #: 00889889-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERKY 5/6/2024
PERMIT FINALED BY: EDGAR MUNIZ 1/13/25
ACTION CODE:    86

---

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date 05/06/2024 Contractor: _____

License Class: _____ Lic. No. _____

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date 5/6/2024    Owner ____ NEW HOME COMPANY ____

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 5/6/2024 ____ Applicant ____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent    Date

_____
Print Applicant's/Agent's Name

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EGew\Reports\permits_2_page_finaled.rpt

# City of Irvine
## Building & Safety Division
### Community Development Dept.

One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

0092879-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 14 Portola Springs - Tract 19176,
Lot 16. 1 Production SFD, Plan 2BR.

**OWNER:** NEW HOME COMPANY
ADDRESS: 118 MOSSVINE
TRACT: 19176　　LOT: 16
APN:
PLANNING AREA:

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 14/73 Fee - Due to State | 19.80 |
| SB 14/73 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:　　EXP DATE:

VALUATION:　$ 530,922
STORIES: 2　　NO. UNITS: 1
CODE YR: 2019　　TOT SQ FT: 3,466

**Total Permit Fees: $7,590.22**
Receipt#　　00757524
**TCA Receipt:**　　TCA:

PLAN CHECK #: 00889889-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERRAY 5/6/2024
PERMIT FINALED BY: EDGAR MUNIZ　　1/13/25
ACTION CODE:　　86

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

---

Date: 05/06/2024  Contractor: _____
License Class: _____ Lic.No. _____

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date: 5/6/2024　　Owner: _____ NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

Date: 5/6/2024　　Applicant _____

## CONSTRUCTION LENDING AGENCY

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____　　Date _____

Print Applicant's/Agent's Name _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:　9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeler\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

0092878O-RBP

## DESCRIPTION OF WORK:
Automation Phase 14 Portola Springs. Tract 19176,
Lot 34, 1 Production SFD, Plan 2BR.

**OWNER:** NEW HOME COMPANY
ADDRESS: 121 MOSSVINE
TRACT: 19176          LOT: 34
CITY, ST ZIP:
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:          $ 530,922
STORIES: 2          NO. UNITS: 1
CODE YR: 2019       TOT SQ FT: 3,466

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plastic Covers | 61 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 Fee - Due to State | 19.80 |
| SB 1473 Fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,590.22**

Receipt#                    TCA:
00275724

TCA Receipt#
00275724

PLAN CHECK #: 00889889-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERBY
PERMIT FINALED BY: DEREK SANDERS 5/6/2024
ACTION CODE: 86          1/14/25

---

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date: 05/06/2024 Contractor:
License Class:          Lic. No.:

### CONTRACTOR

### OWNER-BUILDER
**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that one of the following provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&PC, for this Reason: _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____  5/6/2024

Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

### LENDER

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____          Date _____

Print Applicant's/Agent's Name _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Edev\Reports\permits_2.page_finaled.rpt



# New Residential Construction Permit

**0092781-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**OWNER:** NEW HOME COMPANY
ADDRESS: 120 MOSSVINE
TRACT: 19176                LOT: 15
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Oliivewood Phase 14 Portola Springs. Tract 19176.
Lot 15. 1 Production SFD. Plan 3D.

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                EXP DATE:

VALUATION:          $ 569,234
STORIES: 2          NO. UNITS: 1
CODE YR. 2019      TOT SQ FT: 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| Air Condition | R-3 | Wood Plate Covers | 32 |
| | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 Fee - Due to State | 20.70 |
| SB 1473 Fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**
Receipt# 00275724
**TCA Receipt:**                **TCA:**

PLAN CHECK #: 00889889-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: EDGAR MUNIZ    1/13/25
ACTION CODE: 86

---

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**CONTRACTOR**

Date 05/06/2024 Contractor:
License Class.                Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

Date 05/06/2024

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&R.C. for this
Reason: _____

Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

Date 5/6/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

Applicant _____
Date 5/6/2024

**LENDER**

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____  Date _____

Print Applicant's/Agent's Name _____

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EServ\Reports\permits_2 page_finaled.rpt

# New Residential Construction Permit

0092782-RBP



**DESCRIPTION OF WORK:**
Automation Phase 14 Portola Springs. Tract 19176.
(e-plan) Olywewood Phase 14 Portola Springs. Tract 19176.
Lot 33. 1 Production SFD. Plan 3E.

**ADDRESS: 123 MOSSVINE**
TRACT: 19176                     LOT: 33
APN:
PLANNING AREA:

## OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

## APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

## CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

## VALUATION:        $ 586,306
STORIES: 2                      NO. UNITS: 1
CODE YR: 2019                   TOT SQFT: 3,779

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | |
| LOFT | R-3 | Type VB | 102 |
| Air Condition | RESIDENTIAL | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 202.33 |
| SB 1473 Fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,776.13 |
| State Seismic Res | 76.22 |
| System Dev Charge Circ | 2,931.53 |
| System Dev Charge Non-Circ | 2,931.53 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,315.09**

**Receipt#** 00275724

**TCA Receipt:** 00275724        **TCA:**

PLAN CHECK #: 00898989-RNP
PLANNING APPROVAL: KATIE CURTIS 4/25/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/6/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS        1/14/25
ACTION CODE:    86

---

**City of Irvine**
**Building & Safety Division**
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date: **05/06/2024** Contractor:

License Class:                    Lic. No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason. _____

Owner __NEW HOME COMPANY__

Date __5/6/2024__

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date. __5/6/2024__        Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____        _____
Signature of Applicant or Agent        Date

_____        _____
Print Applicant's/Agent's Name        Date

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**ADDRESS: 134 MOSSVINE**
**TRACT: 19176          LOT: 8**
**APN:**
**PLANNING AREA:**

0092876-RBP

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 16 Portola Springs, Tract 19176,
Lot #: 8, 1 Production SFD, Plan 1AR.

---

## CONTRACTOR

Date: 05/06/2024 Contractor:
License Class:          Lic.No.

### LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&RC, for this Reason:

Owner _____ NEW HOME COMPANY

Date 5/6/2024

## WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier
Policy #
Date

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

## LENDER

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

Applicant

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: > ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:          $ 512,840
STORIES: 2
CODE YR: 2019

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 63 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

NO. UNITS: 1
TOT SQ FT: 3,358

EXP DATE:

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 1473 Fee - Due to State | 18.90 |
| SB 1473 Fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,348.19**

**Receipt#**                          00275725
PLAN CHECK #: 00890286-RNP
PLANNING APPROVAL: KATIE CURTIS 4/17/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/8/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS          5/12/25
ACTION CODE:          86

**TCA Receipt:**          TCA:

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\EGov\Reports\permits_2.page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00928798-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



CITY OF IRVINE

## CONTRACTOR

Date: 05/06/2024 Contractor:

License Class: _____ Lic.No. _____

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date: 5/6/2024 Owner: _____ NEW HOME COMPANY _____

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

## WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

Lender's Name _____
Lender's Address _____

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent   Date

Print Applicant's/Agent's Name

Applicant

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT: >** ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

---

ADDRESS: 201 MISTWATER
TRACT: 19176                LOT: 6
APN:
PLANNING AREA:

VALUATION:          $ 510,975
STORIES: 2          NO. UNITS: 1
CODE YR. 2019       TOT SQFT: 3,332

EXP DATE:

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 37 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 16 Portola Springs. Tract 19176, Lot 6. 1 Production SFD, Plan 1C.

## PERMIT FEES

| | |
|---|---|
| SB 1473 fee - Due to State | 181.32 |
| SB 1473 fee - Admin | 18.90 |
| Energy Surcharge Insp | 2.10 |
| Issuance Fee Comm | 247.12 |
| Res SFD/Det Condo or Apt. Insp | 61.23 |
| State Seismic Res | 1,566.04 |
| System Dev Charge Circ | 66.43 |
| System Dev Charge Non-Circ | 2,554.88 |
| SlurrySeal New Res Max | 2,554.88 |
| | 65.00 |

**Total Permit Fees: $7,317.90**

Receipt# 00275725

**TCA Receipt:**                    TCA:

PLAN CHECK #: 00890286-RNP
PLANNING APPROVAL: KATIE CURTIS 4/17/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/8/2022
PERMIT ISSUED BY: SHELDON ENDERLEY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS 5/13/25
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EGov\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00928800-RBP**

**DESCRIPTION OF WORK:**
Automation Phase 16 Portola Springs. Tract 19176.
(e-plan) Oleewood Phase 16 Portola Springs. Tract 19176.
Lot 30. 1 Production SFD. Plan 3A.

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**Date** 05/06/2024 **Contractor:**

License Class: _____ Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

**Date** 5/6/2024 **Owner:** _NEW HOME COMPANY_

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**Date** _____ **Applicant** _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____
Print Applicant's/Agent's Name _____
Date _____

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** > ICDC
**ADDRESS:** 550 NEWPORT CENTER DR
**CITY, ST ZIP:** NEWPORT BEACH CA 92660
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (949) 720-2000

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**            **EXP DATE:**

**VALUATION:**        $ 569,234
**STORIES:** 2
**CODE YR:** 2019

**NO. UNITS:** 1
**TOT SQ FT:** 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| LOFT | R-3 | Wood Plate Covers | 32 |
| A/C Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**TRACT:** 19176                **LOT:** 30
**APN:**
**PLANNING AREA:**

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.11 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,088.41**

**Receipt#** 00275725

**TCA Receipt:**        **TCA:**

PLAN CHECK #: 00890286-RNP
PLANNING APPROVAL: KATIE CURTIS 4/17/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/8/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS            5/15/25
ACTION CODE:    86

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Eclenr\Reports\permits_2.page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00928801-RBP**

**DESCRIPTION OF WORK:**
Automation Phase 16 Portola Springs. Tract 19176.
(e-plan) Olivewood Phase 16 Portola Springs. Tract 19176.
Lot 7. 1 Production SFD. Plan 3DR.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| | LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|---|

**CONTRACTOR**

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 05/06/2024 Contractor _____

License Class. _____ Lic. No. _____

**OWNER-BUILDER**

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&PC, for this Reason _____

Date 5/6/2024 Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are
Carrier _____
Policy # _____
I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

Date _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: > ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

TRACT: 19176          LOT: 7
APN:
PLANNING AREA:

EXP DATE:

VALUATION:          $ 569,234
STORIES: 2          NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,677

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| LOFT | U-1 | Type VB | 425 |
| A/C Condition | R-3 | Wood Plate Covers | 32 |
| F.S. SYS-NFPA13D | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |
| 28254 | | | |

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 197.53 |
| SB 14/73 fee - Due to State | 20.70 |
| SB 14/73 fee - Admin | 2.30 |
| SB 14/73 fee - Admin | 247.12 |
| Energy Surcharge Insp | 61.23 |
| Issuance Fee Comm | 74.00 |
| Res SFD/Det Condo or Apt. Insp | 1,728.19 |
| State Seismic Res | 74.00 |
| System Dev Charge Circ | 2,846.17 |
| System Dev Charge Non-Circ | 2,846.17 |
| SlurrySeal New Res Max | 65.00 |

Total Permit Fees: $8,088.41

TCA Receipt:          TCA:
Receipt#          00275725

PLAN CHECK #: 00890286-RNP
PLANNING APPROVAL: KATIE CURTIS 4/17/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/8/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/6/2024
PERMIT FINALED BY: DEREK SANDERS          5/12/25

ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\E6en\Reports\permits_2 page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

COMMUNITY DEVELOPMENT
Building and Safety

Print Form

# SMOKE DETECTOR & CARBON MONIXIDE ALARM RETROFIT/VERIFICATION REQUIREMENTS

**ADVISORY:** For residential construction projects- Smoke detector retrofit/verification requirements. Carbon monoxide alarm requirements for existing detached single family homes on our after January 1, 2011. Carbon monoxide alarm requirements for all other existing residential buildings on our after January 1, 2013.

Please be advised that the 2010 California Building Code (CBC) and the 2010 California Residential Code (CRC), effective on January 1, 2011, require smoke detectors and carbon monoxide alarms to be installed in prescribed locations as part of a permitted residential construction project valued at $1,000 or more. **See NOTES below.**

**Smoke detectors** are required to be mounted on the ceiling or wall and located as specified below. If retrofitted, detectors may be battery operated (Code references: CBC § 907.2.11.5 and CRC § R314).

- Outside of each separate sleeping area in the immediate vicinity of bedrooms
- In each room used for sleeping purposes
- In each story within a dwelling unit, including basements, but not including crawl spaces and uninhabitable attics. In dwellings or dwelling units with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the adjacent lower level provided that the lower level is less than one full story below the upper level

**Carbon monoxide alarms** are required to be mounted on the wall or ceiling or other location as specified in the manufacturer's installation instruction and located as specified below. If retrofitted, alarms may be battery operated where the repairs or alterations do not result in removing wall and ceiling finishes or there is no access to the attic, basement or crawl space (Code references: CBC § 420.4 and CRC § R315).

- Outside of each separate sleeping area in the immediate vicinity of bedrooms
- On every level of the dwelling unit
- For R-1 Occupancies only - on the ceiling of sleeping units with permanently installed fuel burning appliances

**Inspection Verification** on existing or retrofitted smoke detectors and carbon monoxide alarms will be verified during the inspection process as follows:

- Reroof - at time of sheathing inspection
- Replace exterior wall cover - at lath inspection
- Window change out - at weather stripping/rough inspection
- Interior remodel or addition - at or before final inspection
- Attached patio cover - at footing inspection

**NOTES:**

1. These requirements only apply to the dwelling unit(s) for which the permit applies. For example, if an apartment building roof is replaced all the units within the building would be required to be retrofitted/verified to have the detectors and alarms. For an interior remodel of a single unit, only that unit would be required to be retrofitted/verified.

2. Carbon monoxide monitors are not required for dwellings that do not have fuel burning appliances, fireplaces, or attached garages.

3. Self-verification may be substituted for inspection using City of Irvine Smoke Detector and Carbon Monoxide Self-Certification form available for download from the form catalog at http://www.cityofirvine.org/cityhall/cd/buildingsafety/formcatalog.



COMMUNITY DEVELOPMENT
Building and Safety

Print Form

## SMOKE DETECTOR & CARBON MONIXIDE ALARM SELF-CERTIFICATION

| PROJECT ADDRESS | PERMIT NUMBER |
|---|---|
| | |

| PROPERTY OWNER (or HOA Representative) |
|---|
| |

I, the undersigned, hereby certify that I am the owner or authorized HOA representative of the of the above referenced property. I further certify that smoke detectors and carbon monoxide alarms are present and functional in all the following locations. (Check all applicable boxes below. Retrofitted smoke detectors and carbon monoxide alarms may be battery operated.)

**SMOKE DETECTORS** on ceiling or wall:

☐ Outside of each separate sleeping area in the immediate vicinity of bedrooms

☐ In each room used for sleeping purposes

☐ In each story including any habitable basement

NOTE:  In dwellings or dwelling units with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the adjacent lower level provided that the lower level is less than one full story below the upper level.

**CARBON MONOXIDE ALARMS** on ceiling, wall or other location as specified by the manufacturer:

☐ Outside of each separate sleeping area in the immediate vicinity of bedrooms

☐ In each story including any habitable basement

NOTE:  In dwellings or dwelling units with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the adjacent lower level provided that the lower level is less than one full story below the upper level.

☐ For R-1 Occupancies only - sleeping units with permanently installed fuel burning appliances

| SIGNATURE | | DATE | |
|---|---|---|---|

In lieu of physical inspection of smoke detectors and carbon monoxide alarms by the City inspector, this certification may be completed and presented to the inspector during the course of a project as follows:

· Re roof - at time of sheathing inspection

· Replace exterior wall cover - at lath inspection

· Window change out - at weather stripping/rough inspection

· Interior remodel or addition - at or before final inspection

· Attached patio cover - at footing inspection



# INFORMATIONAL BULLETIN

**Bulletin No.: 310**
Page 1 of 3
Effective:  09/27/05
Revised:    01/04/10
Revised:    07/01/14

Chief Building Official

## REQUIREMENTS FOR ALTERATIONS MADE TO LOW RISE RESIDENTIAL SPLIT SYSTEM AIR CONDITIONER CONDENSING UNIT, HEATING OR COOLING COIL, OR FURNACE HEAT EXCHANGER REPLACEMENTS

Section 150.2 (b) of the 2013 California State Building Energy Efficiency Standards, effective July 1, 2014, regulates replacement of split system air conditioner units, heating or cooling coils and heat exchanger for low rise residential buildings. The requirements, defined below, apply to projects for which an application for permit is made on or after the effective date.

### IMPORTANT NOTES FOR THE HOMEOWNER AND CONTRACTOR:

1) The types of work described by this bulletin may be eligible for a rebate or other incentive through Southern California Edison. To learn more visit the Rebates and Savings-Heating & Cooling webpage @ http://www.sce.com/residential/rebates-savings.

2) The California Certified Energy Rating & Testing Services (CalCERTS) and the California Home Energy Efficiency Rating System (CHEERS) are approved by the Energy Commission as HERS Providers to oversee HERS Raters. Rater directories may be accessed https://www.calcerts.com/ or http://www.cheers.org/ .

3) Under the Business and Professional Code of the State of California and enforced by the Contractor State License Board (CSLB), a project is considered incomplete until all acceptance requirements below are met. **Additionally, it is illegal for a contractor to accept/receive final payment before all work is complete, which includes a final inspection approval.** Misconduct in regards to any of these requirements may result in a complaint filed with CSLB.

4) The homeowner is cautioned against making a final payment to the contractor until the City Inspector has approved a final inspection.

### EQUIPMENT REQUIREMENTS

**Compliance Certification:** All new equipment shall be certified with the California Energy Commission. For verification, go to www.energy.ca.gov/appliances/database.

**A/C Efficiency:** Central, single phase air conditioners and air source heat pumps shall have a minimum Seasonal Energy Efficiency Ratio (SEER) of 13 (SEER of 14 required for applications received on or after 1/1/2015). For other air conditioners or heat pumps refer to Table 4-6 of the 2013 Building Energy Efficiency Standards Residential Compliance Manual or go the link referenced above.

**Gas-Fired Furnace Efficiency:** Gas-fired furnaces shall have an AFUE (Annual fuel utilization efficiency) of 78% for units having a capacity less than 225,000 Btu/h, and an 80% AFUE for units having a capacity equal to or greater than 225,000btu/h.

Bulletin No.: **310**
Page 2 of 3
Revised: 07/01/14

**Duct Insulation:** New or replacement ducts and duct extensions within unconditioned space shall have R-6 insulation.

**Hose Insulation:** For the split system air conditioner the suction line only requires insulation having a thickness of 0.5 inches for lines having a diameter of less than 1.5 inches and a thickness of 1 inch for lines having a diameter of 1.5 inches or more. Insulation must be suitable for outdoor use and be protected against damages from sunlight, moisture, equipment maintenance and wind.

**Setback Thermostat:** Any existing non-setback thermostat is required to be replaced with a setback thermostat equipped with a clock mechanism allowing for temperature set points for at least four periods within 24 hours.

## INSTALLATION AND TESTING RESPONSIBILITIES

The installing **contractor is responsible** for ensuring the equipment, installation, HERS (Home Energy Rating System) rater verification and project documentation conforms to the California Energy Code. See the table below for HERS requirements and corresponding documentation.

Title 24, Part 6, Residential Triggers

| HERS RATER REQUIREMENTS | | | |
|---|---|---|---|
| **Split Systems and Packaged Systems**<br><br>**Change this** (and nothing else) | **HERS: Duct Seal and Test**<br><br>§ 150.0 (m) 1-3 & 11<br>§ 150.2 (b) 1 C, D, & E | **HERS: Cooling Coil Airflow and Fan Watt Draw**<br><br>§ 150.0(m) 12, 13 & 15<br>§ 150.2(b) 1C & D | **HERS: Refrigerant Charge**<br><br>§ 150.1(f)7 A<br>§ 150.2(b)1F |
| **Whole split or packaged system** (no ducts added or replaced) | YES [A] | No | YES [B,C] |
| **Evaporator coil** (cooling coil), **condenser coil, or outdoor condensing unit** | YES [A] | No | YES [B, C] |
| **Furnace** (air handler) | YES [A] | No | YES [B, C] |
| **Compressor, refrigerant metering device** | No | No | YES [B, C] |
| **Some ducts** | YES [A] | No | No |
| **"All new" ducts** [D] | YES [E] | YES [F] | No |
| **Whole split or packaged system and all new ducts** | YES [E] | YES [F] | YES [B,C] |

| **HERS rater Compliance Forms** [G] (to City Inspector at final inspection) | Duct Seal and Test:<br><br>CF3R-MCH-20a-H (For new system)<br><br>CF3R-MCH-20d-H (For altered system) | Cooling Coil Airflow CF3R-MCH-23-H<br><br>Fan Watt Draw CF3R-MCH-22-H | Refrigerant Charge CF3R-MCH-25-H |
|---|---|---|---|

See the next page for footnotes

Bulletin No.: 310
Page 3 of 3
Revised:   07/01/14

A. Duct systems must be sealed and verified if > 40 feet of ducts in unconditioned space. Duct system leakage must be ≤ 15% in total, or ≤ 10% to the outside. Or, if unable to meet the sealing requirements, all accessible leaks must be sealed and verified by a HERS rater.

B. HERS verification of refrigerant charge is required in **climate zones 2 and 8-15 only** when a refrigerant containing component of an air conditioner or heat pump is replaced or installed in an existing building. Note: Irvine is in climate zone 8.

C. Although there are no commercially available HVAC systems with approved Charge Indicator Display (CID) devices at the time of publication (October 2013), the Standards do allow use of a CEC-approved CID should such equipment become available during the 2013 code cycle.

D. The system is considered to have "all new" ducts when 75% or more of the ducts are new material and up to 25% reused parts from the existing duct system (e.g. registers, grilles, boots, air handler, coil, plenums, duct material) if the reused parts are accessible and can be sealed to prevent leakage.

E. In all climate zones, when new duct systems are installed in unconditioned space, leakage must be ≤ 6% of the air handler airflow.

F. When new duct systems are installed, cooling coil airflow must be > 350 CFM per ton, and fan watt draw must be ≤ 0.58 W/CFM. Alternatively, the system can meet the requirements in Table 150.0-C or Table 150.0-D (return Duct Sizing and Filter Sizing).

G. For PDF versions of these forms go to:
www.energy.ca.gov/title24/2013standards/residential_manual.html

## CITY FINAL INSPECTION AND ACCEPTANCE REQUIREMENTS

A final inspection is required upon completing the work. At this time the inspector will check the installation for compliance to the mechanical and electrical code and verify the following:

- Equipment Efficiency Rating
- Setback Thermostat
- Suction Line Hose Insulation

Completed Title 24 compliance documentation must be provided to the inspector at this time as well. This includes:

- Original, signed copy of the Installation Certificate (CF2R-MCH-01-H) from the contractor

- Original signed copies of the Certificates of Field Verification and Diagnostic Testing from the HERS rater as applicable per the table above.



# ELECTRICAL CONNECTIONS

2012 • July

a supplement of **THE CODE** AUTHORITY

## Listed Signs — Markings and Installation Instructions

*The National Electrical Code (NEC) and UL 48, the Standard for Safety for Electric Signs, require specific markings and installation instructions for electric signs.*



### NEC Requirements for Listed Signs

NEC Section 600.1 identifies that Article 600 covers the installation of conductors, equipment, and field wiring for electric signs regardless of voltage. NEC Section 600.3 states that signs are to be listed and installed in conformance with that listing. The main UL product category for Signs (UYXT) covers electric signs employing incandescent lamps, LEDs, electro-luminescent panels, neon tubing, fluorescent lamps, high-intensity-discharge lamps or combinations thereof for installation in accordance with Article 600 of the NEC.

In addition to the requirements for listing and labeling, signs are required to comply with NEC Section 600.4 which has specific marking requirements and some permissive labeling applications.

The marking labels are to be permanent, durable and, when in wet locations, need to be weatherproof as required by NEC Section 600.4(0). Marking labels attached to UL Listed signs have been evaluated for adhesion, permanence, legibility and exposure to the applicable environmental conditions. These marking labels are intended to be used by manufacturers for application to their products at their place of manufacture.

If the sign has either a transformer or electronic power supply that is equipped with secondary-circuit ground-fault protection that too is required to be marked as such per NEC Section 600.23(F). Transformers or electronic power supplies that comply with this marking requirement are covered by UL product category Neon transformers and power supplies (PWIK).

### Markings and Installation Instructions

Signs that have been evaluated to UL 48 have requirements for marking and installation instructions. All sign markings are to be visible during installation and available after installation. Signs intended for indoor use are marked "Dry Locations Only," where intended for damp locations are marked "Suitable for Damp Locations" and where intended for wet locations they are marked "Suitable for Wet Locations." Both UL 48 and NEC Section 600.4(A) require that signs are to be marked with the manufacturer's name, trade name, trademark, or identifier, and electrical ratings in volts and amps.

All permanently connected signs are to include installation instructions, including mounting details and wiring methods.

_____ continued on page 2



**ELECTRICAL** CONNECTIONS

[ 2012 • July ]

# Listed Signs (continued)

Installation instructions may be in the form of drawings and or diagrams. Installation instructions are to be marked on, attached to, or shipped with the sign so that they are available during installation and setup.

Electric signs, of such size that shipment in one carton or fully assembled is impractical, are permitted to be divided into sections. Each major subassembly bears an "Electric Sign Section" Listing Mark. Section sign subassemblies are to be marked where readily visible during installation to identify the following: the splice enclosure, the conductors to be spliced, the voltage rating of the splice insulation, the section number. For all section signs the following marking is required to be provided in accordance with NEC Section 600.4 (E): "Installation and assembly required, see installation instructions."

Section sign installation instructions are to be either attached to each subassembly of the section sign or shipped with the section sign. These installation instructions have to contain the following information; a drawing depicting the arrangement of the subassemblies, instructions for the physical installation of the subassemblies and the mechanical connections between subassemblies, a drawing depicting the wiring arrangement of the subassemblies and components necessary to complete the electrical connection between subassemblies, any conditions of use required for the subassemblies, any conditions of use for any components required to complete the wiring, instructions for the field wiring between the subassemblies and any components, the connection to the source of supply and the requirements for grounding and bonding the sign.



Example of a listed label that is required per NEC Section 600.3.

LED signs, if installed in a wet location and where Class 2 cables do not have a moisture-impervious metal sheath, need to be identified for use in wet locations as required by NEC Section 600.33(A)(1). Class 2 cables that are suitable for use in wet locations are marked "wet" or "wet location." NEC Section 600.33 requires that LED signs are to be installed in accordance with the sign manufacturer's installation instructions and that the cable installed on the load side of the Class 2 power source is required to be a listed Class 2 cable

that meets the requirements for Class 2 circuits contained in Part III of Article 725. UL product category Power-limited circuit cable (QPTZ) covers power-limited circuit cable intended for use in Class 2 circuits as described in Article 725 of the NEC.

## Additional information

Both the NEC Article 600 and UL 48 identify specific marking requirements as well as the requirement for installation instructions. Code authorities should verify that all required markings are present and review each sign's installation instructions as part of the inspection process. Additional information on signs can be found in the UL White Book or by using the **UL Online Certification Directory**.

For additional information on signs, please contact Jeff Fecteau at **Jeffrey.Fecteau@ul.com** or at +1.952.838.5452.

## Meet Your UL Regulatory Services Representatives at the 2012 IAEI Section Meetings

| Section | Dates | Location | UL Representatives | Meeting Information |
|---------|-------|----------|--------------------|--------------------|
| Southwestern | August 26 – 30 | San Diego, CA | Rich Berman Al Ramirez John Taecker | Click here |
| Northwestern | September 9 – 12 | Missoula, MT | Jeff Fitzloff Al Ramirez | Click here |
| Western | September 16 – 19 | Ft. Smith, AR | Tom Lichtenstein Jeff Fecteau | Click here |
| Canadian | September 21 – 23 | Toronto, ON | Pierre McDonald Rich Berman | Click here |
| Eastern | September 27 – 30 | Providence, RI | John Cangemi Donnie Shields | Click here |
| Southern | October 7 – 10 | New Orleans, LA | Jeff Fecteau Al Ramirez | Click here |

Published by UL
Managing Editor: Jeffrey A. Fecteau
T: 1.651.408.8562
E: Jeffrey.Fecteau@ul.com
W: ul.com/tcaec

[2]

UL and the UL logo are trademarks of UL LLC © 2012. BDX 07/12 120706

# New Residential Construction Permit

**00930544-RBP**

**DESCRIPTION OF WORK:**
Automation (e-plan) Olywewood Phase 5 Portola Springs. Tract 19176, Lot 83. 1 Production SFD, Plan 1A.

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 119 OAKSTONE
TRACT: 19176      LOT: 83
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                     EXP DATE:

VALUATION:         $ 512,840
STORIES: 2              NO. UNITS: 1
CODE YR: 2019        TOT SQ FT: 3,358

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 63 |
| A/C Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 182.54 |
| SB 14/73 fee - Due to State | 18.90 |
| SB 14/73 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 27.00 |
| Res SFD/Det Condo or Apt. Insp | 1,578.26 |
| State Seismic Res | 66.64 |
| State Seismic Res | 64.98 |
| System Dev Charge Circ | 2,563.20 |
| System Dev Charge Non-Circ | 2,563.20 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,348.19**
Receipt# 00276665

**TCA Receipt:**                  **TCA:**

PLAN CHECK #: 00891545-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERAY 5/28/2024
PERMIT FINALED BY: DEREK SANDERS        7/21/25
ACTION CODE:     86

---

## City of Irvine
### Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**CONTRACTOR**
Date: 05/28/2024 Contractor:
License Class.             Lic.No.

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**
Date: 05/28/2024 Owner:    NEW HOME COMPANY

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

**WORKERS' COMPENSATION**
Date: 5/28/2024

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are
Carrier
Policy #
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**LENDER**
Lender's Name
Lender's Address

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Esker\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00930545-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## DESCRIPTION OF WORK:

Automation (e-plan) Olivewood Phase 5 Portola Springs. Tract 19176, Lot 81. 1 Production SFD, Plan 1B.

---

OWNER: NEW HOME COMPANY
ADDRESS: 115 OAKSTONE
TRACT: 19176                    LOT: 81
APN:
PLANNING AREA:

APPLICANT:  KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

APPLICANT:  KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794                    EXP DATE:

VALUATION:          $ 512,448
STORIES: 2                    NO. UNITS: 1
CODE YR. 2019                 TOT SQ FT. 3,355

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,870 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 60 |
| A/C Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 182.40 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,576.85 |
| State Seismic Res | 66.62 |
| System Dev Charge Circ | 2,562.24 |
| System Dev Charge Non-Circ | 2,562.24 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,344.70**

Receipt# 00276665                    TCA:

TCA Receipt:

PLAN CHECK #:  00891645-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/28/2024
PERMIT FINALED BY:  DEREK SANDERS                    7/23/25
ACTION CODE:  86

---

LICENSED CONTRACTOR'S DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date: 05/28/2024 Contractor:

License Class:                    Lic.No.

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that one of the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&RC, for this Reason.

Date  5/28/2024    Owner  NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier
Policy #

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date  5/28/2024                    Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name
Lender's Address

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent                    Date

Print Applicant's/Agent's Name

---

| | | | |
|---|---|---|---|
| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\E4ew\Reports\permits_2.page_finaled.rpt

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00930546-RBP

**OWNER:** NEW HOME COMPANY
ADDRESS: 116 OAKSTONE
TRACT: 19176 LOT: 65
APN:
PLANNING AREA:

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 5 Portola Springs - Tract 19176,
Lot 65. 1 Production SFD, Plan 2B.

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:        $ 530,922          NO. UNITS: 1
STORIES: 2                           TOT SQ FT 3,466
CODE YR. 2019

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 61 |
| A/C Condtion | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Charge Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,590.22**
**Receipt#**                    **TCA:**
00276665

PLAN CHECK #: 00891545-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/28/2024
PERMIT FINALED BY: EDGAR MUNIZ 7/18/25
ACTION CODE: 86

---

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 05/28/2024 Contractor _____ Lic.No. _____
License Class. _____

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date _5/28/2024_ Owner ___NEW HOME COMPANY___

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____ Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: _5/28/2024_ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent        Date

_____
Print Applicant's/Agent's Name

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

**00930547-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Olivewood Phase 5 Portola Springs - Tract 19176, Lot 82 .1 Production SFD, Plan 2E.

**OWNER:** NEW HOME COMPANY
ADDRESS: 117 OAKSTONE
TRACT: 19176          LOT: 82
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

**VALUATION:**            $ 533,163
**STORIES:** 2                NO. UNITS: 1
**CODE YR:** 2019          TOT SQ FT: 3,501

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| DECK | R-3 | Wood Plate Covers | 96 |
| AC Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 14/73 Fee - Due to State | 19.80 |
| SB 14/73 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 639.31 |
| System Dev Charge Circ | 2,665.82 |
| System Dev Charge Non-Circ | 2,665.82 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,631.03**

**Receipt#** 00276665

**TCA Receipt:**                          **TCA:**

PLAN CHECK #: 00891545-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERAY 5/28/2024
PERMIT FINALED BY: EDGAR MUNIZ           7/18/25
ACTION CODE:  86

---

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that all of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 05/28/2024 Contractor:

License Class.               Lic. No.

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&P.C. for this Reason: _____

Date 5/28/2024        Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

Date _____           Applicant _____

## CONSTRUCTION LENDING AGENCY

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____      Date _____

Print Applicant's/Agent's Name _____

---

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\EGov\Reports\permits_2_page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

**00930547-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Olivewood Phase 5 Portola Springs - Tract 19176,
Lot 82. 1 Production SFD, Plan 2E.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**Date:** 05/28/2024 Contractor:

License Class: _____ Lic. No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date: 5/28/2024       Owner: _____ NEW HOME COMPANY _____

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 5/28/2024       Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____       Date _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

TRACT: 19176
LOT: 82
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:       $ 533,163
STORIES: 2       NO. UNITS: 1
CODE YR: 2019       TOT SQ FT: 3,501

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 2,980 |
| GARAGE | U-1 | Type VB | 425 |
| DECK | R-3 | Wood Plate Covers | 96 |
| A/C Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 189.26 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,645.47 |
| State Seismic Res | 693.91 |
| System Dev Charge Circ | 2,665.82 |
| System Dev Charge Non-Circ | 2,665.82 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $7,631.03**

Receipt#: 00276665

**Plan Check Receipt#:** 00276665

**TCA:**

PLAN CHECK #: 00891545-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/28/2024
PERMIT FINALED BY: DEREK SANDERS 7/21/25
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESvr\Reports\permits_2 page_finaled.rpt

# New Residential Construction Permit

**00930548-RBP**

**DESCRIPTION OF WORK:**
Automation Phase 5 Portola Springs. Tract 19176,
(e-plan) Olivewood Phase 5 Portola Springs. Tract 19176,
Lot 64, 1 Production SFD, Plan 3C.

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**OWNER:** NEW HOME COMPANY
ADDRESS: 118 OAKSTONE
TRACT: 19176          LOT: 64
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

VALUATION:          $ 570,003
STORIES: 2          NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,689

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,220 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 32 |
| DECK | R-3 | Wood Patio Covers | 12 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 198.10 |
| SB 14/73 fee - Due to State | 20.70 |
| SB 14/73 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,733.83 |
| State Seismic Res | 74.10 |
| System Dev Charge Circ | 2,850.01 |
| System Dev Charge Non-Circ | 2,850.01 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $8,102.40**

Receipt# 00276665

**TCA Receipt:** TCA:

PLAN CHECK #: 00891545-RNP
PLANNING APPROVAL: KATIE CURTIS 5/15/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 12/16/2022
PERMIT ISSUED BY: SHELDON ENDERBY 5/28/2024
PERMIT FINALED BY: DEREK SANDERS 7/21/25
ACTION CODE: 86

---

**CONTRACTOR**
License Class.          Lic.No.
Date 05/28/2024 Contractor

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**
Date 05/28/2024

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason: _____

Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**
Date 5/28/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers compensation insurance
carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Applicant
I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing
excavation.

