**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Plaintiff Pro Se**

FILED
CLERK, U.S. DISTRICT COURT
2/11/2026
CENTRAL DISTRICT OF CALIFORNIA
BY lk DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeffrey Gu,** | Case No.: 8:25-cv-02134-VBF-DSR |
| Plaintiff, | NOTICE |
| vs. | |
| **City of Irvine et al,** | |
| Defendants. | |

**NOTICE OF RELATED CASES (L.R. 83-1.3.1)**

Plaintiff Jeffrey Gu hereby gives notice, pursuant to Local Rule 83-1.3.1, that the above-captioned action is related to the following recently filed civil action in this District:

*Di Lan Ge v. Risewell Home Inc. et al*

Case No. 8:2026-cv-00208-VBF-DSR

United States District Court, Central District of California

**Basis for Relatedness**

1

This action and the above-referenced case are related within the meaning of L.R. 83-1.3.1 because they arise from closely related transactions and events and involve overlapping factual predicates, such that hearing them before different judges could entail substantial duplication of judicial labor.

Specifically:

1. Common Factual Core

    Both actions arise from the same residential construction project and post-construction activities at the same property in Irvine, California, including the same permitting history, inspection records, construction timeline, and warranty and repair conduct.

2. Overlapping Evidence and Record

    Both cases rely on substantially overlapping documentary evidence, including building permits, inspection records, contractor licensing records, municipal correspondence, and warranty-related communications.

3. Related Legal Determinations

    Although the causes of action differ, both cases require judicial determination of issues concerning:

    - the identity and role of the entities that acted as the contractor during construction and warranty performance,

- the regulatory and permitting framework governing the project, and
- the factual sequence of events surrounding post-construction repairs and enforcement actions.

4. Judicial Economy

Assignment to different judges would risk duplicative review of the same factual record and municipal practices, while coordination before the same judge would promote efficiency and consistency.

Plaintiff does not contend that the cases are identical or seek consolidation at this time, but submits this notice to comply with the Local Rules and to facilitate appropriate case management.

Respectfully submitted,

_____   February 11, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548