# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU <br><br> PLAINTIFF(S) <br><br> v. <br><br> CITY OF IRVINE, et al. <br><br> DEFENDANT(S) | CASE NUMBER: <br><br> 8:25–cv–02134–VBF–DSR <br><br> **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

TO:     All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on  February 17, 2026  .

Any party having Objections to the Report and Recommendation and/or order shall, not later than  March 3, 2026  , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable  Magistrate Judge Daniel S. Roberts  . A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated:  February 17, 2026         By:   /s/ *Leah M Krivitsky*  
                                                     Deputy Clerk