PLANTE HUGUENIN LEBOVIC KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for The New Home Company
Inc.; The New Home Company Southern
California LLC; and TNHC Realty and
Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, | CASE NO. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | JUDGE:    Valerie Baker Fairbank |
| v. | **STIPULATION TO AMEND CAPTION AND ALL PLEADINGS PURSUANT TO THE NEW HOME COMPANY INC.'S NAME CHANGE TO RISEWELL HOMES INC.** |
| CITY OF IRVINE, et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

Plaintiff Jeffrey Gu and Defendants The New Home Company Inc., Bert L. Howe & Associates, Inc., Toll Brothers, Inc., TB Proprietary Corp., Toll Southwest LLC, City of Irvine, Trinity Pham, and William Go hereby stipulate and consent, in writing, within the meaning of Rule 15(a)(2) of the Federal Rules of Civil Procedure, as follows:

1.     On September 19, 2025, Mr. Gu filed a Complaint naming "The New Home Company Inc." as a Defendant (ECF No. 1).

/ / /

/ / /

2.      On October 8, 2025, Gu filed his First Amended Complaint for Violation of Civil Rights again naming "The New Home Company Inc." as a Defendant (ECF No. 11).

3.      On November 20, 2025, The New Home Company Inc. (along with Defendants The New Home Company Southern California LLC and TNHC Realty and Construction Inc.) filed a Motion to Strike, or in the Alternative, Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Strike/Dismiss") (ECF No. 64).

4.      On November 20, 2025, The New Home Company Inc. (along with Defendants The New Home Company Southern California LLC and TNHC Realty and Construction Inc.) filed a Motion to Compel Arbitration, Filed in the Alternative ("Motion to Compel Arbitration") (ECF No. 66).

5.      On or about December 10, 2025, The New Home Company Inc. changed its name to Risewell Homes Inc.

6.      As a result of this name change, it is necessary and appropriate to amend the caption in this matter and all related pleadings, to identify The New Home Company Inc. as Risewell Homes Inc. for all purposes.

Based on the foregoing, the parties hereby STIPULATE that:

1.      The caption in this matter shall be amended to replace The New Home Company Inc. with the name Risewell Homes Inc. on all pleadings.

2.      The Motion to Strike/Dismiss filed by The New Home Company Inc. (ECF No. 64) is hereby amended to change The New Home Company Inc.'s name to Risewell Homes Inc. for all purposes going forward.

3.      The Motion to Compel Arbitration filed by The New Home Company Inc. (ECF No. 66) is hereby amended to change The New Home Company Inc.'s name to Risewell Homes Inc. for all purposes going forward.

4.      All other pleadings filed by The New Home Company Inc. shall be considered filed on behalf of Risewell Homes Inc.

5.    All further pleadings shall refer to Risewell Homes Inc. instead of The New Home Company Inc.

6.    The New Home Company, Inc. has obtained the approval of all parties who have been served and/or appeared in this action.[1]

**IT IS SO STIPULATED.**


Dated:  February __6__, 2026          PLAINTIFF

By: _____
    Jeffrey Gu
Pro Per Plaintiff


Dated:  February __17__, 2026          PLANTE HUGUENIN LEBOVIC KAHN LLP

By: _____
    Brian C. Plante
    Melanie S. Woodfin
    Rae Richardson
Attorneys for The New Home Company Inc.,
The New Home Company Southern California
LLC, and TNHC Realty and Construction Inc.


Dated:  February ___, 2026          THE KNEAFSEY FIRM

By: _____
    Sean M. Kneafsey
Attorneys for Bert L. Howe & Associates, Inc.

---

[1] As Defendants Sanders and Melching's Motion to Quash (ECF No. 48) has been granted (ECF No. 84), the attorneys for these parties are not included in this Stipulation.  However, counsel for TNHC has confirmed with their attorney that they have no objections to this Stipulation.

5.     All further pleadings shall refer to Risewell Homes Inc. instead of The New Home Company Inc.

6.     The New Home Company, Inc. has obtained the approval of all parties who have been served and/or appeared in this action.[1]

**IT IS SO STIPULATED.**

Dated:  February ___, 2026         PLAINTIFF

By: _____
      Jeffrey Gu
Pro Per Plaintiff


Dated:  February ___, 2026         PLANTE HUGUENIN LEBOVIC KAHN LLP

By: _____
      Brian C. Plante
      Melanie S. Woodfin
      Rae Richardson
Attorneys for The New Home Company Inc.,
The New Home Company Southern California
LLC, and TNHC Realty and Construction Inc.


Dated:  February 4__, 2026         THE KNEAFSEY FIRM

By: _____
      Sean M. Kneafsey
Attorneys for Bert L. Howe & Associates, Inc.

---

[1] As Defendants Sanders and Melching's Motion to Quash (ECF No. 48) has been granted (ECF No. 84), the attorneys for these parties are not included in this Stipulation.  However, counsel for TNHC has confirmed with their attorney that they have no objections to this Stipulation.

PLANTE HUGUENIN LEBOVIC KAHN LLP

1  Dated:  February _2__, 2026          LAW OFFICES OF JEREMY PASTERNAK

2                                        By:  _____

3                                            Jeremy D. Pasternak

4                                            Margaret P. Crowley

5                                            Attorneys for Bert L. Howe & Associates, Inc.

6

7                                        [signatures continued on next page]

8  Dated:  February ___, 2026            FOX ROTHSCHILD LLP

9

10                                       By:  _Henry M. Baskverville_

11                                           Henry R. Baskerville

12                                           Jeff H. Grant

13                                           Attorneys for Toll Brothers, Inc.; TB
                                             Proprietary Corp.; Toll Southwest LLC

14  Dated:  February ___, 2026           BORDIN SEMMER LLP

15

16                                       By:  _____

17                                           Joshua Bordin-Wosk

18                                           Justin F. Spearman
                                             Attorneys for City of Irvine; Trinity Pham;
                                             William Go

19

20

21

22

23

24

25

26

27

28

4

1    Dated:  February ___, 2026          LAW OFFICES OF JEREMY PASTERNAK

2                                        By: _____

3                                            Jeremy D. Pasternak

4                                            Margaret P. Crowley

5                                        Attorneys for Bert L. Howe & Associates, Inc.

6

7                            [signatures continued on next page]

8    Dated:  February ___, 2026          FOX ROTHSCHILD LLP

9

10                                       By: _____

11                                           Henry R. Baskerville

12                                           Jeff H. Grant

13                                       Attorneys for Toll Brothers, Inc.; TB
                                         Proprietary Corp.; Toll Southwest LLC

14   Dated:  February _9_, 2026          BORDIN SEMMER LLP

15

16                                       By: _____

17                                           Joshua Bordin-Wosk

18                                           Justin F. Spearman
                                         Attorneys for City of Irvine; Trinity Pham;
                                         William Go

19

20

21

22

23

24

25

26

27

28

4