PLANTE HUGUENIN LEBOVIC KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
 *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
 *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
 *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for The New Home Company Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF IRVINE, et al.,<br><br>            Defendants. | CASE NO. 8:25-cv-02134-VBF-DSR<br><br>JUDGE:       Daniel S. Roberts<br><br>**[PROPOSED] ORDER RE STIPULATION TO AMEND CAPTION AND ALL PLEADINGS PURSUANT TO THE NEW HOME COMPANY INC.'S NAME CHANGE TO RISEWELL HOMES INC.** |

The "Stipulation to Amend Caption and All Pleadings Pursuant to the New Home Company Inc.'s Name Change to Risewell Homes Inc." filed by Plaintiff Jeffrey Gu and Defendants The New Home Company Inc., Bert L. Howe & Associates, Inc., Toll Brothers, Inc., TB Proprietary Corp., Toll Southwest LLC, City of Irvine, Trinity Pham, and William Go (ECF No. 113) is APPROVED.

**IT IS HERBEBY ORDERED** as follows:

1.     The caption in this matter shall be amended to replace The New Home Company Inc. with the name Risewell Homes Inc. on all pleadings.

---

1

[PROPOSED] ORDER RE STIPULATION TO AMEND CAPTION AND ALL PLEADINGS PURSUANT TO THE NEW HOME COMPANY INC.'S NAME CHANGE TO RISEWELL HOMES INC.

2. The Motion to Strike/Dismiss filed by The New Home Company Inc. (ECF No. 64) is hereby amended to change The New Home Company Inc.'s name to Risewell Homes Inc. for all purposes going forward.

3. The Motion to Compel Arbitration filed by The New Home Company Inc. (ECF No. 66) is hereby amended to change The New Home Company Inc.'s name to Risewell Homes Inc. for all purposes going forward.

4. All other pleadings filed by The New Home Company Inc. shall be considered filed on behalf of Risewell Homes Inc.

5. All further pleadings shall refer to Risewell Homes Inc. instead of The New Home Company Inc.

DATED: March 4, 2026

_____
HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE