**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY GU,

          Plaintiff,

    v.

CITY OF IRVINE, et al.,

          Defendants.

No. 8:25-cv-2134 VBF (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON (1) PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST CITY DEFENDANTS (DOC. NO. 75) AND (2) CITY DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT (DOC. NO. 100)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Default Judgment against Defendants City of Irvine, the Irvine Police Department, William Go, and Trinty Pham (Doc. No. 75) (collectively the "City Defendants") and those Defendants' Motion to Set Aside Entry of Default against them (Doc. No. 100), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge as to those two related Motions.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2**) the City Defendants' Motion to Set Aside Entry of Default (Doc No. 100) is GRANTED; (3) the City Defendants shall file the Answer lodged with that Motion (Doc. No. 100-4) within seven days of the date**

**of this Order; and (4) Plaintiff's Motion for Default Judgment against the City Defendants is DENIED as moot.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

Date:  April 17, 2026                    _____

Honorable VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE

2