**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** | **\| Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | **\| MOTION TO ENTER DEFAULT** |
| **vs.** | **\|** |
| **City of Irvine et al,** | **\|** |
| **Defendants.** | **\|** |
| _____ | **\|** |

**MOTION FOR CLERK TO ENTER DEFAULT**

Plaintiff **Jeffrey Gu** respectfully moves the Clerk of the United States District

Court for the Central District of California to enter default against **Defendants**

**City of Irvine, Irvine Police Department, William Go, and Trinity Pham**

("Defendants") pursuant to **Federal Rule of Civil Procedure 55(a)**, on the

grounds that said Defendants have failed to answer, move, or otherwise respond to

Plaintiff's Complaint within the time prescribed by law.

**1. Procedural Background**

Plaintiff effected service of the Complaint and Summons on Defendants on **October 20, 2025** (see ECF Nos. 23-26).

According to The Honorable Judge Fairbank's Order on **April 17, 2026**, their answer was due to be filed on **April 24, 2026.** (See ECF No. 115)

Accordingly, Defendants' deadline to respond expired on **April 24, 2026**. No valid response, answer, or motion under Rule 12 has been filed or served as of the date of this motion. Any informal communications or prospective conferrals regarding a contemplated motion do not satisfy the requirements of Rule 12 or Local Rule 7-3 and thus do not constitute a valid response.

**2. Relief Requested**

Pursuant to **Rule 55(a)**, Plaintiff respectfully requests that the Clerk of Court enter default against Defendants for failure to plead or otherwise defend as required by law.

**3. Supporting Declaration**

A declaration setting forth and verifying these facts is submitted concurrently herewith in support of this motion.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter default against

the above-named Defendants and grant such other and further relief as the Court

deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____    April 27, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548