**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Plaintiff Pro Se**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Gu, | \| Case No.: 8:25-cv-02134-VBF-DSR |
| Plaintiff, | \| DECLARATION |
| vs. | \| |
| City of Irvine et al, | \| |
| Defendants. | \| |
| _____\| | |

### DECLARATION OF JEFFREY GU

I, **Jeffrey Gu**, declare as follows:

1. I am the Plaintiff in this action. I make this declaration in support of my Motion for Clerk to Enter Default against Defendants **City of Irvine, Irvine Police Department, William Go, and Trinity Pham** ("Defendants") pursuant to Federal Rule of Civil Procedure 55(a). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On **October 20, 2025**, I caused the Summons and Complaint in this action to be served on Defendants in accordance with the Federal Rules of Civil Procedure and applicable California law. Proof of Service was filed with the Court as ECF Nos. 23-26.

3. According to The Honorable Judge Fairbank's Order on **April 17, 2026**, their answer was due to be filed on **April 24, 2026.** (See ECF No. 115)

4. As of the date of this declaration, Defendants have failed to answer, plead, or otherwise defend in this action, and no attorney has entered an appearance on Defendant's behalf.

5. To the best of my knowledge, Defendants are **not infants, incompetent persons, or members of the armed forces of the United States** within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____    April 27, 2026

2

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548