BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Justin F. Spearman, State Bar No. 305785
jspearman@bordinsemmer.com
Erick Diaz, State Bar No. 351606
ediaz@bordinsemmer.com
101 Continental Blvd., Suite 700
El Segundo, CA 90245
Phone:        (323) 457-2110
Fax:   (323) 457-2120
Attorneys for Defendant,
CITY OF IRVINE (also and erroneously sued as IRVINE POLICE DEPARTMENT), WILLIAM GO, and TRINITY PHAM

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE AND JOHN DOE 1-10; THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC; TNHC REALTY AND CONSTRUCTION, INC.; BERT L. HOWE AND ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; TOLL SOUTHWEST, LLC; and DOES 1 to 25, inclusive, | **Case No.:   8:25-cv-02134-VBF-DSR**<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:    September 19, 2025 |

Defendants.

COME NOW Defendants CITY OF IRVINE (also and erroneously sued as IRVINE POLICE DEPARTMENT), WILLIAM GO, and TRINITY PHAM (collectively "Defendants"), by and through the undersigned counsel, answers Plaintiff JEFFREY GU's ("Plaintiff") First Amended Complaint for Damages ("Complaint") as follows:

As to the allegations made against the City of Irvine on pages 7-8 of the Complaint, all such allegations are denied by Defendants. As to the allegations made on pages 7-8 of the Complaint as to The New Home Company, Inc. ("TNHC"), Toll Brothers, Inc., or other unspecified defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those pages, and on that basis denies each and every allegation contained therein.

As to the first unnumbered paragraph of page 9 of the Complaint, Defendants deny those allegations.

As to the remainer of page 9 of the Complaint, under the heading "Preview of Exhibits," Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those pages, and on that basis denies each and every allegation contained therein.

## II. JURISDICTION

1.    Answering paragraph 1 of the Complaint and the allegations thereof, Defendants deny the allegations.

2.    Answering paragraph 2 of the Complaint and the allegations thereof, Defendants admit that the Court has personal jurisdiction over Defendants, but deny all other allegations.

## III. PARTIES

A.    Answering paragraph III.A of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein

B.    Answering paragraph III.B of the Complaint and the allegations thereof, these allegations are legal conclusions to which no answer is required.  To the extent the allegations require an answer, Defendants admit the allegations of addresses and titles as to the City of Irvine and Irvine employees, but as to all other parties Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## INTRODUCTION

As to those unnumbered allegations made under this heading, and paragraphs numbered 1 through 637 of the Complaint, and all allegations made in paragraphs 1 through 637 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**EE.    IRVINE RESPONSES**

638.    Answering paragraph 638 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

639.    Answering paragraph 639 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

640.    Answering paragraph 640 of the Complaint and the allegations thereof, Defendants admit that Plaintiff has spoken with Trinity Pham, and otherwise the allegations are denied.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

3
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

641.    Answering paragraph 641 of the Complaint and the allegations thereof, Defendants admit that Trinity Pham identified her first name, and otherwise the allegations are denied.

642.    Answering paragraph 642 of the Complaint and the allegations thereof, Defendants admit that Plaintiff made various complaints, and otherwise the allegations are denied.

643.    Answering paragraph 643 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

644.    Answering paragraph 644 of the Complaint and the allegations thereof, Defendants deny each and every allegation contained therein.

645.    Answering paragraph 645 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

646.    Answering paragraph 646 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

647.    Answering paragraph 647 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

648.    Answering paragraph 648 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

4
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

649.    Answering paragraph 649 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

650.    Answering paragraph 650 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

651.    Answering paragraph 651 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

652.    Answering paragraph 652 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

653.    Answering paragraph 653 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

654.    Answering paragraph 654 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

655.    Answering paragraph 655 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

656.    Answering paragraph 656 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

657.    Answering paragraph 657 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

658.    Answering paragraph 658 of the Complaint and the allegations thereof, Defendants admit that Plaintiff contacted the City of Irvine about Trinity Pham, and otherwise the allegations are denied.

659.    Answering paragraph 659 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

660.    Answering paragraph 660 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

661.    Answering paragraph 661 of the Complaint and the allegations thereof, the allegations are admitted.

662.    Answering paragraph 662 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

663.    Answering paragraph 663 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

6
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

664.    Answering paragraph 664 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

665.    Answering paragraph 665 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

666.    Answering paragraph 666 of the Complaint and the allegations thereof, Defendants admit the allegations.

667.    Answering paragraph 667 of the Complaint and the allegations thereof, DEFENDANTS deny each and every, all and singular, the allegations of said paragraph.

