**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** | \| **Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | \| **DECLARATION** |
| **vs.** | \| |
| **City of Irvine et al,** | \| |
| **Defendants.** | \| |
| _____ | \| |

**DECLARATION OF JEFFREY GU IN SUPPORT OF MOTION FOR**

**LEAVE TO FILE A SECOND AMENDED COMPLAINT**

I, Jeffrey Gu, declare as follows:

1.  I am the Plaintiff in the above action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2.  I make this declaration in support of my Motion for Leave to File a Second Amended Complaint (SAC).

1

3. Following the filing of my First Amended Complaint on October 8, 2025, I obtained a police report from the City of Irvine Police Department on October 27, 2025.

4. On January 26, 2026, I became aware of a Motion for Default Judgment filed by Defendants Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest LLC in parallel litigation. *See Toll Brothers Inc. et al v. Gu et al.*, No. 1:25-cv-02884, ECF No. 179 (D. Colo. Sept. 12, 2025).

5. The Colorado motion contains sworn admissions regarding valuation and factual assertions that directly impact the civil rights claims and jurisdictional facts of the present matter in this District.

6. On March 12, 2026, I received a cease-and-desist letter from Defendant Risewell Homes Inc.

7. Pursuant to Local Rule 7-3, I attempted to meet and confer with opposing counsel regarding this Motion.

8. On April 28, 29, and 30, 2026, counsel for Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest LLC; for Bert L Howe and Associates, Inc.; for City of Irvine, Irvine Police Department, William Go, and Trinity Pham; and for Risewell Homes Inc., The New Home Company

Southern California LLC, and TNHC Realty and Construction Inc. all indicated their opposition to the filing of the SAC. *See Exhibit 1.*

9. Counsel for City Attorneys Jeffrey Melching and Jessica Sanders indicated that a stipulation was unnecessary from their end as service on them had previously been quashed. *See Exhibit 2.*

10. This amendment is sought in good faith to incorporate newly discovered evidence and to reflect the current procedural posture, as the final City Defendants did not file their Answer until April 27, 2026. See ECF No. 118.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

_____     May 5, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548