

18100 Von Karman Ave., Suite 700
Irvine, California 92612
p (949) 271-8700
f (949) 627-2611
www.phlklaw.com

Melanie S. Woodfin, Partner
mwoodfin@phlklaw.com

April 30, 2026

**VIA E-MAIL**

Jeffrey Gu, Pro Per
129 Oakstone
Irvine, CA  92618
jeffwgu@gmail.com

      Re:     ***Gu, Jeffrey v. Risewell Homes Inc., et al.***
              USDC-California Case No.: 8:25-cv-02134-VBF-DSR
              PHLK File No.:      0066-2818

Dear Mr. Gu:

We have received your email correspondence dated April 28, 2026, requesting that Risewell Homes Inc. f/k/a The New Home Company Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc. (collectively, "Defendants") agree to stipulate to permit the filing of a Second Amended Complaint.  To the extent that Plaintiff seeks to add the defendants identified in your email, Defendants do not object; however, to the extent that Plaintiff seeks to amend the cause of action against Defendants which is currently the subject of two fully briefed motions, Defendants decline to stipulate and hereby object.  We also note that no other parties were included in your email and a stipulation to amend your operative complaint would necessitate a stipulation by all parties.

While leave to amend is generally granted liberally, courts deny leave if there are valid reasons, such as undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of the amendment.  As you are aware, Defendants' Motion to Strike, or in the Alternative, Motion to Dismiss Plaintiff's First Amended Complaint, as well as Defendants' Motion to Compel Arbitration, Filed in the Alternative, have been fully briefed and are pending with the Court.  Any agreement to allow amendment at this stage would serve no purpose other than to delay resolution of Plaintiff's claims and Defendants' Motions (including without limitation the determination that the claims are subject to binding arbitration) and needlessly increase litigation costs as it would result in additional and duplicative motion work.  Further, Defendants' review of your proposed Second Amended Complaint confirms that this proposed amendment as to the cause of action against Defendants would be futile.  The proposed pleading does not cure the deficiencies identified in Defendants' pending motions.

---

Irvine • Roseville • Phoenix • Denver • Las Vegas • Dallas • Seattle • Washington D.C.

PH PLANTE HUGUENIN
LK LEBOVIC KAHN LLP

For the foregoing reasons, Defendants decline to stipulate to allow you to file a Second Amended Complaint.  Should Plaintiff elect to pursue amendment notwithstanding Defendants' objection, Defendants will oppose any such request.

Should you wish to discuss this matter further, please feel free to contact me.

Sincerely,

Melanie S. Woodfin

RR/MSW

cc:     Brian C. Plante, Esq.
        Rae Richardson, Esq.
        Janelle Launi, Paralegal

PH PLANTE HUGUENIN
LK LEBOVIC KAHN LLP

 Gmail

Jeffrey Gu <jeffwgu@gmail.com>

## Jeffrey Gu v. City of Irvine et al SAC

**Justin Spearman** <JSpearman@bordinsemmer.com>          Thu, Apr 30, 2026 at 4:10 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Erick Diaz <ediaz@bordinsemmer.com>, Erin Woodard <EWoodard@bordinsemmer.com>

Hi Jeffrey,

Thank you for checking-in. We have reviewed the proposed revisions / amendments and are unable to stipulate.

Best,

Justin F. Spearman

*Partner*

**BORDIN SEMMER LLP**
101 Continental Boulevard, Suite 700
El Segundo, California 90245

Office:       (323) 457-2110

Cell:         (541) 521-3897

LinkedIn: https://www.linkedin.com/in/justinfspearman/

Los Angeles l San Diego l Bay Area

**\*\*Please note our new address, effective March 1, 2026, is 101 Continental Boulevard, Suite 700, El Segundo, California 90245. Please update your service lists and records accordingly.\*\***

**Confidentiality Notice:**

*The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission,*

*please notify me immediately by telephone.*

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Thursday, April 30, 2026 1:07 PM
**To:** Justin Spearman <JSpearman@BordinSemmer.com>
**Cc:** Erick Diaz <ediaz@BordinSemmer.com>; Erin Woodard <EWoodard@bordinsemmer.com>
**Subject:** Re: Jeffrey Gu v. City of Irvine et al SAC

Hi Mr. Spearman,

Do you have a decision on this motion?

-Jeffrey

On Tue, Apr 28, 2026 at 1:38 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Thank you, Mr. Spearman. Yes, that would be reasonable.
>
> On Tue, Apr 28, 2026 at 1:27 PM Justin Spearman <JSpearman@bordinsemmer.com> wrote:
>
>> Hi Jeffrey,
>>
>> Thank you for reaching out. We will take a look and get back to you. If we are willing to stipulate, would you withdraw you Motion for Default filed yesterday?
>>
>> Best,
>>
>> Justin F. Spearman
>>
>> *Partner*
>>
>> **BORDIN SEMMER LLP**
>> 101 Continental Boulevard, Suite 700
>> El Segundo, California 90245
>>
>> Office:     (323) 457-2110
>>
>> Cell:       (541) 521-3897
>>
>> LinkedIn: https://www.linkedin.com/in/justinfspearman/

Image removed by sender.

