

## Jeffrey Gu v. City of Irvine et al SAC

**Rivin, Ira** <irivin@rutan.com>                                    Wed, Apr 29, 2026 at 12:16 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu,

While Mr. Melching and Ms. Sanders will not oppose your effort to file your Second Amended Complaint, you do not need them to stipulate to the filing as they have only specially appeared in the action to quash service and have never been served or made a general appearance in the action.

Sincerely,

**Ira G. Rivin**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3410 | M. (714) 478-1161

irivin@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, April 28, 2026 8:46 AM
**To:** Rivin, Ira <irivin@rutan.com>
**Cc:** Solórzano, Cecilia <CSolorzano@rutan.com>
**Subject:** Jeffrey Gu v. City of Irvine et al SAC

Hi Mr. Rivin,

I'd like to please request to stipulate or confer for leave of court to file a Second Amended Complaint. Briefly, the SAC will 1) add new Defendants, namely Irvine Police Officer Emma Olague and City of Irvine employee Kalvin Alvarez, 2) incorporate a police report obtained from the Irvine Police Department, and 3) include more facts and analysis in the Bane Act cause of action.

I have attached the new SAC, a redline version, and the new exhibits.

Please let me know if it'd be possible to stipulate or confer this week.

-Jeffrey