**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeffrey Gu, | Case No.: 8:25-cv-02134-VBF-DSR |
| Plaintiff, | ORDER |
| vs. | |
| City of Irvine et al, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A**

**SECOND AMENDED COMPLAINT**

Before the Court is Plaintiff Jeffrey Gu's Motion for Leave to File a Second Amended Complaint ("SAC"), filed on May 5, 2026. Having considered the Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jeffrey Gu, and the proposed SAC, the Court finds and orders as follows:

1. **LEGAL STANDARD:** Federal Rule of Civil Procedure 15(a)(2) mandates that the Court "should freely give leave when justice so requires". The Ninth Circuit applies this policy with "extreme liberality," particularly where it ensures a case is decided on its merits rather than technicalities.

2. **FINDINGS:** The Court finds that Plaintiff has not acted with undue delay or in bad faith. Plaintiff has identified significant new factual information—including an October 2025 police report and January 2026 admissions in parallel litigation—that were not part of the record at the time the First Amended Complaint was filed.

3. **NO PREJUDICE:** The Court further finds that granting leave will not result in substantial prejudice to the Defendants. This litigation remains in the pleading stage, discovery is not complete, and no trial date has been set. The mere necessity of responding to an amended pleading does not constitute "substantial prejudice."

4. **NON-FUTILITY:** The Court finds the amendment is not futile, as the SAC incorporates documented patterns of conduct and newly available municipal records that bolster Plaintiff's civil rights claims.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**.

2. Plaintiff shall electronically file the Second Amended Complaint, currently attached as an exhibit to the Motion, within **seven (7) days** of the entry of this Order.

3. Defendants shall file their responsive pleadings within **twenty-one (21) days** after the Second Amended Complaint is filed, or as otherwise provided by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: _____

Daniel S. Roberts, United States Magistrate Judge