UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  8:25-cv-2134 VBF (DSR)                                    Date: May 5, 2026

Title     JEFFREY GU v. CITY OF IRVINE, et al.


Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge


|            L. Krivitsky            |              n/a              |
| ---------------------------------- | ----------------------------- |
|          Deputy Clerk              |   Court Reporter / Recorder   |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| ------------------------------------------------- | ------------------------------------------------- |
|                   None present                    |                   None present                    |


**Proceedings:**          (IN CHAMBERS) **ORDER VACATING SUBMISSION OF
VARIOUS MOTIONS CHALLENGING FIRST AMENDED
COMPLAINT IN LIGHT OF PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

The Court presently has under submission various motions challenging Plaintiff's currently operative First Amended Complaint.  See Doc. No. 47 (Toll Brothers Defendants' Motion to Dismiss); Doc. Nos. 64 and 66 (New Home Defendants' Motion to Dismiss or to Strike and Motion to Compel Arbitration); Doc Nos. 76-77 (Bert L. Howe & Associates' Motion to Dismiss and Motion to Strike).  On May 5, 2026, Plaintiff filed a Motion for Leave to File Second Amended Complaint, set for hearing on June 2, 2026.  See Doc. No. 120.  If Plaintiff successfully obtains such leave, that Second Amended Complaint would supersede the First Amended Complaint and render moot the pending challenges to that pleading.

The Court therefore VACATES the submission of Docket Nos. 47, 64, 66, 76, and 77, pending determination of Plaintiff's Motion for Leave to File Second Amended Complaint.  If the pending Motion for Leave to Amend does not result in mooting those earlier Motions, the Court will take them back under submission and rule on them following the decision on the Motion for Leave to Amend.

**IT IS SO ORDERED.**

                                                                    :

                                              **Initials of Preparer**    LK


CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**