UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:25-cv-02134-VBF-DSR                                    Date: June 2, 2026

Title   Jeffrey Gu v. City of Irvine, et al.


Present:  The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | CS 06/02/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| Jeffrey Gu, *Pro Se* | Eick Diaz<br>Brian C. Plante<br>Sean M. Kneafsey<br>Jeff H. Grant |

**Proceedings:**       **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (DOC. NO. 120)**

Case is called.  The parties state their appearances for the record.  Plaintiff Jeffrey Gu, Brian C. Plante on behalf of Defendants Risewell Homes, Inc., The New Home Company Southern California, LLC, and TNHC Realty and Construction, Inc., and Erick Diaz on behalf of Defendants City of Irvine, Trinity Pham, and William Go appear via Zoom videoconference.

Sean M. Kneafsey, on behalf of Defendant Bert L. Howe and Associates, Inc., and Jeff H. Grant, on behalf of Defendants Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest, LLC, appear in person.

The Court confers with the parties and ORDERS as follows:

Plaintiff orally moves to withdraw his Motion for Leave to File a Second Amended Complaint (Doc. No. 120).  The motion is WITHDRAWN.

The Court further ORDERS Plaintiff to SHOW CAUSE, in writing, no later than Friday, June 5, 2026, why Defendants Jessica Sanders and Jeffrey Melching should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:25-cv-02134-VBF-DSR                                      Date: June 2, 2026

Title      Jeffrey Gu v. City of Irvine, et al.

The following motions are RESUBMITTED as of June 2, 2026:

• Toll Brothers Defendants' Motion to Dismiss (Doc. No. 47);

• New Home Defendants' Motion to Dismiss or Strike and Motion to Compel Arbitration
(Doc. Nos. 64 and 66); and

• Bert L. Howe & Associates, Inc.'s Motion to Dismiss and Motion to Strike (Doc. Nos.
76 and 77).

**IT IS SO ORDERED.**

|                          |       |
|--------------------------|-------|
|                          | 0:45  |
| **Initials of Preparer** | LK    |