**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** | **\| Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | **\|DECLARATION** |
| **vs.** | **\|** |
| **City of Irvine et al,** | **\|** |
| **Defendants.** | **\|** |
| _____| | |

**DECLARATION OF JEFFREY GU**

**IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW**

**CAUSE ON WHY DEFENDANTS JESSICA SANDERS AND**

**JEFFREY MELCHING SHOULD NOT BE DISMISSED FOR**

**FAILURE TO COMPLY WITH FEDERAL RULE OF CIVIL**

**PROCEDURE 4(M)**

I, Jeffrey Gu, declare:

1. I am Plaintiff in this action and make this declaration.

1

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. I make this Declaration in support of my Response to the Court's Order to Show Cause Regarding Dismissal for Failure to Comply with Rule 4(m).

4. Attached hereto as Exhibit 1 are true and correct copies of the City of Irvine's records related to my August 3, 2025 CPRA requests.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Irvine Police Department Incident Report Number 25-08420, which was formally disclosed to me on October 27, 2025.

6. Attached hereto as Exhibit 3 is a true and correct copy of the June 3, 2026 CPRA production letter signed by Jessica Sanders, along with the accompanying system-generated Axon body-worn camera metadata table generated on June 2, 2026.

7. Attached hereto as Exhibit 4 is a true and correct copy of the June 3, 2026 email Plaintiff received from Bert L. Howe and Associates Inc. counsel Sean Kneafsey agreeing to stipulate on a Motion for Leave to file the Second Amended Complaint.

8. Attached hereto as Exhibit 5 is a true and correct copy of Second Amended Complaint Plaintiff sent to opposing counsel for conferral or stipulation on June 3, 2026.

9. Attached hereto as Exhibit 6 is a true and correct copy of Second Amended

Complaint Redline Version Plaintiff sent to opposing counsel for conferral

or stipulation on June 3, 2026.

10. Attached hereto as Exhibit 7 is a true and correct copy of Second Amended

Complaint Additional Exhibits Plaintiff sent to opposing counsel for

conferral or stipulation on June 3, 2026.

Respectfully submitted,

_____    June 5, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548

3