# Request for Police Records

## Irvine Police Department

**Submitted On:**
Aug 3, 2025, 09:34PM PDT

| | |
|---|---|
| **NAME** | Jeffrey Gu |
| **COMPANY** | Proffer LLC |
| **ADDRESS\*** | ███████████ |
| **CITY** | ███ |
| **STATE** | ██████ |
| **ZIP** | ██ |
| **PHONE\*** | ██████ |
| **FAX\*** | 000-000-0000 |
| **EMAIL\*** | ██████████ |
| **REQUEST** | This request is related to the information surrounding the phone call made to ██ ██████ my number, at 8:47pm on July 30, 2025.

1. Name and title of the officer and badge number who made the phone call, seemingly female.
2. Name and title of the other individual in the room with the officer, as the officer was consulting someone, seemingly male.
3. The name and title of any supervisors of this officer.
4. The notes and communications provided to the officer or the Irvine Police Department from the city council's office to instigate the phone call.
5. Names and titles of the individual or individuals in the city council office who provided the notes for the officer's call (Trinity Pham and others).
6. Names and titles of the individuals who motivated the police to instigate the phone call.
7. The location the phone call was made from.
8. Any recording or notes produced from the officer's phone call itself.
9. Any emails or written communications between the following entities and each other: City Attorney Jeffrey Melching/his law firm, the HR department, the communications and engagement dept, the building and safety dept, the city council's office, and the Irvine Police Department regarding this police phone call to me and my call to William Go's office, from July 30, 2025 and forward. |
| **SEND RESPONSE BY** | EMAIL |



**CITY CLERK'S OFFICE**

**Office of Records and Information**

# REQUEST FOR PUBLIC RECORDS

In accordance with the California Public Records Act (California Government Code §7920.000 et. seq.), public records are open for inspection at all times during regular office hours.  Any person may request to inspect and/or copy a public record, excluding records exempt from disclosure by law.  In most instances, copies may be provided upon request, unless additional time is required for research and records retrieval.  In such cases, the City will respond to your request within ten (10) days of receiving this form. All document duplication fees are based on the City's current fee resolution (City Council Resolution 23-56).

The City of Irvine strives to provide prompt and efficient access to public records.  For your convenience, Agendas, Minutes, Resolutions, Ordinances, and Building Permits are available online at irvinequickrecords.com.

## CONTACT INFORMATION

| NAME | DATE |
|---|---|
| JEFFREY GU | 08/03/2025 |

| COMPANY |
|---|
| PROFFER LLC |

| ADDRESS* |
|---|
| ██████████ |

| CITY | STATE | ZIP |
|---|---|---|
| ████ | ██ | ██ |

| E-MAIL* | PHONE* |
|---|---|
| ████████████ | ████████ |

## REQUEST FOR INFORMATION

(Please provide a complete description of the documents you are requesting.)

This request is related to the information surrounding the phone call made to ████████ my number, at 8:47pm on July 30, 2025.

1. Name and title of the officer and badge number who made the phone call, seemingly female.
2. Name and title of the other individual in the room with the officer, as the officer was consulting someone, seemingly male.
3. The name and title of any supervisors of this officer.
4. The notes and communications provided to the officer or the Irvine Police Department from the city council's office to instigate the phone call.
5. Names and titles of the individual or individuals in the city council office who provided the notes for the officer's call (Trinity Pham and others).
6. Names and titles of the individuals who motivated the police to instigate the phone call.
7. The location the phone call was made from.
8. Any recording or notes produced from the officer's phone call itself.
9. Any emails or written communications between the following entities and each other: City Attorney Jeffrey Melching/his law firm, the HR department, the communications and engagement dept, the building and safety dept, the city council's office, and the Irvine Police Department regarding this police phone call to me and my call to William Go's office, from July 30, 2025 and forward.

The City of Irvine takes your privacy seriously.  This form asks you to provide the City with certain personal information.  Such information is being requested and will be utilized by the City for the specific and limited purpose of future City correspondence regarding the subject-matter of this form.  Pursuant to Measure S, an initiative ordinance passed by City voters in 2008, the personal information noted by an asterisk (*) on this form will be kept confidential.  Unless you expressly indicate to us otherwise or unless compelled by a court order, it will not be shared with other agencies, businesses or individuals.