**Case Number: IPD-25-08420**

**Report Number:** IPD-25-08420-001



# IRVINE POLICE DEPARTMENT



# CASE REPORT

| ADMINISTRATIVE |
| --- |

| LOCATION OF OCCURRENCE |
| --- |
| 1 Civic Center Plz, IRVINE, CA  92606    IPD |

| | UNIVS | 1 | 226 |
| --- | --- | --- | --- |

| DATE(S) OCCURRED |
| --- |
| 7/30/2025 4:00:00 PM (Wednesday)                    TO    () |

| DATE/TIME REPORTED |
| --- |
| 7/30/2025 6:20:43 PM |

| RECORDINGS | IBR DISPO | COURTESY REPORT | DICTATION NUMBER |
| --- | --- | --- | --- |
| BWC | Active | No | |
| INTOX REPORT | ID THEFT RELATED | GANG RELATED | |
| | | No | |

| ASSOCIATED CASE NUMBER(S) |
| --- |
| |

| SEND COPIES TO |
| --- |
| |

| SUMMARY AND WORKABLE INFO |
| --- |
| Jeffery Gu called Council Member William Go's office and was argumentative with his staff. Gu was upset regarding permit issues for newly developed residences. No crime occurred but GU was agitated and threatened to release allegedly damning city information. GU also told a city employee she should kill herself. I contacted GU who stated he had no memory of the statements. No crime could be substantiated. |

| FTO (IF APPLICABLE) | 671 - Rakic, Miljan |
| --- | --- |
| APPROVED BY | APPROVAL DATE/TIME |
| 511 - Larum, Haldor | 7/31/2025 12:36:44 AM |

CONTROLLED DOCUMENT CONTROLLED BY LAW
DUPLICATION OR REISSUANCE CONTROLLED
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6
AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
| --- | --- | --- | --- |
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 1 of 10 |

**Case Number: IPD-25-08420**
Report Number: IPD-25-08420-001

OFFENSE(S)

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 2 of 10 |

**Case Number:** IPD-25-08420
**Report Number:** IPD-25-08420-001

<u>**SUSPECT(S)**</u>

<u>**ARRESTEE(S)**</u>

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 3 of 10 |

Case Number: **IPD-25-08420**
Report Number: IPD-25-08420-001

**VICTIM(S)**

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 4 of 10 |

Case Number: **IPD-25-08420**

Report Number: IPD-25-08420-001

**OTHER WITNESS/ENTITY/RELATED PARTY**

| **OTHER PARTY** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PARTY CONFIDENTIAL | No | | | | | | | | |
| O1 | Reporting Party: ▮▮▮▮▮▮ | | | | | | | | |
| SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | DLN | DL STATE |
| ▮▮ | ▮▮ ▮▮ | ▮▮ ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |

| ALIAS | | ALIAS DOB | ALIAS SSN |
|---|---|---|---|
| | | | |

| ADDRESS TYPE | ADDRESS |
|---|---|
| Work | 1 Civic Ctr Plz, Irvine, CA  92602 |

| PHONE TYPE | PHONE NUMBER |
|---|---|
| Work | (949) 724-6220 |

| EMAIL/SOCIAL MEDIA ADDRESS |
|---|
| tpham@cityofirvine.org |

| SCARS / MARKS / TATTOOS | LOCATION | DESCRIPTION |
|---|---|---|
| | | |

| EMPLOYER/SCHOOL | ADDRESS | OCCUPATION/GRADE |
|---|---|---|
| Councilman William Go's aide | 1 Civic Ctr Plz, Irvine, CA  92606 | Supervising Principal Council Executive Assistant |

| ADDITIONAL INFORMATION |
|---|
| |

| **OTHER PARTY** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PARTY CONFIDENTIAL | No | | | | | | | | |
| O2 | Other Entity/Business: Office Of Councilman William Go | | | | | | | | |
| SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | DLN | DL STATE |
| | | | | | | | | | |

| ALIAS | | ALIAS DOB | ALIAS SSN |
|---|---|---|---|
| | | | |

| ADDRESS TYPE | ADDRESS |
|---|---|
| Work | 1 Civic Center Plz, Irvine, CA  92606 |

