

**RUTAN**
RUTAN & TUCKER, LLP

Jess Sanders
E-mail: jsanders@rutan.com

June 3, 2026

**VIA E-MAIL**

Jeffrey Gu
jeffwgu@gmail.com
jeffreygu@proffer.info

        Re:    Public Records Act Requests Received May 4, 2026

Dear Mr. Gu,

        As you know, this office serves in the capacity of City Attorney for the City of Irvine ("City"), including without limitation the Irvine Police Department ("IPD"). This letter is being sent in response to the above-referenced requests to IPD under the California Public Records Act, Gov. Code, § 7920.000 et seq. (CPRA), which seek the following:

        Request 1: Metadata and current disposition of BWC (Body-worn camera) footage related to IPD Report Number 25-08420.

        Request 2: Meta and disposition of records related to IPD Report Number 25-08420 in the Intelligence and/or Investigations units.

        On May 14, 2026, the City contacted you to confirm that disposition for the requested report was closed, and to inform you that the was in possession of public records potentially responsive to your requests, and estimated that non-exempt responsive records would be available on or before June 3, 2026.  On that date, the City further informed you that due to substantial overlap of you requests, the two would be consolidated for processing.

        Metadata related to IPD Report Number 25-08420 is attached to this correspondence.  This completes the City's review and processing of your consolidated requests.  Please do not hesitate to contact me if you have any questions.

                                Very truly yours,

                                ER, LLP

JS:js
cc:    City Clerk (via e-mail only)

Rutan & Tucker, LLP | 18575 Jamboree Road, 9th Floor
Irvine, CA 92612 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | San Francisco | www.rutan.com

2905/048170-0301
23785311.4 a06/03/26



**Report generated by:**

| | |
|---|---|
| **User** | Moore, James (480) |
| **Username** | jmoore |
| **Department** | Irvine Police Dept |
| **Local Timezone** | Unknown |
| **Generated on** | Jun 2, 2026 11:52 AM |

| Evidence ID | ID | Title | Evidence Group | Owner Email | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | File Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| eb1f0610 7846473c af1ef4b2a bff8c5e | IPD-25-08 420 | Axon Capture Audio 202 5-10-16 095758 567 | | CBlevins @cityofirv ine.org | Blevins, Cord (567) | Blevins, Cord (567) | 16 Oct 2025 10:08:35 | 16 Oct 2025 09:57:58 | 10m 9s | Report - Low Felon y/Misd/Inc | Active | audio |
| 6188afa9 5207456f b0abda03 bab83194 | IPD-25-08 420 | INCIDEN T REPORT | | eolague@ cityofirvin e.org | Olague, Emma (757) | Olague, Emma (757) | 30 Jul 2025 20:52:07 | 30 Jul 2025 20:47:11 | 2m 50s | Report - Low Felon y/Misd/Inc | Active | video |
| 280c2736 e5df4ecb b2e1b3e3 5284d6c8 | IPD-25-08 420 | INCIDEN T REPORT | | MRakic@ cityofirvin e.org | Rakic, Miljan (671) | Rakic, Miljan (671) | 30 Jul 2025 19:37:03 | 30 Jul 2025 19:19:49 | 6m 56s | Report - Low Felon y/Misd/Inc | Active (archived) | video |
| 9287e593 bdbe4d29 90f151ed 10ae534d | IPD-25-08 420 | INCIDEN T REPORT | | eolague@ cityofirvin e.org | Olague, Emma (757) | Olague, Emma (757) | 30 Jul 2025 19:37:33 | 30 Jul 2025 19:16:23 | 10m 50s | Report - Low Felon y/Misd/Inc | Active (archived) | video |
| ab72f004 223d455f bfa762fc2 5d2022f | IPD-25-08 420 | INCIDEN T REPORT | | eolague@ cityofirvin e.org | Olague, Emma (757) | Olague, Emma (757) | 30 Jul 2025 19:33:44 | 30 Jul 2025 18:38:29 | 17m 53s | Report - Low Felon y/Misd/Inc | Active (archived) | video |
| fa249616 e99b4c55 aa9cbd49 dec46114 | IPD-25-08 420 | INCIDEN T REPORT | | MRakic@ cityofirvin e.org | Rakic, Miljan (671) | Rakic, Miljan (671) | 30 Jul 2025 19:33:08 | 30 Jul 2025 18:38:28 | 17m 54s | Report - Low Felon y/Misd/Inc | Active (archived) | video |
| 0034fb1e 979749f2 98a48ac4 0eb501cc | IPD-25-08 420 | INCIDEN T REPORT | | eolague@ cityofirvin e.org | Olague, Emma (757) | Olague, Emma (757) | 30 Jul 2025 18:19:13 | 30 Jul 2025 18:16:50 | 1m 43s | Report - Low Felon y/Misd/Inc | Active | video |