

Jeffrey Gu <jeffwgu@gmail.com>

## Jeffrey Gu v. City of Irvine et al SAC

**Sean Kneafsey** <skneafsey@kneafseyfirm.com>                     Wed, Jun 3, 2026 at 3:32 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: "Jeremy D. Pasternak (jdp@pasternaklaw.com)" <jdp@pasternaklaw.com>, Katrina Perez
<kperez@kneafseyfirm.com>

Dear Mr. Gu:

On behalf of Defendant Bert Howe and Associates, Inc., we agree to stipulate to the filing of the
proposed Second Amended Complaint.

Regards,

Sean Kneafsey

**SEAN M. KNEAFSEY** | The Kneafsey Firm, Inc. | 707 Wilshire Blvd., Suite 3700 | Los Angeles, CA 90017
Phone 213-892-1200 | Fax 213-892-1208 | skneafsey@kneafseyfirm.com

CONFIDENTIALITY NOTICE:  This CONFIDENTIAL email communication (including any attachment) is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510 et seq. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to
or use by the person(s) listed above.  If you are neither the intended recipient(s), nor a person responsible for the delivery of this
communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by using the "reply"
feature and then immediately delete this message and all attachments from your computer.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 3, 2026 7:00 AM
**To:** Sean Kneafsey <skneafsey@kneafseyfirm.com>
**Cc:** Jeremy D. Pasternak (jdp@pasternaklaw.com) <jdp@pasternaklaw.com>; Katrina Perez
<kperez@kneafseyfirm.com>
**Subject:** Jeffrey Gu v. City of Irvine et al SAC

Hi Mr. Kneafsey,

I'd like to please request to stipulate or confer for leave of court to file a Second Amended Complaint. Briefly, the SAC
will 1) add new Defendants, namely Irvine Police Officer Emma Olague and City of Irvine employee Kalvin Alvarez, 2)
incorporate a police report obtained from the Irvine Police Department 3) include more facts and analysis in the Bane
Act cause of action and 4) add a Ralph Civil Rights Act of 1947 cause of action (which includes your client).

I have attached the new SAC, a redline version, and the new exhibits.

Please let me know if it'd be possible to stipulate or confer this week.

-Jeffrey