**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** | **\| Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | **\| STIPULATION TO FILE SAC** |
| **vs.** | **\|** |
| **City of Irvine et al,** | **\|** |
| **Defendants.** | **\|** |
| | **\|** |

**STIPULATION TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Gu and Defendants Risewell Homes Inc., The New Home Company Southern California LLC, TNHC Realty and Construction Inc., Bert L. Howe & Associates, Inc., Toll Brothers, Inc., TB Proprietary Corp., Toll Southwest LLC, City of Irvine, Irvine Police Department, Trinity Pham, and William Go (collectively, the Parties), by and through their respective counsel of record (or acting in pro se), hereby stipulate and agree as follows:

1

1. WHEREAS, Plaintiff seeks to amend his First Amended Complaint;

2. WHEREAS, Plaintiff's Second Amended Complaint (SAC) seeks to add and/or modify specific causes of action, revises allegations against existing Defendants and adds Defendants;

3. WHEREAS, Plaintiff agrees to dismiss Defendant Irvine Police Department from this action without prejudice, as the City of Irvine is already a named Defendant and is the proper municipal entity for all entity-level claims;

4. WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent;

5. WHEREAS, the Parties agree that it would be in the interest of judicial economy to allow Plaintiff to file the SAC.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Plaintiff is permitted to file his SAC, a copy of which is attached hereto as Exhibit A and a redline version as Exhibit B, with its additional exhibits as Exhibit C.

2. The SAC shall be filed within three (3) calendar days of the Court's entry of an order approving this Stipulation.

2

3.  Defendants shall have twenty-one (21) days from the date the SAC is officially filed to answer, move, or otherwise respond to the SAC. For any newly added Defendant or Defendant now sued in their individual capacity, the time to respond shall run from the date personal service of process is effectuated or waived.

4.  By entering into this Stipulation, Defendants do not waive any substantive defenses, procedural objections, affirmative defenses, or rights to move to dismiss the SAC, any count therein, or any party contained within the SAC.

**IT IS SO STIPULATED.**

Dated: June 12, 2026

By:

Jeffrey Gu

*Plaintiff Pro Se*

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548

**BORDIN SEMMER LLP**

Dated: June 12, 2026

By: _____

Joshua Bordin-Wosk

Justin F. Spearman

Erick Diaz

*Attorneys for Defendants City of Irvine, Irvine Police Department, Trinity Pham, and William Go*

**PLANTE HUGUENIN LEBOVIC KAHN LLP**

Dated: June 12, 2026

By: _Rae Richardson_

Brian C. Plante

Melanie S. Woodfin

Rae Richardson

*Attorneys for Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc.*

**THE KNEAFSEY FIRM**

Dated: June 12, 2026

By: _Sean M. Kneafsey_

Sean M. Kneafsey

*Attorney for Defendant Bert L. Howe & Associates, Inc.*

**FOX ROTHSCHILD LLP**

Dated: June 15, 2026

By: _Henry M. Baskerville_____

Jeff H. Grant

Henry M. Baskerville

*Attorneys for Defendants Toll Brothers, Inc., TB Proprietary Corp., and Toll*

*Southwest LLC*