# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jeffrey Gu,                                    | Case No.: 8:25-cv-02134-VBF-DSR

      Plaintiff,                          | [PROPOSED] ORDER

  vs.                                          |

City of Irvine et al,                          |

      Defendants.                        |

_____|

**STIPULATION TO FILE SECOND AMENDED COMPLAINT;**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Plaintiff Jeffrey Gu is granted leave to file the Second Amended Complaint ("SAC"), clean and redlined copies of which were attached to the Parties' Stipulation as Exhibits A and B, along with the SAC's full set of exhibits, Exhibit C.

1

2. Plaintiff shall electronically file the SAC within three (3) calendar days of the entry of this Order.

3. Defendant Irvine Police Department is hereby dismissed from this action without prejudice, and the Clerk of the Court is directed to terminate the Irvine Police Department as a party on the electronic docket. The City of Irvine remains a Defendant in this action.

4. Existing Defendants shall file their answers, motions, or other responsive pleadings to the SAC within twenty-one (21) days of the date the SAC is electronically filed.

5. For any newly joined Defendant, or any Defendant now sued in their individual capacity, the time to answer, move, or otherwise respond shall run twenty-one (21) days from the date personal service of process is effectuated or waived.

Dated: _____ , 2026

_____

**HON. DANIEL S. ROBERTS**

**UNITED STATES MAGISTRATE JUDGE**

2