**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY GU,

      Plaintiff,

    v.

CITY OF IRVINE, et al.,

      Defendants.

No. 8:25-cv-2134-VBF (DSR)

**ORDER APPROVING PARTIES' STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DOC. NO. 128)**

The Court has received and reviewed the parties' Stipulation to permit Plaintiff to file a Second Amended Complaint (Doc. No. 128), a copy and a redline of which were lodged with that Stipulation.  The Stipulation is APPROVED, and the Court orders as follows:

1. Plaintiff is hereby granted leave to file his Second Amended Complaint in the form attached to the parties' Stipulation;

2. Pursuant to Local Rule 15-1, Plaintiff shall file his Second Amended Complaint, complete with any exhibits thereto, as a separate document in the Court's CM/ECF system within three days of the date of this Order.

3. Upon stipulation of the parties, Defendant Irvine Police Department is hereby dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Clerk of the Court is directed to

terminate the Irvine Police Department as a party on the electronic docket.  The City of Irvine remains a Defendant in this action.

4. Existing Defendants – that is any Defendant previously named in this case and validly served with the Summons and operative Complaint prior to this amendment – shall file their answers, motions, or other responsive pleadings to the Second Amended Complaint within twenty-one (21) days of the date the Second Amended Complaint is electronically filed.

5. The time for any newly joined Defendant, Defendant not previously validly served, or any Defendant now sued in their individual capacity, to answer, move, or otherwise respond to the Summons and Second Amended Complaint shall run twenty-one (21) days from the date personal service of process is effectuated or waived, unless otherwise provided in Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

DATED: June 15, 2026 _____

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

2