**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Plaintiff Pro Se**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeffrey Gu,** | \| **Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | \| **ACCEPTANCE OF SERVICE** |
| **vs.** | \| |
| **City of Irvine et al,** | \| |
| **Defendants.** | \| |
| | \| |

### ACCEPTANCE OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT BY COUNSEL FOR DEFENDANTS WILLIAM GO, TRINITY PHAM, KALVIN ALVAREZ, AND EMMA OLAGUE

I, Justin F. Spearman, counsel of record for Defendants William Go, Trinity Pham, Kalvin Alvarez, and Emma Olague, hereby state that I am authorized to accept service of process on behalf of these Defendants in the above-entitled action. On behalf of Defendants William Go, Trinity Pham, Kalvin Alvarez, and Emma Olague, in both their official and individual capacities, I hereby accept service of the Summonses issued by the Clerk and the Second Amended Complaint. Receipt of copies of these documents is hereby acknowledged on the date written below, with the same legal force and effect as if personal service had been formally executed upon each Defendant by an authorized process server on that date.

1

**BORDIN SEMMER LLP**

Dated: June 25, 2026

By: _____

Justin F. Spearman

*Attorney for Defendants City of Irvine, William Go, Trinity Pham, Kalvin Alvarez, and Emma Olague*