UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU

          Plaintiff,

    v.

CITY OF IRVINE, et al.

         Defendants.

Case No. 8:25-cv-02134-VBF-DSR

*[Assigned for all purposes to Magistrate Daniel S. Roberts]*

**ORDER TO EXTEND TIME FOR DEFENDANT BERT HOWE & ASSOCIATES, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY 14 DAYS**

Complaint Served:  June 15, 2026
Current Response Date:  July 6, 2026
New Response Date:  July 20, 2026

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

Defendant Bert Howe & Associates, Inc. shall have until July 20, 2026, to respond to Plaintiff's Second Amended Complaint.

SO ORDERED.


DATED:                By _____
                             Hon. Daniel S. Roberts
                             United States Magistrate Judge

- 1 -