**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY GU, | CASE NO. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | JUDGE:    Valerie Baker Fairbank |
| v. | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RISEWELL HOMES, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC AND TNHC REALTY AND CONSTRUCTION INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| CITY OF IRVINE, et al., | |
| Defendants. | |

**Complaint Served:  June 15, 2026**
**Current Response Date: July 6, 2026**
**New Response Date:  July 13, 2026**

*[Assigned for all purposes to Magistrate Judge: Daniel S. Roberts]*

The Court, having considered the Stipulation to Extend Time between Plaintiff and Defendants Risewell Homes Inc., The New Home Company Southern

1

California LLC and TNHC Realty and Construction Inc., and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for Defendants' Response to Second Amended Complaint be extended from July 6, 2026 to July 13, 2026.

DATED: _____, 2026    _____

The Honorable Daniel S. Roberts

[PROPOSED] ORDER