UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU<br><br>            Plaintiff,<br><br>        v.<br><br>CITY OF IRVINE, et al.<br><br>            Defendants. | Case No. 8:25-cv-02134-VBF-DSR<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT BERT HOWE & ASSOCIATES, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY 14 DAYS**<br><br>Complaint Served:  June 15, 2026<br>Current Response Date:  July 6, 2026<br>New Response Date:  July 20, 2026 |

PURSUANT TO THE STIPULATION OF THE PARTIES (DOC. NO. 138), AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

Defendant Bert Howe & Associates, Inc. shall have until July 20, 2026, to respond to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

DATED: July 2, 2026                By _____
                                            Hon. Daniel S. Roberts
                                            United States Magistrate Judge

- 1 -