Ira G. Rivin (State Bar No. 62530)
irivin@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for
JESSICA SANDERS and JEFFREY MELCHING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>         Plaintiff, pro se,<br><br>     v.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; and TOLL SOUTHWEST LLC,<br><br>         Defendants. | Case No. 8:25-cv-02134-VBF-DSR<br><br>**STIPULATION FOR SEVEN-DAY EXTENSION FOR DEFENDANTS JESSICA SANDERS AND JEFFREY MELCHING TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Date Second Amended Complaint Served:                    June 24, 2026<br>Current Response Date:  July 15, 2026<br>New Response Date:      July 22, 2026 |

Rutan & Tucker, LLP
attorneys at law

106/007072-0364
23993428.1 a07/06/26

STIPULATION FOR EXTENSION FOR
SANDERS & MELCHING TO RESPOND TO
SECOND AMENDED COMPLAINT

Plaintiff Jeffrey Gu ("Plaintiff") and defendants Jessica Sanders ("Sanders") and Jeffrey Melching ("Melching") stipulate as set forth below based on the following facts:

A. Sanders and Melching accepted service of the Second Amended Complaint in this Action (the "SAC") on June 24, 2026, and their answer or other response to the SAC is currently due on July 15, 2026;

B. On July 5, 2026, counsel for Sanders and Melching (i) notified Plaintiff that said defendants were planning to file a Rule 12(b)(6) motion to dismiss the four claims for relief asserted against Sanders and Melching in the SAC, (ii) requested that Plaintiff provide times when he was available to meet and confer pursuant to Central District Rule 7-3, (iii) advised Plaintiff of his pre-planned vacation between July 6 and July 13, 2026, and offered to make himself available to meet and confer on or before July 8 while on vacation, and (iv) suggested that if Plaintiff consented to a seven-day extension for Sanders and Melching to file their motion to dismiss (through July 22, 2026), the meet and confer conference could take place on July 14 or 15.

C. Plaintiff responded by (i) agreeing to stipulate to the seven-day extension and (ii) requesting that the meet and confer call take place on July 14, 2026.  The call is scheduled for 11:00 a.m. that day.

Based on the above facts, Plaintiff, on the one hand, and Sanders and Melching, on the other hand, stipulate as follows:

1. Sanders and Melching shall have a seven-day extension, through July 22, 2026, to file and serve their response to the SAC.

**Rutan & Tucker, LLP**
*attorneys at law*

106/007072-0364
23993428.1 a07/06/26

-1-

STIPULATION FOR EXTENSION FOR SANDERS & MELCHING TO RESPOND TO SECOND AMENDED COMPLAINT

2.    Plaintiff and counsel for Sanders and Melching shall meet and confer pursuant to Central District Rule 7-3 regarding said defendants' anticipated motion to dismiss under FRCP Rule 12(b)(6) on July 14, 2026.

Dated:  July 6, 2026

RUTAN & TUCKER, LLP
IRA G. RIVIN

By: _____
Ira G. Rivin
Attorneys for Defendants
JESSICA SANDERS and JEFFREY MELCHING

Dated:  July 6, 2026

By: _____
JEFFREY GU, Plaintiff, In Pro Per

**L.R. 5-4.3.4 Attestation**

The electronic filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 6, 2026

By: _____
Ira G. Rivin