C:\EServ\Reports\permits_2.page_finaled.rpt

# Exhibit 267

# New Residential Construction Permit

**00870329-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 7 Orchard Hills. Tract 19005. Lot 59. 1 Production SFD. Plan 3D. "No work approved under this permit is allowed to commence until a pad certification is in place"

**ADDRESS: 239 PINNACLE**
TRACT: 19005          LOT: 59
APN:
PLANNING AREA:

### OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

### APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

### CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:          $ 476,311
STORIES: 2                     NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,947

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,455 |
| GARAGE | U-1 | Type VB | 428 |
| PORCH | R-3 | Wood Roof Covers | 66 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| SB 1473 Fee - Due to State | 210.22 |
| SB 1473 Fee - Admin | 18.00 |
| | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,855.09 |
| State Seismic Res | 61.92 |
| System Dev Charge Circ | 2,381.56 |
| System Dev Charge Non-Circ | 2,381.56 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,268.70**

**Receipt#**          00268822
**TCA Receipt:**          **TCA:**

PLAN CHECK #: 00864140-RNP
PLANNING APPROVAL: CALVIN MINGIONE 2/23/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 2/28/2020
PERMIT ISSUED BY: ELIZABETH VILLELA 11/14/2023
PERMIT FINALED BY: JUAN MARTINEZ          12/19/24
ACTION CODE:          86

---

### CONTRACTOR
Date 11/14/2023 Contractor:
License Class:                Lic. No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date 11/14/2023

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec._____ B&PC, for this Reason_____

Owner_____ NEW HOME COMPANY

### WORKERS' COMPENSATION
Date 11/14/2023

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier_____
Policy #_____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

Applicant_____

### LENDER
Lender's Name_____
Lender's Address_____

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent_____          Date_____

Print Applicant's/Agent's Name_____          Date_____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Ecke\Reports\permits_2_page_finaled.rpt

# City of Irvine
## Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**00870327-RBP**

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 243 PINNACLE
**TRACT:** 19005    **LOT:** 57
**CITY, ST ZIP:**
**APN:**
**PLANNING AREA:**

## DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 7 Orchard Hills. Tract 19005. Lot 57. 1 Production SFD. Plan 1A. *No work approved under this permit is allowed to commence until a pad certification is in place*

| PERMIT FEES | |
|---|---|
| Automation Fee Inspection | 198.99 |
| SB 1473 Fee - Due to State | 16.20 |
| SB 1473 Fee - Admin | 1.80 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,742.76 |
| State Seismic Res | 57.98 |
| System Dev Charge Circ | 2,229.93 |
| System Dev Charge Non-Circ | 2,229.93 |
| SlurrySeal New Res Max | 50.00 |

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA, CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**    **EXP DATE:**
**IRV BUS LIC:**

**VALUATION:**    $ 445,986
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQ FT:** 3,708

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Type VB | 3,227 |
| Air Condition | R-3 | Wood Plate Covers | 56 |
| F.S. SYS-NFPA13D | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

**1&2 Res**

**Total Permit Fees: $6,835.94**

**TCA Receipt:**
**Receipt#**    00268822    **TCA:**

**PLAN CHECK #:** 00864140-RNP
**PLANNING APPROVAL:** CALVIN MINGIONE 2/23/2022
**BUILDING APPROVAL:** ZHALEH AFRASIABI 2/28/2022
**PERMIT ISSUED BY:** ELIZABETH VILLELA 11/14/2023
**PERMIT FINALED BY:** JOSH TURNER    12/18/24
**ACTION CODE:** 86

---

## CONTRACTOR
Date 11/14/2023 Contractor:
License Class:    Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date 11/14/2023    Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION
Date 11/14/2023
### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## LENDER
Lender's Name
Lender's Address

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EGer/Reports/permits_2.page_finaled.rpt



# City of Irvine
## Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit

**00870328-RBP**

## LENDER

Lender's Name

Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Signature of Applicant or Agent

Date

Print Applicant's/Agent's Name

## WORKERS' COMPENSATION

Date **11/14/2023**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are:

Carrier

Policy #

☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Date

Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.

☐ I am exempt under Sec. _____ B&R C, for this
Reason

Owner **NEW HOME COMPANY**

## CONTRACTOR

Date **11/14/2023** Contractor

License Class. _____ Lic. No.

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

---

OWNER: NEW HOME COMPANY
ADDRESS: 241 PINNACLE
TRACT: 19005    LOT: 58
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:    $ 462,739
STORIES: 2
CODE YR. 2019

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 64 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

NO. UNITS: 1    TOT SQ.FT: 3,848

EXP DATE:

## DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 7 Orchard
Hills. Tract 19005, Lot 58. 1 Production SFD. Plan 2C. "No
work approved under this permit is allowed to commence
until a pad certification is in place"

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 205.57 |
| SB 1473 Fee - Due to State | 17.10 |
| SB 1473 Fee - Admin | 1.90 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,808.56 |
| State Seismic Res | 60.16 |
| System Dev Charge Circ | 2,313.70 |
| System Dev Charge Non-Circ | 2,313.70 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,079.04**

Receipt# 00268822    TCA:

PLAN CHECK #: 00864140-RNP
PLANNING APPROVAL: CALVIN MINGIONE 2/23/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 2/28/2022
PERMIT ISSUED BY: ELIZABETH VILLELA 11/14/2023
PERMIT FINALED BY: JUAN MARTINEZ 12/19/24
ACTION CODE: 86

---

**PERMIT EXPIRATION**: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeir\Reports\permits_2_page_finaled.rpt

# New Residential Construction Permit

00870330-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**CONTRACTOR**

Date: 11/14/2023

License Class: ___ Lic. No. ___

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. ___, B&RC, for this Reason ___

Date 11/14/2023    Owner    NEW HOME COMPANY

**WORKERS' COMPENSATION**

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are

Carrier ___
Policy # ___

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 11/14/2023    Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name ___
Lender's Address ___

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

___
Signature of Applicant or Agent    Date

___
Print Applicant's/Agent's Name

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

---

ADDRESS: 245 PINNACLE
TRACT: 19005    LOT: 56
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 7 Orchard Hills, Tract 19005, Lot 56, 1 Production SFD, Plan 3XD, *No work approved under this permit is allowed to commence until a pad certification is in place*

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 211.11 |
| SB 1473 fee - Due to State | 18.00 |
| SB 1473 fee - Admin | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,864.02 |
| State Seismic Res | 62.24 |
| System Dev Charge Circ | 2,393.96 |
| System Dev Charge Non-Circ | 2,393.96 |
| SlurrySeal New Res Max | 50.00 |

VALUATION: $ 478,792

| STORIES: 2 | NO. UNITS: 1 | |
|---|---|---|
| CODE YR: 2019 | TOT SQ FT: 3,966 | CONST. TYPE |

| USE | OCC | | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 428 |
| PORCH | R-3 | Wood Plate Covers | 66 |
| AirCondition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

**Total Permit Fees: $7,303.64**
Receipt# 00268822    TCA:

PLAN CHECK #: 00864140-RNP
PLANNING APPROVAL: CALVIN MINGIONE 2/23/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 2/28/2020
PERMIT ISSUED BY: ELIZABETH VILLELA 11/14/2023
PERMIT FINALED BY: JUAN MARTINEZ 12/12/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ESeir\Reports\permits_2_page_finaled.rpt

# City of Irvine
## Building & Safety Division
### Community Development Dept.

One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

00874172-RBP

**ADDRESS: 233 PINNACLE**
**TRACT: 19005    LOT: 62**
**APN:**
**PLANNING AREA:**

---

## CONTRACTOR

License Class. ____ Lic. No.

## OWNER-BUILDER

Date: 11/30/2023 Contractor:

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date __11/30/2023__ Owner _____NEW HOME COMPANY___

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____ Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, AND ATTORNEY'S FEES.

Date __11/20/2023__ Applicant _____

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent    Date

_____
Print Applicant's/Agent's Name

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:**    $ 450,452
**STORIES: 2**    **NO. UNITS: 1**
**CODE YR. 2019**    **TOT SQ FT: 3,797**

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type V-B | 3,227 |
| GARAGE | U-1 | Type V-B | 425 |
| PORCH | R-3 | Wood Patio Covers | 43 |
| BALCONY / DECK | R-3 | Wood Patio Covers | 102 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA 13D | | F.S. SYS-NFPA 13D | |

---

### DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 8 Orchard Hills. Tract 19005, Lot 62. 1 Production SFD. Plan 1E. *no work to commence until grading release is received*

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 203.17 |
| SB 1473 fee - Due to State | 17.10 |
| SB 1473 fee - Admin | 1.90 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,784.59 |
| State Seismic Res | 58.56 |
| System Dev Charge Circ | 2,252.26 |
| System Dev Charge Non-Circ | 2,252.26 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $6,928.19**

**Receipt#    00269010**

**TCA Receipt:    TCA:**

PLAN CHECK #:  00868438-RNP
PLANNING APPROVAL: CALVIN MINGIONE 4/15/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 4/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH  11/30/2023
PERMIT FINALED BY:  JUAN MARTINEZ    12/27/24
ACTION CODE:   86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.  Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00874173-RBP



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## CONTRACTOR

License Class. _____ Lic. No. _____

Date. 11/30/2023 Contractor: _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date. _11/30/2023_ Owner. _NEW HOME COMPANY_

## WORKERS' COMPENSATION

Date. 11/30/2023

I hereby affirm under penalty of one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WORKERS' COMPENSATION DECLARATION
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

Lender's Name _____

Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Applicant

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent    Date

_____
Print Applicant's/Agent's Name

---

OWNER:  NEW HOME COMPANY
ADDRESS: 237 PINNACLE
TRACT: 19005          LOT: 60
APN:
PLANNING AREA:

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 8 Orchard Hills, Tract 19005, Lot 60, 1 Production SFD. Plan 2,1 "no work to commence until grading release is received"

APPLICANT:  K8 PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:        $ 465,700
STORIES: 2          NO. UNITS: 1
CODE YR: 2019      TOT SQ FT: 3,907

USE         OCC     CONST. TYPE    SQ FT
Production SFD    R-3    Type VB
GARAGE      U-1    Type VB             3,348
PORCH       R-3    Wood Patio Covers    425
BALCONY / DECK  R-3    Wood Patio Covers    72
Air Condition    RESIDENTIAL
F.S. SYS-NFPA13D    F.S. SYS-NFPA13D

EXP DATE:

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 208.34 |
| SB 1473 fee - Due to State | 17.10 |
| SB 1473 fee - Admin | 1.90 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,836.29 |
| State Seismic Res | 60.54 |
| System Dev Charge Circ | 2,328.60 |
| System Dev Charge Non-Circ | 2,328.50 |
| SlurrySeal New Res Max | 50.00 |

Total Permit Fees: $7,139.52
Receipt# 00269010

TCA Receipt#                TCA:

PLAN CHECK #:  00868438-RNP
PLANNING APPROVAL: CALVIN MINGIONE 4/15/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 4/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH  11/30/2023
PERMIT FINALED BY:  JUAN MARTINEZ      1/3/25
ACTION CODE:   86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

**00874174-RBP**

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit info: (949) 724-6300 For Inspections: (949) 724-6501

---

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 8 Orchard Hills. Tract 19005, Lot. 61. 1 Production SFD, Plan 3A. *no work to commence until grading release is received*

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 235 PINNACLE
**TRACT:** 19005     **LOT:** 61
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**PHONE:** (951) 970-0040
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**     **EXP DATE:**
**IRV BUS LIC:**

**VALUATION:** $ 477,716
**STORIES:** 2     **NO. UNITS:** 1
**CODE YR:** 2019     **TOT SQ FT:** 3,975

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,455 |
| GARAGE | U-1 | Type VB | 483 |
| PORCH | R-3 | Wood Patio Covers | 11 |
| BALCONY / DECK | R-3 | Wood Patio Covers | |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 211.54 |
| SB 1473 fee - Due to State | 18.00 |
| SB 1473 fee - Admin | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,868.25 |
| State Seismic Res | 61.23 |
| System Dev Charge Circ | 2,388.58 |
| System Dev Charge Non-Circ | 2,388.58 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,297.40**
**Receipt#** 00269010
**PLAN CHECK #:** 00868438-RNP     **TCA:**
**PLANNING APPROVAL:** CALVIN MINGIONE 4/15/2022
**BUILDING APPROVAL:** ZHALEH AFRASIABI 4/14/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH  11/30/2023
**PERMIT FINALED BY:** JUAN MARTINEZ     1/2/25
**ACTION CODE:** 86

---

**Date: 11/30/2023 Contractor:**     **Lic.No.**     **License Class.**

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R C, for this Reason _____

**Owner _____ NEW HOME COMPANY _____ Date _11/30/2023_**

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**Date _11/30/2023_     Applicant _____**

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____  Date _____
Print Applicant's/Agent's Name _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EServ\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit



**00874175-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**OWNER:** NEW HOME COMPANY
ADDRESS: 231 PINNACLE
TRACT: 19005    LOT: 63
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension @ The Groves Phase 8 Orchard
Hills. Tract 19005. Lot 63. 1 Production SFD Plan 3XC "no
work to commence until grading release is received"

## CONTRACTOR
License Class.                    Lic.No.

Date. 11/30/2023 Contractor:

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that one of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date. 11/30/2023

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this
Reason _____

Date ___ 11/30/2023 ___    Owner ___ NEW HOME COMPANY ___

## WORKERS' COMPENSATION

Date ___ 11/30/2023 ___

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers compensation insurance
carrier and policy number are:

Policy #
Carrier

☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION**
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER
Lender's Name
Lender's Address

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Signature of Applicant or Agent                    Date

Print Applicant's/Agent's Name

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

---

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:            EXP DATE:
IRV BUS LIC:

VALUATION:     $ 479,944
STORIES: 2        NO. UNITS: 1
CODE YR. 2019     TOT SQ FT: 3,977

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 426 |
| PORCH | R-3 | Wood Patio Covers | 66 |
| BALCONY / DECK | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 211.63 |
| SB 1473 fee - Due to State | 18.00 |
| SB 1473 fee - Admin | 2.00 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,869.19 |
| State Seismic Res | 62.32 |
| System Dev Charge Circ | 2,396.72 |
| System Dev Charge Non-Circ | 2,396.72 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,314.93**

**TCA Receipt#**        TCA:
00260010

PLAN CHECK #: 00868438-RNP
PLANNING APPROVAL: CALVIN MINGIONE 4/15/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 4/14/2022
PERMIT ISSUED BY: MARK MESSERSMITH 11/30/2023
PERMIT FINALED BY: JUAN MARTINEZ        12/27/24
ACTION CODE:    86

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Eflex\Reports\permits_2_page_finaled.rpt

# New Residential Construction Permit



**00900519-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Ravello Extension at The Groves Phase 13 Orchard Hills. Tract 19005. Lot 37. 1 Production SFD. Plan 1C.

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

**CONTRACTOR**

Date 04/14/23 Contractor:

License Class:_____ Lic.No._____

**OWNER-BUILDER**

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 04/14/23

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this Reason _____

Date 4/14/2023   Owner_____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 4/14/2023 _____
Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

**LENDER**

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent

_____ _____
Print Applicant's/Agent's Name        Date

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: << ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:      $ 516,440
STORIES: 2                NO. UNITS: 1
CODE YR. 2019             TOT SQ.FT 3,719

| USE | OCC | CONST. TYPE | SQ.FT |
|---|---|---|---|
| Production SFD | R3 | Type VB | 3,227 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R3 | Wood Patio Covers | 56 |
| BALCONY | R3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

ADDRESS: 102 BOZEMAN
TRACT: 19005                      LOT: 37
APN:
PLANNING AREA:

EXP DATE:

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 174.34 |
| SB 1473 fee - Due to State | 18.90 |
| SB 1473 fee - Admin | 2.10 |
| Energy Surcharge Insp | 214.88 |
| Issuance Fee Comm | 53.24 |
| Res SFD/Det Condo or Apt. Insp | 1,528.51 |
| State Seismic Res | 67.14 |
| System Dev Charge Circ | 2,582.20 |
| System Dev Charge Non-Circ | 2,582.20 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,273.51**

Receipt# 00257568                 TCA:

TCA Receipt:

PLAN CHECK #: 00878046-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARSHA LALONDE 4/14/2023
PERMIT FINALED BY: JUAN MARTINEZ 7/17/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\E6erReports\permits_2.page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## 00900520-RBP

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension at The Groves Phase 13 Orchard Hills, Tract 19005, Lot 34, 1 Production SFD, Plan 1E.

**OWNER:** NEW HOME COMPANY
ADDRESS: 103 BOZEMAN
TRACT: 19005          LOT: 34
APN:
PLANNING AREA:

**APPLICANT:** << ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH, CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                           EXP DATE:

**VALUATION:** $ 520,981
**STORIES:** 2                    NO. UNITS: 1
CODE YR: 2019                     TOT SQFT: 3,797

| USE | OCC | | CONST. TYPE | SQ FT |
|---|---|---|---|---|
| Production SFD | R-3 | Type VB | | 3,227 |
| GARAGE | U-1 | Type VB | | 425 |
| PORCH | R-3 | Wood Patio Covers | | 43 |
| DECK | R-3 | Wood Patio Covers | | 102 |
| Air Condition | RESIDENTIAL | | | |
| F.S. SYS-NFPA13D | F.S. SYS-NFPA13D | | | |

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 177.55 |
| SB 14/73 Fee - Due to State | 18.90 |
| SB 14/73 Fee - Admin | 2.10 |
| Energy Surcharge Insp | 214.88 |
| Issuance Fee Comm | 53.24 |
| Res SFD/Det Condo or Apt. Insp | 1,520.57 |
| State Seismic Res | 67.73 |
| System Dev Charge Circ | 2,604.90 |
| System Dev Charge Non-Circ | 2,604.90 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,354.77**

TCA Receipt#
Receipt#: 00257568                    TCA:

PLAN CHECK #: 00878046-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARSHA LALONDE 4/14/2023
PERMIT FINALED BY:    JUAN MARTINEZ    7/22/24
ACTION CODE:    86

---

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date: 04/14/2023 Contractor: _____
License Class: _____   Lic.No. _____

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Date: 4/14/2023   Owner: NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: _____   Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

Date _____

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00900521-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6301 For Inspections: (949) 724-6500

**DESCRIPTION OF WORK:** 00900521-RBP
Automation Fee Inspection
(e-plan) Ravello Extension at The Groves Phase 13 Orchard
Hills. Tract 19005. Lot 38. 1 Production SFD. Plan 2J.

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 104 BOZEMAN
**TRACT:** 19005
**LOT:** 38
**APN:**
**PLANNING AREA:**

**APPLICANT:** << ICDC
**ADDRESS:** 550 NEWPORT CENTER DR
**CITY, ST ZIP:** NEWPORT BEACH, CA 92660
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (949) 720-2000

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**EXP DATE:**

**VALUATION:**    $ 538,596
**STORIES:** 2
**CODE YR:** 2019

**NO. UNITS:** 1
**TOT SQ FT:** 3,907

| USE | OCC | CONST. TYPE | SQ FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 72 |
| DECK | R-3 | Wood Patio Covers | |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 182.07 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 214.88 |
| Issuance Fee Comm | 53.24 |
| Res SFD/Det Condo or Apt. Insp | 1,605.78 |
| State Seismic Res | 70.02 |
| System Dev Charge Circ | 2,692.98 |
| System Dev Charge Non-Circ | 2,692.98 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,583.95**
**Receipt#** 00257568

**TCA Receipt:**    **TCA:**

**PLAN CHECK #:** 00878046-RNP
**PLANNING APPROVAL:** CALVIN MINGIONE 8/2/2022
**BUILDING APPROVAL:** ZHALEH AFRASIABI 8/1/2022
**PERMIT ISSUED BY:** MARSHA LALONDE  4/14/2023
**PERMIT FINALED BY:** JUAN MARTINEZ  7/17/24
**ACTION CODE:** 86

---

## CONTRACTOR

License Class: _____ Lic.No. ____

Date 04/14/2023 Contractor: ____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. ____, B&RC, for this Reason ____

Date __4/14/2023__    Owner __NEW HOME COMPANY__

## WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier ____
Policy # ____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date __4/14/2023__    Applicant ____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

## LENDER

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name ____
Lender's Address ____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent ____    Date ____

Print Applicant's/Agent's Name ____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdevrReports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00900522-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



ADDRESS: 101 BOZEMAN
TRACT: 19005     LOT: 35
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension at The Groves Phase 13 Orchard Hills. Tract 19005. Lot 35. 1 Production SFD. Plan 3X0.

## CONTRACTOR

Date 04/14/2023 Contractor:
License Class: _____ Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date 04/14/2023

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION

Date 4/14/2023

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

Date _____ Applicant _____

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent     Date

_____
Print Applicant's/Agent's Name

---

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: << ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR. LIC. EXP:
IRV BUS LIC:     EXP DATE:

VALUATION: $ 553,707
STORIES: 2     NO. UNITS: 1
CODE YR: 2019     TOT SQ FT: 3,966

USE     OCC     CONST. TYPE     SQ FT
Production SFD     R-3     Type VB     3,474
GARAGE     U-1     Type VB     428
PORCH     R-3     Wood Plate Covers     66
Air Condition     RESIDENTIAL
F.S. SYS-NFPA13D     F.S. SYS-NFPA13D

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 184.49 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 214.88 |
| Energy Surcharge Fee Comm | 53.24 |
| Issuance Fee Comm | 1,630.03 |
| Res SFD/Det Condo or Apt. Insp | 71.98 |
| State Seismic Res | 2,768.54 |
| System Dev Charge Circ | 2,768.54 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

**Total Permit Fees: $7,764.70**
Receipt# 00257568

**TCA Receipt:**     **TCA:**

PLAN CHECK #: 00878046-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARSHA LALONDE 4/14/2023
PERMIT FINALED BY: JUAN MARTINEZ     7/19/24
ACTION CODE: 86

C:\EiServReports\permits_2.page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00900523-RBP



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension at The Groves Phase 13 Orchard
Hills. Tract 19005, Lot 36. 1 Production SFD. Plan 3XE.

## ADDRESS: 100 BOZEMAN
TRACT: 19005          LOT: 36
APN:
PLANNING AREA:

## CONTRACTOR
Date 04/14/2023 Contractor
License Class.                    Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER
Date 04/14/2023 Owner __NEW HOME COMPANY__

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. ___ B&RC, for this
Reason ___

## WORKERS' COMPENSATION
Date __4/14/2023__ Applicant

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers compensation insurance
carrier and policy number are:

Policy #
Carrier

☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Signature of Applicant or Agent        Date

Print Applicant's/Agent's Name

---

## OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: << ICDC
ADDRESS: 550 NEWPORT CENTER DR
CITY, ST ZIP: NEWPORT BEACH  CA 92660
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (949) 720-2000

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                     EXP DATE:

VALUATION:        $ 559,761
STORIES: 2        NO. UNITS: 1
CODE YR: 2019     TOT SQ FT: 4,070

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 426 |
| PORCH | R-3 | Wood Patio Covers | 66 |
| DECK | R-3 | Wood Patio Covers | 104 |
| Air Condition | RESIDENTIAL | |
| F.S. SYS-NFPA13D | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| SB 1473 fee - Due to State | 191.53 |
| SB 1473 fee - Admin | 20.70 |
| Energy Surcharge Insp | 2.30 |
| Issuance Fee Comm | 242.49 |
| Res SFD/Det Condo or Apt. Insp | 53.24 |
| State Seismic Res | 1,672.77 |
| System Dev Charge Circ | 72.77 |
| System Dev Charge Non-Circ | 2,798.81 |
| SlurrySeal New Res Max | 2,798.81 |
| | 50.00 |

Total Permit Fees: $7,903.42
Receipt# 00257568                TCA:

TCA Receipt:

PLAN CHECK #: 00878046-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARSHA LALONDE  4/14/2023
PERMIT FINALED BY: JUAN MARTINEZ    7/15/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing
excavation.

# New Residential Construction Permit

00920610-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## OWNER: NEW HOME COMPANY
ADDRESS: 110 BOZEMAN
TRACT: 19005          LOT: 41
APN:
PLANNING AREA:

## APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

## CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR CLC EXP:                    EXP DATE:
IRV BUS LIC:

VALUATION:        $ 572,647
STORIES: 2                    NO. UNITS: 1
CODE YR: 2022                 TOT SQ FT: 3,719

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R3 | Type VB | 3,227 |
| GARAGE | U-1 | GARAGE | 425 |
| PORCH | R3 | Wood Patio Covers | 56 |
| BALCONY | R3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## DESCRIPTION OF WORK:
Automation Fee Inspection at The Groves Phase 14
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills. Tract 19005. Lot 41. 1 Production SFD. Plan
1C. 1.22.24: *NOTE: PER CBO, NO WORK SHALL
COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 25.17 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 32.24 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt. Insp | 219.42 |
| State Seismic Res | 7.30 |
| System Dev Charge Circ | 281.04 |
| System Dev Charge Non-Circ | 281.04 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $906.20**
Receipt# 00270899
TCA Receipt: 10450          TCA: F/E-A

PLAN CHECK #: 00878081-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARK MESSERSMITH 1/22/2024
PERMIT FINALED BY: JOSH TURNER 8/20/24
ACTION CODE: 86

---

**LENDER**

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name
Lender's Address

Signature of Applicant or Agent          Date
Print Applicant's/Agent's Name

**WORKERS' COMPENSATION**

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are:
Carrier
Policy #
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Date  1/22/2024                    Applicant
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**OWNER-BUILDER**

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason.

Date  1/22/2024      Owner    NEW HOME COMPANY

**CONTRACTOR**

Date 01/22/2024 Contractor
License Class.                    Lic. No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

---

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Date _____ Signature of Applicant or Agent _____
Print Applicant's/Agent's Name _____ Date _____

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing
excavation.

C:\Eciev\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

00920611-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

Date _____

License Class. _____ Lic. No. _____

Date 01/22/2024 Contractor: _____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&RC, for this Reason: _____

Owner _____ NEW HOME COMPANY

Date 1/22/2024

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.**

Applicant _____

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____

Date _____

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

OWNER: NEW HOME COMPANY
ADDRESS: 105 BOZEMAN
TRACT: 19005              LOT: 33
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
PHONE: (949) 793-0040
CITY, ST ZIP: IRVINE CA 92618
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:        $ 596,484
STORIES: 2                          NO. UNITS: 1
CODE YR: 2022                   TOT SQ FT: 3,896

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 112 |
| BALCONY | R-3 | Wood Patio Covers | |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## DESCRIPTION OF WORK:
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills. Tract 19005, Lot 33. 1 Production SFD. Plan 2A. 1.22.24. *NOTE: PER CBO, NO WORK SHALL COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

### PERMIT FEES
| | |
|---|---|
| Automation Fee Due to State | 26.21 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 32.24 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt. Insp | 229.86 |
| State Seismic Res | 7.61 |
| System Dev Charge Circ | 292.64 |
| System Dev Charge Non-Circ | 292.64 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $941.19**

TCA Receipt: 10450        Receipt#    00270899

PLAN CHECK #: 00878081-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022        TCA: F/E-A
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARK MESSERSMITH 1/22/2024
PERMIT FINALED BY: JOSH TURNER        8/20/24
ACTION CODE:    86

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00920613-RBP



**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

## LENDER

CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name

Lender's Address

Date _____

---

## WORKERS' COMPENSATION

Date 1/22/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier

Policy #

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____

Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

---

## OWNER-BUILDER

Date 01/22/2024

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic. No. _____

Date _____ Contractor _____

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date 1/22/2024 Owner _____ NEW HOME COMPANY

---

## CONTRACTOR

I hereby affirm that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent

Print Applicant's/Agent's Name        Date

---

OWNER: NEW HOME COMPANY
ADDRESS: 109 BOZEMAN
TRACT: 19005      LOT: 31
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:      EXP DATE:
IRV BUS LIC:

VALUATION:        $ 593,411
STORIES: 2        NO. UNITS: 1
CODE YR: 2022     TOT SQ FT: 3,848

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH/ | R-3 | Wood Patio Covers | 64 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## DESCRIPTION OF WORK:

Automation Fee Inspection
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills. Tract 19005, Lot 31.1 Production SFD. Plan 2C. 1.22.24: *NOTE: PER CBO, NO WORK SHALL COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

## PERMIT FEES

| | |
|---|---|
| Plan Check Fee | 25.93 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 32.24 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt. Insp | 227.03 |
| State Seismic Res | 7.57 |
| System Dev Charge Circ | 291.25 |
| System Dev Charge Non-Circ | 291.25 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $935.26**

TCA Receipt# 10450      Receipt# 00270899
TCA: F/E-A

PLAN CHECK #: 00878081-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARK MESSERSMITH 1/22/2024
PERMIT FINALED BY: JUAN MARTINEZ 8/23/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Esker\Reports\permits_2.page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00920614-RBP



**OWNER:** NEW HOME COMPANY
ADDRESS: 108 BOZEMAN
TRACT: 19005    LOT: 40
APN:
PLANNING AREA:

## DESCRIPTION OF WORK:

Automation Fee Inspection
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills. Tract 19005. Lot 40. 1 Production SFD. Plan
2D. 1.22.24: *NOTE: PER CBO, NO WORK SHALL
COMMENCE UNTIL THE PERC. PLAN APPROVAL &
2D, 1.22.24: *NOTE: PER CBO, NO WORK SHALL
COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA, CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR CL EXP:
IRV BUS LIC:

EXP DATE:

VALUATION:    $ 597,192

STORIES: 2    NO. UNITS: 1
    TOT SQ FT: 3,878

CODE YR: 2022

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,366 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 87 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 26.11 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 32.24 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt. Insp | 228.80 |
| State Seismic Res | 7.62 |
| System Dev Charge Circ | 293.08 |
| System Dev Charge Non-Circ | 293.08 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $940.92**

TCA Receipt: 10450    TCA: F/E-A
Receipt#    00270899

PLAN CHECK #: 00878081-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARK MESSERSMITH 1/22/2024
PERMIT FINALED BY: JUAN MARTINEZ    8/16/24
ACTION CODE:    86

---

**City of Irvine**
**Building & Safety Division**
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date: 01/22/2024 Contractor: _____

License Class: _____    Lic.No. _____

### CONTRACTOR

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason: _____

Date _1/22/2024_    Owner ___NEW HOME COMPANY___

### WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Date _1/22/2024_    Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

_____
Signature of Applicant or Agent    Date

_____
Print Applicant's/Agent's Name

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Efax\Reports\permits_2.page_finaled.rpt

# City of Irvine
## Building & Safety Division
### Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

**00920615-RBP**

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 106 BOZEMAN
**TRACT:** 19005   **LOT:** 39
**CITY, ST ZIP:** IRVINE CA 92618
**APN:**
**PHONE:** (949) 793-0040
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills. Tract 19005, Lot 39. 1 Production SFD. Plan
3A. 1.22.24. *NOTE: PER CBO, NO WORK SHALL
COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

---

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 26.68 |
| SB 1473 fee - Due to State | 1.80 |
| SB 1473 fee - Admin | 0.20 |
| Energy Surcharge Insp | 32.24 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt. Insp | 234.52 |
| State Seismic Res | 7.82 |
| System Dev Charge Circ | 300.66 |
| System Dev Charge Non-Circ | 300.66 |
| SlurrySeal New Res Max | 50.00 |

---

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**EXP DATE:**

---

**VALUATION:** $ 612,603
**STORIES:** 2
**CODE YR:** 2022

**NO. UNITS:** 1
**TOT SQ FT:** 3,975

**Total Permit Fees: $962.57**

**TCA Receipt:** 10450
**Receipt#** 00270899   **TCA: F/E-A**

---

**USE**             **OCC**       **CONST. TYPE**           **SQ FT**

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,455 |
| GARAGE | U-1 | Type VB | 483 |
| PORCH | R-3 | Wood Patio Covers | 83 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

PLAN CHECK #:  00878081-RNP
PLANNING APPROVAL:  CALVIN MINGIONE  8/2/2022
BUILDING APPROVAL:  ZHALEH AFRASIABI  8/1/2022
PERMIT ISSUED BY:  MARK MESSERSMITH  1/22/2024
PERMIT FINALED BY:  JUAN MARTINEZ  8/14/24
ACTION CODE:  86

---

## CONTRACTOR

License Class. _____ Lic.No. _____

Date 01/22/2024 Contractor: _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason _____

Date _1/22/2024_    Owner _____NEW HOME COMPANY____

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers compensation insurance
carrier and policy number are:

Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____
Lender's Address _____

Date _____

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____    Date _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.  Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



00920616-RBP

**OWNER:** NEW HOME COMPANY
ADDRESS: 107 BOZEMAN
TRACT: 19005          LOT: 32
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

**CONTACT:** KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                EXP DATE:

VALUATION:      $ 617,469
STORIES: 2                  NO. UNITS: 1
CODE YR: 2022               TOT SQ FT: 4,051

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD. | R-3 | Type VB | 3,455 |
| GARAGE | U-1 | Type VB | 66 |
| PORCH | R-3 | Wood Patio Covers | 104 |
| DECK | R-3 | Wood Patio Covers | |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## DESCRIPTION OF WORK:
Automation Fee Inspection
(E-PLAN) Ravello Extension at The Groves Phase 14
Orchard Hills, Tract 19005, Lot 32, 1 Production SFD, Plan
3E, 1.22.24: *NOTE: PER CBO, NO WORK SHALL
COMMENCE UNTIL THE GRADING PAD CERTIFICATION IS

## PERMIT FEES
| | |
|---|---|
| SB 1473 fee - Due to State | 33.65 |
| SB 1473 fee - Due to State | 4.50 |
| SB 1473 fee - Admin | 0.50 |
| Energy Surcharge Insp | 36.37 |
| Issuance Fee Comm | 7.99 |
| Res SFD/Det Condo or Apt, Insp | 239.01 |
| State Seismic Res | 17.67 |
| System Dev Charge Circ | 679.70 |
| System Dev Charge Non-Circ | 679.70 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $1,749.09**

**TCA Receipt: 10450**

Receipt# 00270899                TCA: F/E-A

PLAN CHECK #: 00878081-RNP
PLANNING APPROVAL: CALVIN MINGIONE 8/2/2022
BUILDING APPROVAL: ZHALEH AFRASIABI 8/1/2022
PERMIT ISSUED BY: MARK MESSERSMITH 1/22/2024
PERMIT FINALED BY: JUAN MARTINEZ          8/22/24
ACTION CODE:   86

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

Date 01/22/2024 Contractor:

License Class.                              Lic. No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R.C, for this Reason _____

Date _1/22/2024_          Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _1/22/2024_          Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

C:\ESeis\Reports\permits_2.page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



**00922323-RBP**

DESCRIPTION OF WORK:
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot 44.. 1 Production SFD.. Plan 1A

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date: 02/09/2024

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name

Lender's Address

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier

Policy #

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 2/9/2024

Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Owner _____ NEW HOME COMPANY

## CONTRACTOR

☐ I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic. No. _____

Date: 02/09/2024 Contractor _____

LICENSED CONTRACTORS DECLARATION

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 116 BOZEMAN
TRACT: 19005        LOT: 44
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

CONTACT: Kristi Blanchard 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

VALUATION:          $ 571,943
STORIES: 2          NO. UNITS: 1
CODE YR: 2019       TOT SQ FT: 3,708

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,227 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 56 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 198.99 |
| SB 1473 fee - Due to State | 20.70 |
| SB 1473 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,742.76 |
| State Seismic Res | 74.35 |
| System Dev Charge Circ | 2,859.71 |
| System Dev Charge Non-Circ | 2,859.71 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,116.87**

Receipt#                    00271857

**TCA Receipt:**            **TCA:**

PLAN CHECK #: 00881163-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/19/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 8/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 2/9/2024
PERMIT FINALED BY: JUAN MARTINEZ        9/5/24
ACTION CODE:     86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\EServ\Reports\permits_2_page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit



CITY OF IRVINE

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## 00922324-RBP

**DESCRIPTION OF WORK:**
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot
30. 1 Production SFD, Plan 1E.

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 111 BOZEMAN
TRACT: 19005          LOT: 30
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (949) 793-0040
CONTACT: Kristi Blanchard 951-970-4794
PHONE: (951) 970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                    EXP DATE:

**VALUATION:**        $ 577,641
STORIES: 2            NO. UNITS: 1
CODE YR: 2019        TOT SQ FT: 3,797

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,227 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 43 |
| BALCONY | R-3 | Wood Patio Covers | 102 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 203.17 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 1,784.59 |
| State Seismic Res | 75.09 |
| System Dev Charge Circ | 2,888.21 |
| System Dev Charge Non-Circ | 2,888.21 |
| SlurrySeal New Res | 50.00 |

**Total Permit Fees: $8,221.62**
Receipt# :           0027185?

**PLAN CHECK #:** 00881163-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/19/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 8/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 2/9/2024
PERMIT FINALED BY: JUAN MARTINEZ        9/4/24
ACTION CODE:    86

TCA Receipt:                    TCA:

---

Date: **02/09/2024** Contractor:
License Class: _____  Lic.No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
   compensation, will do the work, and the structure is not intended or
   offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
   contractors to construct the project.
☐ I am exempt under Sec. _____, B&P.C. for this
   Reason _____

Date: **2/9/2024**          Owner: _____ NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
   workers' compensation, as provided for by Section 3700 of the Labor
   Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required
   by Section 3700 of the Labor Code, for the performance of the work for
   which this permit is issued. My workers compensation insurance
   carrier and policy number are:
   Carrier _____
   Policy # _____
☐ I certify that in the performance of the work for which this permit is
   issued, I shall not employ any person in any manner so as to become
   subject to the workers' compensation laws of California, and agree that
   if I should become subject to the workers' compensation provisions of
   Section 3700 of the Labor Code, I shall forthwith comply with those
   provisions.