668.    Answering paragraph 668 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

669.    Answering paragraph 669 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

670.    Answering paragraph 670 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

671.    Answering paragraph 671 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

672.    Answering paragraph 672 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

7
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein

673.    Answering paragraph 673 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

674.    Answering paragraph 674 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

675.    Answering paragraph 675 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

676.    Answering paragraph 676 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

677.    Answering paragraph 677 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

678.    Answering paragraph 678 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

679.    Answering paragraph 679 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

8
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein

680. Answering paragraph 680 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

681. Answering paragraph 681 of the Complaint and the allegations thereof, Defendants admit that Jessica Sanders of Rutan & Tucker sent an e-mail to Plaintiff on August 5, 2025.

682. Answering paragraph 682 of the Complaint and the allegations thereof, Defendants admit that the alleged statement was made, but deny that the statement alleged constitutes the entirety of the alleged e-mail.

683. Answering paragraph 683 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

684. Answering paragraph 684 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

685. Answering paragraph 685 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

686. Answering paragraph 686 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

687. Answering paragraph 687 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

9
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein

688. Answering paragraph 688 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

689. Answering paragraph 689 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

690. Answering paragraph 690 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

691. Answering paragraph 691 of the Complaint and the allegations thereof, Defendants admit that Plaintiff submitted a claim to the City of Irvine, but deny that Plaintiff had any valid claim.

692. Answering paragraph 692 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

693. Answering paragraph 693 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

694. Answering paragraph 694 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

10
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein

695.    Answering paragraph 695 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

696.    Answering paragraph 696 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

697.    Answering paragraph 697 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

698.    Answering paragraph 698 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

699.    Answering paragraph 699 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

700.    Answering paragraph 700 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

701.    Answering paragraph 701 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

11
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

702.   Answering paragraph 702 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

703.   Answering paragraph 703 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

704.   Answering paragraph 704 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

705.   Answering paragraph 705 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

706.   Answering paragraph 706 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

707.   Answering paragraph 707 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

708.   Answering paragraph 708 of the Complaint and the allegations thereof, Defendants admit each and every allegation of said paragraph.

709.   Answering paragraph 709 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

710.   Answering paragraph 710 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

711.   Answering paragraph 711 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

12
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

truth of the allegations, and on that basis denies each and every allegation contained therein.

712.   Answering paragraph 712 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

713.   Answering paragraph 713 of the Complaint and the allegations thereof, Defendants admit that they responded to a CPRA request for documents, but otherwise deny the allegations.

714.   Answering paragraph 714 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

715.   Answering paragraph 715 of the Complaint and the allegations thereof, Defendants admit that they responded to a CPRA request, and the allegations are otherwise denied.

716.   Answering paragraph 716 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

717.   Answering paragraph 717 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

718.   Answering paragraph 718 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

13

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

719.    Answering paragraph 719 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

720.    Answering paragraph 720 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

721.    Answering paragraph 721 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

722.    Answering paragraph 722 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

723.    Answering paragraph 723 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

724.    Answering paragraph 724 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

725.    Answering paragraph 725 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

14
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

726.   Answering paragraph 726 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## N.   IRVINE BUILDING & SAFETY DEPARTMENT

727.   Answering paragraph 727 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

728.   Answering paragraph 728 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

729.   Answering paragraph 729 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

730.   Answering paragraph 730 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

731.   Answering paragraph 731 of the Complaint and the allegations thereof, DEFENDANTS deny each and every, all and singular, the allegations of said paragraph.

732.   Answering paragraph 732 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

733.   Answering paragraph 733 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

734.   Answering paragraph 734 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

735.   Answering paragraph 735 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

736.   Answering paragraph 736 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

truth of the allegations, and on that basis denies each and every allegation contained therein.

737.   Answering paragraph 737 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

738.   Answering paragraph 738 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

739.   Answering paragraph 739 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

740.   Answering paragraph 740 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

741.   Answering paragraph 741 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

742.   Answering paragraph 742 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## O.   <u>IRVINE'S HISTORY WITH FREEDOM OF SPEECH</u>

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

Answering paragraphs 743 through 749, Defendants deny the allegations contained therein.