Los Angeles I San Diego I Bay Area

**\*\*Please note our new address, effective March 1, 2026, is 101 Continental Boulevard, Suite 700, El Segundo, California 90245. Please update your service lists and records accordingly.\*\***

**Confidentiality Notice:**

*The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.*

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, April 28, 2026 8:49 AM
**To:** Justin Spearman <JSpearman@BordinSemmer.com>
**Cc:** Erick Diaz <ediaz@BordinSemmer.com>; Erin Woodard <EWoodard@bordinsemmer.com>
**Subject:** Jeffrey Gu v. City of Irvine et al SAC

Hi Mr. Spearman,

I'd like to please request to stipulate or confer for leave of court to file a Second Amended Complaint. Briefly, the SAC will 1) add new Defendants, namely Irvine Police Officer Emma Olague and City of Irvine employee Kalvin Alvarez, 2) incorporate a police report obtained from the Irvine Police Department, and 3) include more facts and analysis in the Bane Act cause of action.

I have attached the new SAC, a redline version, and the new exhibits.

Please let me know if it'd be possible to stipulate or confer this week.

-Jeffrey

 

## Jeffrey Gu v. City of Irvine et al

**Sean Kneafsey** <skneafsey@kneafseyfirm.com>                                    Wed, Apr 29, 2026 at 2:01 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Katrina Perez <kperez@kneafseyfirm.com>, "Jeremy D. Pasternak (jdp@pasternaklaw.com)"
<jdp@pasternaklaw.com>

Dear Mr. Gu:


Defendant Bert Howe & Associates, Inc. ("Howe") filed a Special Motion to Strike on December 17, 2025 (Dkt. 75) which was fully briefed as of January 5, 2026 (Dkt. 87).  The Court took the matter under submission on January 15, 2026 (Dkt. 99).  This is an evidentiary motion that has been under consideration by the court for over three months.  The proposed Second Amended Complaint does not materially modify the Fifth Cause of Action for Violation of the Bank Act and will only serve to delay resolution of this matter and increase the cost of litigation.  As a result, we are not agreeable to stipulating to Plaintiff's filing of a Second Amended Complaint.


Regards,


Sean Kneafsey


**SEAN M. KNEAFSEY** | The Kneafsey Firm, Inc. | 707 Wilshire Blvd., Suite 3700 | Los Angeles, CA 90017

Phone 213-892-1200 | Fax 213-892-1208 | skneafsey@kneafseyfirm.com

**CONFIDENTIALITY NOTICE**:  This CONFIDENTIAL email communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above.  If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by using the "reply" feature and then immediately delete this message and all attachments from your computer.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, April 29, 2026 8:11 AM
**To:** Sean Kneafsey <skneafsey@kneafseyfirm.com>
**Cc:** Katrina Perez <kperez@kneafseyfirm.com>; Jeremy D. Pasternak (jdp@pasternaklaw.com) <jdp@pasternaklaw.com>
**Subject:** Re: Jeffrey Gu v. City of Irvine et al


Hi Mr. Kneafsey,

Could you please let me know if you could stipulate or confer on this matter this week?

-Jeffrey

On Tue, Apr 28, 2026 at 11:43 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Mr. Kneafsey,
>
> I'd like to please request to stipulate or confer for leave of court to file a Second Amended Complaint. Briefly, the SAC will 1) add new Defendants, namely Irvine Police Officer Emma Olague and City of Irvine employee Kalvin Alvarez, 2) incorporate a police report obtained from the Irvine Police Department, and 3) include more facts and analysis in the Bane Act cause of action.
>
> I have attached the new SAC, a redline version, and the new exhibits.
>
> Please let me know if it'd be possible to stipulate or confer this week.
>
> -Jeffrey

 Gmail                                    Jeffrey Gu <jeffwgu@gmail.com>

---

## Jeffrey Gu v. City of Irvine et al SAC

**Baskerville, Henry M.** <hbaskerville@foxrothschild.com>                    Tue, Apr 28, 2026 at 3:18 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: "Rugar, Kiana" <krugar@foxrothschild.com>

Mr. Gu:
We oppose your motion.

Thanks,

Henry

**Henry M. Baskerville**
Partner

**Fox Rothschild LLP**
📍 Denver
📞 (303) 209-3357
✉ hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, April 28, 2026 9:45 AM
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>
**Cc:** Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** [EXT] Jeffrey Gu v. City of Irvine et al SAC

Hi Mr. Baskerville,

I'd like to please request to stipulate or confer for leave of court to file a Second Amended Complaint. Briefly, the SAC will 1) add new Defendants, namely Irvine Police Officer Emma Olague and City of Irvine employee Kalvin Alvarez, 2) incorporate a police report obtained from the Irvine Police Department, and 3) include more facts and analysis in the Bane Act cause of action.

I have attached the new SAC, a redline version, and the new exhibits.

Please let me know if it'd be possible to stipulate or confer this week.

-Jeffrey

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

-Jeffrey