| PHONE TYPE | PHONE NUMBER |
|---|---|
| Work | (949) 724-7917 |

| EMAIL/SOCIAL MEDIA ADDRESS |
|---|
| |

| SCARS / MARKS / TATTOOS | LOCATION | DESCRIPTION |
|---|---|---|
| | | |

| EMPLOYER/SCHOOL | ADDRESS | OCCUPATION/GRADE |
|---|---|---|
| | , | |

| ADDITIONAL INFORMATION |
|---|
| ▮▮▮▮▮▮▮▮ |

CONTROLLED DOCUMENT CONTROLLED BY LAW DUPLICATION OR REISSUANCE California Government Code 7923

| **OTHER PARTY** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PARTY CONFIDENTIAL | No | | | | | | | | |
| O3 | Other Individual: Gu, Jeffrey | | | | | | | | |
| SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | DLN | DL STATE |
| Male | Other Asian | 8/28/1989 | 35 | 5' 2" | 135 | Black | Brown | G0004208930807 | Wisconsin |

| ALIAS | | ALIAS DOB | ALIAS SSN |
|---|---|---|---|
| | | | |

| ADDRESS TYPE | ADDRESS |
|---|---|
| Home | 2332 N Clay St Apt 3, Denver, CO  80211 |
| Other | 129 Oakstone, Irvine, CA |
| Other | 156 Creation, Irvine, CA |

| PHONE TYPE | PHONE NUMBER |
|---|---|
| Home | (720) 593-1548 |

| EMAIL/SOCIAL MEDIA ADDRESS |
|---|
| jeffw▮▮▮@gmail.com |

| SCARS / MARKS / TATTOOS | LOCATION | DESCRIPTION |
|---|---|---|
| | | |

| EMPLOYER/SCHOOL | ADDRESS | OCCUPATION/GRADE |
|---|---|---|
| | , | |

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 5 of 10 |

**Case Number: IPD-25-08420**
**Report Number:** IPD-25-08420-001

| ADDITIONAL INFORMATION |
| --- |
|  |

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
| --- | --- | --- | --- |
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 6 of 10 |

**Case Number: IPD-25-08420**
Report Number: IPD-25-08420-001

**Property/Vehicle(s)**

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 7 of 10 |

Case Number: IPD-25-08420

Report Number: IPD-25-08420-001

NARRATIVE

***THE FOLLOWING IS A SUMMARY ACCOUNT OF THE EVENTS WHICH OCCURRED DURING THIS THIS CALL FOR SERVICE. THE CONTACTS WERE RECORDED ON MY DEPARTMENT ISSUED BODY-WORN CAMERA [BWC]. FOR FURTHER DETAIL, REFER TO THE VIDEO FOOTAGE RECORDED ON MY AXON BWC.***

On Tuesday, 7/30/2025 at approximately 1820 hours, Officer M. Rakic (Badge No. 671) and I (Officer E. Olague, Badge No. 757) were dispatched to City Hall, 1 City Center Plaza, in the City of Irvine, County of Orange, for a criminal threat investigation. A caller allegedly made threatening phone calls to the Office of Counselman William GO.

At the time of the call for service, the reporting part███████ was no longer working so we responded to her residence to speak with her about this incident. The following is a summary of our conversation with ████

████ is the Supervising Principal Council Executive Assistant of City Council Member William GO and was working today when at approximately 1600 hours, she received a telephone call from Jeffrey GU. ████ explained GU emailed City Council Member GO a couple weeks ago to receive help regarding a permit for Toll Brother's. Toll Brother's is a home builder that creates luxury homes. Gu was referred to the office of Community Development as his questions were related to permits. On 07/17/2025, GU started an email chain regarding these permits; however, he was not happy with the response he received. GU then contacted ████ on the telephone to get assistance related to this issue.