Date: _____          Applicant _____
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing
   excavation.

C:\EGov\Reports\permits_2.page_finaled.rpt



# New Residential Construction Permit

**00922325-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6500 For Inspections: (949) 724-6501

---

**LICENSED CONTRACTORS DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date: 02/09/2024 Contractor:

License Class: _____ Lic. No.: _____

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ , B&RC, for this

Reason: _____

Date: 2/9/2024    Owner: NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

Date: _____ Applicant _____

**CONSTRUCTION LENDING AGENCY**

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

---

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** Kristi Blanchard 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $ 596,484
**STORIES:** 2
**CODE YR:** 2019

**USE**
Production SFD
GARAGE
PORCH
BALCONY
Air Condition
F.S. SYS-NFPA13D

| USE | OCC | CONST. TYPE | SQ FT |
|-----|-----|-------------|-------|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 112 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**NO. UNITS:** 1
**TOT SQ FT:** 3,896

**EXP DATE:**

---

**DESCRIPTION OF WORK:**
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot 42. 1 Production SFD, Plan 2A

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 207.82 |
| SB 1473 Fee - Due to State | 21.60 |
| SB 1473 Fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,831.12 |
| State Seismic Res | 77.54 |
| System Dev Charge Circ | 2,982.42 |
| System Dev Charge Non-Circ | 2,982.42 |
| SlurrySeal New Res Res | 50.00 |

**Total Permit Fees:** $8,463.67
**Receipt#:** 00271857
**TCA Receipt:** TCA:

**PLAN CHECK #:** 00881163-RNP
**PLANNING APPROVAL:** EMILY BAUMSTINGER 1/19/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 8/31/2022
**PERMIT ISSUED BY:** MARK MESSERSMITH 2/9/2024
**PERMIT FINALED BY:** CHRIS CHARES 9/3/24
**ACTION CODE:** 86

**TRACT:** 19005    **LOT:** 42
**APN:**
**PLANNING AREA:**

**ADDRESS:** 112 BOZEMAN

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



# New Residential Construction Permit

**00922326-RBP**

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR
Date: 02/09/2024 Contractor:

License Class: _____ Lic No.:

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&PC, for this Reason: _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION
Date: 2/9/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____    Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name: _____
Lender's Address: _____

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

---

OWNER: NEW HOME COMPANY
ADDRESS: 115 BOZEMAN
CITY, ST ZIP: 19005
TRACT: 19005    LOT: 28
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

CONTACT: Kristi Blanchard 951-970-4794
PHONE: (951) 970-4794

VALUATION:        $ 597,189
STORIES: 2        NO. UNITS: 1
CODE YR: 2019     TOT SQ FT: 3,907

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 72 |
| DECK | R-3 | Wood Patio Covers | |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## DESCRIPTION OF WORK:
Automation Fee Inspection
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot 28. 1 Production SFD, PLAN 2J.

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 208.34 |
| SB 1473 Fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,836.29 |
| State Seismic Res | 77.64 |
| System Dev Charge Circ | 2,985.94 |
| System Dev Charge Non-Circ | 2,985.94 |
| SlurrySeal New Res | 50.00 |

**Total Permit Fees: $8,476.50**

Receipt# 00271857    TCA:

PLAN CHECK #: 00881163-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/19/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 8/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 2/9/2024
PERMIT FINALED BY: JUAN MARTINEZ    9/6/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ECev\Reports\permits_2_page_finaled.rpt

# New Residential Construction Permit



**00922327-RBP**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot 29. 1 Production SFD, PLAN 3A.

**OWNER:** NEW HOME COMPANY
ADDRESS: 113 BOZEMAN
TRACT: 19005    LOT: 29
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA  CA 92563
PHONE: (951) 970-4794
CONTACT: Kristi Blanchard 951-970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

**VALUATION:** $ 612,603
**STORIES:** 2    NO. UNITS: 1
CODE YR: 2019    TOT SQ FT: 3,975

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R3 | Type V-B | 3,455 |
| GARAGE | U-1 | Type V-B | 483 |
| PORCH | R3 | Wood Patio Covers | 83 |
| BALCONY | R3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 211.54 |
| SB 1473 Fee - Due to State | 22.50 |
| SB 1473 Fee - Admin | 2.50 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,868.25 |
| State Seismic Res | 79.64 |
| System Dev Charge Circ | 3,063.01 |
| System Dev Charge Non-Circ | 3,063.01 |
| SlurrySeal New Res | 50.00 |

**Total Permit Fees: $8,668.80**
Receipt# 00271857

**TCA Receipt:**    **TCA:**
PLAN CHECK #: 00881163-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/19/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 8/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 2/9/2024
PERMIT FINALED BY:    JUAN MARTINEZ
ACTION CODE:    86    9/6/24

---

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

Date: 02/09/2024 Contractor: _____  License Class: _____  Lic. No. _____

### CONTRACTOR
☐ I hereby affirm under penalty of perjury that one of the following declarations:

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date: 02/09/2024

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&P.C. for this Reason: _____

Owner _____ NEW HOME COMPANY

### WORKERS' COMPENSATION
**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.
Date _____ 2/9/2024
Applicant _____
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name _____
Lender's Address _____

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____  Date _____

Print Applicant's/Agent's Name _____

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00922328-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## OWNER: NEW HOME COMPANY
ADDRESS: 114 BOZEMAN
TRACT: 19005          LOT: 43
APN:
PLANNING AREA:

## DESCRIPTION OF WORK:
(EPLAN) Ravello Ext. Ph15 @Orchard Hills, Tract 19005, Lot 43. 1 Production SFD, PLAN 3D.

### APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

CONTACT: Kristi Blanchard 951-970-4794
PHONE: (951) 970-4794

### CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:          EXP DATE:

### VALUATION:          $ 610,810
STORIES: 2          NO. UNITS: 1
CODE YR: 2019          TOT SQ FT: 3,947

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,455 |
| GARAGE | U-1 | Type VB | 428 |
| PORCH | R-3 | Wood Plate Covers | 66 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 210.22 |
| SB 1473 Fee - Due to State | 22.50 |
| SB 1473 fee - Admin | 2.50 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,855.09 |
| State Seismic Res | 79.41 |
| System Dev Charge Circ | 3,054.05 |
| System Dev Charge Non-Circ | 3,054.05 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,636.17**
**Receipt# 00271857**
**TCA:**

**TCA Receipt:**

PLAN CHECK #: 00881163-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/19/2024
BUILDING APPROVAL: ZHALEH AFRASIABI 8/31/2022
PERMIT ISSUED BY: MARK MESSERSMITH 2/9/2024
PERMIT FINALED BY: JUAN MARTINEZ 8/30/24
ACTION CODE: 86

---

### CONTRACTOR

Date: 02/09/2024 Contractor:

License Class:          Lic.No.:

LICENSED CONTRACTORS DECLARATION

☐ I hereby affirm under penalty of perjury that all the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER

OWNER-BUILDER DECLARATION

☐ I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec._____, B&R C, for this Reason:

Owner_____ NEW HOME COMPANY

Date_____ 2/9/2024

### WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION

☐ I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are

Carrier_____

Policy #_____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date_____ 2/9/2024

Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LENDER

Lender's Name

Lender's Address

CONSTRUCTION LENDING AGENCY

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

_____
Signature of Applicant or Agent          Date

_____
Print Applicant's/Agent's Name

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EGov\Reports\permits_2_page_finaled.rpt

# New Residential Construction Permit

0092753-RBP



**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 18 Orchard Hills, Tract
19005, Lot 53. 1 Production SFD, Plan 1E.

---

**OWNER:** NEW HOME COMPANY
ADDRESS: 205 PINNACLE
TRACT: 19005          LOT: 53
CITY, ST ZIP: IRVINE CA 92618
APN:
PLANNING AREA:

**APPLICANT:** KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
PHONE: (951) 970-4794
CONTACT: KRISTI BLANCHARD 951-970-4794

**CONTRACTOR:**
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:                          EXP DATE:

**VALUATION:**        $ 577,841
STORIES: 2                 NO. UNITS: 1
CODE YR: 2019              TOT SQFT: 3,797

| USE | OCC | | CONST. TYPE | SQ FT |
|-----|-----|-----|-------------|-------|
| Production SFD | R-3 | | Type VB | 3,227 |
| GARAGE | U-1 | | Type VB | 425 |
| PORCH | R-3 | | Wood Patio Covers | 43 |
| BALCONY | R-3 | | Wood Patio Covers | 102 |
| Air Condition | | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | | F.S. SYS-NFPA13D | |

**PERMIT FEES**
| | |
|---|---|
| Automation Fee Inspection | 203.17 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,784.59 |
| State Seismic Res | 75.09 |
| System Dev Charge Circ | 2,888.21 |
| System Dev Charge Non-Circ | 2,888.21 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,221.62**
Receipt#                TCA:
00272135

PLAN CHECK #: 00881478-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERSBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ
ACTION CODE: 86                     1/28/25

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR
License Class.                    Lic.No.
Date: 02/12/2024 Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
Date: 02/12/2024 Owner: NEW HOME COMPANY

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&RC, for this Reason:

### WORKERS' COMPENSATION
Date: 2/12/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier
Policy #

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
Lender's Name
Lender's Address

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

---

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Date: _____ Applicant

Print Applicant's/Agent's Name

Signature of Applicant or Agent          Date

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Edev\Reports\permits_2_page_finaled.rpt

# New Residential Construction Permit

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501




**0092274-RBP**

DESCRIPTION OF WORK:
Automation Fee Inspection
(e-plan) Ravello Extension Phase 18 Orchard Hills, Tract
19005, Lot 54, 1 Production SFD, Plan 2C.

## CONTRACTOR

Date: 02/12/2024 Contractor: _____
License Class: _____ Lic. No. _____

LICENSED CONTRACTOR'S DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this reason: _____

Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION

Date: 02/12/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:
Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

_____
Date

---

OWNER: NEW HOME COMPANY
ADDRESS: 203 PINNACLE
TRACT: 19005          LOT: 54
APN:
PLANNING AREA:

APPLICANT: KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:     $ 593,411
STORIES: 2          NO. UNITS: 1
CODE YR: 2019          TOT SQFT: 3,848

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 64 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 205.57 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,808.56 |
| State Seismic Res | 77.14 |
| System Dev Charge Circ | 2,967.06 |
| System Dev Charge Non-Circ | 2,967.06 |
| SlurrySeal New Res Max | 50.00 |

Total Permit Fees: $8,407.74
Receipt#          00272135
Receipt:          00272135 TCA:

PLAN CHECK #: 00881478-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ     1/28/25
ACTION CODE:     86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\ESeir\Reports\permits_2.page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00922755-RBP**

**DESCRIPTION OF WORK:** Ravello Extension Phase 18 Orchard Hills. Tract 19005, Lot 52. 1 Production SFD. Plan 2D.

**ADDRESS:** 207 PINNACLE
**TRACT:** 19005    **LOT:** 52
**APN:**
**PLANNING AREA:**

### City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

**CONTRACTOR**

Date: _____  Contractor: _____

License Class: _____    Lic.No. _____

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

Date: 02/12/2024  Contractor:

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&R.C, for this Reason: _____

Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION**

Date: 2/12/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date: 2/12/2024
Applicant

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

**LENDER**

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____

Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR. LIC EXP:**
**IRV BUS LIC:**    **EXP DATE:**

**VALUATION:**    $ 597,192
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2019    **TOT SQ FT:** 3,878

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,366 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 87 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 206.98 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,822.66 |
| State Seismic Res | 77.64 |
| System Dev Charge Circ | 2,985.96 |
| System Dev Charge Non-Circ | 2,985.96 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,461.55**

**Receipt#** 00272135    **TCA:**

**TCA Receipt:**

PLAN CHECK #: 00881478-RNP
PLANNING APPROVAL: EMILY BAUNSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ 1/30/25
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\ExEew\Reports\permits_2_page_finaled.rpt



# New Residential Construction Permit

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

00922755-RBP

**ADDRESS: 207 PINNACLE**
**TRACT: 19005**                    **LOT: 52**
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
Automation Fee Inspection (e-plan) Ravello Extension Phase 18 Orchard Hills. Tract 19005, Lot 52. 1 Production SFD, Plan 2D.

---

## LENDER

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

_____
Signature of Applicant or Agent

_____
Print Applicant's/Agent's Name

_____
Date

---

## WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date ___2/12/2024_____

_____
Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

---

## OWNER-BUILDER

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason _____

Date ___2/12/2024___  Owner ___NEW HOME COMPANY___

---

## CONTRACTOR

Date ___02/12/2024___ Contractor _____

License Class. _____    Lic. No. _____

**LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**            **EXP DATE:**
**IRV BUS LIC:**

| VALUATION: | $ 597,192 | | |
|---|---|---|---|
| STORIES: 2 | | NO. UNITS: 1 | |
| CODE YR: 2019 | | TOT SQ FT: 3,878 | |

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,366 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 87 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 206.98 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,822.66 |
| State Seismic Res | 77.64 |
| System Dev Charge Circ | 2,985.96 |
| System Dev Charge Non-Circ | 2,985.96 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,461.55**

**Receipt#** 00272135              **TCA:**

**Receipt:**

PLAN CHECK #: 00881478-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ    2/6/2025
ACTION CODE:    86

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Esker\Reports\permits_2.page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

# New Residential Construction Permit

## 00922756-RBP



City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

ADDRESS: 201 PINNACLE
TRACT: 19005          LOT: 55
APN:
PLANNING AREA:

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 18 Orchard Hills, Tract
19005, Lot 55, 1 Production SFD, Plan 3XD.

| | |
|---|---|
| **OWNER:** NEW HOME COMPANY | **PERMIT FEES** |
| ADDRESS: 15231 LAGUNA CANYON RD 250 | Automation Fee Inspection ... 211.11 |
| CITY, ST ZIP: IRVINE CA 92618 | SB 1473 fee - Due to State ... 22.50 |
| PHONE: (949) 793-0040 | SB 1473 fee - Admin ... 2.50 |
| | Energy Surcharge Insp ... 247.12 |
| **APPLICANT:** KB PROCESSING | Issuance Fee Comm ... 61.23 |
| ADDRESS: 37601 EARLY LN | Res SFD/Det Condo or Apt, Insp ... 1,864.02 |
| CITY, ST ZIP: MURRIETA CA 92563 | State Seismic Res ... 79.82 |
| CONTACT: KRISTI BLANCHARD 951-970-4794 | System Dev Charge Circ ... 3,069.95 |
| PHONE: (951) 970-4794 | System Dev Charge Non-Circ ... 3,069.95 |
| | SlurrySeal New Res Max ... 50.00 |

**CONTRACTOR:**
**ADDRESS:**
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:        $ 613,990
STORIES: 2              NO. UNITS: 1
CODE YR: 2019       TOT SQ FT: 3,966     EXP DATE:

**Total Permit Fees: $8,678.20**
**Receipt#           00272135**

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 426 |
| PORCH | R-3 | Wood Plate Covers | 66 |
| AirCondition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

PLAN CHECK #: 00881478-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ          1/27/25
ACTION CODE:    86

**TCA:**

---

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Date 02/12/2024 Contractor _____

License Class _____     Lic.No. _____

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&R C, for this Reason _____

Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 2/12/2024 Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____     Date _____

Print Applicant's/Agent's Name _____

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Edsel\Reports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00922837-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## DESCRIPTION OF WORK:
Ravello Extension Phase 16 Orchard Hills, Tract 19005, Lot 27, 1 Production SFD, Plan 1A.
(e-plan)

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 117 BOZEMAN
**TRACT:** 19005     **LOT:** 27
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**     **EXP DATE:**

**VALUATION:** $ 571,943
**STORIES:** 2     **NO. UNITS:** 1
**CODE YR:** 2019     **TOT SQ FT:** 3,708

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,227 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 56 |
| Air Condition | | RESIDENTIAL | |
| | | F.S. SYS-NFPA13D | |

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 199.99 |
| SB 14/73 fee - Due to State | 20.70 |
| SB 14/73 fee - Admin | 2.30 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,742.76 |
| State Seismic Res | 74.35 |
| State Dev Charge Circ | 2,859.71 |
| System Dev Charge Non-Circ | 2,859.71 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,116.87**
**Receipt#:** 00272136
**Plan Check #:** 00881524-RNP     **TCA:**
**PLANNING APPROVAL:** RAY LUNA 2/6/2024
**BUILDING APPROVAL: EMILY BAUMSTINGER 1/29/2024**
**PERMIT ISSUED BY:** SHELDON ENDERBY 2/12/2024
**PERMIT FINALED BY: JUAN MARTINEZ**     11/5/24
**ACTION CODE:** 86

---

## CONTRACTOR

Date: 02/12/2024 Contractor:
License Class:          Lic.No.

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason.

Date: 2/12/2024        Owner _____ NEW HOME COMPANY

## WORKERS' COMPENSATION

Date: 2/12/2024

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

Applicant

## LENDER

### CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____ Date _____

---

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

C:\EservReports\permits_2 page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00922841-RBP

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 16 Orchard Hills, Tract
19005, Lot 46, 1 Production SFD, Plan 1E.

## OWNER: NEW HOME COMPANY
ADDRESS: 120 BOZEMAN
TRACT: 19005                    LOT: 46
CITY, ST ZIP:
APN:
PLANNING AREA:

## APPLICANT:  KB PROCESSING
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

## PERMIT FEES
| | |
|---|---:|
| Automation Fee Inspection | 203.17 |
| SB 1473 Fee - Due to State | 21.60 |
| SB 1473 Fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,784.59 |
| State Seismic Res | 75.09 |
| System Dev Charge Circ | 2,888.21 |
| System Dev Charge Non-Circ | 2,888.21 |
| SlurrySeal New Res Max | 50.00 |

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:                   EXP DATE:
IRV BUS LIC:

VALUATION:        $ 577,841
STORIES: 2            NO. UNITS: 1
CODE YR: 2019        TOT SQ FT: 3,797

| USE | OCC | | CONST. TYPE | SQ FT |
|---|---|---|---|---:|
| Production SFD | R-3 | Type VB | | 3,227 |
| GARAGE | U-1 | Type VB | | 425 |
| PORCH | R-3 | Wood Patio Covers | | 43 |
| BALCONY | R-3 | Wood Patio Covers | | 102 |
| Air Condition | | RESIDENTIAL | | |
| | | F.S. SYS-NFPA13D | | |

**Total Permit Fees: $8,221.62**
Receipt#                    00272136
TCA Receipt:                    TCA:

PLAN CHECK #:  00881524-RNP
PLANNING APPROVAL:  EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL:  RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERSBY  2/12/2024
PERMIT FINALED BY:   JUAN MARTINEZ              10/21/24
ACTION CODE:      86

---

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.
Date: 02/12/2024 Contractor: _____
License Class. _____ Lic. No. _____

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason: _____
Owner _____ NEW HOME COMPANY
Date: 2/12/2024

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers compensation insurance
carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.
Date: 2/12/2024 _____ Applicant
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)
Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Signature of Applicant or Agent _____    Date _____
Print Applicant's/Agent's Name _____    Date _____

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\E4en\Reports\permits_2_page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

00922843-RBP



**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 16 Orchard Hills, Tract
19005, Lot 45, 1 Production SFD, Plan 2C.

---

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections (949) 724-6501

## LENDER

CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Date _____

Print Applicant's/Agent's Name _____

## WORKERS' COMPENSATION

WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _2/12/2024_

Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

## OWNER-BUILDER

OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&R.C, for this Reason: _____

Date _2/12/2024_   Owner _____NEW HOME COMPANY_____

## CONTRACTOR

☐ Date _02/12/2024_ Contractor _____

LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that all provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____ Lic. No. _____

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

---

## Permit Details

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 118 BOZEMAN
**TRACT:** 19005    **LOT:** 45
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE** (949) 793-0040

**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**          **EXP DATE:**

**VALUATION:** $ 593,411
**STORIES:** 2          **NO. UNITS:** 1
**CODE YR:** 2019        **TOT SQFT:** 3,848

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,348 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Patio Covers | 64 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES

| Fee | Amount |
|---|---|
| Automation Fee Inspection | 205.57 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,808.56 |
| State Seismic Res | 77.14 |
| System Dev Charge Circ | 2,967.06 |
| System Dev Charge Non-Circ | 2,967.06 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees:** $8,407.74

**Receipt#** 00272136

**TCA Receipt:**          **TCA:**

PLAN CHECK #: 00881524-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERSY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ      10/18/24
ACTION CODE: 86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\Ei
ServReports\permits_2.page_finaled.rpt

# New Residential Construction Permit

**00922844-RBP**

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

**Date:** 02/12/2024 Contractor: _____

License Class: _____  Lic. No. _____

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&RC, for this Reason: _____

Owner _____ NEW HOME COMPANY

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**Date:** 2/12/2024 _____
Applicant

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____ Date _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 16231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040
**APN:**
**PLANNING AREA:**

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**VALUATION:** $ 597,192
**STORIES:** 2
**CODE YR:** 2019

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,366 |
| GARAGE | U-1 | Type VB | 425 |
| PORCH | R-3 | Wood Plate Covers | 87 |
| AC Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

**EXP DATE:**

**NO. UNITS:** 1
**TOT SQ FT:** 3,878

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 16 Orchard Hills, Tract 19005, Lot 26. 1 Production SFD, Plan 2D.

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 206.98 |
| SB 1473 fee - Due to State | 21.60 |
| SB 1473 fee - Admin | 2.40 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,822.66 |
| State Seismic Res | 77.64 |
| System Dev Charge Circ | 2,985.96 |
| System Dev Charge Non-Circ | 2,985.96 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,461.55**

**Receipt#** 00272136 **TCA:**

**TCA Receipt:**

PLAN CHECK #: 00881524-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY: JUAN MARTINEZ 10/24/24
ACTION CODE: 86

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Ecen\Reports\permits_2_page_finaled.rpt

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# New Residential Construction Permit

**00922847-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## CONTRACTOR

Date: 02/12/2024  Contractor:

License Class:                    Lic.No.

## OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.
☐ I am exempt under Sec. _____ B&RC, for this
Reason: _____

Owner: _____ NEW HOME COMPANY

## WORKERS' COMPENSATION

I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are:

Carrier _____

Policy # _____
☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Date: _2/12/2024_ _____ Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## LENDER

CONSTRUCTION LENDING AGENCY
I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____

Lender's Address _____

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that all of the provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

---

ADDRESS: 122 BOZEMAN

TRACT: 19005                    LOT: 47

APN:

PLANNING AREA:

OWNER: NEW HOME COMPANY
ADDRESS: 15231 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA CA 92563
CONTACT: KRISTI BLANCHARD 951-970-4794
PHONE: (951) 970-4794

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

VALUATION:           $ 615,783
STORIES: 2                  NO. UNITS: 1

CODE YR: 2019            TOT SQ FT: 3,994

EXP DATE:

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 426 |
| PORCH | R-3 | Wood Patio Covers | 83 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## DESCRIPTION OF WORK:

Automation Fee Inspection
(e-plan) Ravello Extension Phase 16 Orchard Hills, Tract
19005, Lot 47, 1 Production SFD, Plan 3XA.

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 212.43 |
| SB 1473 fee - Due to State | 22.50 |
| SB 1473 fee - Admin | 2.50 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,877.18 |
| State Seismic Res | 80.05 |
| System Dev Charge Circ | 3,078.91 |
| System Dev Charge Non-Circ | 3,078.91 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,710.83**

Receipt#                    00272136

## TCA Receipt:                    TCA:

PLAN CHECK #: 00881524-RNP
PLANNING APPROVAL: EMILY BAUMSTINGER 1/29/2024
BUILDING APPROVAL: RAY LUNA 2/6/2024
PERMIT ISSUED BY: SHELDON ENDERBY 2/12/2024
PERMIT FINALED BY:    JUAN MARTINEZ    10/22/24
ACTION CODE:    86

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more.  Residential
permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Edev\Reports\permits_2.page_finaled.rpt

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:  9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing
excavation.

# New Residential Construction Permit

**00922848-RBP**

**DESCRIPTION OF WORK:**
Automation Fee Inspection
(e-plan) Ravello Extension Phase 16 Orchard Hills. Tract
19005, Lot 25, 1 Production SFD, Plan 3XC.

**ADDRESS: 121 BOZEMAN**
**TRACT: 19005**  **LOT: 25**
**APN:**
**PLANNING AREA:**

---

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR
Date: 02/12/2024 Contractor:
License Class: _____ Lic.No.

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that one of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

### OWNER-BUILDER
OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____, B&RC, for this
Reason _____

### WORKERS' COMPENSATION
WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _2/12/2024_ _____ Applicant
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST AND ATTORNEY'S FEES.

### LENDER
CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____  Date _____
Print Applicant's/Agent's Name _____

---

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 15231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA CA 92563
**CONTACT:** KRISTI BLANCHARD 951-970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP.:**
**IRV BUS LIC:**

**VALUATION:**    $ 614,694
**STORIES:** 2
**CODE YR:** 2019

**EXP DATE:**
**NO. UNITS:** 1
**TOT SQFT:** 3,977

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production SFD | R-3 | Type VB | 3,474 |
| GARAGE | U-1 | Type VB | 428 |
| PORCH | R-3 | Wood Patio Covers | 66 |
| BALCONY | R-3 | Wood Patio Covers | 11 |
| Air Condition | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

## PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 211.63 |
| SB 1473 fee - Due to State | 22.50 |
| SB 1473 fee - Admin | 2.50 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,869.19 |
| State Seismic Res | 79.91 |
| System Dev Charge Circ | 3,073.47 |
| System Dev Charge Non-Circ | 3,073.47 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $8,691.02**
**Receipt#**    0027236

**PLAN CHECK #:** 00881524-RNP
**PLANNING APPROVAL:** EMILY BAUMSTINGER 1/29/2024
**BUILDING APPROVAL:** RAY LUNA 2/6/2024
**PERMIT ISSUED BY:** SHELDON ENDERBY 2/12/2024
**PERMIT FINALED BY:** JUAN MARTINEZ    10/23/24
**ACTION CODE:**    86

**TCA Receipt:**    **TCA:**

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EdenReports\permits_2_page_finaled.rpt

# Exhibit 268



**CITY CLERK'S OFFICE OF RECORDS AND INFORMATION**

One Civic Center Plaza, P.O. Box 19575, Irvine, CA 92623-9575

August 8, 2025

Jeffrey Gu
Proffer LLC
2332 N Clay St
Irvine, CA 92618
jeffreygu@proffer.info

Dear Jeffrey Gu:

The attached records respond to your July 30, 2025 request under the California Public Records Act (Government Code § 7920.000 et seq.) regarding building permits with permit declarations for 301 Longspur, 540 Gadwall, 240 Sora, and 420 Flycatcher. Please see responsive records attached below, provided by the City's Community Development Department.

Sincerely,

DANIEL KIM
Municipal Records Administrator

DK:ek



# New Residential Construction Permit

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

## CONTRACTOR

Date: _____

License Class: _____

Lic.No.: _____

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date: _____  Contractor _____

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this Reason: _____

Owner: << LENNAR HOMES OF
CALIFORNIA,
Date: 4/24/2024

## WORKERS' COMPENSATION

Policy #: _____

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____

Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ 4/24/2024

Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

Date _____

Lender's Name _____

Lender's Address _____

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____

Print Applicant's/Agent's Name _____

Date _____

---

## LICENSED CONTRACTORS DECLARATION

---

**Permit No.: 00927971-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Aluna Phase 1 Luna Park. Tract 19203. Lot 1, Unit 3.
1 Production Detached Condo. Plan 1B. Garage for 416
Flycatcher Unit 4 is attached to 420 Flycatcher.

**OWNER:** << LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 2000 FIVEPOINT
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 349-8100

**APPLICANT:** << LENNAR HOMES OF CA INC
**ADDRESS:** 2000 FIVEPOINT
**CITY, ST ZIP:** IRVINE CA 92618
**CONTACT:** AMY WEAVER 661-513-8911
**PHONE:** (949) 349-8100

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**ADDRESS:** 420 FLYCATCHER
**TRACT:**                    **LOT:**
**APN:**
**PLANNING AREA:**

**CODE YR:** 2022

**VALUATION:** $ 375,077
**STORIES:** 2

**USE**     **OCC**     **CONST. TYPE**

**NO. UNITS:** 1
**TOT SQFT:** 2,994

**EXP DATE:**

**SQ FT**

### PERMIT FEES

| Fee | Amount |
|---|---|
| Automation Fee Inspection | 159.25 |
| SB 14/3 fee - Due to State | 14.40 |
| SB 14/3 fee - Admin | 1.60 |
| Energy Surcharge Insp | 185.34 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,407.18 |
| State Seismic Res | 48.76 |
| System Dev Charge Circ | 1,875.38 |
| System Dev Charge Non-Circ | 1,875.38 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $5,693.52**

**TCA Receipt:**

**Plan Check #:** 00925445-RNC
**Receipt#** 00275217
**TCA:**

**PLANNING APPROVAL:** KATIE CURTIS 4/3/2024
**BUILDING APPROVAL:** ZHALEH AFRA/SIABI 4/16/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH 4/24/2024

By signing this permit I certify that I will comply with the latest California Plumbing Code regarding flushing procedures should PEX water piping be installed.
Outdoor fireplaces, barbeques and ovens shall not use solid fuel per AQMD requirements, and shall conform to all set back requirements.
Underground metallic gas piping is prohibited. Please check with your local City/County Water Association before connection to obtain their approval, if necessary.
Prior to proceeding with work for a TANKLESS WATER HEATER obtain HOA approval if work involves new ventilation terminating at an exterior wall adjoining a neighbor's yard, or the home the heater serves is within a multi-family building.

**PERMIT EXPIRATION/REIMBURSEMENT:** For information regarding permit expiration or extension, visit https://www.cityofirvine.org/community-development/permit-amendments-extensions. The permittee may be charged if the Irvine Division of Building and Safety fails to conduct an inspection of permitted work within 60 days of a valid inspection request. (HSC 17951)

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

C:\EclerkReports\permits_2_page.rpt



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00925445-RNC | |
| **PROJECT ADDRESS** | |
| 428,424,420,416,412,408,404,400Flycatcher | |
| **PROJECT DESCRIPTION or NAME/PHASE** | **TRACT** |
| Aluna   (BA   533)   Phase  1        Permits | 19203 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

JW    1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

JW    2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

JW    3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

JW    4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

JW    5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

JW    6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

JW    7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

JW    8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

JW    9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

JW    10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

Justin    Wolcott

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

| JW | 11. | I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers. |
| JW | 12. | I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage. |

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

04-22-2024

**OWNER-BUILDER SIGNATURE**                    **DATE**

JUSTIN WOLCOTT

PROPERTY OWNER NAME

justin.wolcott@lennar.com

EMAIL



# New Residential Construction Permit

## 00927971-RBP

**DESCRIPTION OF WORK:**
Automation Phase 1 Luna Park, Tract 19203, Lot 1, Unit 3,
(e-plan) Aluna Phase 1 Luna Park. Tract 19203, Lot 1, Unit 3.
1 Production Detached Condo, Plan 1B. Garage for 416
Flycatcher. Unit 4 is attached to 420 Flycatcher.

**OWNER:** << LENNAR HOMES OF
ADDRESS: 420 FLYCATCHER
TRACT:                              LOT:
CITY, ST ZIP:
APN:
PLANNING AREA:

### City of Irvine
### Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

| | LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|---|

**LICENSED CONTRACTORS DECLARATION**

Date: 04/24/2024 Contractor:

License Class:                    Lic. No.

**OWNER-BUILDER DECLARATION**

**WORKERS' COMPENSATION DECLARATION**

Date: 4/24/2024

Owner: << LENNAR HOMES OF
CALIFORNIA

Reason:                                 B&PC, for the

**CONSTRUCTION LENDING AGENCY**

Lender's Name:

Lender's Address:

---

**PERMIT FEES**

| | |
|---|---|
| Automation Fee Inspection | 159.25 |
| SB 1473 fee - Due to State | 14.40 |
| SB 1473 fee - Admin | 1.60 |
| Energy Surcharge Insp | 185.34 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,407.18 |
| State Seismic Res | 48.76 |
| System Dev Charge Circ | 1,875.38 |
| System Dev Charge Non-Circ | 1,875.38 |
| SlurrySeal New Res Max | 65.00 |

APPLICANT: << LENNAR HOMES OF CA INC
ADDRESS: 2000 FIVEPOINT
CITY, ST ZIP: IRVINE CA 92618
CONTACT: AMY WEAVER 661-513-8911
PHONE: (949) 349-8100

CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

EXP DATE:

**Total Permit Fees: $5,693.52**

**Receipt#**                        00275217

VALUATION:          $ 375,077         **TCA Receipt:**                        **TCA:**
STORIES: 2          NO. UNITS: 1
CODE YR: 2022       TOT SQ FT: 2,994

**PLAN CHECK #:** 00925445-RNC
**PLANNING APPROVAL:** KATIE CURTIS 4/3/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 4/16/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH 4/24/2024
**PERMIT FINALED BY:** JAMES AGOSTO          11/19/24
**ACTION CODE:**          86

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production Detached Condo. | R-3 | Type VB | 1,750 |
| GARAGE  FOR 420 & 416 | U-2 | Type VB | 1,031 |
| PORCH | R-3 | Wood Patio Covers | 69 |
| DECK | R-3 | Wood Patio Covers | 144 |
| Air Condition | RESIDENTIAL | | |
| F.S. SYS-NFPA13D | F.S. SYS-NFPA13D | | |

---

**WORKERS' COMPENSATION**
WARNING: FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

C:\Eileen\Reports\permits_2.page_finaled.rpt

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# Online Permit - Misc. Residential

**0092881S-WMSR**

**DESCRIPTION OF WORK:**
wmsr-10: [New] Roof-Mount Solar PV w/Approved
Master Plan |
Additional Details: Plan 1-Roof Mounted PV system.
3.240kW (DC) & 2.320 kW (AC). 8 modules, Aluna, Phase

**ADDRESS:** 420 FLYCATCHER
**TRACT:** 19203          **LOT:** 1
**APN:**
**PLANNING AREA:**

---

## CONTRACTOR

License Class:  B       Lic.No. _728102_

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

Date _04/30/2024_   Contractor _LENNAR HOMES OF CALIFORNIA LLC_

## OWNER-BUILDER

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale.

☒ I, as owner of the property, am exclusively contracting with licensed
contractors to construct this project.