## V.   CAUSES OF ACTION

Answering the allegations made in pages 88 through 106, and all allegations made in support of Plaintiff's alleged causes of action, all such allegations are denied by Defendants.

## VI.   PRAYER FOR RELIEF

Answering the allegations made in pages 106 through 109, and all allegations made in support of Plaintiff's alleged Prayer for Relief, all such allegations are denied by Defendants.

## DEFENDANTS' AFFIRMATIVE DEFENSES

## AS A FIRST SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

1.   That the allegations of the Complaint and each cause of action alleged therein fails to state a claim upon which relief can be granted.

## AS A SECOND SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

2.   Plaintiff lacks standing to pursue the causes of action asserted in the Complaint.

## AS A THIRD SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

3.   Defendants WILLIAM GO and TRINITY PHAM are not liable for Plaintiff's claims under of 42 U.S.C. § 1983 as they are barred in whole or in part by the doctrine of qualified immunity. At all relevant times, Defendants WILLIAM GO and TRINITY PHAM were public employees of Defendant CITY OF IRVINE.  At all relevant times, Defendants WILLIAM GO and TRINITY PHAM acted reasonably and competently in their capacity as public officials on behalf of Defendant CITY OF IRVINE.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

17
DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

## AS A FOURTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

4.      That Plaintiff's Complaint and each and every alleged cause of action therein are barred, in whole or in part, by the doctrine of unclean hands. Plaintiff's Complaint misrepresents known facts, overexaggerates Plaintiff's actual injuries, if any, and is not based in good faith. Defendants are entitled to recover reasonable expenses, including attorneys' fees, in defending this action.

## AS A FIFTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

5.      That Plaintiff's Complaint and each and every alleged cause of action therein is barred, in whole or in part, by immunity Defendant CITY OF IRVINE is entitled to under California Government Code § 818.2 as a public entity. At all relevant times, Defendant CITY OF IRVINE was a public entity that cannot be liable for injury caused by adopting or failing to adopt an enactment or by failing to enforce any law.

## AS A SIXTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

6.      That Plaintiff's Complaint and each and every alleged  cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO and TRINITY PHAM are entitled to under California Government Code § 820.4 as public employees. At all relevant times, Defendants WILLIAM GO and TRINITY PHAM exercised due care in any action or omission taken as public employees in the execution or enforcement of any law.

## AS A SEVENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

7.      That Plaintiff's Complaint and each and every alleged cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

TRINITY PHAM are entitled to under California Government Code § 820.8. At all relevant times, Defendants WILLIAM GO and TRINITY PHAM were public employees of Defendant CITY OF IRVINE.

## AS A EIFHTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

8. That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendant WILLIAM GO is entitled to under California Government Code § 820.9. At all relevant times, Defendant WILLIAM GO served as a Councilmember on the city counsel of DEFENDANT CITY OF IRVINE.

## AS A NINTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

9. That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO and TRINITY PHAM are entitled to under California Government Code § 820.2. At all relevant times, actions or omissions taken by Defendants WILLIAM GO and TRINITY PHAM were the result of the exercise of discretion vested in them as public employees of Defendant CITY OF IRVINE.

## AS A TENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

10. That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO and TRINITY PHAM are entitled to under California Government Code § 821. At all relevant times, Defendants WILLIAM GO and TRINITY PHAM were public employees to Defendant CITY OF IRVINE and are not liable for any injuries caused by their adoption or failure to adopt an enactment or their failure to enforce an enactment.

## AS A ELEVENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

**THESE DEFENDANTS ALLEGE:**

11.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by privilege Defendants are entitled to under California Civil Code § 47(a). At all relevant times, all statements made by Defendants were in the proper discharge of their official duties and constituted privileged publications or broadcasts.

**AS A TWELFTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:**

12.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by privilege Defendants are entitled to under California Civil Code § 47(b). At all relevant times, all statements made by Defendants in any legislative, judicial, or other official proceeding, or in the initiation or course of any other proceedings authorized by law, were privileged publication or broadcasts.

**AS A THIRTEENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE**

13.     Defendants, and each of them, are immune from Plaintiff's claims related to the enforcement of state or local laws or enactments pursuant to California Government Code Sections 818.2, 820.4, and 821, as none of Defendants may be held liable for any alleged failure to enforce state or local laws or enactments.