While speaking with GU ████ stated GU seemed frustrated that he was not getting the answer he wanted and was randomly "spouting" things off. ████ alleged that GU made two threats during the conversation. Gu said "I'm going to expose the city" and "I'm going to come after the city council." ████ said GU did not elaborate on either of these statements ████ also informed us that GU told her, "You should kill yourself." ████ said that she was not fearful GU was going to come after her and he was just "rambling" when the statements came out.

████ informed us that she notified the Chief of Sta███████████████████ that he had been in contact with GU as well, and that GU previously threatened hi███ did not know the extent of the threats or the date they occurred. She provided us wi███████ contact information for further follow up. Based on the statement from ████, I was unable to determine that a criminal threat occurred. I informed her that I will investigate the matter further and provided her with the report number. She stated that she understood and had no other questions.

I next contacted ████████ on the telephone. The following is a summary of our conversation:

████████ was familiar with GU and explained GU had been contacting Counselman GO's office regarding his frustration over new building permits ████████ said GU was initially following up with these permits via email. He continued to explain GU contacted the City of Irvine for permits for 2 different locations. The first location was 129 Oakstone, Irvine and the second location was 156 Creation, Irvine. GU requested that permitting related to a stair railing be expedited at 129 Oakstone. Several weeks later he again contacted the office, now requesting that "new build" permits be expedited at 156 Creation. GU called the office approximately 2 to 3 weeks ago and to███████ that the council office "needed to do their job." GU told ████████ multiple times that he was going to release sensitive information about the City of Irvine. ████████ said GU stated, "I'm gonna release information and that's a bomb you don't

DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 8 of 10 |

Case Number: **IPD-25-08420**
Report Number: IPD-25-08420-001

want to deal with." ▮▮▮▮ clarified that "a bomb you don't want to deal with" meant GU was going to release potentially damning information about the city ▮▮▮▮ said this was a "political threat" and he did not believe any violence was going to occu▮▮▮▮ also stated that GU had previously contacted other councilmembers allegedly in hopes of expediting a permitting process.

Using departmental resources, I discovered that GU did not have a known active Irvine address and his last address on record was in Denver, CO. GU also did not hold a California identification card or drivers license. I located a phone number for GU, which had a Colorado area code. Additionally, I did not locate any registered weapons.

I contacted GU over the telephone and had a brief conversation with him. The following is a summary of our conversation:

GU admitted he called the Council Member's office in an attempt to speak to GO. He alleged that the reason for the phone call was to discuss information he found related to the permitting process. I asked GU about the threatening statements but he claimed he had "no memory" of the comments made. I advised him of the allegation's made and he again said he had no memory of the comments. At the end of the brief conversation, I requested GU to remain professional when contacting any city employees. GU stated, "thank you for the intimidation officer." I concluded the conversation.

We drove to to the two addresses provided b▮▮▮▮ 129 Oakstone appeared to be vacant as there was no furniture or visible activity inside. We then drove to the second location 156 Creation and discovered the house is still under construction.

Based on statements made by all parties, I determined GU contacted the office of City Council Member William GO on several occasions related to various permitting requests. He was not happy with the responses and called the office to follow up and express his frustrations. GU was irate and stated he was going to release information about the City of Irvine. There is no evidence or statements to suggest that GU made a threat of violence against the city, the Counselman or any of his staff.  No crime could be substantiated, and this report was taken for documentation purposes. I notified IPD Intel via email and request this incident report be forwarded to IPD Investigations for appropriate disposition. It should be noted that Watch Commander Lt. Turner was notified of the incident and the resolution.

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 9 of 10 |

**PHOTOS**

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/30/2025 8:53:27 PM | 10/27/2025 10:53:24 AM | 10 of 10 |