☐ I am exempt under Sec. _____, B&PC, for this
Reason _____

## WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.

☒ I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are:
Carrier _OLD REPUBLIC INS. CO_
Policy #_MWC31414823_

☐ I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

Date _4/30/2024_ _____ Applicant
**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

_____   _____
Signature of Applicant or Agent       Date

_____   _____
Print Applicant's/Agent's Name

I hereby affirm that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____
Lender's Address _____

## LENDER

---

**OWNER:** LENNAR HOMES
**ADDRESS:** 420 FLYCATCHER
**CITY, ST ZIP:** IRVINE CA, 92618
**PHONE:** (949) 241-6231

**APPLICANT:** LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 15131 ALTON PKWY 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTACT:**
**PHONE:** (949) 507-1129 2

**CONTRACTOR:** LENNAR HOMES OF CALIFORNIA LLC
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTR LIC EXP:** 4/30/2026
**IRVBUS LIC:** 1001823          **EXP DATE:** 8/24/2025

---

**VALUATION:**  $0
**STORIES:** 0           **NO. UNITS:**
**CODE YR:** 2022        **TOT SQFT:** 0

**USE**          **OCC**          **CONST. TYPE**          **SQFT**

---

### PERMIT FEES

Issuance Fee Res                                    26.72
Online Res Elec Permit Fee                        250.47

**Total Permit Fees: $277.19**

**Receipt#**   **00275572**

**PLAN CHECK #:**
**PLANNING APPROVAL:**
**BUILDING APPROVAL:**
**PERMIT ISSUED BY:** JAMES AGOSTO        11/19/24
**PERMIT FINALED BY:**
**ACTION CODE:**   86

**TCA Receipt#**          **TCA:**

---

**PROJECT DURATION:** 18 months --Overall for Room Additions or major reconstruction, and no more than 6 months to complete exterior wall
finishes and roofing; 6 months --Any other type of permitted work; this permit shall become null & void if work is suspended for 180
days or more. See City of Irvine Information Bulletin No. 222 for more information regarding owner and contractor responsibilities.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to
commencing excavation.

D:\Websites\ePORTAL\reports\Permits\WebAgosto\Application Reports\permits_2_page_finaled.rpt

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

# New Residential Construction Permit



**00922243-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Estela @ Luna Park, Tract 19196, Lot 2, Unit 59, 1
Model Detached Condo, Plan 3C. "Permit Will Issue"

**ADDRESS: 540 GADWALL**
**TRACT: 19196        LOT: 2**

**APN:**
**PLANNING AREA:**

**OWNER:** << LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 2000 FIVEPOINT
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 349-8100

**APPLICANT:** << LENNAR HOMES OF CA
**ADDRESS:** 2000 FIVEPOINT
**CITY, ST ZIP:** IRVINE CA 92618
**CONTACT:** VIVIAN EXTALE 949-632-8317
**PHONE:** (949) 349-8100

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

**VALUATION:**       $ 547,583
**STORIES: 3**                    **NO. UNITS: 1**
**CODE YR:** 2022                  **TOT SQFT:** 3,854

USE              OCC          CONST. TYPE        SQ FT

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 205.85 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 1,811.38 |
| State Seismic Res | 71.19 |
| System Dev Charge Circ | 2,737.91 |
| System Dev Charge Non-Circ | 2,737.91 |
| SlurrySeal New Res Max | 50.00 |

By signing this permit I certify that I will comply with the latest California
Plumbing Code regarding flushing procedures should PEX water piping be
installed.
Outdoor fireplaces, barbeques and ovens shall not use solid fuel per
AQMD requirements, and shall conform to all set back requirements.
Underground metallic gas piping is prohibited. Please check with your
HOA/Community Association to obtain their approval,
if necessary.
Prior to proceeding with work for a TANKLESS WATER HEATER obtain
HOA approval if work involves new ventilation terminating at an exterior
wall adjoining a neighbor's yard, or the home the heater serves is within a
multi-family building.

**Total Permit Fees: $7,944.59**

**TCA Receipt:**

**Receipt#**                    **00271739**

**PLAN CHECK #:**    00912922-RNC                **TCA:**
**PLANNING APPROVAL:** KATIE CURTIS  1/30/2024
**PLANNING APPROVAL:** JOEL BELANGER  1/30/2024
**BUILDING APPROVAL BY:** MARK MESSERSMITH  1/30/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH  1/30/2024

---

**LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR**

Date: 01/30/24    Contractor

**LICENSED CONTRACTORS DECLARATION**

License Class. _____    Lic.No. _____

† I hereby affirm under penalty of perjury that all provisions
of Chapter 9 (commencing with Section 7000) of Division 3 of the Business
and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the
Contractor's License Law for the following reason:

† I, as owner of the property, or my employees with wages as their sole
compensation, will do the work, and the structure is not intended or
offered for sale

† I, as owner of the property, am exclusively contracting with licensed
contractors to construct the project.

† I am exempt under Sec. _____, B&P.C., for this
Reason _____

Owner << LENNAR HOMES OF
CALIFORNIA

Date 1/30/2024

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

† I have and will maintain a certificate of consent to self-insure for
workers' compensation, as provided for by Section 3700 of the Labor
Code, for the performance of the work for which this permit is issued.

† I have and will maintain workers' compensation insurance, as required
by Section 3700 of the Labor Code, for the performance of the work for
which this permit is issued. My workers' compensation insurance
carrier and policy number are

Carrier _____
Policy # _____

† I certify that in the performance of the work for which this permit is
issued, I shall not employ any person in any manner so as to become
subject to the workers' compensation laws of California, and agree that
if I should become subject to the workers' compensation provisions of
Section 3700 of the Labor Code, I shall forthwith comply with those
provisions.

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION
COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER
TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED
THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF
COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706
OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending
agency for the performance of the work for which this permit is issued (Sec.
3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information
is correct. I agree to comply with all city and county ordinances and state
laws relating to building construction, and hereby authorize representatives
of this city to enter upon the above-mentioned property for inspection
purposes.

Applicant _____
Date _____

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____                Date _____

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**PERMIT EXPIRATION/REIMBURSEMENT:** For information regarding permit expiration or extension, visit
https://www.cityofirvine.org/community-development/permit-expiration-amendments
https://www.cityofirvine.org/community-development/permit-expiration-amendments. The permittee may be
charged if the Irvine Division of Building and Safety fails to conduct an inspection of permitted work within 60 days of a valid inspection request. (HSC 17951)

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) | |
|---|---|
| 00912922-RNC | |
| PROJECT ADDRESS | |
| 532,    536,    540    Gadwall | |
| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
| Estela   BA531 | 19196 |

# OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐   I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■   I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐   I am exempt under Section _____ of the Business and Professions Code for this reason:

# OWNER–BUILDER DISCLOSURES

## [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

VE

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

VE

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

VE

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

VE

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

VE

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

VE

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

VE

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

VE

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

VE

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

VE

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

Vivian   Extale

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

**VE**    11.   I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

**VE**    12.   I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

01-30-2024

**OWNER-BUILDER SIGNATURE**      **DATE**

Vivian   Extale

PROPERTY OWNER NAME

vivian.extale@lennar.com

EMAIL



# Online Permit - Misc. Residential

**00924969-WMSR**

**DESCRIPTION OF WORK:**
wmsr-10: (New) Roof-Mount Solar PV w/ Approved
Master Plan |
Additional Details: Estela at Luna Park Model Plan 3C-
4.860KW 12 Modules

**ADDRESS: 540 GADWALL**
**TRACT: 19196**              **LOT: 2**
**APN:**
**PLANNING AREA:**

---

**OWNER:** LENNAR HOMES OF  CA
**ADDRESS:** 2000 FIVEPOINT, 3RD FLOOR
**CITY, ST ZIP:** IRVINE CA  92618
**PHONE:** (949) 632-8317

**APPLICANT:** VIVIAN EXTALE  LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 2000 FIVEPOINT 3RD FLOOR
**CITY, ST ZIP:** IRVINE CA  92618
**CONTACT:**
**PHONE:** (949) 632-8317

**CONTRACTOR:** LENNAR HOMES OF CALIFORNIA LLC
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE  CA 92618              **EXP DATE:** 8/31/2024
**CONTR LIC EXP:** 4/30/2026
**IRV BUS LIC:** 1001823

**VALUATION:** $0        **NO. UNITS:**        **SQ FT**
**STORIES:** 0                **TOT SQ FT:** 0
**CODE YR:** 2022

USE                  OCC            CONST_TYPE

---

**PERMIT FEES**
Issuance Fee Res            26.72
Online Res Elec Permit Fee            250.47

**Total Permit Fees: $277.19**
**Receipt#            00273379**

**TCA Receipt#                TCA:**
**PLAN CHECK #:**
**PLANNING APPROVAL:**
**BUILDING APPROVAL:**
**PERMIT ISSUED BY:**
**PERMIT FINALED BY:**            JUAN MARTINEZ
**ACTION CODE:**        86                6/20/24

---

**PROJECT DURATION:** 18 months –Overall for Room Additions or major reconstruction, and no more than 6 months to complete exterior wall finishes and roofing; 6 months –Any other type of construction, this permit shall become null & void if work is suspended for 180 days or more.  See City of Irvine Information Bulletin No. 222 for more information regarding owner and contractor responsibilities.

---

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

### CONTRACTOR

Date 03/11/2024     Contractor     LENNAR HOMES OF CALIFORNIA LLC

License Class.      B      Lic.No.      728102

### OWNER-BUILDER

LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct this project.

☐ I am exempt under Sec. _____ B&PC, for this Reason _____

### WORKERS' COMPENSATION

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☒ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.  My workers' compensation insurance carrier and policy number are:
Carrier _____ OLD REPUBLIC INS. CO _____

Policy #  MWC31414823

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date  3/11/2024                    Applicant

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name

Lender's Address

### LENDER

I certify that I have read this application and state that the above information is correct.  I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent          Date

Print Applicant's/Agent's Name

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

D:\Websites\nePORTAL\reports\WebApps01\Application Report\permits_2_page_finaled.rpt

# City of Irvine
## Building & Safety Division
## Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00925046-RBP

**ADDRESS: 301 LONGSPUR**
**TRACT: 19208       LOT: 1**

**APN:**

**PLANNING AREA:**

### DESCRIPTION OF WORK:
(e-plan) 1 Model Detached Condo, Tract 19208, Lot 1, Unit 12, Plan 2C, Carina @ Luna. "Permit Will Issue" (Plan 2A/2B has the same footage but is plan check only). 3,27,24 - per alan, changed address from 309 to 301

---

**OWNER:** <<<< LENNAR HOMES
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 349-8100

**APPLICANT:** <<<< LENNAR HOMES
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTACT:** ALAN CHIK (949-204-4628
**PHONE:** (949) 349-8100

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                        **EXP DATE:**

**VALUATION:**     $ 669,702
**STORIES:** 0       **NO. UNITS:** 1
**CODE YR:** 2022           **TOT SQ FT:** 4,567

**USE**        **OCC**      **CONST. TYPE**      **SQ FT**

### PERMIT FEES
| | |
|---|---|
| Automation Fee Inspection | 242.54 |
| SB 1473 fee - Due to State | 24.30 |
| SB 1473 fee - State | 2.70 |
| SB 1473 fee - Admin | 278.86 |
| Energy Surcharge Insp | 61.23 |
| Issuance Fee Comm | 2,146.49 |
| Res SFD/Det Condo or Apt. Insp | 87.06 |
| State Seismic Res | 3,348.51 |
| System Dev Charge Circ | 3,348.51 |
| System Dev Charge Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

**Total Permit Fees: $9,590.20**

**TCA Receipt:**
**Receipt#**          **00273576**
                          **TCA:**

**PLAN CHECK #:**     00915961-RNC
**PLANNING APPROVAL:** KATIE CURTIS  2/29/2024
**BUILDING APPROVAL:** TUNG VO  3/6/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH 3/26/2024

---

By signing this permit I certify that I will comply with the latest California Plumbing Code regarding flushing procedures should PEX water piping be installed.
Outdoor fireplaces, barbeques and ovens shall not use solid fuel per AQMD requirements, and shall conform to all set back requirements.
Underground metallic gas piping is prohibited. Please check with your Plumbing Inspector/Building Official to obtain their approval, if necessary.
Prior to proceeding with work for a TANKLESS WATER HEATER obtain HOA approval. If work involves new ventilation terminating at an exterior wall adjoining a neighbor's yard, or the home the heater serves is within a multi-family building.

---

**Date** 3/26/2024

### LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that all of the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class. _____
Date 03/26/2024   Contractor _____   Lic No. _____

### OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ B&P.C., for this Reason _____

Date _3/26/2024_   Owner <<<< LENNAR HOMES

### WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

**Applicant**

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____          Date _____

---

**PERMIT EXPIRATION/REIMBURSEMENT:** For information regarding permit expiration or extension, visit https://www.cityofirvine.org/community-development/key-amendments-effective-july-1-2021. The permittee may be entitled to reimbursement of the permit fees charged if the Irvine Division of Building and Safety fails to conduct an inspection or permitted work within 60 days of a valid inspection request. (HSC 17951)

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) |  |
|---|---|
| 00915961-RNC/00925045-RBP,    00925046-RBP,  00925047-RBP,  00925048-EBP,  00925049-EBP | |
| PROJECT ADDRESS | |
| Carina   (BA536) | |

| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
|---|---|
| Building Permits /          Models | 19026,  19208 |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

AC

1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

AC

2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

AC

3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

AC

4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

AC

5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

AC

6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

AC

7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

AC

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

AC

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

AC

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

Carina   (BA536)

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

AC    11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

AC    12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

eSigned via SeamlessDocs.c

03-12-2024

**OWNER-BUILDER SIGNATURE**    **DATE**

Alan    Chik

PROPERTY OWNER NAME

alan.chik@lennar.com

EMAIL

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# Online Permit - Misc. Residential

## 00922290-WMSR

**DESCRIPTION OF WORK:**
wmsr-10: [New] Roof-Mount Solar PV w/Approved
Master Plan I
Additional Details: Plan 2: Roof Mounted PV system.
6.480 kW (DC) & 4.640 kW (AC). 16 modules. Carina.

---

**OWNER:** LENNAR HOMES
**ADDRESS:** 301 LONGSPUR
**TRACT:** 19208    **LOT:** 1
**APN:**
**PLANNING AREA:**

**APPLICANT:** LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 15131 ALTON PKWY 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTACT:**
**PHONE:** (949) 507-1129 2

**CONTRACTOR:** LENNAR HOMES OF CALIFORNIA LLC
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTR LIC EXP:** 4/30/2026
**IRV BUS LIC:** 1001823    **EXP DATE:** 8/31/2024

**VALUATION:** $0
**STORIES:** 0    **NO. UNITS:**    **TOT SQFT:** 0
**CODE YR:** 2022

**USE**    **OCC**    **CONST. TYPE**    **SQFT**

---

**PERMIT FEES**
Issuance Fee Res    26.72
Online Res Elec Permit Fee    250.47

**Total Permit Fees: $277.19**
**Receipt#**    00275267

**TCA Receipt#**    **TCA:**
**PLAN CHECK #:**
**PLANNING APPROVAL:**
**BUILDING APPROVAL:**
**PERMIT ISSUED BY:** DEREK SANDERS
**PERMIT FINALED BY:**    86    8/14/24
**ACTION CODE:**

---

**PROJECT DURATION:** 18 months –Overall for Room Additions or major reconstruction, and no more than 6 months to complete exterior wall finishes and roofing; 6 months –Any other type of permitted work –Any work allowed under this permit shall become null & void if work is suspended for 180 days or more. See City of Irvine Information Bulletin No. 222 for more information regarding owner and contractor responsibilities.

---

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class: __B__    Lic. No. __728102__

Date 04/24/2024    Contractor: __LENNAR HOMES OF CALIFORNIA LLC__

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____, B&PC, for this
Reason: _____

Date __4/24/2024__    Owner __LENNAR HOMES__

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☒ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier __OLD REPUBLIC INS. CO__

Policy #__MWC31414823__

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____    Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Lender's Name
Lender's Address

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Signature of Applicant or Agent    Date

Print Applicant's/Agent's Name

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

D:\Websites\ePORTAL\reports\Permits\WebApps01\Application Report\permits_2_page_finaled.rpt



# Online Permit - Misc. Residential

## 00932987-WMSR

**DESCRIPTION OF WORK:**
wmsr-01: (New/Replace) Lights/Outlets/Switches |
Additional Details: Electrical permits for model
landscape amenities (outlets for fountains and
barbecue)

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

---

**CONTRACTOR**

Date: 06/24/2024

License Class: B    Lic.No.: 768241

---

**OWNER-BUILDER**

### LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that all the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

Contractor _ LENNAR HOMES OF CALIFORNIA LLC

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct this project.

☐ I am exempt under Sec. _____, B&PC, for this

Reason: _____

---

**WORKERS' COMPENSATION**

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☒ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are

Carrier _ OLD REPUBLIC INS. CO.

Policy # _ MWC31414823

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _ 6/24/2024

Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____

Lender's Address _____

---

**LENDER**

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

---

**OWNER:** ALAN CHIK
**ADDRESS:** 301 LONGSPUR
**TRACT:** 19208    **LOT:** 1
**APN:**
**PLANNING AREA:**

**APPLICANT:** ALAN CHIK
**ADDRESS:** 2000 FIVEPOINT, 3RD FLOOR
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 204-4628

**CONTACT:** ALAN CHIK
**ADDRESS:** 2000 FIVEPOINT, 3RD FLOOR
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 204-4628

**CONTRACTOR:** LENNAR HOMES OF CALIFORNIA LLC
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTR LIC EXP:** 7/31/2025
**IRV BUS LIC:** 1001823    **EXP DATE:** 8/31/2024

**VALUATION:** $0    **NO. UNITS:**
**STORIES:** 0    **TOT SQFT:** 0    **SQFT:**
**CODE YR:** 2022

USE _____    OCC _____    CONST. TYPE _____

---

**PERMIT FEES**

Issuance Fee Res    26.72
Online Res Elec Permit Fee    53.43

**Total Permit Fees: $80.15**

**Receipt#** 00278091

**TCA Receipt#**    **TCA:**

PLAN CHECK #:
PLANNING APPROVAL:
BUILDING APPROVAL:
PERMIT ISSUED BY: DEREK SANDERS    8/15/24
PERMIT FINALED BY:    86
ACTION CODE:

---

**PROJECT DURATION:** 18 months –Overall for Room Additions or major reconstruction, and no more than 6 months to complete exterior wall finishes and roofing; 6 months – Any other type of permitted work; this permit shall become null & void if work is suspended for 180 days or more. See City of Irvine Information Bulletin No. 222 for more information regarding owner and contractor responsibilities.

---

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday: 9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

D:\Websites\ePORTAL\reports\Permits\WebApps01\Application Reports\permits_2_page_finaled.rpt

193

# Misc Commercial Permit

**00937581-MISC**

Issue Date: 10/7/2024

**ADDRESS: 301 LONGSPUR**
**TRACT: 19208**
**APN:**
**PLANNING AREA:**

LOT: 1

**DESCRIPTION OF WORK:**
**(EPLAN) TEMPORARY PORTABLE GENERATOR OVER 60 GAL.**

## City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**LICENSED CONTRACTORS DECLARATION**
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class: __B__  Lic.No. __960989__

Date: 10/07/2024    Contractor __POWER PLUS__

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec.____ B&P C, for this Reason: _____

Date _____ Owner _____

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____
Policy # _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____  Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Print Applicant's/Agent's Name _____

Signature of Applicant or Agent _____  Date _____

| LENDER | WORKERS' COMPENSATION | OWNER-BUILDER | CONTRACTOR |
|---|---|---|---|

---

**OWNER: <<<< < LENNAR HOMES**
**ADDRESS: 2000 FIVEPOINT 365**
**CITY, ST ZIP: IRVINE CA 92618**
**PHONE: (949) 349-8100**

**APPLICANT: < SR BRAY CORPORATION**
**ADDRESS: 5500 E LA PALMA AVE**
**CITY, ST ZIP: ANAHEIM CA 92807**
**CONTACT: TONI HALL 951-520-4947**
**PHONE: (714) 231-6798**

**CONTRACTOR: POWER PLUS**
**ADDRESS: 5500 E LA PALMA AVE**
**CITY, ST ZIP: ANAHEIM CA 92807**
**CONTR LIC EXP: 1/31/2025**
**IRV BUS LIC: 902416    EXP DATE: 1/31/2025**

| VALUATION: | $0 | | |
|---|---|---|---|
| STORIES: 0 | | NO. UNITS: | |
| CODE YR: 2022 | | TOT SQFT: 0 | |
| USE | OCC | CONST TYPE | SQ FT |

## PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 37.44 |
| SB 1473 fee - Due to State | 0.90 |
| SB 1473 fee - Admin | 0.10 |
| Issuance Fee Comm | 65.82 |
| Hourly Insp Fee Com | 374.42 |
| State Seismic Com | 0.55 |

**Total Permit Fees: $479.23**

**PLAN CHECK #:** 00935704-CTI
**PLANNING APPROVAL:** ERICA HONG 8/19/2024
**BUILDING APPROVAL:**
**PERMIT ISSUED BY: SIERRA ALCARAZ 10/7/2024**

**Receipt#** 00280901
**TCA Receipt:**
**TCA:**

D:\WebSites\HPORTAL\Reports\Permits\WebApps\91Permits\O\45_issued_permits_assessor_monthly.rpt

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 180 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM – 6 PM
Saturday: 9 AM – 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:**
Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. The person who obtains a permit to conduct excavation shall notify the appropriate regional notification center.
2. The person who agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00927322-RBP

**DESCRIPTION OF WORK:**
(e-plan) Carina Phase 1 Luna. Tract 19208, Lot 1, Unit 19.1
Production Detached Condo. Plan 2AR.

**ADDRESS:** 240 SORA
**TRACT:** 19208          **LOT:** 1
**APN:**
**PLANNING AREA:**

**OWNER:** <<< LENNAR HOMES
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 349-8100

**APPLICANT:** <<< LENNAR HOMES
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE  CA 92618
**CONTACT:** ALAN CHIK (949-204-4628
**PHONE:** (949) 349-8100

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                          **EXP DATE:**

**VALUATION:**      $ 667,359
**STORIES:** 2              **NO. UNITS:** 1
**CODE YR:** 2022          **TOT SQFT:** 4,553

USE                OCC        CONST. TYPE        SQ FT

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 241.88 |
| SB 1473 fee - Due to State | 24.30 |
| SB 1473 fee - Admin | 2.70 |
| Energy Surcharge Insp | 278.86 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt. Insp | 2,139.91 |
| State Seismic Res | 86.76 |
| System Dev Charge Circ | 3,336.79 |
| System Dev Charge Non-Circ | 3,336.79 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $9,574.22**

**TCA Receipt:**                **Receipt#**        00274785
                                                                        **TCA:**

**PLAN CHECK #:**    00926045-RNC
**PLANNING APPROVAL:** AMIR RAFIQ  4/8/2024
**BUILDING APPROVAL:** ZHALEH AFRASIABI 4/9/2024
**PERMIT ISSUED BY:** MARK MESSERSMITH 4/25/2024

---

## CONTRACTOR

Date:_____ Contractor _____

License Class:_____  Lic.No.

### LICENSED CONTRACTOR'S DECLARATION

I hereby affirm under penalty of perjury that one of the following declarations is true:

I hereby affirm that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

## OWNER-BUILDER

Date: **4/25/2024**      Owner <<<< **LENNAR HOMES**

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

I am exempt under Sec. _____ B&PC, for this Reason_____

## WORKERS' COMPENSATION

Policy #_____

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier_____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name_____

Lender's Address_____

## LENDER

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Date_____        Applicant

Signature of Applicant or Agent

Print Applicant's/Agent's Name                Date

**See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

PERMIT EXPIRATION/REIMBURSEMENT: For information regarding permit expiration or extension, visit https://www.cityofirvine.org/community-development/key-amendments (IMC 5-9-205). The permittee may be charged if the Irvine Division of Building and Safety fails to conduct an inspection of permitted work within 60 days of a valid inspection request. (HSC 17951)

By signing this permit I certify that I will comply with the latest California Plumbing Code regarding flushing procedures should PEX water piping be installed.

Outdoor fireplaces, barbeques and ovens shall not use solid fuel per AQMD requirements, and shall conform to all set back requirements.

Underground metallic gas piping is prohibited. Please check with your Plumbing Inspector/Building Official before construction to obtain their approval, if necessary.

Prior to proceeding with work for a TANKLESS WATER HEATER obtain HOA approval. If work involves new ventilation terminating at an exterior wall adjoining a neighbor's yard, or the home the heater serves is within a multi-family building.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.



COMMUNITY DEVELOPMENT
PUBLIC WORKS

# PERMIT DECLARATION
## TO BE COMPLETED BY OWNER-BUILDER

**IMPORTANT!** You are completing this Permit Declaration as the **OWNER-BUILDER** for this project. If you are not the Owner-Builder, please complete the appropriate declaration as the Contractor or Authorized Agent.

| PLAN CHECK/PERMIT NUMBER(S) |
|---|
| 00926045-RNC/00927319-RBP,  00927320-RBP,  00927321-RBP,  00927322-RBP,  00927323-RBP,  00927324-RBP, 00927325-RBP, 00927326-RBP,  00927327-RBP |

PROJECT ADDRESS

| 250 | Sora, | 246 | Sora, | 242 | Sora, | 240 | Sora, | 254 | Sora, | 258 | Sora, | 262 | Sora, | 266 | Sora, |

| PROJECT DESCRIPTION or NAME/PHASE | TRACT |
|---|---|
| C arina (BA   536)   -   Phase  1    Building Permit | |

## OWNER–BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors License Law for the following reason (Section 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law - Chapter 9 [commencing with Section 7000] of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to civil penalty of not more than five hundred ($500) dollars.

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and structure is not intended or offered for sale. (Section 7044, Business and Professions Code: Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvements is sold within one year of completion, the owner/builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

■ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Section 7044, Business License and Professions Code: the Contractor's License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor's license pursuant to the Contractor's License Law.) Additionally, I affirm that all subcontractors will be licensed in accordance with applicable California Business and Professions Code requirements and that a complete list of subcontractors (Form 43-19) will be provided to the City in accordance Irvine Municipal Code Section 5-9-205.

☐ I am exempt under Section _____ of the Business and Professions Code for this reason:

## OWNER–BUILDER DISCLOSURES

### [NOTICE TO PROPERTY OWNER]

The Owner-Builder Acknowledgment and Verification of Information provided on the following pages is to inform you of your responsibilities and possible risks you may incur by having this permit issued to you as the Owner-Builder. **The City will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form.** Please read and initial each statement to signify you understand and/or verify this information.

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

AC
1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an Owner-Builder building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

AC
2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

AC
3. I understand as an Owner-Builder I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

AC
4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

AC
5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

AC
6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

AC
7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

AC
8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

AC
9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

AC
10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

Carina   (BA536) Phase   1

# OWNER-BUILDER ACKNOWLEDGMENT AND VERIFICATION

AC

11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

AC

12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**I certify that I have read this application and state that the above information is correct. I agree to comply with all City and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above mentioned property for inspection purposes.**

_eSigned via SeamlessDocs.co_

04-21-2024

**OWNER-BUILDER SIGNATURE**

**DATE**

Alan    Chik

PROPERTY OWNER NAME

alan.chik@lennar.com

EMAIL

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



# New Residential Construction Permit

## 00927322-RBP

**DESCRIPTION OF WORK:**
(e-plan) Carina Phase 1 Luna, Tract 19208, Lot 1, Unit 19, 1
Production Detached Condo, Plan 2AR.

---

**OWNER:** <<< LENNAR HOMES
**ADDRESS:** 240 SORA
**TRACT:** 19208    **LOT:** 1
**APN:**
**PLANNING AREA:**

---

### PERMIT FEES

| | |
|---|---|
| Automation Fee Inspection | 241.88 |
| SB 1473 fee - Due to State | 24.30 |
| SB 1473 fee - Admin | 2.70 |
| Energy Surcharge Insp | 278.86 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt, Insp | 2,139.91 |
| State Seismic Res | 86.76 |
| System Dev Charge Circ | 3,336.79 |
| System Dev Charge Non-Circ | 3,336.79 |
| SlurrySeal New Res Max | 65.00 |

**Total Permit Fees: $9,574.22**
**Receipt#** 00274785

**TCA:**

PLAN CHECK #:  00926045-RNC
PLANNING APPROVAL:  AMIR RAFIQ  4/8/2024
BUILDING APPROVAL:  ZHALEH AFRASIABI 4/9/2024
PERMIT ISSUED BY:  MARK MESSERSMITH  4/25/2024
PERMIT FINALED BY:  DEREK SANDERS  11/14/24
ACTION CODE:  86

---

**CONTRACTOR**
License Class: _____ Lic.No. _____
Date 04/25/2024 Contractor:

LICENSED CONTRACTORS DECLARATION
I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

**OWNER-BUILDER**

OWNER-BUILDER DECLARATION
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____ B&P.C. for this reason
Reason _____

Date _4/25/2024_    Owner _<<<< LENNAR HOMES_

**WORKERS' COMPENSATION**

WORKERS' COMPENSATION DECLARATION
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers compensation insurance carrier and policy number are:
Carrier _____
Policy # _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.
Date _____    Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**LENDER**
Lender's Name _____
Lender's Address _____

CONSTRUCTION LENDING AGENCY
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____    Date _____

Print Applicant's/Agent's Name _____

---

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**

**APPLICANT:** <<< LENNAR HOMES
**ADDRESS:** 2000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE  CA 92618
**PHONE:** (949) 349-8100
**CONTACT:** ALAN CHIK 949-204-4628

**VALUATION:**    $ 667,359
**STORIES:** 2    **NO. UNITS:** 1
**CODE YR:** 2022    **TOT SQ.FT.** 4,553
**EXP DATE:**

| USE | OCC | CONST. TYPE | SQ FT |
|---|---|---|---|
| Production Detached Condo | R-3 | Type VB | 3,625 |
| GARAGE | U-1 | Type VB | 499 |
| PATIO & PORCH | R-3 | Wood Plate Covers | 429 |
| AC Condense | | RESIDENTIAL | |
| F.S. SYS-NFPA13D | | F.S. SYS-NFPA13D | |

---

PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition - 18 months, all others 6 months from date of permit.

See Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

CONSTRUCTION WORKING HOURS
Weekdays: 7 AM - 7 PM, Saturday:    9 AM - 6 PM
Sunday/Holiday: PROHIBITED

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

# Online Permit - Misc. Residential

**00926689-WMSR**

**DESCRIPTION OF WORK:**
wmsr-10: (New) Roof-Mount Solar PV w/Approved Master Plan |
Additional Details: Plan 2. Roof Mounted PV system. 6.480 kW (DC) & 4.640 kW (AC). 16 modules. Carina.

**City of Irvine**
**Building & Safety Division**
**Community Development Dept.**
**One Civic Center Plaza**
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

## CONTRACTOR

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class: B    Lic.No. 728102

Date 04/29/2024   Contractor   LENNAR HOMES OF CALIFORNIA LLC

## OWNER-BUILDER

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale.

☒ I, as owner of the property, am exclusively contracting with licensed contractors to construct this project.

☐ I am exempt under Sec. _____, B&PC, for this

Reason _____

Date 4/29/2024   Owner   LENNAR HOMES

## WORKERS' COMPENSATION

### WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☒ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier   OLD REPUBLIC INS. CO.

Policy #   MWC31414823

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 4/29/2024   Applicant _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## LENDER

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

## LICENSED CONTRACTORS DECLARATION

(Declaration text)

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicant's/Agent's Name _____

---

**OWNER:** LENNAR HOMES
**ADDRESS:** 240 SORA
**TRACT:** 19208    **LOT:** 1
**APN:**
**PLANNING AREA:**

**APPLICANT:** LENNAR HOMES OF CALIFORNIA
**ADDRESS:** 25000 FIVEPOINT 3RD FLOOR
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 241-6231

**CONTACT:**
**PHONE:** (949) 507-1129 2

**CONTRACTOR:** LENNAR HOMES OF CALIFORNIA LLC
**ADDRESS:** 25000 FIVEPOINT 365
**CITY, ST ZIP:** IRVINE CA 92618
**CONTR LIC EXP:** 4/30/2026
**IRV BUS LIC:** 1001823    **EXP DATE:** 8/24/2025

**VALUATION:** $0
**STORIES:** 0    **NO. UNITS:**
**CODE YR:** 2022    **TOT SQFT:** 0
**USE** _____   **OCC** _____   **CONST. TYPE**

_____ **SQ FT**

**PERMIT FEES**
Issuance Fee Res    26.72
Online Res Elec Permit Fee    250.47

**Total Permit Fees: $277.19**

**Receipt#**    **00275510**

**TCA Receipt#**    **TCA:**

**PLAN CHECK #:**
**PLANNING APPROVAL:**
**BUILDING APPROVAL:**
**PERMIT ISSUED BY:** DEREK SANDERS    11/7/24
**PERMIT FINALED BY:**
**ACTION CODE:** 86

---

**PROJECT DURATION:** 18 months –Overall for Room Additions or major reconstruction, and no more than 6 months to complete exterior wall finishes and roofing; 6 months – Any other type of permitted work this permit shall become null & void if work is suspended for 180 days or more. See City of Irvine Information Bulletin No. 222 for more information regarding owner and contractor responsibilities.

**CONSTRUCTION WORKING HOURS**
Weekdays: 7 AM - 7 PM, Saturday:   9 AM - 6 PM
Sunday/Holiday: PROHIBITED

**NOTICE:** Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

D:\Websites\ePORTAL\reports\Web\WebApps01\Application Reports\permits_2_page_finaled.rpt

# Exhibit 269



The New Home Company Inc Corporate Entity Map

# Exhibit 270

# Document Representations



## Planning

**FBNs**
TNHC Realty and Construction Inc
> New Home Co
> New Home Company

**New Residential Construction Permit**
1/2/24
Owner- Builder:
New Home Co
New Home Company
Signatory:
KB Processing/Kristi Blanchard

**Owner- Builder Permit Declaration**
1/4/24
Owner- Builder:
New Home Company
Signatory:
KB Processing/Kristi Blanchard

**Certificate of Insurance**
Named Insureds:
TNHC Realty and Construction Inc
The New Home Company Inc

**CSLB License**
938080
TNHC Realty and Construction Inc

**DRE License**
01870227
TNHC Realty and Construction Inc

**Irvine Business Licenses**
200004635
The New Home Company Inc
903438
TNHC Realty and Construction Inc

## Sale

**Website**
The New Home Company Inc

**Purchase Agreement**
1/9/24
Seller/Builder/Merchant Builder:
The New Home Company Southern California LLC

**US Bank Partnership**
Seller- Broker:
TNHC Realty and Construction Inc

**2007 NEW HOME UNIVERSAL DESIGN OPTION CHECKLIST (AB 1400) (Purchase Agreement)**
Developer (Contact) Name:
The New Home Company Southern California LLC

## Close

**Mortgage Closing Disclosure**
6/22/24
Seller:
The New Home Company Southern California LLC
Real Estate Broker (S):
The New Home Company Southern California LLC

**Notice of Completion**
6/24/24
Owner:
The New Home Company Southern California LLC
Original Contractor:
TNHC Realty and Construction Inc

**Grant Deed**
5/16/24
Grantor:
The New Home Company Southern California LLC

**Homebuyer Limited Warranty**
Builder:
The New Home Company Southern California LLC

## Post Close

**SB800 Response Letters**
Respondent:
The New Home Company Inc

**Warranty Portal**
Builder:
The New Home Company Southern California LLC

**HOA Agreement**
Builder:
The New Home Company Southern California LLC

# Exhibit 271

# Entity Document List

**The New Home Company Inc**
Website Copyright Owner
Certificate of Insurance
SB800 Response Letters
Irvine Business License 903438

**TNHC Realty and Construction Inc**
US Bank Partnership
Owner- Builder Permit Declaration1/2/24
New Residential Construction Permit 1/4/24
Notice of Completion 6/24/24
Certificate of Insurance
CSLB License 938080
DRE License 01870227
Irvine Business License 200004635

**The New Home Company Southern California LLC**
Purchase Agreement 1/9/24
Grant Deed,5/16/24
Mortgage Closing Disclosure 6/24/24
Homebuyer Limited Warranty 6/24/24
Warranty Portal Builder Contact
HOA Builder of Record

# Exhibit 272



**Shawna McKee**
E-mail: smckee@rutan.com

October 7, 2025

**VIA E-MAIL**

Jeffrey Gu
jeffwgu@gmail.com
jeffreygu@proffer.info

Re:    Public Records Act Requests Received August 1, 2025 and August 3, 2025

Dear Mr. Gu:

As you know, this office serves in the capacity of City Attorney for the City of Irvine ("City"). This letter is being sent in response to the two (2) above-referenced requests under the California Public Records Act, Gov. Code, § 7920.000 et seq. (CPRA), which seek the following:

August 1, 2025 Request

1. Employment history with the city of irvine, hiring managers or decision makers involved in hiring, current managers and supervisors, and position title history with the city of irvine for the following employees: Trinity Pham, Kalvin Alvarez

2. Any communications between the city attorney, and the city council's office and the human resources department and/or Communications and Engagement Department from July 31, 2025 to present

August 3, 2025 Request

This request is related to the information surrounding the phone call made to 720-593-1548, my number, at 8:47pm on July 30, 2025.