WHEREFORE, CITY OF IRVINE, WILLIAM GO, and TRINITY PHAM pray for judgement as follows:

1. That Plaintiff takes nothing by reason of his First Amended Complaint;

2. That judgment be entered in favor of CITY OF IRVINE, WILLIAM GO, and TRINITY PHAM;

3. That CITY OF IRVINE, WILLIAM GO, and TRINITY PHAM be awarded their costs of suit; and

4. For such other and further relief as the Court may deem just and proper.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

20

DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

Dated: April 27, 2026                    BORDIN SEMMER LLP

By: _____
     Joshua Bordin-Wosk
     Justin F. Spearman
     Erick Diaz
     Attorneys for Defendant,
     CITY OF IRVINE, WILLIAM GO, and
     TRINITY PHAM

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 Continental Boulevard, Suite 700, El Segundo, CA 90245.

On April 27, 2026, I served the within document(s) described as:

**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☒ (BY ELECTRONIC MAIL/ECF) I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on April 27, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Erin M. Woodard
_____

1

**Jeffrey Gu v. City of Irvine, et al.**
Case No. **8:25-cv-02134-VBF-DSR**

CLIENT:   CITY OF IRVINE
FILE NO.:   3901.189

## SERVICE LIST

| | |
|---|---|
| Jeffrey Gu<br>Pro Se<br>2332 N. Clay St., Apt. 3<br>Denver, CO 80211<br><br>Tel: 702) 593-1548<br>Fax: (   )<br>Email: jeffwgu@gmail.com<br><br><br>*Pro Se* | Ira G. Rivin<br>RUTAN AND TUCKER LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br><br>Tel.: (714) 641-5100<br>Fax.: (714) 546-9035<br>Email: irivin@rutan.com<br><br><br>*Attorneys for Defendant,*<br>*JESSICA SANDERS, JEFFREY MELCHING* |
| Ira David Lebovic<br>Melanie Suzanne Woodfin<br>PLANTE HUGUENIN LEBOVIC KAHN LLP<br>18100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br><br>Tel: (949) 271-8700<br>Fax: (   )<br>Email: ilebovic@phlklaw.com<br><br><br>*Lead Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* | Brian C. Plante<br>GREEN AND HALL<br>1851 E. First Street, 10th Floor<br>Santa Ana, CA 92705<br><br>Tel: (714) 918-7000<br>Fax: (714) 918-6996<br>Email: bplante@phlklaw.com<br><br><br>*Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* |

| | |
|---|---|
| Sean M. Kneafsey<br>KNEAFSEY FIRM, INC.<br>707 Wilshire Blvd., Suite 3700<br>Los Angeles, CA 90017<br><br>Tel: (213) 892-1200<br>Fax: (213) 892-1208<br>Email: skneafsey@kneafseyfirm.com<br><br><br>*Lead Attorney for Defendant,*<br>*BERT L. HOWE AND ASSOCIATES, INC.* | Jeremy D. Pasternak<br>Margaret Patricia Crowley<br>LAW OFFICES OF JEREMY PASTERNAK<br>100 Bush Street, Suite 1580<br>San Francisco, CA 94104<br><br>Tel: (415) 693-0300<br>Fax: (415) 693-0393<br>Email: jdp@pasternaklaw.com<br>mc@pasternaklaw.com<br><br>*Attorneys for Defendant,*<br>*BERT L. HOWE AND ASSOCIATES, INC.* |
| Henry M. Baskerville<br>FOX ROTHSCHILD LLP<br>1225 17th St., Suite 2200<br>Denver, CO 80202<br><br>Tel: (303) 292-1200<br>Fax: (303) 292-1300<br>Email: hbaskervill@foxrothschild.com<br><br><br>*Pro Hac Vice Attorney for Defendant,*<br>*TOLL BROTHERS, INC., TB PROPRIETARY*<br>*CORP., and TOLL SOUTHWEST LLC* | Jeff H. Grant<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br><br>Tel: (310) 598-4150<br>Fax: (310) 556-9828<br>Email: jgrant@foxrothschild.com<br><br><br>*Attorney for Defendant,*<br>*TOLL BROTHERS, INC., TB PROPRIETARY*<br>*CORP., and TOLL SOUTHWEST LLC* |

3