Case Number: **IPD-25-08420**
Report Number: OR-IPD-25-08420-001

 **IRVINE POLICE DEPARTMENT**

# OFFICER REPORT

| ADMINISTRATIVE | | | |
|---|---|---|---|
| **LOCATION OF OCCURRENCE** | | | |
| 1 Civic Center Plz, IRVINE, CA  92606    IPD | | | |
| | UNIVS | 1 | 226 |
| **DATE(S) OCCURRED** | | | |
| 7/30/2025 6:20:43 PM (Wednesday)         TO    () | | | |
| **DATE/TIME REPORTED** | | | |
| 7/30/2025 6:20:43 PM | | | |

| RECORDINGS | IBR DISPO | COURTESY REPORT | DICTATION NUMBER |
|---|---|---|---|
| BWC | Active | No | |
| **INTOX REPORT** | **ID THEFT RELATED** | **GANG RELATED** | |
| | | No | |
| **ASSOCIATED CASE NUMBER(S)** | | | |
| | | | |
| **SUMMARY AND WORKABLE INFO** | | | |
| This is a supplemental report to original incident report to 25-08420. | | | |

| FTO (IF APPLICABLE) | 671 - Raxic, Miljan |
|---|---|
| **APPROVED BY** | **APPROVAL DATE/TIME** |
| 511 - Larum, Haldor | 7/31/2025 9:54:08 PM |

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

**THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT**

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 1 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

**Case Number:** IPD-25-08420
**Report Number:** OR-IPD-25-08420-001

OFFENSE(S)

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6
AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 2 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

Case Number: **IPD-25-08420**
Report Number: OR-IPD-25-08420-001

<u>**SUSPECT(S)**</u>

<u>**ARRESTEE(S)**</u>

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 3 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

**Case Number: IPD-25-08420**
**Report Number:** OR-IPD-25-08420-001

<u>**VICTIM(S)**</u>

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6
AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 4 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

Case Number: IPD-25-08420

Report Number: OR-IPD-25-08420-001

**OTHER WITNESS/ENTITY/RELATED PARTY**

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 5 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

**Case Number:** IPD-25-08420
**Report Number:** OR-IPD-25-08420-001

**Property/Vehicle(s)**

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 6 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

Case Number: IPD-25-08420
Report Number: OR-IPD-25-08420-001

**NARRATIVE**

***The following is a summary account of the events which occurred during this this call for service. The contacts were recorded on my department issued body-worn camera [BWC]. For further detail, refer to the video footage recorded on my AXON BWC.***

On Tuesday, 7/30/2025 at approximately 1630 hours, Officer M. Rakic (Badge No. 671) and I (Officer E. Olague, Badge No. 757) were notified that Jefferey GU contacted Counselman William GO'S office again today.

Prior to this call for service, I was informed the City of Irvine's Human Resources (HR) department initiated a cease and desist letter which will later be served to GU.

I contact ▮▮▮▮ on the telephone and the following is a summary of our conversation:

▮▮▮▮ was notified by HR receptionists that GU contacted HR 3 to 4 times toda▮▮▮▮ did not speak with GU but he was attempting to get in contact with her through the HR receptionist. GU also asked the HR receptionist for ▮▮▮▮ contact information several times. It should be noted tha▮▮▮▮ information was not released to GU▮▮▮▮ said she believed that the city may have blocked GU from calling because she did not receive any telephone calls from him today. Additionally, I instructe▮▮▮▮ not to engage in conversation with GU and to document any further interaction with him. I informed ▮▮▮▮ a cease and desist letter was initiated through the City of Irvine HR department. I also provided ▮▮▮▮ with Detective Smith and Detective Belvin's contact information. She did not provide any additional information, so I concluded the conversation.

I request this supplemental report be attached to the original incident report, DR 25-08420.

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923...

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 7 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.

**Case Number:** IPD-25-08420
**Report Number:** OR-IPD-25-08420-001

<u>**PHOTOS**</u>

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE CONTROLLED BY LAW
California Government Code 7923

THE RELEASE OF THIS REPORT IS IN ACCORDANCE WITH SB 54 AND GC 7284.6 AND IS NOT TO BE USED FOR IMMIGRATION PURPOSES OR ENFORCEMENT

| REPORTING OFFICER | ENTERED DATE | PRINTOUT CREATED | PAGE |
|---|---|---|---|
| 757 - Olague, Emma | 7/31/2025 6:14:13 PM | 10/27/2025 11:47:29 AM | 8 of 8 |

Information in this report is **SUPPLEMENTAL ONLY** will not be used for statistical purposes.