1. Name and title of the officer and badge number who made the phone call, seemingly female.

2. Name and title of the other individual in the room with the officer, as the officer was consulting someone, seemingly male.

3. The name and title of any supervisors of this officer.

4. The notes and communications provided to the officer or the Irvine Police Department from the city council's office to instigate the phone call.

Rutan & Tucker, LLP | 18575 Jamboree Road, 9th Floor
Irvine, CA 92612 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | San Francisco | www.rutan.com

2905/048170-0301
22876713.1 a10/07/25



Jeffrey Gu
October 7, 2025
Page 2

5. Names and titles of the individual or individuals in the city council office who provided the notes for the officer's call (Trinity Pham and others).

6. Names and titles of the individuals who motivated the police to instigate the phone call.

7. The location the phone call was made from.

8. Any recording or notes produced from the officer's phone call itself.

9. Any emails or written communications between the following entities and each other: City Attorney Jeffrey Melching/his law firm, the HR department, the communications and engagement dept, the building and safety dept, the city council's office, and the Irvine Police Department regarding this police phone call to me and my call to William Go's office, from July 30, 2025 and forward.

On August 8, 2025, and August 13, 2025, respectively, the City informed you that due to the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records and/or the need to consult with another agency having substantial interest in the determination of the requests or among two or more components of the agency having substantial subject matter interest therein, the City's response time for these requests would be extended to August 25, 2025 and August 27, 2025 respectively. (Gov. Code, § 7922.535, subds. (b) & (c).) On August 25. 2025, the City informed you that it was in possession of public records potentially responsive to your request and that records would be made available to you on or around October 7, 2025.  The City informed you that due to considerable overlap in the scope of your requests, they would be consolidated for concurrent processing and response.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]



Jeffrey Gu
October 7, 2025
Page 3


  This office has now determined that your request seeks certain records that are exempt from disclosure, including pursuant to Government Code sections 7922.000, 7923.600, and the City of Irvine Personal Information Privacy Act. (Gov. Code, §§ 7922.000, 7923.600; City of Irvine Personal Information Privacy Act, approved by the voters November 4, 2008.) Subject to and without waiving the above exemptions, a first batch of non-exempt disclosable records that the City deems to fall within the scope of your request are now being provided to you attached to this correspondence. For responsive records in which only portions of the records are protected by an applicable privilege or exemption, those redacted records or portions thereof, if any, are provided as well. A second batch of non-exempt public records responsive to your request will be provided on or around **December 8, 2025**.

  Should you have any questions about the above, please do not hesitate to contact me.

      Sincerely,

      RUTAN & TUCKER, LLP



      Shawna McKee

JS:js

# Exhibit 273

| From: | Jeffrey Gu███████████ |
| Sent: | Wednesday, July 30, 2025 12:00 PM PDT |
| **To:** | businesslicense@cityofirvine.org |
| Subject: | Notice of Unlicensed Operator in the City of Irvine |
| Attachments: | CA SOS The New Home Company Southern California LLC.png, CA SOS The New Home Company Inc.png, CA SOS TNHC Realty and Construction Inc.png, Olivewood @ Portola Springs Lot 98 - Buyers Finals.pdf, Authorized Signer.pdf, Irvine Business Registration The New Home Co Inc.png, Irvine Business Registration TNHC Realty and Construction Inc.png |

**CAUTION: EXTERNAL EMAIL**

**Hello,**
**The New Home Company Southern California LLC appears to operate in Irvine without a business license, perhaps for its entire existence in California (from 2009).**
**Though the parent and sister companies appear to be registered, this specific entity is not, despite selling homes and retaining officers and employees in the city.**
**Please notify me if the city has any affirmative findings and takes any enforcement actions.**
**-Jeffrey**

**BUYER/BORROWER STATEMENT**
**Final**

**File No.:** 87418-SR
**Officer/Escrow Officer:** Starling Rich

**Printed Date/Time:** 06/25/2024 -11:50:39AM
Page      1 of 2
**Closing Date:** 06/25/2024
**Disbursement Date:** 06/25/2025
**Loan Number:** 2490876227

**Buyer/Borrower:** Investment Property Exchange Services, Inc. as Qualified Intermediary for Di Lan Ge, Trustee and Investment Property
Exchange Services, Inc. as Qualified Intermediary for Xian Feng Gu, Trustee
601 California Street, Suite 1501, San Francisco, CA  94108

**Seller:** The New Home Company Southern California, LLC a Delaware limited liability company
15231 Laguna Canyon Road, Suite 250, Irvine, CA  92618

**Property:** 129 Oakstone, Irvine, CA  92618

Lot: 88    Tract: 19176

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | 3,867,154.00 | |
| Earnest Money | | 75,000.00 |
| Additional Deposit | | 25,910.00 |
| Additional Deposit | | 57,672.00 |
| Additional Deposit | | 500,000.00 |
| Additional Deposit | | 1,287,243.80 |
| Additional Deposit | | 500,000.00 |
| Additional Deposit | | 445,538.12 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Property Tax @ 1,020.57 per 6 month(s) 6/25/2024 to 7/01/2024 | 34.02 | |
| Association Dues @ 183.00 per 1 month(s) 6/25/2024 to 7/01/2024 | 36.60 | |
| **TITLE CHARGES** | | |
| Owner's Premium for 3,867,154.00: First American Title | 2,912.70 | |
| Lender/Mortgagee Premium for 1,000,000.00: First American Title | 1,248.30 | |
| Sub-Escrow Fee: First American Title | 150.00 | |
| Deed: First American Title | 22.00 | |
| Mortgage Recording Fee: First American Title | 112.00 | |
| County Transfer Tax: First American Title | 4,254.25 | |
| Recording Service Fee: First American Title | 31.00 | |
| Title Messenger Fee: First American Title | 53.76 | |
| IDRA: First American Title | 166.00 | |
| Notary/Signing Fee: Leakimna Choeum | 250.00 | |
| **ESCROW CHARGES TO: The Escrow Specialists, Inc.** | | |
| Settlement Agent Fee | 4,255.00 | |
| Messenger Fee | 85.00 | |
| Document Preparation Fee | 50.00 | |
| **LENDER CHARGES** | | |
| New Deed of Trust to U.S. Bank National Association: | | 1,000,000.00 |
| Prepaid Interest From  6/24/2024 To  7/01/2024, 7 Days, @ 191.7800/per day: U.S. Bank National Association | 1,342.46 | |
| Tax Service: Corelogic | 84.00 | |
| Flood Certification: CoreLogic Flood Service | 8.00 | |
| Appraisal: Red Sky | 825.00 | |
| Credit Report: Equifax $168.28 PBO New Lender | 38.79 | |
| Commitment Fee: U.S. Bank National Association | 900.00 | |
| Application Fee: U.S. Bank National Association $395.00 POC Borrower | | |
| Inspection Fee: Red Sky | 150.00 | |

**BUYER/BORROWER STATEMENT**
**Final**

**File No.:**  87418-SR

**Printed Date/Time:**  06/25/2024 - 11:50:39AM
Page        2 of 2

**Property:** 129 Oakstone, Irvine, CA  92618

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| Lender Credit: U.S. Bank National Association | | 1,000.00 |
| Discount Points: U.S. Bank National Association | 1,900.00 | |
| ADDITIONAL DISBURSEMENTS: | | |
| NHD/Tax Disclosure: Disclosure Source | 110.00 | |
| Homeowner's Insurance: California Fair Plan Association | 4,605.00 | |
| Homeowner's Insurance: American Modern | 760.00 | |
| Transfer Fee: Keystone Pacific Property Management, LLC | 65.00 | |
| Association Dues: Olivewood Community Association | 183.00 | |
| **SUBTOTALS** | 3,891,785.88 | 3,892,363.92 |
| **DUE TO BUYER/BORROWER** | 578.04 | |
| | | |
| **TOTALS** | 3,892,363.92 | 3,892,363.92 |

THIS IS A FINAL CLOSING STATEMENT

# Businesses Licensed  Or In-Process By  The  City of Irvine

949-724-7128    |    IrvineBusinessLicense@cityofirvine.org

To filter (search) the list, first type a value into the field you wish to filter, click on the filter button next to the entry box for the field and choose an applicable value.

For Example: If you would like to search on account number, first enter the acco11nt number into the account number search box under the column heading then click and choose "Equal To"

This page will now begin to search for the account number that you entered. It will take a few seconds for the search to finish. If you would like to query by name, first enter the business name and then choose "startswith"

Or search from the beginning of the name or "Contains" to search a word contained within the entire business name. For example, if you search on "pool" and choose contains the page will search all the business names that contain the word "pool".

When searching on one field and then another, be sure to clear the first filter by choosing "No Filter" on the field that you are not searching on unless you intend to have that filter running for your search.

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| 200004635 | THE NEW HOME COMPANY INC | The New Home | 18300 VON KARMAN AVE# 1000-1100 | IRVINE, CA 92612-1057 | Management of Companies and Enterprises | 551114 | HEADQUARTERS/CORPORATE OFFICE FOR HOMEBUILDING COMPANY |

# Businesses Licensed  Or In-Process  By The  City of Irvine

949-724-7128    |  IrvineBusinessLicense@cityofirvine.org

To filter (search) the list, first type a value into the field you wish to search on then click on the filter button next to the entry box for the field and choose an applicable value.

**For Example:** If you would like to search to search on account number, first enter the account number into the account number search box under the column heading then click choose "Equal To".

The page will now begin to search for the account number that you entered. It will take a few seconds for the search to finish. If you would like to query by name, first enter the business name and then choose "startswith"

It will search from the beginning of the name or "Contains" to search a word contained within the entire business name. For example, if you search on "pool" and choose startswith it will search all the business names that contain the word "pool".

When searching on one field and then another, be sure to clear the first filter by choosing "No Filter" on the field that you are not searching on unless you intend to h after running for your search.

Export to Excel

| Account Number | Name | OBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| | TNHC | | | | | | |
| 903438 | TNHC REALTY AND CONSTRUCTION INC | | 15231 LAGUNA CANYON RD STE 250 | IRVINE, CA 92618-7714 | Construction | 236220 | HOMEBUILDING - CONSTRUCTION & SALES |



California
Secretary of State

Home | Search | Forms | Help | Login

Business | UCC

Disclaimer: Search results are limited to the 500 entities closest matching the entered search criteria. If your search is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate the entity by searching; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

THE NEW HOME COMPANY SOUTHERN CALIFO...

Advanced ∨    Results: 1

| Entity Information ⓘ | Initial Filing Date ⌄ | Status ⌄ | Entity Type ⌄ | Formed In ⌄ | Agent |
|---|---|---|---|---|---|
| THE NEW HOME COMPANY SOUTHERN CALIFORNIA LL (200918710183) | 06/26/2009 | Active | Limited Liability Company - Out of State | DELAWARE | AGENT SOLUTIONS, INC. REGISTERED |

THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC (200918710183)

Request Certificate

Initial Filing Date    06/26/2009
Status    Active
Standing - Agent    Good
Standing - SOS    Good
Standing - FTB    Good
Standing - VCFCF    Good
Entity Type    Limited Liability Company - Out of State
Formed In    DELAWARE
Principal Address    18300 VON KARMAN AVE SUITE 1000 IRVINE, CA 92612
Mailing Address    18300 VON KARMAN AVE. SUITE 1000 IRVINE, CA 92612
Statement of Info Due Date    06/30/2027
Agent    1505 Corporation REGISTERED AGENT SOLUTIONS, INC.
CA Registered Corporate Agent Authorized Employee(s)    ADAM SALDANA 720 14TH STREET, SACRAMENTO, CA

ALVIN SAYRE 720 14TH STREET, SACRAMENTO, CA

ANGELA CASTILLO 720 14TH STREET,

© 2025 CA Secretary of State



**California**
*Secretary of State*

? Help

Forms

Search

Home

Login

Business    UCC

**Advanced search 1 feature.**

Advanced Search

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.
- An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

Disclaimer: Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

**TNHC REALTY**

Advanced ∨

🔍

Results: 1



| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| **TNHC REALTY AND CONSTRUCTION INC. (3215421)** ∨ | 06/26/2009 | Active | Stock Corporation - Out of State - Stock | DELAWARE | REGISTERED AGENT SOLUTIONS, INC. |

---

**TNHC REALTY AND CONSTRUCTION INC. (3215421)**    ✕

Request Certificate

**Initial Filing Date** 06/26/2009

**Status**  Active

**Standing - SOS** Good

**Standing - FTB** Good

**Standing - Agent** Good

**Standing - VCFCF** Good

**Formed In** DELAWARE

**Entity Type** Stock Corporation - Out of State - Stock

**Principal Address** 18300 VON KARMAN AVE. SUITE 1000 IRVINE, CA 92612

**Mailing Address** 18300 VON KARMAN AVE. SUITE 1000 IRVINE, CA 92612

**Statement of Info Due Date** 06/30/2026

**Agent** 1505 Corporation REGISTERED AGENT SOLUTIONS, INC.

**CA Registered Corporate (1505) Agent Authorized Employee(s)**
ADAM SALDANA 720 14TH STREET, SACRAMENTO, CA
ALVIN SAYRE 720 14TH STREET, SACRAMENTO, CA
ANGELA CASTILLO 720 14TH STREET, SACRAMENTO, CA

Open "https://bizfileonline.sos.ca.gov/search" in a new tab    .tate

**ACTION BY WRITTEN CONSENT  OF THE**
**SOLE MEMBER AND MANAGER**
**OF**
**THE NEW HOME COMPANY SOUTHERN  CALIFORNIA LLC**

The undersigned, being the sole member and manager (the "Member") of The New Home Company Southern California LLC, a Delaware limited liability company (the "Company"), hereby adopts the following resolutions by written consent pursuant to Section 18-404 of the Delaware Limited Liability Company Act (the "DLLC"), effective as of the date set forth below.

Appointment of Certain Officers

WHEREAS, pursuant to the DLLC and the Company's Limited Liability Company Agreement, the Member has the authority to, among other things, appoint Officers of the Company.

WHEREAS, the Member has authority to remove any officer that was previously elected at any time.

NOW, THEREFORE, BE CT RESOLVED, that the persons set forth on Exhibit A (the "Appointed Officers") attached hereto be and they are each hereby elected to the respective office or offices set forth beside their names, to hold such offices until their resignation, removal or the election of their respective successors.

FURTHER RESOLVED, that all fonner individuals who were designated or elected as officers of the Company are hereby removed and that any and all actions taken by such individuals following the date of removal or date of termination of any such individuals' employment, whichever is earlier, are not actions of the Company and are not ratified in any respect by the Company notwithstanding anything to the contrary in these resolutions.

FURTHER RESOLVED, that, for the avoidance of doubt, the following individuals shall have no right to bind the Company and have been previously removed (and, to the extent not previously removed, are hereby removed) as officers from all offices such individuals may have held at any time with the Company:

Kara Bums

FURTHER RESOLVED, that each Appointed Officer be, and hereby is, authorized and empowered to act as authorized officers of the managing member or general partner of one or more joint ventures as the Company has established or may establish or participates in or may participate in (the "Ns").

FURTHER RESOLVED, that any one or more of the Member, the Chief Executive Officer, the Chief Financial Officer, the General Counsel, the Secretary and any Assistant Secretary of the Company shall have the authority to amend and update Exhibit A from time to time as deemed necessary for the management and business of the Company, which updated Exhibit A shall be affixed to  this  Action by Written Consent and filed with the books and records of the Company.

**Authority with Respect to Joint Ventures**

WHEREAS, the Company serves as the managing member or general partner of one or more

WHEREAS, the Company desires to authorize the Appointed Officers to act on behalf of the Company with regards to its investments or interests in the subsidiaries of the Company and related investment vehicles of the Company as the Company may establish or participate in from time to time.

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Officers be, and hereby are, authorized to take all actions deemed necessary and appropriate to act on behalf of the Company with regards to the Ns, including but not limited to the foregoing.

**Authority of the Appointed Officers**

WHEREAS, the Appointed Officers are or will be performing services on behalf of the Company and, in some cases, the Ns, and, as a result may be required from time to time to execute agreements, other documents, instruments, certificates and the like on behalf of the Company and/or its

WHEREAS, the Member has determined it to be in the best interests of the Company that the Appointed Officers be, and each of the ◆ hereby is acting jointly or alone, authorized to execute such agreements and other documents, instruments, certificates, applications, maps, permits, easements, licenses and other documents and materials (collectively, "Company Documents") on behalf of the Company and/or Ns.

NOW, THEREFORE, BE IT RESOLVED, that any one or more of the Appointed Officers is hereby authorized to execute, acknowledge and deliver Company Documents.

FURTHER RESOLVED, that the Appointed Officers shall have the additional duties, responsibilities and powers set forth on Exhibit B attached hereto, as such Exhibit B may be amended or updated from time to time by the Member, the Chief Executive Officer, the Chief Financial Officer, the Secretary or any Assistant Secretary of the Company, which updated Exhibit B shall be affixed to this Action by Written Consent and filed with the books and records of the Company.

**General Resolutions**

FURTHER RESOLVED, that any Appointed Officer of the Company be, and each of them hereby is, authorized and empowered to take or cause to be taken all such further actions and to execute and deliver or cause to be executed ·and delivered such other instruments and documents in the name on behalf of the Company and to pay all such fees and expenses as may be necessary, proper or advisable in order to carry out fully the purpose and intent of the foregoing resolutions and each of them.

FURTHER RESOLVED, that all acts and things heretofore undertaken by any of such Appointed Officers or by any other officers, employees or agents of the Company, on or prior to the date at which the foregoing resolutions were adopted, in connection with such resolutions be, and the same hereby are, in all respects, ratified, confirmed, approved and adopted as acts on behalf of the Company (except as expressly reserved herein).

**[Signature Page Follows]**

**IN WITNESS WHEREOF, the undersigned has executed this Action by Written Consent as** the 17 day of February 2022.

THE NEW HOME COMPANY
SOUTHERN CALIFORNIA LLC
a Delaware limited liability company

By:  THE NEW HOME COMPANY INC.,
a Delaware corporation
as Sole Member and Manager

John M. Stephen
Chief Financial
(Authorized Officer)

**Exhibit A**
**Appointed Officers**

| ?:-.Jame (Last, First) | | Office* |
|---|---|---|
| **Zaist** | **Matthew R.** | **Chief Executive Officer** |
| **Stephens** | **John M.** | **Executive Vice President and Chief Financial Officer** |
| **Jarvis** | **Andrew** | **President, Land Company** |
| **Battaglia** | **Michael** | **President, Southern California** |
| **Harbur** | **Miek** | **SVP, General Counsel and Secretary** |
| **Kawanami** | **Mark** | **SVP, Finance and Assistant Secretary** |
| **Jordan** | **Stephen** | **SVP, Land & Planning** |
| **Gibson** | **Matthew** | **SVP, Land Acquisition** |
| **Dibble** | **Patrick** | **VP** |
| **Kakimoto** | **Bryan** | **VP, Corporate Controller** |
| **Irwin** | **Robert** | **VP, Finance** |
| **Eltringham** | **Megan** | **VP, Marketing** |
| **Carreon** | **Sarah** | **VP, People** |
| **Andrews** | **Melanie** | **VP, Purchasing** |
| **Alkon** | **Jose** | **VP, Sales** |
| **Michel** | **Lori** | **Director, DRE and Escrow and Assistant Secretary** |
| **Robertson** | **Michael** | **Director of Risk Management and Assistant Secretary** |

**\*VP  and SVP can also be referred to as Vice President and Senior Vice President, respectively**

California
Secretary of State

Help | Forms | Home | Search | Login

Business   UCC

provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer, and (3) complete your request online.

# The New Home Co

Advanced ∨

Results: 14

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| NEW HORIZON COALITION FOR THE HOMELESS (3625041) ∨ | 12/11/2013 | Suspended - FTB/SOS | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | MELVIN L MURPHY |
| NEW HORIZON COALITION FOR THE HOMELESS (4741949) ∨ | 04/09/2021 | Active | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | MELVIN L MURPHY |
| THE COLLECTION, NEW HOMES DIVISION, LLC (200628100098) ∨ | 1/23/2006 | Suspended - FTB | Limited Liability Company - CA | CALIFORNIA | SONNY BENUDIZ |
| THE NEW HOME BUILDING CORPORATION (7006562B) ∨ | 07/03/1991 | Suspended - FTB | Legacy Corporation | CALIFORNIA | |
| THE NEW HOME COMPANY INC. (3642213) ∨ | 02/03/2014 | Active | Stock Corporation - Out of State - Stock | DELAWARE | REGISTERED AGENT SOLUTIONS, INC. |

© 2025 CA Secretary of State

## THE NEW HOME COMPANY INC. (3642213)

Request Certificate



| | |
|---|---|
| Initial Filing Date | **02/03/2014** |
| Status | **Active** |
| Standing SOS | Good |
| Standing FTB | Good |
| Standing VCFCF | Good |
| Entity Type | Stock Corporation - Out of State - Stock |
| Formed In | **DELAWARE** |
| Principal Address | 18300 VON KARMAN AVE. SUITE 1000 IRVINE, CA 92612 |
| Mailing Address | 18300 VON KARMAN AVE. SUITE 1000 IRVINE, CA92612 |
| Statement of Info Due Date | **02/28/2026** |
| Agent | 1505 Corporation REGISTERED AGENT SOLUTIONS, INC. |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | ADAM SALDANA 720 14TH STREET, SACRAMENTO, CA |
| | ALVIN SAYRE 720 14TH STREET, SACRAMENTO, CA |
| | ANGELA CASTILLO 720 14TH STREET, SACRAMENTO, CA |

| From: | Jeffrey G▉▉▉▉▉▉▉▉▉ |
|---|---|
| Sent: | **Wednesday, July 30, 2025 12:11 PM PDT** |
| To: | **Jesse Cardoza <JCardoza@cityofirvine.org>** |
| CC: | **William Go Web <WilliamGo@cityofirvine.org>** |
| Subject: | **Re: Toll Brothers Permit** |
| Attachments: | **BUILDING PERMIT - PERMIT 00920236-RBP- ADDRESS 129 OAKSTONE.pdf** |

CAUTION: **EXTERNAL EMAIL**

Hi Jesse,
I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?
-Jeffrey

On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu - wrote:
  Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.
  On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:
  Mr. Gu
  Thank you for the excellent follow-up question.
  We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https://www.cslb.ca.gov/).
  Please let me know if you have any other questions.

  **Jesse Cardoza, PE, CASp**

  Deputy Director of Community Development/Chief Building Official

  **949-724-6377**


  **From: Jeffrey G**▉▉▉▉▉▉▉
  **Sent: Thursday, July 24, 2025 2:09 PM**

  **To: Jesse Cardoza <JCardoza@cityofirvine.org>**
  **Cc: William Go Web <WilliamGo@cityofirvine.org>**
  **Subject: Re: Toll Brothers Permit**
  CAUTION: **EXTERNAL EMAIL**
  **Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
  **On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
    Mr. G u

**It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for brining this to my attention.**

Jesse Cardoza, PE, CASp

**Deputy Director of Community Development/Chief Building Official**

**949-724-6377**

From: **Jeffrey G**▮▮▮▮▮▮▮▮▮▮
Sent: **Friday, July 18, 2025 7:45 AM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 17, 2025 at 1:43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Mr. G u
**At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?**

Jesse Cardoza, PE, CASp

**Deputy Director of Community Development/Chief Building Official**

**949-724-6377**

From: **Jeffrey G**▮▮▮▮▮▮▮▮▮▮
Sent: **Thursday, July 17, 2025 6:00 AM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

**Hi Jesse,**
**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu** ▮▮▮▮▮▮▮▮▮ **wrote:**
Hi Jesse,
**I just received these permits from my CPRA request. Do you happen to see any irregularities?**
**-Jeffrey**

# New Residential Construction Permit

**00920236-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176,
Lot 88. 1 Production SFD. Plan 28.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-    -6300 For Inspections: (949) 724-6501



**ADDRESS:** 129 OAKSTONE                    LOT: 88
**TRACT:** 19176
**APN:**
**PLANNING AREA:**

**OWNER:** NEW HOME COMPANY
**ADDRESS** 31231 LAGUNA CANYON RD 250
**CITY, ST ZIP** IRVINE CA 92618
**PHONE** (949) 793-0040

**APPLICANT:** KB  PROCESSING
**ADDRESS** 27601  EARLY LN
**CITY, ST ZIP** MURRIETA    CA92563
**CONTACT** KRISTI BLANCHARD  951   -970-4794
**PHONE** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                              **EXP DATE:**

**VALUATION:** $ 530,922
**STORIES:** 2                **NO. UNITS:**
**CODE YR** 2019             **TOT SQFT** 3,466

**USE**      **OCC**      **CONST TYPE**      SB FT

## PERMIT FEES

| Fee | Amount |
|---|---|
| Automation Fee 1 Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Chan::16 Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

Total Permit Fees: $7,575.22
Receipt# 00270511

TCA Receipt: 8680        TCA: F/E-A

PLAN CHECK# 00891461-RNP
PLANNING APPROVAL KATIE CURTIS        12/18/2023
BUILDING APPROVAL GALEN ARRASIABI     12/15/2022
PERMIT ISSUED BY CHERYL WILLIAMS      1/4/2024
PERMIT FINALED BY DAVID CHAFFE        6/14/24
ACTION CODE 86

---

**LICENSED CONTRACTORS DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class _____  Lic No. _____

Date 01/04/2024 _____ Contractor _____

**OWNER-BUILDER DECLARATION**

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____

Reason _____

Date _1/4/2024_      Owner New Home Company

☐ B&PC, for this

**WORKERS' COMPENSATION DECLARATION**

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier _____  policy number _____

☐ Policy# _____

I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' Compensation Laws of California, and agree that if I should become subject to the worker's compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _1/4/2024_      Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.)

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____   Date _____

Print Applicants/Agents Name _____

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition -18 months, all others 6 months from date of permit.

see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

CJEdenReports/permit2_page_jlongkit.rpt

| | |
|---|---|
| From: | Kalvin Alvarez <KalvinAlvarez@cityofirvine.org> |
| Sent: | Wednesday, July 30, 2025 4:17 PM PDT |
| To: | Trinity Pham <TPham@cityofirvine.org> |
| Subject: | Fw: Toll Brothers Permit |
| Attachments: | BUILDING PERMIT· PERMIT 00920236-RBP - ADDRESS 129 OAKSTONE.pdf |

**O**     **Kalvin Alvarez** Chief of Staff

**Office of Councilmember William Go,  City of Irvine**

949-724-6233 11  Civic Center Plaza. Irvine. CA 92606
KalvinA/varez@cityofirvine.org  |  cityofirvine.org

From: Jeffrey Gu ▮▮▮▮▮▮▮
Sent: Wednesday, July 30, 2025 12:11:43 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,
I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed
business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION"
section has no checkboxes filled in?
-Jeffrey

**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey** ▮▮Gu▮▮▮▮▮▮▮▮ **wrote:**
   **Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the
   details. While I could bring more oversights to your attention, I imagine it'd be futile.**
   **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <** JCardoza@cityofirvine.org **> wrote:**
      Mr. Gu
      Thank you for the excellent follow-up question.
      We don't specifically track the relative portion of licensed contractors that are also mortgage
      companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have
      issued a number of building permits to Toll Brothers under their B - General Building contractor's
      license. For up-to-date contractor license information, please visit the California Department of
      Consumer Affairs web page (https://www.cslb.ca.gov/).
      Please let me know if you have any other questions.

      Jesse Cardoza, PE, CASp

   **Deputy Director of Community Development/Chief Building Official**

      **949-724-6377**

      **From:** Jeffrey Gu - ▮▮▮▮▮▮▮▮▮▮▮
      **Sent: Thursday, July 24, 2025 2:09 PM**

**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
**On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
  Mr. Gu
  **It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit.**
  **Thank you for brining this to my attention.**

  **Jesse Cardoza, PE, CASp**

  Deputy Director of Community Development/Chief Building Official

  **949-724-6377**


**From: Jeffrey Gu▮▮▮▮▮▮▮▮▮▮▮**
**Sent: Friday, July 18, 2025 7:45 AM**

**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul  1 7, 2025 at 1 :43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
  Mr. Gu
  **At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?**

  **Jesse Cardoza,  PE,  CASp**

  Deputy Director of Community DevelopmenVChief Building Official

  **949-724-6377**


**From: Jeffrey Gu▮▮▮▮▮▮▮▮▮▮**
**Sent: Thursday, July 17, 2025 6:00 AM**
**To: Jesse Cardoza <JCardoza@cityofirvine.org>**

Cc: William Go Web <WilliamGo@cityofirvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Hi Jesse,

Any comments on my last email?

-Jeffrey

On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu - wrote:

Hi Jesse,

I just received these permits from my CPRA request. Do you happen to  see any irregularities?

-Jeffrey

# New Residential Construction Permit

**00920236-RBP**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs - Tract 19176, Lot 88. 1 Production SFD. Plan 28.

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724 -4300 For Inspections: (949) 724-6501



**ADDRESS:** 129 OAKSTONE
**TRACT:** 19176          **LOT:** 88
**APN:**
**PLANNING AREA:**

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 31521 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 27601 EARLY LN
**CITY, ST ZIP:** MURRIETA     CA 92563
**CONTACT:** CRISTI BLANCHARD   951   -970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                   **EXP DATE:**

**PERMIT FEES**

| | |
|---|---|
| Automation Fee 1 Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| Res Dev Charge Circ | 2,654.61 |
| System Dev Charg:1e Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,575.22**

**Receipt#** 00270511

**PLAN CHECK#** 0089146100-RNP
**PLANNING APPROVAL:** KATIE CURTIS          12/18/2023
**BUILDING APPROVAL:** GALEH ARRASIABI       12/15/2022
**PERMIT ISSUED BY:** CHERYL WILLIAMS        1/4/2024
**PERMIT FINALED BY:** DAVID CHAFFE          6/14/24
**ACTION CODE:** 86

**TCA:** F/E-A

---

**For Permit Info:** (949) 724 -4300 For Inspections: (949) 724-6501

## LICENSED CONTRACTORS DECLARATION

❖ I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class _____ Lic No. _____

Date 01/04/2024 _____ Contractor _____

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ , _____ B&PC, for this Reason: _____

Date _____ 1/4/2024 _____ Owner _____

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier _____ Policy _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _____ 1/4/2024 _____ Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

---

**VALUATION: $ 530,922**          **NO. UNITS:**
**CODE YR** 2019          **TOT SQFT** 3,466

**STORIES:** 2

**USE**          **OCC**          **CONST TYPE**          **SB**

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Permit expiration: addition -18 months, all others 6 months from date of permit.**

**see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number _____
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

| From: | Kalvin Alvarez <KalvinAlvarez@cityofirvine.org> |
| Sent: | Wednesday, Ju 30, 2025 4:18 PM PDT |
| To: | Trinity Pham <TPham@cityofirvine.org> |
| Subject: | Fw: Handrail guidance |

**0**   Kalvin Alvarez   **I Chief of Staff**

**Office of Councilmember William Go, City of Irvine**

949-724-6233 **11 Civic Center Plaza. Irvine. CA 92606**

KalvinA/varez@cityofirvine.org | cityofirvine.org

From: **Jeffrey G** ████████████
Sent: **Thursday, June 26, 2025 11:48:26 AM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: Stephanie Frady <SFrady@cityofirvine.org>; Claudia Landeras-Sobaih <clanderas-sobaih@cityofirvine.org>; Michelle
Gretenberg <mgrettenberg@cityofirvine.org>; Kalvin Alvarez <KalvinAlvarez@cityofirvine.org>; William Go Web
<WilliamGo@cityofirvine.org>; Mike Carroll Web <MikeCarroll@cityofirvine.org>; Melinda Liu Web
<MelindaLiu@cityofirvine.org>; Betty Martinez Franco Web <bettymartinez@cityofirvine.org>; Kathleen Treseder Web
<KathleenTreseder@cityofirvine.org>
Subject: **Re: Handrail guidance**

CAUTION: **EXTERNAL EMAIL**

**Hi Jesse,**
**Could you please provide some clarity on the prior?**
**-Jeffrey**

**On Tue, Jun 24, 2025 at 5: 1 1 PM Jeffrey Gu              wrote:**
 Sure, thank you for confirming that the City did not follow the protocol here because it did not believe it needed to
 If I am mistaken in my summary, please let me know.
 And when you used the phrase "professional experience", which professional experience were you referring to?
 On Tue, Jun 24, 2025 at 3:55 PM Jesse Cardoza <JC@cityofirvine.org> wrote:
  Mr. Gu,
  Thank you for your follow-up question, and I apologize for the delayed response.
  You mentioned in your initial email that the CSBC provided you with information about "alternative approvals" per CBC
  1.8.7, and you asked whether the City adhered to these protocols for the approval of the handrails in question. I previously
  provided a detailed response explaining the relevance of the section you referred to and outlined my responsibility to
  interpret the code in this context.
  You then stated that your inquiry was a "yes" or "no" question, suggesting no other response was possible. However, in
  this case, there is another option - "not applicable."
  Simply put, the approval protocol you mentioned does not apply to the handrails in question because there was no
  approval of an alternate.
  Please let me know if you have any further questions.

  Jesse Cardoza, PE, CASp

  Deputy Director of Commuty DevelopmenUChief Building Official

  **949-724-6377**

From: Jeffrey Gu <​█████████████​>
Sent: Tuesday, June 24, 2025 10:54 AM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: Stephanie Frady <SFrady@cityofirvine.org>; Claudia Landeras-Sobaih <clanderas-sobaih@cityofirvine.org>; Michelle Grettenberg <mgrettenberg@cityofirvine.org>; Kalvin Alvarez <KalvinAlvarez@cityofirvine.org>; William Go Web <WilliamGo@cityofirvine.org>; Mike Carroll Web <MikeCarroll@cityofirvine.org>; Melinda Liu Web <MelindaLiu@cityofirvine.org>; Betty Martinez Franco Web <bettymartinez@cityofirvine.org>; Kathleen Treseder Web <KathleenTreseder@cityofirvine.org>
Subject: Re: Handrail guidance

CAUTION: EXTERNAL EMAIL

Hi Jesse,
I will assume the answer is "no" until I hear otherwise. If there is someone who can also answer this question, I am happy to talk to them.
-Jeffrey

**On Thu, Jun  19, 2025 at 8:46 AM Jeffrey Gu** ██████████████ **wrote:**
Hi Jesse,
Yes, I do have another question. My last question was a yes or no question. Is your answer to it yes or no?
-Jeffrey

**On Wed, Jun  18, 2025 at 7:09 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Mr. Gu,
Thank you for your inquiry and the reference email.
I am aware of the requirements of California Building Code (CBC) Section 1.8.7.2.1, similar to CBC 104.11 but applicable only to housing construction; however, as stated in my previous email, since the code language applicable to handrail graspability explicitly allows for handrail sections that provide equivalent graspability, a discretionary approval of an alternate design per CBC 1.8.7 is u nnecessary.
Instead, my task is to determine whether the handrail dimensions "provide equivalent graspability" based on my understanding of the code's intent, professional experience, and industry practice. I have done so, and as previously stated, I have determined the specific increased size does not significantly affect graspability for the vast majority of users.
Please let me know if you have any further questions.

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

**949-724-63 77**

From: Jeffrey Gu <​██████████████​>
Sent: Wednesday, June 18, 2025 4:21 PM

**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: Stephanie Frady <SFrady@cityofirvine.org>; Claudia Landeras-Sobaih <clanderas-sobaih@cityofirvine.org>**
Subject: **Fwd: Handrail guidance**

CAUTION: EXTERNAL EMAIL

**Hi Jesse,**
**The CSBC provided me this information about alternative approvals. Does the City indeed believe it followed this protocol here?**
**-Jeffrey**

**---------- Forwarded message ---------**
**From: CBSC@DGS <CBSC@dgs.ca.gov>**
**Date: Wed, Jun 18, 2025 at 3:41 PM**
**Subject: RE: Handrail guidance**
**To: Jeffrey Gu █████████████**

Hello Jeffrey,

Thank you for contacting the California Building Standards Commission (CBSC) with your inquiry. CBSC administers the development, adoption, and publication of the California Building Standards Code (Title 24, California Code of Regulations), in coordination with various other state agencies. However, the responsibility for the enforcement and administration of building standards, including alternative approvals, is under the authority of the local city or county building departments.

For residential projects, there is a section in the California Residential Code (below) that local jurisdictions must follow. Many cities and counties have amended this section, so this is another reason to check with the local jurisdiction. For non-residential projects, similar provisions can be found in the California Building Code Section 1.2.3.

I have to reiterate that many cities and counties amend this section, so discussion with the local building department is always a plus.

I hope this information helps.

**1.8.7.2.1 Approval of alternates.**

The consideration and approval of alternates by a local building department shall comply with the following procedures and limitations:

1. 1.The approval shall be granted on a case-by-case basis.
2. 2.Evidence shall be submitted to substantiate claims that the proposed alternate, in performance, safety and protection of life and health, conforms to, or is at least equivalent to, the standards contained in this code and other rules and regulations promulgated by the Department of Housing and Community Development.
3. 3.The local building department may require tests performed by an approved testing agency at the expense of the owner or owner's agent as proof of compliance.
4. 4.If the proposed alternate is related to accessibility in covered multifamily dwellings or in facilities serving covered multifamily dwellings as defined in CBC Chapter 2, the proposed alternate must also meet the threshold set for equivalent facilitation as defined in Chapter 2 of the California Building Code.

For additional information regarding approval of alternates by a building department pursuant to the State Housing Law, see California Health and Safety Code Section 17951(e) and California Code of Regulations, Title 25, Division 1, Chapter 1, Subchapter 1.

**1.8.7.3 Department of Housing and Community Development.**

The Department of Housing and Community Development may approve alternates for use in the erection, construction, reconstruction, movement, enlargement, conversion, alteration, repair, removal or demolition of apartments, condominiums, hotels, motels, lodging houses, dwellings, or an accessory thereto and permanent buildings in mobilehome parks and special occupancy parks. The consideration and approval of alternates shall comply with the following:

1. 1.The department may require tests at the expense of the owner or owner's agent to substantiate compliance with the California Building Standards Code.
2. 2.The approved alternate shall, for its intended purpose, be at least equivalent in performance and safety to the materials, designs, tests or methods of construction prescribed by this code.

**Stoyan Bumbalov**

Executive Director

California Building Standards Commission

dgs.ca.gov/BSC

(916) 263-0998

CONFIDENTIALITY NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return e-mail and delete this message, along with any attachments, from your computer. Thank you.

| From: | Trinity Pham <TPham@cityofirvine.org> |
|---|---|
| Sent: | Wednesday, July 30, 2025 4:31 PM PDT |
| To: | Nicolle Rogers <nrogers@cityofirvine.org> |
| Subject: | Fw: Toll Brothers Permit |
| Attachments: | BUILDING PERMIT· PERMIT  00920236-RBP - ADDRESS  129 OAKSTONE.pdf |

Get **Outlook for iOS**
**From: Kalvin Alvarez <KalvinAlvarez@cityofirvine.org>**
**Sent: Wednesday, July 30, 2025 4:18 PM**
**To: Trinity Pham <TPham@cityofirvine.org>**
**Subject: Fw: Toll Brothers Permit**

**0**    **Kalvin Alvarez, Chief of Staff**
     **Office of Councilmember William Go, City of Irvine**
     949-724-6233 **11 Civic Center Plaza. Irvine. CA 92606**
     *KalvinAlvarez@cityofirvine.org* | *cityofirvine.org*
From: **Jeffrey G**
Sent: **Wednesday, July 30, 2025 12:11:43 PM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

**Hi Jesse,**
**I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?**
**-Jeffrey**

**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu                    > wrote:**
 **Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.**
 **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
 **Mr. G u**
 **Thank you for the excellent follow-up question.**
 **We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https://www.cslb.ca.gov/).**
 **Please let me know if you have any other questions.**

 Jesse Cardoza, PE, CASp

 **Deputy Director of Community DevelopmenUChief Building Official**

 **949-724-63 77**

**From: Jeffrey G**█████████
**Sent: Thursday, July 24, 2025 2:09 PM**

**To:**Jesse Cardoza <**JCardoza@cityofirvine.org**>
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: **EXTERNAL EMAIL**

**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:

Mr. Gu

It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a  mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit.
Thank you for brining this to my attention.

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: Jeffrey G u█████████
**Sent:**Friday, July 18, 2025 7:45 AM

To: Jesse Cardoza<JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
**Subject:**Re: Toll Brothers Permit

CAUTION: **EXTERNAL EMAIL**

**Sure, well I see a potential case of license lending in this specific set of permits.**
On Thu, Jul  1 7, 2025 at  1 :43 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:

Mr. Gu
At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

**949-724-6377**

**From:** Jeffrey Gu ███████████>
**Sent:** Thursday, July 17, 2025 6:00 AM
**To:** Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
**Subject** Re: Toll Brothers Permit

**CAUTION** EXTERNAL EMAIL

Hi Jesse,
Any comments on my last email?
-Jeffrey
On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu ███████████> wrote:
Hi Jesse,
I just received these permits from my CPRA request. Do you happen to see any irregularities?
-Jeffrey

# New Residential Construction Permit

**00920236-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501



**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176.
Lot 88. 1 Production SFD. Plan 2B.

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 31231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040
**APN:**
**PLANNING AREA:**
**TRACT:** 19176          **LOT:** 88
**ADDRESS:** 129 OAKSTONE

**APPLICANT:** KB PROCESSING
**ADDRESS:** 27601 EARLY LN
**CITY, ST ZIP:** MURRIETA     CA92563
**CONTACT:** KRISTI BLANCHARD 951 -970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**        **EXP DATE:**
**IRV BUS LIC:**

## PERMIT FEES

| | |
|---|---|
| Res F1 Inspection | 187.61 |
| Automation Fee - due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| SB 1473 fee - Due to State | 247.12 |
| Energy Surcharge Insp | 61.23 |
| Issuance Fee Comm | 1,629.02 |
| Res SFD/Det Condo or Apt Insp | 69.02 |
| State Seismic Res | 2,654.61 |
| Sys Dev Charge Circ | 2,654.61 |
| Sys Dev Chan::is Non-Circ | 50.00 |
| SlurrySeal New Res Max | |

Total Permit Fees: $7,575.22
Receipt# 00270511

PLAN CHECK# 00891461-RNP          12/18/2023
PLANNING APPROVAL:KATIE CURTIS      12/15/2022
BUILDING APPROVAL:GALEH ARRASIABI    1/4/2024
PERMIT ISSUED BY:CHERYL WILLIAMS
PERMIT FINALED BY:DAVID CHAFFE        6/14/24
ACTION CODE:86

**VALUATION:** $ 530,922
**STORIES:** 2          **NO. UNITS:**
**CODE YR:** 2019        **TOT SQFT:** 3,466

**USE**     **OCC**     **CONST TYPE**        SB R-1     TCA: F/E-A

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class ____    Lic No. ____

Date 01/04/2024 ____ Contractor ____

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale...

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project...

☐ I am exempt under Sec. ____, B&PC, for this Reason ____

Date _1/4/2024_     Owner _the NEW HOME COMPANY_

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier ____ Policy ____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date _1/4/2024_     Applicant ____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name ____
Lender's Address ____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent ____     Date ____
Print Applicant's/Agent's Name ____

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or
permit expiration: addition -18 months, all others 6 months from date of permit.

___see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**From:** Trinity Pham <TPham@cityo/rvine.org>
**Sent:** Wednesday, July 30, 2025 4:32 PM
**To:** Nicolle Rogers <nrogers@cityo/rvine.org>
**Subject:** Fw: Toll Brothers Permit

Get Outlook for iOS

**From:** Kalvin Alvarez <KalvinAlvarez@cityo/rvine.org>
**Sent:** Wednesday, July 30, 2025 4:18 PM
**To:** Trinity Pham <TPham@cityo/rvine.org>
**Subject:** Fw: Toll Brothers Permit

**Kalvin Alvarez** | Chief of Staff
Office of Councilmember William Go, City of Irvine

949-724-6233 | 1 Civic Center Plaza, Irvine, CA 92606
KalvinAlvarez@cityofirvine.org | cityofirvine.org

**From:** Je<rey Gu
**Sent:** Wednesday, July 30, 2025 12:11:43 PM
**To:** Jesse Cardoza <JCardoza@cityo/rvine.org>
**Cc:** William Go Web <WilliamGo@cityo/rvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

Hi Jesse,

I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?

-Jeffrey

On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu                    wrote:

Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.

On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the excellent follow-up question.

We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https://www.cslb.ca.gov/).

Please let me know if you have any other questions.

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development/Chief Building Official

949-724-6377

**From:** Je<rey Gu
**Sent:** Thursday, July 24, 2025 2:09 PM

**To:** Jesse Cardoza <JCardoza@cityo/rvine.org>
**Cc:** William Go Web <WilliamGo@cityo/rvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?

On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit.

Thank you for brining this to my attention.

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development/Chief Building Official

949-724-6377


**From:** Je<rey Gu
**Sent:** Friday, July 18, 2025 7:45 AM

**To:** Jesse Cardoza <JCardoza@cityo/rvine.org>
**Cc:** William Go Web <WilliamGo@cityo/rvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

Sure, well I see a potential case of license lending in this specific set of permits.

On Thu, Jul 17, 2025 at 1:43 PM Jesse Cardoza <JCardoza@cityofirvine.org>
wrote:

Mr. Gu

At first glance, I don't notice anything of the ordinary. Is there something particular you'd
like to draw my attention to?

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development/Chief Building Official

949-724-6377


**From:** Je<rey Gu
**Sent:** Thursday, July 17, 2025 6:00 AM
**To:** Jesse Cardoza <JCardoza@cityo/rvine.org>
**Cc:** William Go Web <WilliamGo@cityo/rvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

Hi Jesse,

Any comments on my last email?

-Jeffrey

On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu                    wrote:

Hi Jesse,

I just received these permits from my CPRA request. Do you happen to see any irregularities?

-Jeffrey

# New Residential Construction Permit

**00920236-RBP**

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-4500 For Inspections: (949) 724-6501

**ADDRESS:** 129 OAKSTONE
**TRACT:** 19176    **LOT:** 88
**APN:**
**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176, Lot 88. 1 Production SFD. Plan 28.

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 31521 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 27601 EARLY LN
**CITY, ST ZIP:** MURRIETA    CA92563
**CONTACT:** KRISTI BLANCHARD  951  -970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                    **EXP DATE:**

## PERMIT FEES

| | |
|---|---|
| Automation Fee .1 Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| System Dev Charge Circ | 2,654.61 |
| System Dev Chan::i6 Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**VALUATION:** $ 530,922
**STORIES:** 2        **USE**    **OCC**    **NO. UNITS:**
    **TOT SQFT** 3,466
**CODE YR** 2019        **SB** Ft    **CONST. TYPE**

Total Permit Fees: $7,575.22
Receipt# 00270511

**PLAN CHECK#** 0089146T-RNP        TCA: F/E-A
**PLANNING APPROVAL** KATIE CURTIS        12/18/2023
**BUILDING APPROVAL** GALEH ARRASIABI        12/15/2022
**PERMIT ISSUED BY** CHERYL WILLIAMS        1/4/2024
**PERMIT FINALED BY** DAVID CHAFFE        6/14/24
**ACTION CODE** 86

---

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class ___ Lic No. ___

Date 01/04/2024 ___ Contractor ___

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. ___ , B&P.C., for this Reason ___

Date 1/4/2024 ___ Owner NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier ___ Policy ___

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' compensation laws of California, and agree that if I should become subject to the worker's compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 1/4/2024 ___ Applicant ___

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name ___
Lender's Address ___

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent ___ Date ___
Print Applicant's/Agent's Name ___

---

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition -18 months, all others 6 months from date of permit.

see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

**From:** Jeffrey Gu ██████████
**Sent:** Thursday, July 17, 2025 6:00 AM
**To:** Jesse Cardoza <JCardoza@cityofirvine.org>
**Cc:** William Go Web <WilliamGo@cityofirvine.org>
**Subject:** Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

Any comments on my last email?

-Jeffrey

On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu ██████████ wrote:

Hi Jesse,

I just received these permits from my CPRA request. Do you happen to see any irregularities?

-Jeffrey

# New Residential Construction Permit

**00920236-RBP**

City of Irvine
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-6300 For Inspections: (949) 724-6501

**ADDRESS: 129 OAKSTONE**

**TRACT: 19176**    **LOT: 88**

**APN:**

**PLANNING AREA:**

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176.
Lot 88. 1 Production SFD. Plan 2B.

## OWNER: NEW HOME COMPANY
ADDRESS: 19431 LAGUNA CANYON RD 250
CITY, ST ZIP: IRVINE CA 92618
PHONE: (949) 793-0040

## APPLICANT: KB PROCESSING
ADDRESS: 37601 EARLY LN
CITY, ST ZIP: MURRIETA    CA92563
CONTACT: KRISTI BLANCHARD 951    -970-4794
PHONE: (951) 970-4794

## CONTRACTOR:
ADDRESS:
CITY, ST ZIP:
CONTR LIC EXP:
IRV BUS LIC:

**EXP DATE:**

**VALUATION: $ 530,922**
**STORIES: 2**
**CODE YR: 2019**

**NO. UNITS:**
**TOT SQFT: 3,466**

**USE**    **OCC**    **CONST. TYPE**    **SB FT**

### PERMIT FEES

| | |
|---|---:|
| Automation Fee 1 Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| Sys Dev Charge Circ | 2,654.61 |
| Sys Dev Chan::is Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**Total Permit Fees: $7,575.22**
**Receipt#**    00270511

**TCA Receipt: 8680**    **TCA: F/E-A**

PLAN CHECK# 0089 1461-RNP
PLANNING APPROVAL: KATIE CURTIS    12/18/2023
BUILDING APPROVAL: SALEH ARRASIABI    12/15/2022
PERMIT ISSUED BY: CHERYL WILLIAMS    1/4/2024
PERMIT FINALED BY: DAVID CHAFFE    6/24/24
ACTION CODE: 86

## LICENSED CONTRACTORS DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class _____ Lic No. _____

Date 01/04/2024 Contractor _____

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale.

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.

☐ I am exempt under Sec. _____ , _____ B&PC, for this Reason _____

Date 1/4/2024 _____ Owner NEW HOME COMPANY

## WORKERS' COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier _____ Policy _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California, and agree that if I should become subject to the worker's compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 1/4/2024 _____ Applicant _____

**WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.**

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097 Civ. C.).

Lender's Name _____

Lender's Address _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

Signature of Applicant or Agent _____ Date _____

Print Applicant's/Agent's Name _____

**LENDER**    **WORKERS' COMPENSATION**    **OWNER-BUILDER**    **CONTRACTOR**

**PERMIT EXPIRATION: Permit becomes null & void if work is not started in 365 days of the date the permit expiration: addition -18 months, all others 6 months from date of permit.** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days of a Residential

**see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.**

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number _____
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

8 AM - 6 PM

CJEdienReportspermit2_page_final.rpt

| From: | Jesse Cardoza <JCardoza@cityofirvine.org> |
|---|---|
| Sent: | Wednesday, July 30, 2025 5:49 PM PDT |
| To: | Jeffrey Gu |
| CC: | William Go �firvine.org> |
| Subject: | Re: Toll Brothers Permit |

Mr. Gu
Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand alone document, which is why you'll find many fields empty in the declaration portion of the permit. The separate, complete declaration is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request. If they were not, please contact the Office of Records to obtain the additional documents.
Thank you and let me know if you have any other questions.
Since
Jesse Cardoza, PE, CASp I Deputy Director of Community Development/Chief Building Official
949-724-6377 11 Civic Center Plaza Irvine, CA 92606
From: **Jeffrey Gu**
Sent: **Wednesday, July 30, 2025 12:11:43 PM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**
**Hi Jesse,**
**I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?**
**-Jeffrey**
**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu - wrote:**
 **Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.**
 **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
 **Mr. Gu**
 **Thank you for the excellent follow-up question.**
 **We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https://www.cslb.ca.gov/).**
 **Please let me know if you have any other questions.**
 Jesse Cardoza, PE, CASp
 Deputy Director of Community DevelopmenVChief Building Official

 **949-724-6377**

**From: Jeffrey G█████████████**
**Sent: Thursday, July 24, 2025 2:09 PM**

**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the**
**contractor? Are mortgage companies commonly contractors in Irvine?**
On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. G u

It appears that the two permits with the missing license information are the result of a clerical error
- not an omission of information or a mistake. I was able to confirm that the contractor license
information was validated, but not all of the information was reflected on the permit.

Thank you for brining this to my attention.

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey Gu -**
Sent: **Friday, July**    ❖

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc William Go Web <WilliamGo@cityofirvine.org>
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Sure, well I see a potential case of license lending in this specific set of permits.**
On Thu, Jul 1 7, 2025 at 1 :43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to
draw my attention to?

Jesse Cardoza, PE, CASp
Deputy Director of Community DevelopmenVChief Building Official

**949-724-6377**

From: **Jeffrey G█████████████**
Sent: **Thursday, July 17, 2025 6:00 AM**
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc William Go Web <WilliamGo@cityofirvine.org>
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Hi Jesse,**

**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu - wrote:**
  Hi Jesse,
  I just received these permits from my CPRA request. Do you happen to see any irregularities?
  -Jeffrey

| From: | Jeffrey Gu██████████████ |
| Sent: | Wednesday, July 30, 2025 5:57 PM PDT |
| To: | Jesse Cardoza <JCardoza@cityofirvine.org> |
| CC: | William Go Web <WilliamGo@cityofirvine.org> |
| Subject: | Re: Toll Brothers Permit |

CAUTION: **EXTERNAL EMAIL**

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Mr. Gu
Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find  many fields empty  in the declaration portion of the permit. The separate, complete declaration is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request.  If they were not,  please contact the Office of Records to obtain the additional documents.
Thank you and let me know if you have any other questions.
Since
Jesse Cardoza, PE, CASp I Deputy Director of Community Development/Chief Building Official
949-724-6377 1███████████████ Irvine, CA 92606
**From: Jeffrey** ██████████████
**Sent: Wednesday, July 30, 2025 12:11:43 PM**

**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: **EXTERNAL EMAIL**

**Hi Jesse,**
**I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?**
**-Jeffrey**
**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu ████████████ wrote:**
Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.

On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:
Mr. Gu
Thank you for the excellent follow-up question.
We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (**https://www.cslb.ca.gov/**).
Please let me know if you have any other questions.

Jesse Cardoza, PE, CASp

**Deputy Director of Community Development/Chief Building Official**

**949-724-63 77**

**From: Jeffrey G** ▉▉▉▉▉▉▉▉
Sent: **Thursday, July 24, 2025 2:09 PM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc:**William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**
CAUTION: EXTERNAL EMAIL
**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <**J@cityofirvine.org**> wrote:
Mr. Gu
It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for bringing this to my attention.

Jesse Cardoza, PE, CASp

**Deputy Director of Community Development/Chief Building Official**

**949-724-6377**

From: **Jeffrey G** ▉▉▉▉▉▉▉
Sent: **Friday, July 18, 2025 7:45 AM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 1 7, 2025 at 1 :43 PM Jesse Cardoza @CityofIrvine.org> wrote:**

Mr. G u

At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp

**Deputy Director of Community Development/Chief Building Official**

949-724-6377

From: Jeffrey G u<████████████>
Sent: Thursday, July 17, 2025 6:00 AM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

**Hi Jesse,**
**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu          wrote:**

Hi Jesse,
I just received these permits from my CPRA request. Do you happen to  see any irregularities?
-Jeffrey

| From: | Kalvin Alvarez <KalvinAlvarez@cityofirvine.org> |
|---|---|
| Sent: | Wednesday, July 30, 2025 5:58 PM PDT |
| To: | Michelle Grettenberg <mgrettenberg@cityofirvine.org> |
| Subject: | Fw: Toll Brothers Permit |

**O** Kalvin Alvarez | **Chief of Staff**
**Office of Councilmember William Go, City of Irvine**
949-724-6233 | 1 Civic Center Plaza. Irvine. CA 92606
KalvinAlvarez@cityofirvine.org | cityofirvine.org

**From: Jeffrey Gu** ▮▮▮▮▮▮▮▮▮▮▮>
**Sent: Wednesday, July 30, 2025 5:57 PM**
**To: Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Mr. Gu

Thank you for the question. When we transitioned to all  electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find many fields empty in the declaration portion of the permit. The separate, complete declaration  is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request.  If they were not, please contact the Office of Records to obtain the additional documents.

Thank you and let me know if you have any other questions.

Since

**Jesse Cardoza, PE, CASp**|Deputy Director of Community Developmen|Chief Building Official
949-724-6377|1  Civic Center Plaza|Irvine  CA 92606

From: **Jeffrey Gu** ▮▮▮▮▮▮▮▮▮>
Sent: **Wednesday, July 30, 2025 12:11:43 PM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org**

Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject:Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL
Hi Jesse,
I have obtained a permit for "New Home Company" (which is not a registered entity California or
licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER
DECLARATION" section has no checkboxes filled in?
-Jeffrey
On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu - wrote:
 Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the
 details. While I could bring more oversights to your attention, I imagine it'd be futile.
 On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <J@cityofirvine.org> wrote:
 Mr. Gu
 Thank you for the excellent follow-up question.
 We don't specifically track the relative portion of licensed contractors that are also mortgage
 companies, so I'm unable to say how common this occurrence is; however, I can confirm that we
 have issued a number of building permits to Toll Brothers under their B - General Building
 contractor's license. For up-to-date contractor license information, please visit the California
 Department of Consumer Affairs web page (https://www.cslb.ca.gov/).
 Please let me know if you have any other questions.

 Jesse Cardoza, PE, CASp

 Deputy Director of Community Development/Chief Building Official

 949-724-6377


 From: Jeffrey G███████████
 Sent: Thursday, July 24, 2025 2:09 PM

 To:Jesse Cardoza <JCardoza@cityofirvine.org>
 Cc: William Go Web <WilliamGo@cityofirvine.org>
 Subject: Re: Toll Brothers Permit
 CAUTION: EXTERNAL EMAIL
 Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the
 contractor? Are mortgage companies commonly contractors in Irvine?
 On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofuvine.org> wrote:
 Mr. Gu
 It appears that the two permits with the missing license information are the result of a clerical
 error - not an omission of information or a mistake. I was able to confirm that the contractor
 license information was validated, but not all of the information was reflected on the permit.
 Thank you for brining this to my attention.

 Jesse Cardoza, PE, CASp

 Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey G**█████████████
Sent: **Friday, July 18, 2025 7:45 AM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 1 7, 2025 at 1 :43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
 **Mr. Gu**
 **At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?**

 Jesse Cardoza, PE, CASp

 Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey G**█████████████
Sent: **Thursday, July 17, 2025 6:00 AM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org**
Cc **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

 **Hi Jesse,**
 **Any comments on my last email?**
 **-Jeffrey**
 **On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu <**█████████████**> wrote:**
  **Hi Jesse,**
  **I just received these permits from my CPRA request. Do you happen to see any irregularities?**
  **-Jeffrey**

| | |
|---|---|
| From: | Michelle Grettenberg <mgrettenberg@cityofirvine.org> |
| Sent: | Thursday, July 31, 2025 7:08 AM PDT |
| To: | Jesse Cardoza <JCardoza@cityofirvine.org> |
| CC: | Stephanie Frady <SFrady@cityofirvine.org> |
| Subject: | Fwd: Toll Brothers Permit |

**Jesse, I'll give you a call on this.**

**Thank you.**
**Michelle Grettenberg**
**Assistant City Manager**
**City of Irvine**
**949-724-6252**

**Begin forwarded message:**

> **From: Kalvin Alvarez <KalvinAlvarez@cityofirvine.org>**
> **Date: July 30, 2025 at 5:58:32 PM PDT**
> **To: Michelle Grettenberg <mgrettenberg@cityofirvine.org>**
> **Subject: Fw: Toll Brothers Permit**

O   **Kalvin Alvarez** Chief of Staff
**Office of Councilmember William Go,  City of Irvine**
949-724-6233 **11  Civic Center Plaza. Irvine. CA 92606**
KalvinAlvarez@cityofirvine.org I cityofirvine.org

From: **Jeffrey Gu** ▓▓▓▓▓▓▓▓
**Sent: Wednesday** July 30, 2025 5:57 PM
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
**Cc: William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it**
**to me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property,**
**as it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
  Mr. Gu

Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find many fields empty in the declaration portion of the permit. The separate, complete declaration is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request. If they were not,  please contact the Office of Records to obtain the additional documents.
Thank you and let me know if you have any other questions.
Since
Jesse Cardoza, PE, CASp I Deputy Director of Community DevelopmenUChief Building Official
949-724-6377 ↵ 1_Civic Center Plaza. Irvine. CA 92606
From: **Jeffrey Gu**
Sent: **Wednesday, July 30, 2025 12:1 P.M3**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

Hi Jesse,
I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?
-Jeffrey
**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu - wrote:**
  Sure, well it seems that your Building Depa        �er (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.
 **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
  Mr. Gu
  Thank you for the excellent follow-up question.
  We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https:ljwww.cslb.ca.gov/).
  Please let me know if you have any other questions.

  Jesse Cardoza, PE, CASp

  Deputy Director of Community Development/Chief Building Official

  **949-724-6377**

From: **Jeffrey G**███████████████
Sent: **Thursday, July 24, 2025 2:09 PM**

To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**

**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
**On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <J@cityofirvine.org> wrote:**
Mr. Gu
It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for brining this to my attention.

Jesse Cardoza, PE, CASp

Deputy Director of Community DevelopmenVChief Building Official

**949-724-6377**


From: Jeffrey G███████████████
Sent: Friday, July 18, 2025 7:45 AM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 1 7, 2025 at 1 :43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Mr. Gu
At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

**949-724-63 77**


From: Jeffrey G███████████████
Sent: Thursday, July 17, 2025 6:00 AM

**To:** Jesse Cardoza <JCardoza@cityo/rvine.org>
**Cc:** William Go Web <WilliamGo@cityo/rvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

Hi Jesse,
Any comments on my last email?
-Jeffrey
On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu ███████████ wrote:
Hi Jesse,
I just received these permits from my CPRA request. Do you happen to see any irregularities?
-Jeffrey

| From: | Jesse Cardoza <JCardoza@cityofirvine.org> |
|---|---|
| Sent: | Thursday, July 31, 2025 8:53 AM PDT |
| To: | Michelle Grettenberg <mgrettenberg@cityofirvine.org> |
| CC: | Stephanie Frady <SFrady@cityofirvine.org> |
| Subject: | Re: Toll Brothers Permit |

**Thanks Michelle. I have some meetings scheduled from 10 am-noon, but am free now and after noon.**
Jesse Cardoza, PE, CASp
**Deputy Director of Community DevelopmenVChief Building Official**

**949-724-6377**

From: **Michelle Grettenberg <mgrettenberg@cityofirvine.org>**
Sent: **Thursday, July 31, 2025 7:08 AM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: Stephanie Frady <SFrady@cityofirvine.org>
Subject: **Fwd: Toll Brothers Permit**

**Jesse, I'll give you a call on this.**

**Thank you.**
**Michelle Grettenberg**
**Assistant City Manager**
**City of Irvine**
**949-724-6252**

**Begin forwarded message:**

> From: Kalvin Alvarez <KalvinAlvarez@cityofirvine.org>
> Date: July 30, 2025 at 5:58:32 PM PDT
> To: Michelle Grettenberg <mgrettenberg@cityofirvine.org>
> Subject: Fw: Toll Brothers Permit

**O**   **Kalvin Alvarez, Chief of Staff**
**Office of Councilmember William Go,  City of Irvine**
**949-724-6233 11  Civic Center Plaza  Irvine. CA 92606**
KalvinAlvarez@cityofirvine.org   I cityofirvine.org

From: **Jeffrey G**███████████
**Sent: Wednesday, July 30, 2025 5:57 PM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
**Subject: Re: Toll Brothers Permit**

**CAUTION**EXTERNAL EMAIL

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it**
**to me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property,**
**as it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:**
 Mr. Gu
 Thank you for the question. When we transitioned to all electronic permit submittals
 in 2019, we began collecting permit declarations at permit issuance via a separate,
 stand-alone document, which is why you'll find many fields empty in the declaration
 portion of the permit. The separate, complete declaration is printed and sent to the
 Office of Records at project close-out along with the permit, so all of the required
 information is captured and preserved - just not on one piece of paper. These
 separate permit declarations should have been provided to you by the Office of
 Records as part of your Public Records Request. If they were not, please contact
 the Office of Records to obtain the additional documents.
 Thank you and let me know if you have any other questions.
 Since
 Jesse Cardoza, PE, CASp  I  Deputy Director of Community Development/Chief Building
 Official
 949-724-6377 1  1 Civic Center Plaza, Irvine, CA 92606
 **From:** Jeffrey Gu
 **Sent:** Wednesday, July 30, 2025 12:11:43 PM

 **To:** Jesse Cardoza
 Cc: William Go Web <U illamGo@cityofirvine.org>
 **Subject:** Re: Toll Brothers Permit

 **CAUTION**EXTERNAL EMAIL
 Hi Jesse,
 I have obtained a permit for "New Home Company" (which is not a registered entity California or
 licensed business entity within  Irvine). Could you please explain why the "OWNER-BUILDER
 DECLARATION" section has no checkboxes filled in?
 -Jeffrey
 **On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu : wrote:**
  **Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the**
  **details. While I could bring more oversights to your attention, I imagine it'd be futile.**
  **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza** rdoza@cityofirvine.org**> wrote:**
   Mr. Gu
   Thank you for the excellent follow-up question.
   We don't specifically track the relative portion of licensed contractors that are also mortgage
   companies, so I'm unable to say how common this occurrence is; however, I can confirm that we
   have issued a number of building permits to Toll  Brothers under their B - General Building

**contractor's license. For up-to-date contractor license information, please visit the California
Department of Consumer Affairs web** page ( https://www.cslb.ca.gov/ ).
**Please let me know if you have any other questions.**
Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey Gu** ▮▮▮▮▮▮▮▮▮▮
Sent: **Thursday, July 24, 2025 2:09 PM**

To: **Jesse Cardoza <** JCardoza@cityofirvine.org **>**
Cc: **William Go Web <** WilliamGo@cityofirvine.org **>**
Subject: **Re: Toll Brothers Permit**
CAUTION: EXTERNAL EMAIL
**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the
contractor? Are mortgage companies commonly contractors in Irvine?**
**On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <** JCardoza@cityofirvine.org **> wrote:**
**Mr. G u**

**It appears that the two permits with the missing license information are the result of a clerical
error - not an omission of i nformation or a mistake. I was able to confirm that the contractor
license information was validated, but not all of the information was reflected on the permit.
Thank you for brining this to my attention.**
Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey Gu** ▮▮▮▮▮▮▮▮
Sent: **Friday, July 18, 2025 7:45 AM**

To: **Jesse Cardoza <** JCardoza@cityofirvine.org **>**
Cc: **William Go Web <** WilliamGo@cityofirvine.org **>**
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL
**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 17, 2025 at 1 :43 PM Jesse Cardoza <** JCardoza@cityofirvine.org **> wrote:**
**Mr. Gu**
**At first glance, I don't notice anything of the ordinary. Is there something particular you'd like
to draw my attention to?**
Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

**949-724-63 77**

From: **Jeffrey Gu** ▮▮▮▮▮▮▮▮
Sent: **Thursday,** Jul 17, 2025 6:33 AM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
**Subject**Re: Toll Brothers Permit

**CAUTION:** EXTERNAL EMAIL

**Hi Jesse,**
**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey** ███████████ **wrote:**
  Hi Jesse,
  I just received these permits from my CPRA request. Do you happen to see any irregularities?
  -Jeffrey

| From: | Business License <BusinessLicense@cityofirvine.org> |
| Sent: | Thursday, ⬦ |
| To: | JeffreyGu---- |
| Subject: | RE: Notice of Unlicensed Operator in the City of Irvine |

Hi Jeffrey,

Thank you for contacting the City of Irvine,  Business License Department with your concern.
The Business License Department will be mailing out a compliance letter to The New Home
Company Southern California, LLC.
You can also contact Code Enforcement at CodeEnforcement@cityofirvine.org to express your
concern.

Have a nice day,

City of Irvine, Business Licensing
Community  Development
949-724- 7 1 28

From: Jeffrey Gu
Sent: Wednesda⬦M
To: Business License <businesslicense@cityofirvine.org>
Subject: Notice of Unlicensed Operator in the City of Irvine

**CAUTION:** EXTERNAL EMAIL

Hello,

The New Home Company Southern California LLC appears to operate in Irvine without
a business license, perhaps for its entire existence in California (from 2009).

Though the parent and sister companies appear to be registered, this specific entity is
not, despite selling homes and retaining officers and employees in the city.

Please notify me if the city has any affirmative findings and takes any enforcement
actions.

-Jeffrey

From:           **Jeffrey Gu**
Sent:           **Thursday, July 31, 2025 11:37 AM  PDT**
**To:**         Business License <Businesslicense@cityofirvine.org>
Subject:        Re: Notice of Unlicensed Operator in the City of Irvine

CAUTION: EXTERNAL EMAIL

**Thank you for the confirmation.**

On Thu, Jul 3 1 ,  2025 at 2:34 PM Business License <BusinessLicense@cityofirvine.org> wrote:

**Hi Jeffrey,**

**Thank you for contacting the City of Irvine Business License Department with your concern.**

**The Business License Department will be mailing out a compliance letter to The New Home Company Southern California, LLC.**

**You can also contact Code Enforcement at CodeEnforcement@cityofirvine.org to express your concern.**

**Have a nice day,**

City  of  Irvine,  Business  Licensing

Commu nity  Develo pment

**949-724-7128**

From: **Jeffrey G**
Sent: **Wednesday, July 30, 2025 12:00 PM**
To: Business License <businesslicense@cityofirvine.org>
Subject: **Notice of Unlicensed Operator in the City of Irvine**

CAUTION: EXTERNAL EMAIL

Hello,

The New Home Company Southern California LLC appears to operate in Irvine without a business license, perhaps for its entire existence in California (from 2009).

Though the parent and sister companies appear to be registered, this specific entity is not, despite selling homes and retaining officers and employees in the city.

Please notify me if the city has any affirmative findings and takes any enforcement actions.

-Jeffrey

| | |
|---|---|
| From: | ████████████████ |
| Sent: | **Thursday, July 31, 2025 11:47 AM PDT** |
| To: | **Business License <businesslicense@cityofirvine.org>** |
| Subject: | **Notice of Unlicensed Operator in the City of Irvine 2** |
| Attachments: | **Screenshot 2025-07-31 at 2.42.49 PM.png, Screenshot 2025-07-31 at 2.42.42 PM.png, 2025.0421 Gu.pdf, 2025.0522 Golla.pdf** |

**CAUTION**EXTERNAL EMAIL

Hello,
Bert L. Howe and Associates appears to be operating in Irvine without a license.
Individuals purporting to be part of the company conducted inspections on behalf of The New Home
Company Inc and the law firm  PHLK LLP at my family's home and my neighbor's home, despite not being
licensed.
CEO James Howe: jameshowe@berthowe.com
https://www.berthowe.com
800-482-1822

████████████████████

Please notify me if the city has any affirmative findings and takes any enforcement actions.

████████████

18100 Von Karman Ave., Suite 700
Irvine, California 92612
p (949) 271-8700
f (949) 627-2611
www.phlklaw.com

Sam C. Plante, AForney
splante@phlklaw.com

May 22, 2025

**VIA E-MAIL AND U.S. MAIL**

Kalyan Golla & Bhagya Bayya

Re:    **Golla, Kalyan v. The New Home Company**

Dear Kalyan Golla & Bhagya Bayya:

Pursuant to Civil Code secHon 916, please /nd enclosed proof of insurance in advance of the visual inspecHons scheduled for May 23, 2025. RepresentaHves from Bert Howe and Associates, Inc., representaHves from The New Home Company, Mike Aguilar from WallcraJ Drywall, Inc., and Sam Plante of our oKce will be aFending. In addiHon, we placed the following contractors on noHce of the claims and invited them to aFend the inspecHon: (1) Also Air, Inc.; (2) Circle M Contractors, Inc.; and (3) Hakes Sash & Doors, Inc.

Should you wish to discuss this maFer further, please feel free to contact me.

Sincerely,

Sam C. Plante

SCP
Enclosure

cc:    Melanie Wood/n, Esq.
       Janelle Launi, Paralegal

**ACORD**®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
12/11/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT Norma Coghill | | |
|---|---|---|---|
| Alliant Insurance Services, Inc. | PHONE (A/C, No, Ext): 213-443-2463 | | FAX (A/C, No): |
| 333 South Hope Street, Suite 3750 | E-MAIL ADDRESS: Norma.Coghill@alliant.com | | |
| Los Angeles CA 90071 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : Lloyd's of London | | 0 |
| INSURED | INSURER B : Clear Blue Specialty Insurance | | 37745 |
| The New Home Company Inc. | INSURER C : | | |
| 15231 Laguna Canyon Rd., Suite 250 | INSURER D : | | |
| Irvine CA 92618 | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**   CERTIFICATE NUMBER: 1224251 903   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | B1881S240734 | 9/30/2024 | 9/30/2026 | EACH OCCURRENCE | $5.000.000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $5.000.000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $5.000.000 |
| | X POLICY ☐ PROJECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $5.000.000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | UMBRELLA LIAB X OCCUR | | | B1881S240735 | 9/30/2024 | 9/30/2026 | EACH OCCURRENCE | $5.000.000 |
| | X EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $5.000.000 |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | ☐ | N / A | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A B | Excess Liability Excess Liability | | | B1881S240738 AC080001005 | 9/30/2024 9/30/2024 | 9/30/2026 9/30/2026 | Each Occ./Gen Agg. Each Occ./Gen Agg. | $5M p/o $10M $5M p/o $10M |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Excess Liability Limits:
Policy No.: B1881 S240738. Limits: $5M part of $10M excess of $10M. Insurer: Arcadian Risk Capital (40%), First Specialty XS (40%), Ascot (20%).
Policy No.: AC080001005. Limits: $5M part of $1OM excess of $1OM. Insurer: Clear Blue Specialty Insurance Company.

T N H C Realty and Construction Inc. is also a Named Insured in the referenced policies.

**CERTIFICATE HOLDER**

Evidence of Coverage

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE



© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD



18100 Von Karman Ave., Suite 700
Irvine,  California 92612
p (949) 271-8700
f (949) 627-2611
www.phlklaw.com

Melanie S. Woodfin, Partner
mwoodfin@phlklaw.com

April 21, 2025

**VIA E-MAIL**

Jeffrey Gu, Pro Per



Re:    **Gu, Jeffrey v. The New Home Company**

Dear Mr. Gu:

Pursuant to Civil Code section 916, please find enclosed proof of insurance in advance of the visual inspections scheduled for April 22, 2025. Representatives from Bert Howe and Associates, Inc., The New Home Company, Allen Ross Tile Company, Inc., and Sam Plante of our office will be attending.  In addition, we placed the following contractors on notice of the claims and invited them to attend the inspection: (1) Alios Air, Inc.; (2) Circle M Contractors, Inc.; (3) Hakes Sash & Door, Inc.; (4) Infinity Plumbing Designs Inc.; and (5) New Wave Design, Inc.; (6) Turnstyle; and (7) Southcoast Cabinet, Inc.

Should you wish to discuss this matter further, please feel free to contact me.

Sincerely,

Melanie S. Woodfin

**SCP**
Enclosure

cc:    Sam C. Pla nte, Esq.
Janelle Launi, Paralegal

---

Irvine • Roseville • Phoenix • Denver • Las Vegas • Dallas • Seattle • Washington D.C.

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
12/11/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | | | CONTACT NAME: Norma Coghill | | |
|---|---|---|---|---|---|
| Alliant Insurance Services, Inc.<br>333 South Hope Street, Suite 3750<br>Los Angeles CA 90071 | | | PHONE (A/C, No, Ext): 213-443-2463 | | FAX (A/C, No): |
| | | | E-MAIL ADDRESS: Norma.Coghill@alliant.com | | |
| | | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | | INSURER A : Lloyd's of London | | 0 |
| INSURED | | | INSURER B : Clear Blue Specialty Insurance | | 37745 |
| The New Home Company Inc.<br>15231 Laguna Canyon Rd., Suite 250<br>Irvine CA 92618 | | | INSURER C : | | |
| | | | INSURER D : | | |
| | | | INSURER E : | | |
| | | | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 1224251 903    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | B1881S240734 | 9/30/2024 | 9/30/2026 | EACH OCCURRENCE | $5.000.000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $5.000.000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $5.000.000 |
| | POLICY PROJECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $5.000.000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB OCCUR | | | B1881S240735 | 9/30/2024 | 9/30/2026 | EACH OCCURRENCE | $5.000.000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $5.000.000 |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N / A | | | | | | E.L. EACH ACCIDENT | $ |
| | (Mandatory in NH) If yes, describe under | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A<br>B | Excess Liability<br>Excess Liability | | | B1881S240738<br>AC080001005 | 9/30/2024<br>9/30/2024 | 9/30/2026<br>9/30/2026 | Each Occ./Gen Agg.<br>Each Occ./Gen Agg. | $5M p/o $10M<br>$5M p/o $10M |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Excess Liability Limits:
Policy No.: B1881 S240738. Limits: $5M part of $10M excess of $10M. Insurer: Arcadian Risk Capital (40%), First Specialty XS (40%), Ascot (20%).
Policy No.: AC080001005. Limits: $5M part of $10M excess of $1 0M. Insurer: Clear Blue Specialty Insurance Company.

T N H C Realty and Construction Inc. is also a Named Insured in the referenced policies.

## CERTIFICATE HOLDER

Evidence of Coverage

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE



© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

© 2025 CA Secretary of State

California Secretary of State

Home  Search  Forms  Help  Login

Business    UCC

# Business Sea rch

The California Business Search provides access to available information for corporations, limited liability companies and limited partnerships of record with the California Secretary of State, with free access to over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types cannot be obtained in the California Business Search. If searching to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

- A **Basic search** can be performed using an entity name or entity number. When conducting a search by an entity name, or, if applicable, an entity number. Note, a search will search by ACTIVE entities (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ? keyword ? search. The Basic search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the Advanced search feature.

**Advanced Search**

- An **Advanced search** is required when searching for publicly traded disclosure information or a status other than active.
- An **Advanced search** allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

Disclaimer:   Search results are limited to the 500 entities closest matching the entered search criteria. An advanced search result is not found within the 500 entities, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided ?as is.? To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer? and (3) complete your request online.



Bert L Howe

EI    Adva nced v

Results: 1

| Entity Information : | Initial Filing Date | Status : | Entity Type : | Formed In | Agent : |
|---|---|---|---|---|---|
| BERT L. HOWE & ASSOCIATES, INC. (1920558) | 01/24/1995 | Active | Stock Corporation - CA - General | CALIFORNIA | JAMES PATRICK HOWE |

BERT L. HOWE & ASSOCIATES, INC. (1 920558)    X

Request Certificate

Standing SOS    Good
Standing FTB    Good
Standing Agent    Good
Standing VCFCF    Good

Entity Type    Stock Corporation - CA - General
Status    Active
Formation Date    1/24/1995
Formed In    CALIFORNIA

Entity Type    Stock Corporation - CA - General

Principal Address    5415 E. LA PALMA AVENUE ANAHEIM HILLS, CA 92807

Mailing Address    5415 E. LA PALMA AVENUE ANAHEIM HILLS, CA 92807

Statement of Information Due Date    1/31/2026
Documents

Agent    Individual
JAMES PATRICK HOWE
5415 E. LA PALMA AVENUE
ANAHEIM HILLS, CA

View History    Request Access

# Businesses Licensed  Or In-Process By The  City of Irvine

949-724-7128  |  IrvineBusinessLicense@cityofirvine.org

To filter (search) the list, first type a value into the field you wish to filter, click on the filter button next to the entry box for the field and choose an applicable value. For Example: If you would like to search on account number, first enter the account number search box under the column heading then click and choose "Equal To".

The page will now begin to search for the account number that you entered. It will take a few seconds for the search to finish. If you would like to query by name, first business name and then choose "startswith".

To search from the beginning of the name or "Contains" to search a word contained within the entire business name. For example, if you search on "pool" and choose page will search all the business names that contain the word "pool".

When searching on one field and then another, be sure to clear the first filter by choosing "No Filter" on the field that you are not searching on unless you intend to h filter running for your search.

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| | Bert L Howe | | | | | | |

0 Records to display.

| From: | **Jeffrey Gu** |
| Sent: | **Thursday, July 31, 2025 11:59 AM PDT** |
| To: | **Business License <businesslicense@cityofirvine.org>** |
| Subject: | **Notice of Unlicensed Operator in the City of Irvine 3** |
| Attachments: | **Glass Fence Bond Claim Denial.pdf, Screenshot 2025-07-31 at 2.53.10 PM.png, Screenshot 2025-07-31 at 2.58.11 PM.png, New Home Co License.pdf, Screenshot 2025-07-31 at 2.59.02 PM.png** |

**CAUTION**EXTERNAL EMAIL

Hello,
Harco National Insurance Company, part of IAT Insurance Group, appears to be operating in Irvine without a license. Their bonds cover construction companies, like TNHC Realty and Construction Inc, that operate within the city bounds.
Senior Claims Officer and Vice President of Legal: Frank Tanzola
973-776-8770
Frank. T anzola@iatinsurance.com
330 N BRAND BLVD,
GLENDALE, CA
-Jeffrey Gu

# Businesses Licensed Or In-Process By The City of Irvine

949-724-7128  |  IrvineBusinessLicense@cityofirvine.org

To filter (search) the list, first type a value into the field you wish to filter, click on the filter button next to the entry box for the field and choose an applicable value.
For Example: If you would like to search on account number, first enter the account number into the account number search box under the column heading then click choose "Equal To".
A page will now begin to search for the account number that you entered. It will take a few seconds for the search you would like to query by name, first type in the business name and then choose "startswith"
To search from the beginning of the name or "Contains" to search a word contained within the entire business name. For example, if you search on "pool" and choose it will search all the business names that contain the word "pool".
When searching on one field and then another, be sure to clear the first filter by choosing "No Filter" on the field that you are not searching on unless you intend to h for running for your search.

## 13

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
|  | harco national |  |  |  |  |  |  |

No records to display.

# Businesses Licensed Or In-Process By The City of Irvine

949-724-7128  |  IrvineBusinessLicense@cityofirvine.org

To filter (search) the list, first type a value into the field you wish to filter, click on the filter button next to the entry box for the field and choose an applicable value.

For Example: If you would like to search on account number, first enter the acco11nt number into the account number search box under the column heading then click and choose "Equal To".

This page will now begin to search for the account number that you entered. It will take a few seconds for the search to finish. If you would like to query by name, first choose business name and then choose "startswith".

This will search from the beginning of the name or "Contains" to search a word contained within the entire business name. For example, if you search on "pool" and choose startswith, the side will search all the business names that contain the word "pool".

When searching on one field and then another, be sure to clear the first filter by choosing "No Filter" on the field that you are not searching on unless you intend to h... or running for your search.

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| | lat Insurance | | | | | | |

No records to display.

H

# ☐Contractor's License Detail for License # 938080

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

☐ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click here for a definition of disclosable actions.

☐ Only construction related civil judgments reported to CSLB are disclosed (B&P 7071.17).

☐ Arbitrations are not listed unless the contractor fails to comply with the terms.

☐ Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 3/30/2025 10:35:04 AM

## Business Information

TNHC REALTY AND CONSTRUCTION INC
15231 LAGUNA CANYON ROAD
SUITE 250
IRVINE, CA 92618
Business Phone Number:(949) 382-6525

**Entity** Corporation
**Issue Date** 09/23/2009
**Expire Date** 09/30/2025

## License Status

**This license is current and active.**

**All information below should be reviewed.**

## Classifications

B - GENERAL BUILDING

## Bonding Information

**Contractor's Bond**
This license filed a Contractor's Bond with HARCO NATIONAL INSURANCE COMPANY.
**Bond Number:** 0507551
**Bond Amount:** $25,000
**E!ective Date:** 01/01/2023
Contractor's Bond History

**Bond of Qualifying Individual**
This license filed Bond of Qualifying Individual number **PB02497501181** for PATRICK WILLIS DIBBLE in the amount of **$25,000** with PHILADELPHIA INDEMNITY INSURANCE COMPANY.
**E!ective Date:** 01/01/2023
BQI's Bond History

## Workers' Compensation

This license has workers compensation insurance with the BEARSTONE NATIONAL INSURANCE COMPANY

**Policy Number:** T10241219
**Elective Date:** 09/15/2024
**Expire Date:** 09/15/2025
Workers' Compensation History

Other

☐ Personnel listed on this license (current or disassociated) are listed on other licenses.

Back to Top    Conditions of Use    Privacy Policy    Accessibility    Accessibility Certification

Copyright © 2025 State of California

2222

California
Secretary of State

Business    UCC

Home
Search
Forms
Help
Login

The California Business Search provides access to available information for corporations, limited liability companies and limited partnerships of record with the California Secretary of State, with copies of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are not available in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

Basic Search

· A Basic search can be performed using an entity name or entity number. When conducting a search by an entity name, the type of search can be refined using the search filters, Starts with, Keyword, Whole words, and, where applicable, Standing. Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ? keyword? search. The Advanced search feature.

· entity number. No search will search ACTIVE entities (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ? keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine your search further, use the Advanced search feature.

Advanced Search

· An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

· An Advanced search allows for searching by specific entity types (e.g. Nonprofit Mutual Benefit Corporations) as well as searching by ?begins with? specific search criteria.

Disclaimer:    Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, reliability, or timeliness of the information that is provided, All such information is provided "as is." consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. To order certified copies or certificates of status, (1) locate an entity using the search, (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Harco National Insurance

HARCO NATIONAL INSURANCE
COMPANY (1925363)

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent | Results: 2 |
|---|---|---|---|---|---|---|
| HARCO NATIONAL INSURANCE COMPANY (1925363) | 1 207/1994 | Active | Stock Corporation - Out of State - Stock | ILLINOIS | C T CORPORATION SYSTEM | |
| HARCO NATIONAL INSURANCE COMPANY (326005) | 08/28/1 956 | Terminated | Stock Corporation - Out of State - Stock | NEW YORK | C T CORPORATION SYSTEM | |

Advanced ∨

EI

HARCO NATIONAL INSURANCE
COMPANY (1925363)
×

Initial Filing Date 2 07/1994

Status    Active

Entity Type Stock Corporation - Out of State - Stock

Formed In ILLINOIS

Standing
VCF CF Good
SOS    Good

Principal Address 4200 SIX FORKS ROAD,
SUITE 1400
RALEIGH, NC 27609

Mailing Address 4200 SIX FORKS ROAD,
SUITE 1400
RALEIGH, NC 27609

Statement of Info
Due Date 2/31/2025

CA Registered
Corporate (1505523)
Agent
Employee(s)

AMANDA GARCIA
330 N BRAND BLVD,
GLENDALE, CA

GABRIELA SANCHEZ
330 N BRAND BLVD,
GLENDALE, CA

DAISY MONTENEGRO
330 N BRAND BLVD,
GLENDALE, CA

BEATRICE CASAREZ
330 N BRAND BLVD,
GLENDALE, CA

JESSIE GASTELUM
330 N BRAND BLVD,
GLENDALE, CA

JOHN MONTIJO
330 N BRAND BLVD,

 **Gmail**

Jeffrey Gu ███████████

---

## TNHC 0507551  Proof of Claim, Glass Fence

**Carrie** Hoffma ◆ ████████████ insurance.com>                    Tue, Jun 10, 2025 at 1 :47 PM
To: Jeffrey Gu -

June 10, 2025

Via email to ██████████████

Re:   Surety:     Harco National Insurance Company

     Principal:    TNHC  Realty and Construction ("TNHC")

     Bond No.:    CAHNSU0507551

     Obligee:     CALIFORNIA CONTRACTORS LICENSE

     Claimant:    Di Lan Ge

     Claim No.:   39498-2

Dear Mr. Gu:

Harco National  Insurance Company ("HARCO") has made the following determination with respect to your claim under the  referenced  Bond.

The proof of claim dated Ma◆ ███████ s▓at TNHC installed defective, visibly scratched glass fencing at Di Lan Ge's home located at • ---- ██████████ Ms. Le  has provided  a  copy  of an  estimate  from  Elite  Railings to replace the entire glass fence.

On June 5th , I received a response to the claim from TNHC's attorney setting forth its position to the referenced claim. TNHC  disputes  the  entire  claim  and  states  that  the scratches  on  the  glass  were  not  identified  in  the  Final  Walk Through forms and  presumes that they were caused by the homeowner.

It appears that TNHC has established a good faith dispute as to the amounts claimed. Harco is not  required to act as a trier of fact.

Sometimes  the  evidence  received  in  the  independent investigation  shows  that  both sides have  plausible stories. The surety  is  not a judge or jury.  The  surety  is  not  obligated  to  rule for one  side  or another.  It  is  permissible for a surety upon completing its  independent investigation, to notify the parties of  its findings and defer to a trier of fact.  See The

Law of Payment Bonds, by Kevin L. Lybeck & Bruce Shreves. See also Brinderson-Newberg Joint Venture v. Pacific Erectors, Inc. 971 F. 2d (1992).

Based upon the foregoing reasons, Harco must deny your claim.

With regard to your inquiry on Bert L. Howe Associates, Harco did not bond that entity and has no knowledge of its business. Since you have made a complaint to the CSLB, we assume your concerns will be reviewed and addressed by the CSLB as necessary.

California law requires that we advise you that if you disagree with the disposition of the claim, you may request that the matter be reviewed by the California Department of Insurance; Claims Service Bureau, 1[th] Floor, 300 South Spring Street, Los Angeles, California 90012; Telephone: 1-800-927-HELP.

This letter is sent without prejudice to the rights of HARCO and its principal and it shall not constitute a waiver or release of their rights, defenses, claims or setoffs.

Thank you,

Carrie Hoffmann, Senior Bond Claims Specialist

IAT Surety

847 S. Randall Road, #402

Elgin, IL 60123

Phone 630-696-4478

Fax 973-623-8006

www.iatinsurance.com

**CONFIDENTIALITY STATEMENT**

**This e-mail, including attachments, is intended for the person(s) or company named and may contain con:dential and/or legally**

privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient or you have received this communication in error, please notify the sender immediately by telephone, return the original message to us by mail, and delete this message.

**,J.i**hink green · please don't unnecessarily print this e-mail.

---

**From:** Jeffrey Gu ███████████
**Sent:** Tuesday, June 10, 2025 1:18 PM
**To:** Carrie Hoffmann <Carrie.Hoffmann@iatinsurance.com>
**Cc:** IAT Surety Claims <IATSuretyClaims@iatinsurance.com>
**Subject:** Re: [EXTERNAL] TNHC 0507551  Proof of Claim, Glass Fence

Hi Carrie,

Could I please have an update? I have called twice in the last day and sent 2 emails.

-Jeffrey

On Mon, Jun 9, 2025 at 1:01 AM Jeffrey Gu ███████████ > wrote:

> Hi Carrie,
>
> Could please get an update on the 2 matters I referenced in my last email?
>
> -Jeffrey
>
> On Thu, Jun 5, 2025 at 3:07 PM Jeffrey Gu ███████████ wrote:
>
>> I understand, thank you Carrie. How long do they have from a statutory standpoint to respond to you, and when did that timer start?
>>
>> I'd  also like to note that the Bert Howe employee matter is related, and  I have created a complaint with the CSLB and the COi regarding them. I would appreciate it if your company's underwriters looked into whether or not they also see evidence of license lending, and alert the CSLB accordingly if so.
>>
>> On Thu, Jun 5, 2025 at 3:03 PM Carrie Hoffmann <Carrie.Hoffmann@iatinsurance.com> wrote:
>>
>>> [google.com]
>>>
>>> We are waiting for a response from TNHC. Upon receipt, we will review the claim and  let you know if we need any additional information or provide you with a determination on the claim.

Thank you,


Carrie Hoffmann, Senior Bond Claims Specialist

IAT Surety

847 S. Randall Road, #402 [google.com]

[Quoted text hidden]
[Quoted text hidden]


**2025.0605 Hoffmann_IAT Surety (Bond)_Supp.pdf**
2324K

| | |
|---|---|
| **From:** | Business License <Businesslicense@cityofirvine.org> |
| **Sent:** | Thursday, July 31, 2025 12:00 PM POT |
| **To:** | Jeffrey Gu█████████████ |
| **Subject:** | RE: Notice of Unlicensed Operator in the City of Irvine 2 |
| **Attachments:** | PublicInfo.pdf |

Hi Jeffrey,

Law Firm PHLK, LLP is in compliant with the City of Irvine.
Please see attached.

Have a nice day,

**City of Irvine, Business Licensing**
**Community Development**
**949-724 - 7 1 28**

---

**From:** Jeffrey G�>
**Sent:** Thursday, July 31, 2025 11:47 AM
**To:** Business License <businesslicense@cityofirvine.org>
**Subject:** Notice of Unlicensed Operator in the City of Irvine 2

**CAUTION:** EXTERNAL EMAIL

Hello,

Bert L. Howe and Associates appears to be operating in Irvine without a license.

Individuals purporting to be part of the company conducted inspections on behalf of The New Home Company Inc and the law firm PHLK LLP at my family's home and my neighbor's home, despite not being licensed.

CEO James Howe: jameshowe@berthowe.com
https://www.berthowe.com
800-482-1822



Please notify me if the city has any affirmative findings and takes any enforcement actions.

-Jeffrey



**Community Development**
**Business License - 949-724-7128**

City of Irvine, One Civic Center Plaza, P.O. Box 19575, Irvine, CA 92623-9575
Internet:  www.cityofirvine.org/license | Email:  IrvineBusinessLicense@cityofirvine.org

# Business License

# Public Information Report

| | |
|---|---|
| License Number: | **240000589** |
| Business Name: | PLANTE HUGUENIN LEBOVIC KAHN LLP |
| | DIANE TOFFT |
| Business Phone: | (949)271-8700 |
| Business Address: | 18100 VON KARMAN AVE STE 700 |
| (Blank if Homebased) | IRVINE,  CA  92612-7199 |
| NAICS Code: | 541110 |
| Classification: | LEGAL SERVICES |
| Business Description: | CIVIL LITIGATION LAW FIRM |
| Type of Ownership: | LLP |
| Number of Personnel: | 46 |

| | |
|---|---|
| Status: | LICENSED |
| Date Started: | 1/1/2024 |
| Expiration Date: | 05/31/2026 |
| Date Closed: | |

| | |
|---|---|
| Owner(s): | BRIAN PLANTE |
| |  PARTNER |
| | EDWARD HUGUENIN |
| | PARTNERS |

7/31/2025

| From: | **JeffreyGu-** |
| Sent: | **Thursday, Ju y  ,    :     T** |
| **To:** | Business License <Businesslicense@cityofirvine.org> |
| Subject: | **Re: Notice of Unlicensed Operator in the City of Irvine 2** |

**CAUTION** **EXTERNAL EMAIL**

**The complaint is about SHA, not PHLK.**

On Thu, Jul 3 1 ,  2025 at 3:01 PM Business License <BusinessLicense@cityofirvine.org> wrote:

**Hi Jeffrey,**

**Law Firm PHLK, LLP is in compliant with the City of Irvine.**

**Please see attached.**

**Have a nice day,**

**City of Irvine,  Business Licensing**

**Commu nity  Develo pment**

**949-724-7128**

**From:** Jeffrey G.
**Sent:** Thursday, July 31, 2025 11:47 AM
**To:** Business License businesslicense@cityofirvine.org>
**Subject:** Notice of Unlicensed Operator in the City of Irvine 2

**CAUTION** **EXTERNAL EMAIL**

**Hello,**

Bert L. Howe and Associates appears to be operating in Irvine without a license.

Individuals purporting to be part of the company conducted inspections on behalf of The New Home Company Inc and the law firm PHLK LLP at my family's home and my neighbor's home, despite not being licensed.

CEO James Howe: jameshowe@berthowe.com

https://www.berthowe.com

800-482-1822

Please notify me if the city has any affirmative findings and takes any enforcement actions.

-Jeffrey

| From: | Jesse Cardoza <JCardoza@cityofirvine.org> |
|---|---|
| Sent: | Thursday, July 31, 2025 12:33 PM PDT |
| To: | Jeffrey Gu |
| CC: | William Go Web <WilliamGo@cityofirvine.org> |
| Subject: | Re: Toll Brothers Permit |

**Good Afternoon Mr. Gu**
**The permit was provided to you because you submitted a request for public records for permit records related to particular projects.**
**What specific information can I provide for you?**
Jesse Cardoza, PE, CASp
Deputy Director of Community DevelopmenVChief Building Official

**949-724-6377**

From: **Jeffrey Gu**
Sent: **Wednesday, July 30, 2025 5:57 PM**
To: **Jesse Cardoza <JCardoza@cityofirvine.org>**
Cc: **William Go Web <WilliamGo@cityofirvine.org>**
Subject: **Re: Toll Brothers Permit**

CAUTION: **EXTERNAL EMAIL**

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <J@cityofirvine.org> wrote:**
Mr. Gu
Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find  many fields empty  in the declaration portion of the permit. The separate, complete declaration is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request.  If they were not,  please contact the Office of Records to obtain the additional documents.
Thank you and let me know if you have any other questions.
Since
Jesse Cardoza, PE, CASp I Deputy Director of Community DevelopmenUChief Building Official
949-724-6377 11  Civic Center Plaza, Irvine, CA 92606

From: **Jeffrey Gu -**
Sent: **Wednesday-**

To: **Jesse Cardoza <**JCardoza@cityofirvine.org**>**
Cc: **William Go Web <**WilliamGo@cityofirvine.org**>**
Subject: **Re: Toll Brothers Permit**

**CAUTION: EXTERNAL EMAIL**
**Hi Jesse,**
**I have obtained a permit for "New Home Company" (which is not a registered entity California or**
**licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER**
**DECLARATION" section has no checkboxes filled in?**
**-Jeffrey**
**On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu - wrote:**
  **Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the**
  **details. While I could bring more oversights to your attention, I imagine it'd be futile.**
  **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <**J@cityofirvine.org**> wrote:**
    **Mr. Gu**
    **Thank you for the excellent follow-up question.**
    **We don't specifically track the relative portion of licensed contractors that are also mortgage**
    **companies, so I'm unable to say how common this occurrence is; however, I can confirm that we**
    **have issued a number of building permits to Toll Brothers under their B - General Building**
    **contractor's license. For up-to-date contractor license information, please visit the California**
    **Department of Consumer Affairs web page (**https://www.cslb.ca.gov/**).**
    **Please let me know if you have any other questions.**
    Jesse Cardoza, PE, CASp
    **Deputy Director of Community Development/Chief Building Official**

    **949-724-6377**

    **From: Jeffrey G**████████████
    **Sent: Thursday, July 24, 2025 2:09 PM**

    **To: Jesse Cardoza <**JCardoza@cityofirvine.org**>**
    **Cc: William Go Web <**WilliamGo@cityofirvine.org**>**
    **Subject: Re: Toll Brothers Permit**
    **CAUTION: EXTERNAL EMAIL**
    **Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the**
    **contractor? Are mortgage companies commonly contractors in Irvine?**
    **On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:**
      **Mr. Gu**
      **It appears that the two permits with the missing license information are the result of a clerical**
      **error - not an omission of information or a mistake. I was able to confirm that the contractor**
      **license information was validated, but not all of the information was reflected on the permit.**
      **Thank you for brining this to my attention.**
      Jesse Cardoza, PE, CASp
      **Deputy Director of Community Development/Chief Building Official**

**949-724-6377**

From: **Jeffrey G** ▮▮▮▮▮▮▮▮▮▮▮▮
Sent: **Friday, July 18, 2025 7:45 AM**

To: **Jesse Cardoza** <**Cardoza@cityofirvine.org**>
Cc: **William Go Web** <**WilliamGo@cityofirvine.org**>
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL
**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul 1 7, 2025 at 1 :43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
**Mr. Gu**
**At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to**
**draw my attention to?**
Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey G** ▮▮▮▮▮▮▮▮▮▮▮▮
Sent: **Thursday, July 17, 2025 6:00 AM**
To: **Jesse Cardoza** <JCardoza@cityofirvine.org>
Cc: **William Go Web** <WilliamGo@cityofirvine.org>
Subject: **Re: Toll Brothers Permit**

CAUTION: EXTERNAL EMAIL
**Hi Jesse,**
**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey** ▮▮Gu▮▮▮▮▮▮▮▮▮ **wrote:**
**Hi Jesse,**
**I just received these permits from my CPRA request. Do you happen to see any irregularities?**
**-Jeffrey**

| From: | **JeffreyGu-** |
|---|---|
| Sent: | **Thursday, July 31, 2025 12:38 PM PDT** |
| To: | **Jesse Cardoza <JCardoza@cityofirvine.org>** |
| CC: | **William Go Web <WilliamGo@cityofirvine.org>** |
| Subject: | **Re: Toll Brothers Permit** |
| Attachments: | **BUILDING PERMIT - PERMIT 00920236-RBP- ADDRESS  129 OAKSTONE.pdf** |

CAUTION: EXTERNAL EMAIL

Hi Jesse,
Sure, you mentioned that with respect to the permit for 129 Oakstone, that the declaration was saved
somewhere else (which is not mentioned on the permit). Could you  please provide the declaration for that
specific permit?
-Jeffrey

**On Thu, Jul 3 1 ,  2025 at 3:33 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
Good Afternoon Mr. Gu
The permit was provided to you because you submitted a request for public records for permit records
related to particular projects.
What specific information can I provide for you?

Jesse Cardoza, PE, CASp

**Deputy Director of Community DevelopmenUChief Building Official**

**949-724-6377**

From: Jeffrey Gu <▮▮▮▮▮▮▮▮▮▮▮▮>
Sent: Wednesday, July 30, 2025 5:57 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

**Hi Jesse,**
**If this permit provided to me is not reflective of the truth, what was the point of providing it to**
**me? I would like a fuller picture, if this could be provided.**
**Given your position, I would like you to provide this fuller picture for this specific property, as**
**it does not seem that the staff has been properly trained to provide it.**
**-Jeffrey**

**On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:**
 Mr. Gu
 Thank you for the question. When we transitioned to all electronic permit submittals in
 2019, we began collecting permit declarations at permit issuance via a separate,

stand-alone document, which is why you'll find many fields empty in the declaration portion of the permit. The separate, complete declaration is printed and sent to the Office of Records at project close-out along with the permit, so all of the required information is captured and preserved - just not on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request. If they were not,  please contact the Office of Records to obtain the additional documents.

Thank you and let me know if you have any other questions.

Since

Jesse Cardoza, PE, CASp   I**Deputy Director of Community DevelopmenVChief Building Official**

**949-724-6377 11  Civic Center Plaza, Irvine, CA 92606**

From: **Jeffrey G**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: **Wednesday**▮▮▮▮▮▮▮▮▮▮

To: **Jesse Cardoza <**JCardoza@cityofirv**▶**ne.org**>**
Cc: **William Go Web <**WilliamGo@cityofirvine.org**>**
Subject: **Re: Toll Brothers Permit**

CAUTION**EXTERNAL EMAIL**

**Hi Jesse,**
**I have obtained a permit for "New Home Company" (which is not a registered entity California or licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER DECLARATION" section has no checkboxes filled in?**
**-Jeffrey**
**On Thu, Jul  24, 2025 at 6:30 PM Jeffrey Gu - wrote:**
 **Sure, well it seems that your Building Depa**▮▮▮▮**▮er (or totally ignore) the**
 **details.  While I could bring more oversights to your attention, I imagine it'd be futile.**
 **On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:**
 **Mr. Gu**
 **Thank you for the excellent follow-up question.**
 **We don't specifically track the relative portion of licensed contractors that are also mortgage companies**so **I'm unable to say how common this occurrence is; however, I can confirm that we have issued a n umber of building permits to Toll Brothers under their B - General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page {**https://www.**ca**.go**Ub**l**
 **Please let me know if you have any other questions.**

 Jesse Cardoza, PE, CASp

 Deputy Director of Community DevelopmenVChief Building Official

 **949-724-6377**

 From: **Jeffrey G**▮▮▮▮▮▮▮▮▮▮
 Sent: **Thursday, July**▮▮▮, 2025 2:09 PM

**To:** **Jesse Cardoza <**JCardoza@cityofirvine.org**>**
**Cc:**William Go Web <WilliamGo@cityofirvine.org**>**
Subject: **Re: Toll Brothers Permit**
<span style="color:red">CAUTION:</span> <span style="color:red">EXTERNAL EMAIL</span>

**Are you referring to "TOLL BROTHERS MORTGAGE COMPANY" being listed as the contractor? Are mortgage companies commonly contractors in Irvine?**
**On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <**J@cityofirvine.org**> wrote:**

Mr. G u
It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for brining this to my attention.

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: **Jeffrey Gu** ████████████
Sent: **Friday, July 18, 2025 7:45**

To: **Jesse Cardoza <**JCardoza@cityofirvine.org**>**
Cc: William Go Web <WilliamGo@cityofirvine.org**>**
Subject: **Re: Toll Brothers Permit**

<span style="color:red">CAUTION:</span> <span style="color:red">EXTERNAL EMAIL</span>

**Sure, well I see a potential case of license lending in this specific set of permits.**
**On Thu, Jul  1 7, 2025 at 1 :43 PM Jesse Cardoza <**JCardoza@cityofirvine.org**> wrote:**

Mr. Gu
At first glance, I don't notice anything of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Off

**949-724-6377**

From: **Jeffrey Gu** ████████████
Sent: **Thursday, July 17, 2025 6:00 AM**
To: **Jesse Cardoza <**JCardoza@cityofirvine.org**>**

Cc: William Go Web <WilliamGo@cityofirvine .org>
**Subject** Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

**Hi Jesse,**
**Any comments on my last email?**
**-Jeffrey**
**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey Gu ███████████> wrote:**
  Hi Jesse,
  I just received these permits from my CPRA request. Do you happen to  see any irregularities?
  -Jeffrey

# New Residential Construction Permit

00920236-RBP

**DESCRIPTION OF WORK:**
(e-plan) Olivewood Phase 3 Portola Springs. Tract 19176.
Lot 88. 1 Production SFD. Plan 2B.

**City of Irvine**
Building & Safety Division
Community Development Dept.
One Civic Center Plaza
PO Box 19575 Irvine, CA 92623-9575
For Permit Info: (949) 724-4500 For Inspections: (949) 724-6501



**ADDRESS:** 129 OAKSTONE
**TRACT:** 19176                     **LOT:** 88
**APN:**
**PLANNING AREA:**

**OWNER:** NEW HOME COMPANY
**ADDRESS:** 18231 LAGUNA CANYON RD 250
**CITY, ST ZIP:** IRVINE CA 92618
**PHONE:** (949) 793-0040

**APPLICANT:** KB PROCESSING
**ADDRESS:** 37601 EARLY LN
**CITY, ST ZIP:** MURRIETA    CA92563
**CONTACT:** KRISTI BLANCHARD  951  -970-4794
**PHONE:** (951) 970-4794

**CONTRACTOR:**
**ADDRESS:**
**CITY, ST ZIP:**
**CONTR LIC EXP:**
**IRV BUS LIC:**                         **EXP DATE:**

## PERMIT FEES

| | |
|---|---:|
| Automation Fee 1 Inspection | 187.61 |
| SB 1473 fee - Due to State | 19.80 |
| SB 1473 fee - Admin | 2.20 |
| Energy Surcharge Insp | 247.12 |
| Issuance Fee Comm | 61.23 |
| Res SFD/Det Condo or Apt Insp | 1,629.02 |
| State Seismic Res | 69.02 |
| Sys Dev Charge Circ | 2,654.61 |
| Sys Dev Chan::18 Non-Circ | 2,654.61 |
| SlurrySeal New Res Max | 50.00 |

**VALUATION:** $ 530,922
**STORIES:** 2
**CODE YR:** 2019        **OCC**        **NO. UNITS:**
                              **TOT SQFT:** 3,466        **CONST TYPE**        **SB**

Total Permit Fees: $7,575.22
Receipt# 00270511

**TCA Receipt:** 8680                                 **TCA: F/E-A**

**PLAN CHECK# 00891461-RNP**
**PLANNING APPROVAL** KATIE CURTIS        12/18/2023
**PLANNING APPROVAL** SALEH ARRASABI        12/15/2022
**BUILDING APPROVAL** CHERYL WILLIAMS        1/4/2024
**PERMIT ISSUED BY** CHERYL WILLIAMS
**PERMIT FINALED BY** DAVID CHAFFE        6/24/24
**ACTION CODE:** 86

---

**LICENSED CONTRACTORS DECLARATION**
☐ I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Profession Code, and my license is in full force and effect.

License Class _____  Lic No. _____

Date 01/04/2024 Contractor _____

**OWNER-BUILDER DECLARATION**
I hereby affirm under penalty of perjury that I am exempt from the Contractor's License Law for the following reason:
☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work and the structure is not intended or offered for sale.
☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project.
☐ I am exempt under Sec. _____

Date _____  Owner _____
Reason _____

Or-1 re: NEW HOME COMPANY
☐ B&PC, for this

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm under penalty of perjury one of the following declarations:
☐ I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.
☐ I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:
Carrier _____  Policy _____
☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California, and agree that if I should become subject to the worker's compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Date 1/4/2024 _____  Applicant _____

**WARNING:** FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**CONSTRUCTION LENDING AGENCY**
I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____
Lender's Address _____

I certify that I have read this application and state that the above information is correct and agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes.

_____        _____
Signature of Applicant or Agent        Date

_____
Print Applicants/Agents Name

**LENDER**        **WORKERS' COMPENSATION**        **OWNER-BU**

---

see Inspection Record Card for Smoke Detector and Carbon Monoxide Alarm requirements.

**PERMIT EXPIRATION:** Permit becomes null & void if work is not started in 365 days or if work is suspended for 180 days or more. Residential permit expiration: addition -18 months, all others 6 months from date of permit.

NOTICE: Pursuant to Assembly Bill 3020, no excavation permit is valid unless the following is performed:
1. UNDERGROUND SERVICE ALERT has been contacted and has provided inquiry I.D. Number
2. The applicant agrees to contact and obtain an inquiry I.D. Number from UNDERGROUND SERVICE ALERT (1-800-422-4133) at least 2 working days prior to commencing excavation.

| | |
|---|---|
| From: | **Business License <BusinessLicense@cityofirvine.org>** |
| Sent: | **Thursday, July 31, 2025 1:23 PM PDT** |
| To: | **Sam Floyd <SFloyd@cityofirvine.org>;** Jeffrey Gu |
| Subject: | **FW: Notice of Unlicensed Operator in the City of Irvine 3** |
| Attachments: | **Glass Fence Bond Claim Denial.pdf, Screenshot 2025-07-31 at 2.53.10 PM.png, Screenshot 2025-07-31 at 2.58.11 PM.png, New Home Co License.pdf, Screenshot 2025-07-31 at 2.59.02 PM.png** |

Hi Jeffery,

Thank you for your email. I am forwarding your email to my supervisor Sam Floyd to assist.

Thank you,

City of Irvine, Business Licensing
Community Develeopment
949-724-7128

From: **Jeffrey G**
Sent: **Thursday, July 31, 2025 12:00 PM**
To: **Business License <businesslicense@cityofirvine.org>**
Subject: **Notice of Unlicensed Operator in the City of Irvine 3**

**CAUTION: EXTERNAL EMAIL**

Hello,

Harco National Insurance Company, part of IAT Insurance Group, appears to be operating in Irvine without a license. Their bonds cover construction companies, like TNHC Realty and Construction Inc, that operate within the city bounds.

Senior Claims Officer and Vice President of Legal: Frank Tanzola
973-776-8770
Frank.Tanzola@iatinsurance.com



-Jeffrey Gu

H

# ☐ Contractor's License Detail for License # 938080

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

☐ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click here for a definition of disclosable actions.

☐ Only construction related civil judgments reported to CSLB are disclosed (B&P 7071.17).

☐ Arbitrations are not listed unless the contractor fails to comply with the terms.

☐ Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 3/30/2025 10:35:04 AM

## Business Information

TNHC REALTY AND CONSTRUCTION INC
15231 LAGUNA CANYON ROAD
SUITE 250
IRVINE, CA 92618
Business Phone Number:(949) 382-6525

**Entity** Corporation
**Issue Date** 09/23/2009
**Expire Date** 09/30/2025

## License Status

**This license is current and active.**

**All information below should be reviewed.**

## Classifications

B - GENERAL BUILDING

## Bonding Information

**Contractor's Bond**

This license filed a Contractor's Bond with HARCO NATIONAL INSURANCE COMPANY.
**Bond Number:** 0507551
**Bond Amount:** $25,000
**E!ective Date:** 01/01/2023
Contractor's Bond History

**Bond of Qualifying Individual**

This license filed Bond of Qualifying Individual number **PB02497501181** for PATRICK WILLIS DIBBLE in the amount of **$25,000** with PHILADELPHIA INDEMNITY INSURANCE COMPANY.
**E!ective Date:** 01/01/2023
BQI's Bond History

## Workers' Compensation

This license has workers compensation insurance with the BEARSTONE NATIONAL INSURANCE COMPANY

**Policy Number:**  T10241219
**Elective Date:**  09/15/2024
**Expire Date:**  09/15/2025
Workers' Compensation History

Other

☐  Personnel listed on this license (current or disassociated) are listed on other licenses.

Back to Top     Conditions of Use     Privacy Policy     Accessibility     Accessibility Certification

Copyright © 2025 State of California

2222

 **Gmail**

Jeffrey Gu

---

## TNHC 0507551  Proof of Claim, Glass Fence

**Carrie** Hoffma ◆                    atinsurance.com>                    Tue, Jun 10, 2025 at 1 :47 PM
To: Jeffrey Gu

June 10, 2025

Via email to

Re:     Surety:          Harco National Insurance Company

Principal:     TNHC Realty and Construction ("TNHC")

Bond No.:     CAHNSU0507551

Obligee:          CALIFORNIA CONTRACTORS LICENSE

Claimant:     Di Lan Ge

Claim No.:     39498-2

Dear Mr. Gu:

Harco National  Insurance Company ("HARCO") has made the following determination with respect to your claim under the  referenced  Bond.

The proof of claim dated Ma◆                    s that TNHC installed defective, visibly scratched glass fencing at Di Lan Ge's home located  at •  ----                    • Ms. Le  has provided  a  copy of an  estimate from  Elite  Railings to replace the entire glass fence.

On June 5th , I received a response to the claim from TNHC's attorney setting forth its position to the referenced claim. TNHC  disputes  the  entire  claim  and  states  that  the scratches  on  the  glass  were  not  identified  in  the  Final  Walk Through forms and  presumes that they were caused by the homeowner.

It appears that TNHC has established a good faith dispute as to the amounts claimed. Harco is not  required to act as a trier of fact.

Sometimes  the  evidence  received  in  the  independent investigation  shows that both sides have  plausible stories. The surety is  not a judge or jury. The  surety  is  not obligated  to  rule for one  side  or another.  It  is  permissible for a surety upon completing its  independent investigation, to notify the parties of  its findings and defer to a trier of fact.  See The

Law of Payment Bonds, by Kevin L. Lybeck & Bruce Shreves. See also Brinderson-Newberg Joint Venture v. Pacific Erectors, Inc. 971 F. 2d (1992).

Based upon the foregoing reasons, Harco must deny your claim.

With regard to your inquiry on Bert L. Howe Associates, Harco did not bond that entity and has no knowledge of its business. Since you have made a complaint to the CSLB, we assume your concerns will be reviewed and addressed by the CSLB as necessary.

California law requires that we advise you that if you disagree with the disposition of the claim, you may request that the matter be reviewed by the California Department of Insurance; Claims Service Bureau, 1[th] Floor, 300 South Spring Street, Los Angeles, California 90012; Telephone: 1-800-927-HELP.

This letter is sent without prejudice to the rights of HARCO and its principal and it shall not constitute a waiver or release of their rights, defenses, claims or setoffs.

Thank you,

Carrie Hoffmann, Senior Bond Claims Specialist

IAT Surety

847 S. Randall Road, #402

Elgin, IL 60123

Phone 630-696-4478

Fax 973-623-8006

www.iatinsurance.com

**CONFIDENTIALITY STATEMENT**

**This e-mail, including attachments, is intended for the person(s) or company named and may contain con:dential and/or legally**

privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. If you are not the intended recipient or you have received this communication in error, please notify the sender immediately by telephone, return the original message to us by mail, and delete this message.

**,J.i**hink green · please don't unnecessarily print this e-mail.

---

**From:** Jeffrey Gu ███████████████
**Sent:** Tuesday, June 10, 2025 1:18 PM
**To:** Carrie Hoffmann <Carrie.Hoffmann@iatinsurance.com>
**Cc:** IAT Surety Claims <IATSuretyClaims@iatinsurance.com>
**Subject:** Re: [EXTERNAL] TNHC 0507551  Proof of Claim, Glass Fence

Hi Carrie,

Could I please have an update? I have called twice in the last day and sent 2 emails.

-Jeffrey

On Mon, Jun 9, 2025 at 1:01 AM Jeffrey Gu ████████████████ wrote:

Hi Carrie,

Could please get an update on the 2 matters I referenced in my last email?

-Jeffrey

On Thu, Jun 5, 2025 at 3:07 PM Jeffrey Gu ███████████████ wrote:

I understand, thank you Carrie. How long do they have from a statutory standpoint to respond to you, and when did that timer start?

I'd also like to note that the Bert Howe employee matter is related, and I have created a complaint with the CSLB and the COi regarding them. I would appreciate it if your company's underwriters looked into whether or not they also see evidence of license lending, and alert the CSLB accordingly if so.

On Thu, Jun 5, 2025 at 3:03 PM Carrie Hoffmann <Carrie.Hoffmann@iatinsurance.com> wrote:

[google.com]

We are waiting for a response from TNHC. Upon receipt, we will review the claim and let you know if we need any additional information or provide you with a determination on the claim.

Thank you,

Carrie Hoffmann, Senior Bond Claims Specialist

IAT Surety

847 S. Randall Road, #402 [google.com]

[Quoted text hidden]
[Quoted text hidden]

**2025.0605 Hoffmann_IAT Surety (Bond)_Supp.pdf**
2324K

# Businesses Licensed to Conduct Process By The City of Irvine

949-724-7328 | businesslicense@cityofirvine.org

To filter (search) the list, first type a value into the field by using a filter. Click on the filter icon next to where they wish to search for an applicable value.

For Example: If you would like to search on an account number, first enter the number in the account number field, then click the appropriate "Equals To".

The page will now begin to show the account number that you entered. It will take a few seconds for data to go to work if it the (to-query) you entered first.

A business name that did not enter will contain "is for the account name or an all contains" in a search filter for exact or only you and choose "No".

Search in from the beginning of the name or all contains the name with the online business verify. For example if you are looking and choose "No".

You will search all the business name that contain the "word" "pool".

When searching you can add field and item whether be used to fill the first field start you attempt separate column and to he

For running for your search.

---

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| ▼ | harco national ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ |

No records to display.

# Business License Department - Process By The City of Irvine

949-724-7228 | BusinessLicense@cityofirvine.org

Export to Excel

| Account Number | Name | DBA | ADDRESS | CITY STATE ZIP | BUSINESS TYPE | NAICS | Business Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

No records to display.



California
Secretary of State

Home | Search | Forms | Help

Business | UCC

The California Business Search provides access to available information for Limited Liability Companies, and Limited Partnerships and other business entities of record with the California Secretary of State, with free PDF copies of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g., law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are not contained in the California Business Search. To obtain information about LPs and GPs, submit a Business Entities Order paper or form to request copies of filings for those entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, use the Forms link in the left panel and select Entity Name Reservation ≥ Corporation, ≥ LLC, ≥ LP.

## Basic Search

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, the applicable prefix (if applicable, Standing SOS Good, Standing SOS Good) must precede the entity number. A Basic search will search only ACTIVE entities (Corporations, Limited Liability Companies, Limited Partnerships), Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out-of-State Associations) active for a status other than active for a Keyword? search. The Advanced search allows for a search with a filter. No search entities that have a status other than active to refine search criteria.

## Advanced Search

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.
- An Advanced search allows for searching by specific entity types (e.g., Nonprofit, Mutual Benefit, Common), as well as searching by ending with specific search criteria.

*Disclaimer:* Search results are limited to the 500 entities closest matching the entered search result is not found within the 500 entities provided, please refine the search criteria using the Advanced Search function for additional results/entities. The California Business Search is updated as documents are approved/filed as provided as a more complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence or damage resulting directly or indirectly from reliance on the accuracy, reliability or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, or to locate an entity using the search, or to request Certificates in the right-hand detail drawer.
complete your request online.

### Harco National Insurance

[ Advanced ˅ ]

Results: 2

| Entity Information ≥ | Initial Filing Date ≥ | Status ≥ | Entity Type ≥ | Formed In ≥ | Agent ≥ |
|---|---|---|---|---|---|
| HARCO NATIONAL INSURANCE COMPANY (1922656) | 12/07/1994 | Active | Stock Corporation - Out of State - Stock | ILLINOIS | C T CORPORATION SYSTEM |
| HARCO NATIONAL INSURANCE COMPANY (326005) | 08/28/1956 | Terminated | Stock Corporation - Out of State - Stock | NEW YORK | C T CORPORATION SYSTEM |

### HARCO NATIONAL INSURANCE [ Request Select Certificate ]

**Initial Filing Date** 12/07/1994
**Status** Active
**Standing SOS** Good
**Standing VCECF** Good
**Formed In** ILLINOIS
**Entity Type** Stock Corporation - Out of State - Stock
**Principal Address** 4200 SIX FORKS ROAD, SUITE 1400, RALEIGH, NC 27609
**Mailing Address** 4200 SIX FORKS ROAD, SUITE 1400, RALEIGH, NC 27609
**Statement of (n/c) 12/31/2025 Due Date**

Agent (Individual) | C T CORPORATION SYSTEM
Corporate/Employee(s)

CA Registered | AMANDA GARCIA, 330 N BRAND BLVD VD, GLENDALE CA/CA
Agent/Authorized | GABRIEL A SANCHEZ, 330 N BRAND BLVD VD, GLENDALE CA/CA
Employee(s) | DAISY MONTENEGRO, 330 N BRAND BLVD VD, GLENDALE CA/CA
| BENITRU DE GOMSAREZ, 330 N BRAND BLVD VD, GLENDALE CA/CA
| JESSIE GASTELUM, 330 N BRAND BLVD VD, GLENDALE CA/CA
| JOHN MONTijo, 330 N BRAND BLVD VD, GLENDALE CA/CA

| From: | Business License <BusinessLicense@cityofirvine.org> |
|---|---|
| Sent: | Thursday, July 31, 2025 1:35 PM PDT |
| To: | Jeffrey G [redacted]; Sam Floyd <Sfloyd@cityofirvine.org> |
| Subject: | RE: Notice of Unlicensed Operation in the City of Irvine 2 |

Hi Jeffrey,

Thank you for your email. I am forwarding your email to my supervisor Sam Floyd to assist.

Thank you,

City of Irvine, Business Licensing
Community Development
949-724-7128

From: Jeffrey G [redacted]
Sent: Thursday, July 31, 2025 12:02 PM
To: Business License <BusinessLicense@cityofirvine.org>
Subject: Re: Notice of Unlicensed Operation in the City of Irvine 2

CAUTION: EXTERNAL EMAIL

The complaint is about BHA, not PHLK.

On Thu, Jul 31, 2025 at 3:00 PM Business License <BusinessLicense@cityofirvine.org>
wrote:

Hi Jeffrey,

Law Firm PHLK, LLP is in compliant with the City of Irvine.
Please see attached.

Have a nice day,

City of Irvine, Business Licensing
Community Development
949-724-7128

From: Jeffrey G [redacted]
Sent: Thursday, July 31, 2025 11:47 AM
To: Business License <businesslicense@cityofirvine.org>
Subject: Notice of Unlicensed Operation in the City of Irvine 2

**CAUTION:** EXTERNAL EMAIL

Hello,

Bert L. Howe and Associates appears to be operating in Irvine without a license.

Individuals purporting to be part of the company conducted inspections on behalf of
The New Home Company Inc and the law firm PHLK LLP at my family's home and my
neighbor's home, despite not being licensed.

CEO James Howe: jameshowe@berthowe.com
https://www.berthowe.com
800-482-1822

Please notify me if the city has any affirmative findings and takes any enforcement
actions.

-Jeffrey

| | |
|---|---|
| From: | Jesse Cardoza <JCardoza@cityofirvine.org> |
| Sent: | Thursday, July 31, 2025 1:35 PM PDT |
| To: | Jeffrey Gu |
| CC: | William Go Web <WilliamGo@cityofirvine.org> |
| Subject: | Re: Toll Brothers Permit |

Thank you for clarifying.

The declaration should have been provided as part of the records you received from the Office of Records. If it wasn't, please contact the Office of Records to request additional documents at 949-724-6281.

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu
Sent: Thursday, July, 2025 12:38 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

Sure, you mentioned that with respect to the permit for 120 Oak St on the declaration was saved somewhere else (which is not mentioned on the permit). Could you please provide the declaration for that specific permit?
-Jeffrey

On Thu, Jul 3 10, 2025 at 3:31 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:
Good Afternoon Mr. Gu

The permit was provided to you because you submitted a request for public records for permit records related to particular projects.

What specific information can I provide for you?

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 5:57 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture if this could be provided.

Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.

-Jeffrey

On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance as a separate, stand-alone document, which is why you'll find any fields empty in the declaration portion of the permit. These separate completed declarations reside in cases sent to the Office of Records at project close-out along with the permit so all of the required information is captured and preserved just so to not rely on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request if they were not please contact the Office of Records to obtain the additional documents.

Thank you and let me know if you have any other questions.

Since

Jesse Cardoza, PE, CASp | Deputy Director of Community Development/Chief Building Official

949-724-6377 | 1 Civic Center Plaza, Irvine, CA 92606

From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 11:43 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

I have obtained a permit for "New Home Company"s (which is not a registered entity California or licensed business entity within Irvine). Could you explain why the OWNER-BUILDER DECLARATION section has no checkboxes filled in?

-Jeffrey

On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu <                    > wrote:

Sure, well it seems that your Building Department likes to just silently ignore the details. While I could bring more oversights to your attention, i imagine it'd be futile.

On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the excellent follow up question.

We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs page (https://www.cslb.ca.gov/).

Please let me know if you have any other questions.

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu <span style="background:black">████████</span>
Sent: Thursday, July 24, 2025 2:09 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Are you referring to TOLL BROTHERS MORTGAGE COMPANY being listed as the contractor? Are mortgage companies commonly contractors in Irvine?

On Thu, Jul 24, 2025 at 4:50 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

It appears that the two permits with the missing license information are the result of a clerical error – not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for bringing this to my attention.

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu <span style="background:black">████████</span>
Sent: Friday, July 18, 2025 7:45 AM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Sure, will keep a potential case of license laundering in this specific set of permits.

On Thu, Jul 17, 2025 at 1:43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

At first glance, I don't notice anything out of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu <span style="background:black">████████</span>
Sent: Thursday, July 17, 2025 6:00 AM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

**Hi Jesse,**

**Any comments on my last email?**

**-Jeffrey**

**On Tue, Jul 8, 2025 at 8:00 AM Jeffrey** ██████████████ **wrote:**

Hi Jesse,

I just received these permits from my CPRA request. Do you happen to see any irregularities?

-Jeffrey

| | |
|---|---|
| From: | Jeffrey Gu▮▮▮▮▮▮ |
| Sent: | Thursday, July 3, 2025 2:40:41 PM PDT |
| To: | Jesse Cardoza <JCardoza@cityofirvine.org> |
| CC: | William Go <WilliamGo@cityofirvine.org> |
| Subject: | Re: Toll Brothers Permit |

**CAUTION: EXTERNAL EMAIL**

Hi Jesse,

I was asking your explicit help in obtaining it. The City intended to send me the full permit record and did not, and the fact that you cannot or will not furnish it, then the declaration seemingly doesn't exist.

-Jeffrey

On Thu, Jul 3, 2025 at 1:35 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Thank you for clarifying.

The declaration should have been provided as part of the records you received from the Office of Record. If it wasn't, please contact the Office of Records to request additional documents at 949-724-6281.

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu▮▮▮▮▮▮
Sent: Thursday, July 3, 2025 12:08 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Hi Jesse,

Sure, you mentioned that with respect to the permit for 120 Oak store, that the declaration was saved somewhere else (which is not mentioned on the permit). Could you please provide the declaration for that specific permit?

-Jeffrey

On Thu, Jul 3, 2025 at 11:33 AM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Good Afternoon Mr. Gu

The permit was provided to you because you submitted a request for public records for permit records related to particular projects.

What specific information can I provide for you?

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development/Chief Building Official

**949-724-6377**

From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 5:57 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,
If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture, if this could be provided.
Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.
-Jeffrey

On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find any field empty in the declaration portion of the permit. These separate, completed declarations is intended and sent to the Office of Records at project close out along with the permit so all of the required information is captured and preserved just so to do one one piece of paper. These separate permit declarations should have ever provided to you by the Office of Records as part of your Public Records Request. If they were not, please contact the Office of Records to obtain the additional documents.

Thank you and let me know if you have any other questions.

Since

**Jesse Cardoza, PE, CASp** | Deputy Director of Community Development/Chief Building Official
949-724-6377 | 1 Civic Center Plaza, Irvine, CA 92606
From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 12:43 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

I have obtained a permit for "New Home Company" (which is not a registered entity in California or licensed to do business within Irvine). Could you please explain why the BUILDER-OWNER DECLARATION section has no checkboxes filled in?

-Jeffrey

On Thu, Jul 24, 2025 at 6:30 PM Jeffrey <span style="color:black">████████</span> wrote:

Sure, well it seems that your Building Department likes to gloss over (or totally ignore) the details. While I could bring more oversights to your attention, I imagine it'd be futile.

On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the excellent follow up question.

We don't specifically track the relative portion of licensed contractors that are also mortgage companies, so I'm unable to say how common this occurrence is; however, I can confirm that we have issued a number of building permits to Toll Brothers under their Toll General Building contractor's license. For up-to-date contractor license information, please visit the California Department of Consumer Affairs web page (https://www.cslb.ca.gov/).

Please let me know if you have any other questions.

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development / Chief Building Official

949-724-6377


From: Jeffrey G <span style="color:black">████████</span>
Sent: Thursday, July 24, 2025 5:09 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Gu Web <WilliamGu@cityofirvine.org>
Subject: Re: Toll Brothers Permit

<span style="color:red">CAUTION: EXTERNAL EMAIL</span>

Are you referring to TOLL BROTHERS MORTGAGE COMPANY being listed as the contractor? Are mortgage companies commonly contractors in Irvine?

On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

It appears that the two permits with the missing license information are the result of a clerical error - not an omission of information or a mistake. I was able to confirm that the contractor license information was validated, but not all of the information was reflected on the permit. Thank you for bringing this to my attention.

**Jesse Cardoza, PE, CASp**

Deputy Director of Community Development / Chief Building Official

949-724-6377

From: Jeffrey G <■■■■■■■■>
Sent: Friday, July 18, 2025 7:45 AM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Gu Web/ <WilliamGu@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Sure, we'll see a potential case of license lending in this specific set of permits.

On Thu, Jul 17, 2025 at 1:43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

At first glance, I don't notice anything out of the ordinary. Is there something particular you'd like to draw my attention to?

Jesse Cardoza, PE, CASp

Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu ■■■■■■■■
Sent: Thursday, July 17, 2025 6:00 AM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Gu Web/ <WilliamGu@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Hi Jesse,

Any comments on my last email?

-Jeffrey

On Tue, Jul 8, 2025 at 6:00 AM Jeffrey Gu ■■■■■■■■ wrote:

Hi Jesse,

I just received these permits from a CPRA request. Do you happen to see any irregularities?

-Jeffrey

| From: | Jesse Cardoza <JCardoza@cityofirvine.org> |
| Sent: | Thursday, July 3, 2025 2:04 PM PDT |
| To: | Sam Floyd <SFloyd@cityofirvine.org> |
| Subject: | Fw: Toll Brothers Permit |
| Importance: | High |

Sam

Please coordinate with records to ensure they provide Mr. Guy with everything he asked for.

Jesse Cardoza, PE, CASp
Deputy Director of Community Development / Chief Building Official

949-724-6377

From: Jeffrey G
Sent: Thursday, July 3, 2025 12:40 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,
I was asking your explicit help in obtaining it. If the City intended to send me the full permit record and did not, and the fact that you cannot or will not furnish it, then the declaration seemingly does not exist.
-Jeffrey

On Thu, Jul 3, 2025 at 11:35 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:
Thank you for clarifying.
The declaration should have been provided as part of the records you received from the Office of Record. If it wasn't, please contact the Office of Records to request additional documents at 949-724-6281.

Jesse Cardoza, PE, CASp
Deputy Director of Community Development / Chief Building Official

949-724-6377

From: Jeffrey G
Sent: Thursday, July 31, 2025 12:38 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

Sure, you mentioned that with respect to the permit for 120 Oakstone, that the declaration was saved somewhere else (which is not mentioned on the permit). Could you please provide the declaration for that specific permit?

-Jeffrey

On Thu, Jul 3, 2025 at 3:33 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Good Afternoon Mr Gu

The permit was provided to you because you submitted a request for public records for permit records related to particular projects.

What specific information can I provide for you?

Jesse Cardoza, PE, CASp
Deputy Director of Community Development/Chief Building Official

949-724-6377

From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 5:57 PM
To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

CAUTION: EXTERNAL EMAIL

Hi Jesse,

If this permit provided to me is not reflective of the truth, what was the point of providing it to me? I would like a fuller picture if this could be provided.

Given your position, I would like you to provide this fuller picture for this specific property, as it does not seem that the staff has been properly trained to provide it.

-Jeffrey

On Wed, Jul 30, 2025 at 8:49 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the question. When we transitioned to all electronic permit submittals in 2019, we began collecting permit declarations at permit issuance via a separate, stand-alone document, which is why you'll find many fields empty in the declaration portion of the permit. The separate, completed declaration is printed and sent to the Office of Records at project close-out along with the permit so all of the required information is captured and preserved just stored on one piece of paper. These separate permit declarations should have been provided to you by the Office of Records as part of your Public Records Request. If they were not, please contact the Office of Records to obtain the additional documents.

Thank you and let me know if you have any other questions.

Since

Jesse Cardoza, PE, CASp | Deputy Director of Community Development/Chief Building Official

949-724-6377 | 1 Civic Center Plaza Irvine, CA 92606

From: Jeffrey Gu
Sent: Wednesday, July 30, 2025 1:11:43 PM

To: Jesse Cardoza <JCardoza@cityofirvine.org>
Cc: William Go Web <WilliamGo@cityofirvine.org>
Subject: Re: Toll Brothers Permit

**CAUTION:EXTERNAL EMAIL**

Hi Jesse,
I have obtained a permit for "New Home Company" (which is not a registered entity California or
licensed business entity within Irvine). Could you please explain why the "OWNER-BUILDER
DECLARATION" section has no checkboxes filled in?
-Jeffrey

On Thu, Jul 24, 2025 at 6:30 PM Jeffrey Gu ▮▮▮▮▮▮▮▮▮▮ wrote:
Sure, well it seems that your Building Department likes to just totally ignore the
details. While I could bring more oversights to your attention, I imagine it'd be futile.

On Thu, Jul 24, 2025 at 6:00 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

Thank you for the excellent follow-up question.

We don't specifically track the relative proportion of licensed contractors that are also mortgage
companies, so I'm unable to say how common this occurrence is; however, I can confirm that we
have issued a number of building permits to Toll Brothers under their BB General Building
contractor's license. For up-to-date contractor license information please visit the California
Department of Consumer Affairs web page (https://www.cslb.ca.gov/).

Please let me know if you have any other questions.

**Jesse Cardoza, PE, CASp**
Deputy Director of Community Development/Chief Building Official

**949-724-6377**


**From:** Jeffrey Gu ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, July 24, 2025 2:09 PM

**To:** Jesse Cardoza <JCardoza@cityofirvine.org>
**Cc:** William Go Web <WilliamGo@cityofirvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION:EXTERNAL EMAIL**

Are you referring to TOLL BROTHERS MORTGAGE COMPANY being listed as the
contractor? Are mortgage companies commonly contractors in Irvine?

On Thu, Jul 24, 2025 at 4:56 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

Mr. Gu

It appears that the two permits with the missing licensed information are the result of a clerical
error – not an omission of information or a mistake. I was able to confirm that the contractor
license information was validated, but not all of the information was reflected on the permit.
Thank you for bringing this to my attention.

**Jesse Cardoza, PE, CASp**
Deputy Director of Community Development/Chief Building Official

**949-724-6377**

**From:** Jeffrey G <span style="background:black">█████████</span>
**Sent:** Friday, July 18, 2025 7:45 AM
**To:** Jesse Cardoza <JCardoza@cityofirvine.org>
**Cc:** William Go <WilliamGo@cityofirvine.org>
**Subject:** Re: Toll Brothers Permit

**CAUTION: EXTERNAL EMAIL**

Sure, we'll see a potential case of license lending in this specific set of permits.

On Thu, Jul 17, 2025 at 1:43 PM Jesse Cardoza <JCardoza@cityofirvine.org> wrote:

> Mr. Gu
>
> At first glance I don't notice anything out of the ordinary. Is there something particular you'd like to draw my attention to?
>
> **Jesse Cardoza, PE, CASp**
> Deputy Director of Community Development/Chief Building Official
>
> 949-724-6377
>
>> **From:** Jeffrey Gu <span style="background:black">█████████</span>
>> **Sent:** Thursday, July 17, 2025 6:00 AM
>> **To:** Jesse Cardoza <JCardoza@cityofirvine.org>
>> **Cc:** William Go <WilliamGo@cityofirvine.org>
>> **Subject:** Re: Toll Brothers Permit
>>
>> **CAUTION: EXTERNAL EMAIL**
>>
>> Hi Jesse,
>> Any comments on my last email?
>> -Jeffrey
>>
>> On Tue, Jul 8, 2025 at 6:00 AM Jeffrey Gu <span style="background:black">█████████</span> wrote:
>>> Hi Jesse,
>>> I just received these permits from a PRA request. Do you happen to see any irregularities?
>>> -Jeffrey

| From: | Jeffrey G |
| Sent: | Thursday, July 31, 2025 12:11 PM PDT |
| To: | Cheryl Charters (Contractor) <CCharters@cityofirvine.org> |
| Subject: | Re: BUILDING PERMIT PERMIT #00902236 RE: ADDRESS 129 OAKSTONE |

**CAUTION: EXTERNAL EMAIL**

**Hi Cheryl,**

**Could you please send me the owner builder declaration for this permit?**

**-Jeffrey**

**On Wed, Jul 30, 2025 at 12 PM PM, Cheryl Charters (Contractor) <CCharters@cityofirvine.org> wrote:**



**Cheryl Charters** Contract Permit Tech
Community Development
949-724-6321 | 1 Civic Center Plaza Irvine CA 92606

ccharters@cityofirvine.org | cityofirvine.org

| | |
|---|---|
| From: | Wendy Brown <wbrown@cityofirvine.org> |
| Sent: | Thursday, July 3, 2025 2:54 PM PDT |
| To: | Jessica Moore <jessicamoore@cityofirvine.org> |
| Subject: | |

Jeffery G██████████



**Wendy Brown** | Deputy Director
Human Resources Department
949-724-6730 | 1 Civic Center Plaza, Irvine, CA 92606
wbrown@cityofirvine.org | cityofirvine.org

# Exhibit 274



Companies: 10,638    total market cap: $133.156 T    Sign In    🇺🇸 English ▾    $ USD ▾    🌙

Global ranking    Ranking by countries ▾    Ranking by categories ▾    ETFs ▾



**Toll Brothers**
☆
TOL

| #1612 Rank | $12.62 B Marketcap | 🇺🇸 United States Country |
| $130.98 Share price | -1.42% Change (1 day) | -12.26% Change (1 year) |

Construction
Categories

| Market cap | Revenue | Earnings | Price history | P/E ratio | P/S ratio |

More ▾

# Market capitalization of Toll Brothers (TOL)

## Market cap: $12.62 Billion USD

As of October 2025 Toll Brothers has a market cap of $12.62 Billion USD. This makes Toll Brothers the world's 1612th most valuable company by market cap according to our data. The market capitalization, commonly called market cap, is the total market value of a publicly traded company's outstanding shares and is commonly used to measure how much a company is worth.

# Market cap history of Toll Brothers from 1996 to 2025



Companies: 10,638    total market cap: $133.156 T    Sign In    🇺🇸 English ▾    $ USD ▾    🌙

Global ranking    Ranking by countries ▾    Ranking by categories ▾    ETFs ▾



#761
Rank

$30.25 B
Marketcap

🇺🇸 United States
Country

Lennar is an American construction company that is specialized in building private homes.

$119.46
Share price

-2.19%
Change (1 day)

-31.13%
Change (1 year)

Lennar
☆
LEN

🏗 Construction
Categories

Market cap | Revenue | Earnings | Price history | P/E ratio | P/S ratio

More ▾

# Market capitalization of Lennar (LEN)

## Market cap:  $30.25 Billion USD

As of October 2025 Lennar has a market cap of $30.25 Billion USD. This makes Lennar the world's 761th most valuable company by market cap according to our data. The market capitalization, commonly called market cap, is the total market value of a publicly traded company's outstanding shares and is commonly used to measure how much a company is worth.

# Market cap history of Lennar from 1996 to 2025

# BUILDER

Search

MONEY     M&A

SHARE

## New Home Co. Buys Landsea Homes for $1.2 Billion

'Both companies are on attractive growth trajectories individually.'

*2 MIN READ*



News & Analysis     Builder 100     Events

By Steve Ladurantaye

May 12, 2025

New Home Co. will take Landsea Homes private in a deal that values the publicly traded builder at $1.2 billion.

"Our acquisition of Landsea Homes is an important next step in New Home's long-term growth strategy," said Matthew Zaist, president and CEO of New Home Co. "By bringing together two highly complementary businesses and

Register for free or log in to continue reading this article.

Plus, gain unlimited access to BUILDER articles and newsletter for free.

market via acquisition.

The influx of active buyers means the merger and acquisition market is a seller's market. The interest in each deal means many companies are selling at a premium —two times book value—well above what many public builders are trading at in the current market.

## About the Author

## Upcoming Events

**Oct 10, 2025**
Denver Dealmakers
Denver, CO
Register Now

**Oct 16, 2025**
Zonda's Q4 Housing Market Forecast
Webinar
Register Now

**Oct 23, 2025**
Zonda's Building Products Forecast Webinar
Webinar
Register Now

All Events

## Steve Ladurantaye

Steve Ladurantaye is the SVP of content at Zonda. He has written about the North American real estate market as a staff reporter at The Globe and Mail and worked in newsrooms in Canada, the United States, the United Kingdom, and Vietnam as a reporter, editor, and adviser.



---

**RELATED TOPICS**                                    SHARE

**SUBJECT**                          **ORGANIZATION**

Mergers and Acquisitions    Mergers         Landsea Homes    New Home Co.

## More from Builder Magazine







United Homes Group Reports Q3 Decline in Closings, 66% Jump in Housing Starts

*2 MIN READ*

Additional Tariffs Placed on Lumber and Kitchen Cabinet Imports

*4 MIN READ*

KB Home Q3 Strategy: Transparent Pricing Trumps Incentives

*3 MIN READ*

## Digital Edition

Builder Magazine Q3 2025

Subscribe

Magazine Archives

### Explore Our Sites

JLC | The Journal of Light Construction

ARCHITECT

PSN | Pool and Spa News

AQUATICS INTERNATIONAL

Builder Magazine is part of Zonda Media, a Delaware corporation | © 2025 All rights reserved

About     Advertise     Contact Us     Privacy Policy     Accessibility Statement

Powered by Zonda

