BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Justin F. Spearman, State Bar No. 305785
jspearman@bordinsemmer.com
Erick Diaz, State Bar No. 351606
ediaz@bordinsemmer.com
101 Continental Blvd., Suite 700
El Segundo, CA 90245
Phone:        (323) 457-2110
Fax:    (323) 457-2120
Attorneys for Defendants,
CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and
KALVIN ALVAREZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE AND JOHN DOE 1-10; THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC; TNHC REALTY AND CONSTRUCTION, INC.; BERT L. HOWE AND ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; TOLL SOUTHWEST, LLC; and DOES 1 to 25, inclusive,<br><br>Defendants. | **Case No.:  8:25-cv-02134-VBF-DSR**<br><br>**DEFENDANT CITY OF IRVINE'S ANSWER TO PLAINTIFF JEFFREY GU'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:    September 19, 2025<br>Trial Date: |

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

COME NOW Defendants CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, AND KALVIN ALVAREZ (collectively "Defendants"), by and through the undersigned counsel, answers Plaintiff JEFFREY GU's ("Plaintiff") Second Amended Complaint for Damages ("Complaint") as follows:

As to the allegations made against the City of Irvine on pages 4-6 of the Complaint, all such allegations are denied by Defendants. As to the allegations made on pages 4-6 of the Complaint as to The New Home Company, Inc. ("TNHC"), Toll Brothers, Inc., or other unspecified defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those pages, and on that basis denies each and every allegation contained therein.

As to the first unnumbered paragraph of page 7 of the Complaint, Defendants deny those allegations.

As to the remainer of page 7 and unnumbered paragraph of page 8 of the Complaint, under the heading "Preview of Exhibits," Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in those pages, and on that basis denies each and every allegation contained therein.

## II. JURISDICTION

1. Answering paragraph 1 of the Complaint and the allegations thereof, Defendants deny the allegations.

2. Answering paragraph 2 of the Complaint and the allegations thereof, Defendants admit that the Court has personal jurisdiction over Defendants, but deny all other allegations.

## III. PARTIES

A. Answering paragraph III.A of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

B.  Answering paragraph III.B of the Complaint and the allegations thereof, these allegations are legal conclusions to which no answer is required.  To the extent the allegations require an answer, Defendants admit the allegations of addresses and titles as to the City of Irvine, Jessican Sanders, Jeffrey Melching, and William Go. As to all other parties, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**FACTUAL ALLEGATIONS**

As to those unnumbered allegations made under this heading, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**A.  TOLL BROTHERS PRE-PURCHASE**

1.  Answering paragraph 1 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

2.  Answering paragraph 2 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

3.  Answering paragraph 3 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

4.  Answering paragraph 4 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

3

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

5.   Answering paragraph 5 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

6.   Answering paragraph 6 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

7.   Answering paragraph 7 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

8.   Answering paragraph 8 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

9.   Answering paragraph 9 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

10.   Answering paragraph 10 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

11.   Answering paragraph 11 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

4
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

12. Answering paragraph 12 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

13. Answering paragraph 13 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

14. Answering paragraph 14 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

16. Answering paragraph 16 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

17. Answering paragraph 17 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

18. Answering paragraph 18 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

5
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

19.   Answering paragraph 19 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

20.   Answering paragraph 20 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

21.   Answering paragraph 21 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

22.   Answering paragraph 22 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

23.   Answering paragraph 23 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

24.   Answering paragraph 24 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

25.   Answering paragraph 25 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

26. Answering paragraph 26 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

27. Answering paragraph 27 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

28. Answering paragraph 28 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

29. Answering paragraph 29 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

30. Answering paragraph 30 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

31. Answering paragraph 31 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

32. Answering paragraph 32 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

7
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

33.  Answering paragraph 33 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**B.   TOLL BROTHERS AGREEMENT OF SALE**

34.  Answering paragraph 34 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

35.  Answering paragraph 35 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

36.  Answering paragraph 36 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

37.  Answering paragraph 37 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

38.  Answering paragraph 38 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

39.  Answering paragraph 39 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

8

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

40. Answering paragraph 40 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

41. Answering paragraph 41 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

42. Answering paragraph 42 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

43. Answering paragraph 43 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

44. Answering paragraph 44 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

45. Answering paragraph 45 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

46. Answering paragraph 46 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

9
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

47.    Answering paragraph 47 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

48.    Answering paragraph 48 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

49.    Answering paragraph 49 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

50.    Answering paragraph 50 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

C.    **TOLL BROTHERS CONSTRUCTION**

51.    Answering paragraph 51 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

52.    Answering paragraph 52 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

53.    Answering paragraph 53 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

10

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

54. Answering paragraph 54 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

55. Answering paragraph 55 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

56. Answering paragraph 56 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

57. Answering paragraph 57 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

58. Answering paragraph 58 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

59. Answering paragraph 59 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

60. Answering paragraph 60 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

61. Answering paragraph 61 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

62. Answering paragraph 62 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

63. Answering paragraph 63 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

64. Answering paragraph 64 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

65. Answering paragraph 65 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

66. Answering paragraph 66 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

67. Answering paragraph 67 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

68. Answering paragraph 68 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

69. Answering paragraph 69 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

70. Answering paragraph 70 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

71. Answering paragraph 71 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

72. Answering paragraph 72 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

73. Answering paragraph 73 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

74. Answering paragraph 74 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

75.   Answering paragraph 75 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

76.   Answering paragraph 76 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

77.   Answering paragraph 77 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

78.   Answering paragraph 78 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

79.   Answering paragraph 79 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

80.   Answering paragraph 80 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

81.   Answering paragraph 81 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

82. Answering paragraph 82 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

83. Answering paragraph 83 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

84. Answering paragraph 84 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

85. Answering paragraph 85 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

86. Answering paragraph 86 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

87. Answering paragraph 87 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

88. Answering paragraph 88 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

15

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

89.   Answering paragraph 89 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

90.   Answering paragraph 90 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

91.   Answering paragraph 91 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

92.   Answering paragraph 92 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

93.   Answering paragraph 93 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

94.   Answering paragraph 94 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

95.   Answering paragraph 95 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

96.    Answering paragraph 96 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

97.    Answering paragraph 97 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

98.    Answering paragraph 98 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

99.    Answering paragraph 99 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

100.    Answering paragraph 100 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

101.    Answering paragraph 101 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

102.    Answering paragraph 102 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

103. Answering paragraph 103 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

104. Answering paragraph 104 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

105. Answering paragraph 105 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

106. Answering paragraph 106 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

107. Answering paragraph 107 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

108. Answering paragraph 108 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

109. Answering paragraph 109 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

110. Answering paragraph 110 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

111. Answering paragraph 111 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

112. Answering paragraph 112 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

113. Answering paragraph 113 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

114. Answering paragraph 114 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

115. Answering paragraph 115 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

116. Answering paragraph 116 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

117. Answering paragraph 117 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

118. Answering paragraph 118 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**D.     TOLL BROTHERS CLOSING**

119. Answering paragraph 119 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

120. Answering paragraph 120 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

121. Answering paragraph 121 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

122. Answering paragraph 122 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

123. Answering paragraph 123 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

124. Answering paragraph 124 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

125. Answering paragraph 125 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

126. Answering paragraph 126 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

127. Answering paragraph 127 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

128. Answering paragraph 128 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

129. Answering paragraph 129 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

130. Answering paragraph 130 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

131. Answering paragraph 131 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

132. Answering paragraph 132 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

133. Answering paragraph 133 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

134. Answering paragraph 134 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

135. Answering paragraph 135 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

136. Answering paragraph 136 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

137. Answering paragraph 137 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

138.   Answering paragraph 138 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

139.   Answering paragraph 139 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

140.   Answering paragraph 140 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

141.   Answering paragraph 141 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

142.   Answering paragraph 142 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

143.   Answering paragraph 143 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

144.   Answering paragraph 144 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

145.    Answering paragraph 145 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

146.    Answering paragraph 146 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

147.    Answering paragraph 147 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

148.    Answering paragraph 148 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

149.    Answering paragraph 149 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

150.    Answering paragraph 150 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

151.    Answering paragraph 151 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

152. Answering paragraph 152 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

153. Answering paragraph 153 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

154. Answering paragraph 154 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

155. Answering paragraph 155 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

156. Answering paragraph 156 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

157. Answering paragraph 157 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

158. Answering paragraph 158 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

159.    Answering paragraph 159 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

160.    Answering paragraph 160 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

161.    Answering paragraph 161 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

E.    **TOLL BROTHERS POST-CLOSING**

162.    Answering paragraph 162 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

163.    Answering paragraph 163 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

164.    Answering paragraph 164 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

165.  Answering paragraph 165 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

166.  Answering paragraph 166 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

167.  Answering paragraph 167 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

168.  Answering paragraph 168 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

169.  Answering paragraph 169 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

170.  Answering paragraph 170 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

171.  Answering paragraph 171 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

27

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

172. Answering paragraph 172 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

173. Answering paragraph 173 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

174. Answering paragraph 174 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

175. Answering paragraph 175 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

176. Answering paragraph 176 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

177. Answering paragraph 177 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

178. Answering paragraph 178 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

179. Answering paragraph 179 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

180. Answering paragraph 180 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

181. Answering paragraph 181 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

182. Answering paragraph 182 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

183. Answering paragraph 183 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

184. Answering paragraph 184 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

185. Answering paragraph 185 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

186. Answering paragraph 186 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

187. Answering paragraph 187 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

188. Answering paragraph 188 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

189. Answering paragraph 189 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

190. Answering paragraph 190 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

191. Answering paragraph 191 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

192. Answering paragraph 192 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

193. Answering paragraph 193 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

194. Answering paragraph 194 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

195. Answering paragraph 195 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

196. Answering paragraph 196 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

197. Answering paragraph 197 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

198. Answering paragraph 198 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

199. Answering paragraph 199 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

31

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

200. Answering paragraph 200 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

201. Answering paragraph 201 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

202. Answering paragraph 202 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

203. Answering paragraph 203 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## F.    CITY OF WHEAT RIDGE

204. Answering paragraph 204 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

205. Answering paragraph 205 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

206. Answering paragraph 206 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

207. Answering paragraph 207 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

208. Answering paragraph 208 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

209. Answering paragraph 209 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

210. Answering paragraph 210 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

211. Answering paragraph 211 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

212. Answering paragraph 212 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

213. Answering paragraph 213 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

33

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

214. Answering paragraph 214 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

215. Answering paragraph 215 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

216. Answering paragraph 216 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

217. Answering paragraph 217 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

218. Answering paragraph 218 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

219. Answering paragraph 219 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

220. Answering paragraph 220 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

34

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

221.    Answering paragraph 221 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

222.    Answering paragraph 222 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

223.    Answering paragraph 223 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

224.    Answering paragraph 224 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

225.    Answering paragraph 225 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

226.    Answering paragraph 226 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

227.    Answering paragraph 227 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

228. Answering paragraph 228 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

229. Answering paragraph 229 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

230. Answering paragraph 230 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

231. Answering paragraph 231 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

232. Answering paragraph 232 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

233. Answering paragraph 233 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

234. Answering paragraph 234 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

235. Answering paragraph 235 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

236. Answering paragraph 236 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

237. Answering paragraph 237 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

238. Answering paragraph 238 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

239. Answering paragraph 239 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

240. Answering paragraph 240 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

241. Answering paragraph 241 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

242. Answering paragraph 242 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

243. Answering paragraph 243 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

244. Answering paragraph 244 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## G.    TOLL BROTHERS HISTORY

245. Answering paragraph 245 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

246. Answering paragraph 246 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

247. Answering paragraph 247 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

248. Answering paragraph 248 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

249. Answering paragraph 249 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

250. Answering paragraph 250 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

251. Answering paragraph 251 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

252. Answering paragraph 252 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

253. Answering paragraph 253 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

254. Answering paragraph 254 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

255. Answering paragraph 255 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

256. Answering paragraph 256 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

257. Answering paragraph 257 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

258. Answering paragraph 258 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

259. Answering paragraph 259 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

260. Answering paragraph 260 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

261. Answering paragraph 261 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

262. Answering paragraph 262 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

263. Answering paragraph 263 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

264. Answering paragraph 264 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

265. Answering paragraph 265 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

266. Answering paragraph 266 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

267. Answering paragraph 267 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

268. Answering paragraph 268 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

269. Answering paragraph 269 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

41
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

270. Answering paragraph 270 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

271. Answering paragraph 271 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

272. Answering paragraph 272 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

273. Answering paragraph 273 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

274. Answering paragraph 274 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

### H.    TOLL BROTHERS LICENES

275.  Answering paragraph 275 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

276. Answering paragraph 276 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

277. Answering paragraph 277 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

278. Answering paragraph 278 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

279. Answering paragraph 279 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

280. Answering paragraph 280 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

281. Answering paragraph 281 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

282. Answering paragraph 282 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

283. Answering paragraph 283 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

284. Answering paragraph 284 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

285. Answering paragraph 285 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

286. Answering paragraph 286 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

287. Answering paragraph 287 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

288. Answering paragraph 288 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

289. Answering paragraph 289 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

290. Answering paragraph 290 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

44
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

291. Answering paragraph 291 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

292. Answering paragraph 292 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

293. Answering paragraph 293 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

I.    **TOLL BROTHERS INSURANCE**

294. Answering paragraph 294 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

295. Answering paragraph 295 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

296. Answering paragraph 296 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

297. Answering paragraph 297 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

298. Answering paragraph 298 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

299. Answering paragraph 299 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

300. Answering paragraph 300 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

301. Answering paragraph 301 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

302. Answering paragraph 302 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

303. Answering paragraph 303 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

304. Answering paragraph 304 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**J.    MARSH**

305.    Answering paragraph 305 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

306. Answering paragraph 306 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

307. Answering paragraph 307 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

308. Answering paragraph 308 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

309. Answering paragraph 309 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

310. Answering paragraph 310 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

47

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

311. Answering paragraph 311 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

312. Answering paragraph 312 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

313. Answering paragraph 313 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

314. Answering paragraph 314 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

315. Answering paragraph 315 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

316. Answering paragraph 316 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

317. Answering paragraph 317 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

318. Answering paragraph 318 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

319. Answering paragraph 319 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

320. Answering paragraph 320 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

321. Answering paragraph 321 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## K.    TOLL BROTHERS CONSUMERS

322. Answering paragraph 322 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

323. Answering paragraph 323 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

324. Answering paragraph 324 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

325. Answering paragraph 325 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

326. Answering paragraph 326 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

327. Answering paragraph 327 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

328. Answering paragraph 328 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

329. Answering paragraph 329 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

330. Answering paragraph 330 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

331. Answering paragraph 331 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

332. Answering paragraph 332 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

333. Answering paragraph 333 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

334. Answering paragraph 334 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

335. Answering paragraph 335 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

336. Answering paragraph 336 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

337. Answering paragraph 337 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

338. Answering paragraph 338 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

51

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

339. Answering paragraph 339 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## L.   OTHER TOLL COURT CASES

340.   Answering paragraph 340 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

341. Answering paragraph 341 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

342. Answering paragraph 342 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

343. Answering paragraph 343 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

344. Answering paragraph 344 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

345. Answering paragraph 345 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

346. Answering paragraph 346 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

347. Answering paragraph 347 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

348. Answering paragraph 348 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

349. Answering paragraph 349 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

350. Answering paragraph 350 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**N.   TOLL BROTHERS SEC DISCLOSURES**

351. Answering paragraph 351 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

352. Answering paragraph 352 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

353. Answering paragraph 353 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

354. Answering paragraph 354 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

355. Answering paragraph 355 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

356. Answering paragraph 356 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

357. Answering paragraph 357 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

358. Answering paragraph 358 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

359. Answering paragraph 359 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

360. Answering paragraph 360 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

361. Answering paragraph 361 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

362. Answering paragraph 362 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

363. Answering paragraph 363 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

364. Answering paragraph 364 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

365. Answering paragraph 365 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

366. Answering paragraph 366 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## O.     TOLL BROTHERS STATEMENTS OF AUTHORITY

367. Answering paragraph 367 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

368. Answering paragraph 368 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

369. Answering paragraph 369 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

370. Answering paragraph 370 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

371. Answering paragraph 371 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

372. Answering paragraph 372 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

56
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

373. Answering paragraph 373 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

374. Answering paragraph 374 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

375. Answering paragraph 375 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

376. Answering paragraph 376 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

377. Answering paragraph 377 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

378. Answering paragraph 378 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

379. Answering paragraph 379 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

380. Answering paragraph 380 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## P.    TENURE OF TOLL BROTHERS

381. Answering paragraph 381 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

382. Answering paragraph 382 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

383. Answering paragraph 383 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

384. Answering paragraph 384 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

385. Answering paragraph 385 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## Q.    A TALE OF TWO KENS

386. Answering paragraph 386 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

387.   Answering paragraph 387 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

388.   Answering paragraph 388 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

389.   Answering paragraph 389 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

390.   Answering paragraph 390 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

391.   Answering paragraph 391 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

392.   Answering paragraph 392 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

393.   Answering paragraph 393 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

394. Answering paragraph 394of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

395. Answering paragraph 395 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

396. Answering paragraph 396 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

397. Answering paragraph 397 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

398. Answering paragraph 398 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

399. Answering paragraph 399 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

400. Answering paragraph 400 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

401.    Answering paragraph 401 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

402.    Answering paragraph 402 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

403.    Answering paragraph 403 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

404.    Answering paragraph 404 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

405.    Answering paragraph 405 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

406.    Answering paragraph 406 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

407.    Answering paragraph 407 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

61

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

408. Answering paragraph 408 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

409. Answering paragraph 409 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

410. Answering paragraph 410 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**R.    EMPLOYEE EVASIVENESS**

411. Answering paragraph 411 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

412. Answering paragraph 412 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

413. Answering paragraph 413 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

414. Answering paragraph 414 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

415. Answering paragraph 415 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

416. Answering paragraph 416 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

417. Answering paragraph 417 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

418. Answering paragraph 418 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

419. Answering paragraph 419 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

420. Answering paragraph 420 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

421. Answering paragraph 421 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

422. Answering paragraph 422 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

423. Answering paragraph 423 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

424. Answering paragraph 424 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

425. Answering paragraph 425 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

426. Answering paragraph 426 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

427. Answering paragraph 427 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

64
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

428.  Answering paragraph 428 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

429.  Answering paragraph 429 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

430.  Answering paragraph 430 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

431.  Answering paragraph 431 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

432.  Answering paragraph 432 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

433.  Answering paragraph 433 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

434.  Answering paragraph 434 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

435. Answering paragraph 435 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

436. Answering paragraph 436 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

437. Answering paragraph 437 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**S.  TB ANNUAL REPORTS**

438. Answering paragraph 438 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

439. Answering paragraph 439 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

440. Answering paragraph 440 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

441. Answering paragraph 441 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

66
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

442. Answering paragraph 442 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## T.    THE NEW HOME COMPANY HISTORY

443. Answering paragraph 443 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

444. Answering paragraph 444 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

445. Answering paragraph 445 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

446. Answering paragraph 446 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

447. Answering paragraph 447 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

448. Answering paragraph 448 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

449. Answering paragraph 449 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**U.   JOHN LAING HOMES COMPANY HISTORY**

450. Answering paragraph 450 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

451. Answering paragraph 451 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

452. Answering paragraph 452 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

453. Answering paragraph 453 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

454. Answering paragraph 454 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

455. Answering paragraph 455 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

456. Answering paragraph 456 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

457. Answering paragraph 457 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

458. Answering paragraph 458 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

459. Answering paragraph 459 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

460. Answering paragraph 460 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

461. Answering paragraph 461 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

462. Answering paragraph 462 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

463. Answering paragraph 463 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

464. Answering paragraph 464 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

465. Answering paragraph 465 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

466. Answering paragraph 466 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

467. Answering paragraph 467 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

468. Answering paragraph 468 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

70
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

## V.    THE NEW HOME COMPANY DISCLOSURES

469. Answering paragraph 469 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

470. Answering paragraph 470 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

471. Answering paragraph 471 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

472. Answering paragraph 472 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

473. Answering paragraph 473 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

474. Answering paragraph 474 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

475. Answering paragraph 475 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

476. Answering paragraph 476 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

477. Answering paragraph 477 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

478. Answering paragraph 478 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

479. Answering paragraph 479 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

480. Answering paragraph 480 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

481. Answering paragraph 481 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

W.   A TALE OF TWO BUILDERS

482.   Answering paragraph 482 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

483. Answering paragraph 483 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

484. Answering paragraph 484 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

485. Answering paragraph 485 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

486. Answering paragraph 486 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

487. Answering paragraph 487 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

488. Answering paragraph 488 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

489. Answering paragraph 489 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

490. Answering paragraph 490 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

491. Answering paragraph 491 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## X.    TNHC PRE-PURCHASE

492. Answering paragraph 492 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

493. Answering paragraph 493 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

494. Answering paragraph 494 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

495. Answering paragraph 495 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

496. Answering paragraph 496 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

497. Answering paragraph 497 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

498. Answering paragraph 498 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

499. Answering paragraph 499 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

500. Answering paragraph 500 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**Y.  TNHC PURCHASE AGREEMENT**

501. Answering paragraph 501 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

502. Answering paragraph 502 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

75
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

503. Answering paragraph 503 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

504. Answering paragraph 504 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

505. Answering paragraph 505 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

506. Answering paragraph 506 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

507. Answering paragraph 507 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

508. Answering paragraph 508 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

509. Answering paragraph 509 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

510. Answering paragraph 510 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

511. Answering paragraph 511 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

512. Answering paragraph 512 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

513. Answering paragraph 513 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

514. Answering paragraph 514 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

515. Answering paragraph 515 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

516. Answering paragraph 516 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

517. Answering paragraph 517 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

518. Answering paragraph 518 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

519. Answering paragraph 519 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

520. Answering paragraph 520 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

521. Answering paragraph 521 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

522. Answering paragraph 522 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

523. Answering paragraph 523 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

524.   Answering paragraph 524 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

525.   Answering paragraph 525 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## Z.    TNHC CLOSING

526.   Answering paragraph 526 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

527.   Answering paragraph 527 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

528.   Answering paragraph 528 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

529.   Answering paragraph 529 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

530.   Answering paragraph 530 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

531. Answering paragraph 531 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

532. Answering paragraph 532 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

533. Answering paragraph 533 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

534. Answering paragraph 534 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

535. Answering paragraph 535 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

536. Answering paragraph 536 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

537. Answering paragraph 537 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

538. Answering paragraph 538 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

539. Answering paragraph 539 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## AA.   POST-CLOSING

540. Answering paragraph 540 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

541. Answering paragraph541 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

542. Answering paragraph 542 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

543. Answering paragraph 543 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

544. Answering paragraph 544 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

81
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

545.    Answering paragraph 545 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

546.    Answering paragraph 546 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

547.    Answering paragraph 547 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

548.    Answering paragraph 548 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**BB.    TNHC SB800**

549.    Answering paragraph 549 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

550.    Answering paragraph 550 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

551.    Answering paragraph 551 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

552. Answering paragraph 552 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

553. Answering paragraph 553 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

554. Answering paragraph 554 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

555. Answering paragraph 555 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

556. Answering paragraph 556 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

557. Answering paragraph 557 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

558. Answering paragraph 558 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

83
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

559. Answering paragraph 559 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

560. Answering paragraph 560 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

561. Answering paragraph 561 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

562. Answering paragraph 562 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## CC.   TNHC POST-SB800

563.  Answering paragraph 563 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

564. Answering paragraph 564 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

84
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

565. Answering paragraph 565 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

566. Answering paragraph 566 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

567. Answering paragraph 567 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

568. Answering paragraph 568of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

569. Answering paragraph 569 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

570. Answering paragraph 570 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

571. Answering paragraph 571 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

572. Answering paragraph 572 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

573. Answering paragraph 573 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

574. Answering paragraph 574 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

575. Answering paragraph 575 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

576. Answering paragraph 576 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

577. Answering paragraph 577 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

578. Answering paragraph 578 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

579. Answering paragraph 579 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

580. Answering paragraph 580 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

581. Answering paragraph 581 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

582. Answering paragraph 582 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

583. Answering paragraph 583 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

584. Answering paragraph 584 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

585. Answering paragraph 585 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

586. Answering paragraph 586 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

587. Answering paragraph 587 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

588. Answering paragraph 588 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

589. Answering paragraph 589 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

590. Answering paragraph 590 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

591. Answering paragraph 591 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

592. Answering paragraph 592 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

593. Answering paragraph 593 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

594. Answering paragraph 594 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

595. Answering paragraph 595 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

596. Answering paragraph 596 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

597. Answering paragraph 597 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

598. Answering paragraph 598 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

599. Answering paragraph 599 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

600.   Answering paragraph 600 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

601.   Answering paragraph 601 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

602.   Answering paragraph 602 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

603.   Answering paragraph 603 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

604.   Answering paragraph 604 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

605.   Answering paragraph 605 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

606.   Answering paragraph 606 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

607.  Answering paragraph 607 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

608.  Answering paragraph 608 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## DD.   IRVINE INTERACTIONS

609.  Answering paragraph 609 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

610.  Answering paragraph 610 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

611.  Answering paragraph 611 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

612.  Answering paragraph 612 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

613.  Answering paragraph 613 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

614. Answering paragraph 614 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

615. Answering paragraph 615 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

616. Answering paragraph 616 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

617. Answering paragraph 617 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

618. Answering paragraph 618 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

619. Answering paragraph 619 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

620. Answering paragraph 620 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

92

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

621. Answering paragraph 621 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

622. Answering paragraph 622 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

623. Answering paragraph 623 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

624. Answering paragraph 624 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

625. Answering paragraph 625 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

626. Answering paragraph 626 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

627. Answering paragraph 627 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

628. Answering paragraph 628 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

629. Answering paragraph 629 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

630. Answering paragraph 630 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

631. Answering paragraph 631 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

632. Answering paragraph 632 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

633. Answering paragraph633 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

634. Answering paragraph 634 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

635. Answering paragraph 635 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

636. Answering paragraph 636 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

637. Answering paragraph 637 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## EE. IRVINE RESPONSES

638. Answering paragraph 638 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

639. Answering paragraph 639 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

640. Answering paragraph 640 of the Complaint and the allegations thereof, Defendants admit that Plaintiff has spoken with Trinity Pham, and otherwise the allegations are denied.

641. Answering paragraph 641 of the Complaint and the allegations thereof, Defendants admit that Trinity Pham identified her first name, and otherwise the allegations are denied.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

95
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

642.  Answering paragraph 642 of the Complaint and the allegations thereof, Defendants admit that Plaintiff made various complaints, and otherwise the allegations are denied.

643.  Answering paragraph 643 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

644.  Answering paragraph 644 of the Complaint and the allegations thereof, Defendants deny each and every allegation contained therein.

645.  Answering paragraph 645 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

646.  Answering paragraph 646 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

647.  Answering paragraph 647 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

648.  Answering paragraph 648 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

649.  Answering paragraph 649 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein

650. Answering paragraph 650 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

651. Answering paragraph 651 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

652. Answering paragraph 652 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

653. Answering paragraph 653 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

654. Answering paragraph 654 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

655. Answering paragraph 655 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

656. Answering paragraph 656 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein

657. Answering paragraph 657 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

658. Answering paragraph 658 of the Complaint and the allegations thereof, Defendants admit that Plaintiff contacted the City of Irvine about Trinity Pham, and otherwise the allegations are denied.

659. Answering paragraph 659 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

660. Answering paragraph 660 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

661. Answering paragraph 661 of the Complaint and the allegations thereof, the allegations are admitted.

662. Answering paragraph 662 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

663. Answering paragraph 663 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

664. Answering paragraph 664 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein

665. Answering paragraph 665 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

666. Answering paragraph 666 of the Complaint and the allegations thereof, Defendants admit the allegations.

667. Answering paragraph 667 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

668. Answering paragraph 668 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegations contained therein.

669. Answering paragraph 669 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

670. Answering paragraph 670 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

671. Answering paragraph 671 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

672. Answering paragraph 672 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

99

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

673. Answering paragraph 673 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

674. Answering paragraph 674 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

675. Answering paragraph 675 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

676. Answering paragraph 676 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

677. Answering paragraph 677 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

678. Answering paragraph 678 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

679. Answering paragraph 679 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

680. Answering paragraph 680 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

681. Answering paragraph 681 of the Complaint and the allegations thereof, Defendants admit that Jessica Sanders of Rutan & Tucker sent an e-mail to Plaintiff on August 5, 2025.

682. Answering paragraph 682 of the Complaint and the allegations thereof, Defendants admit that the alleged statement was made, but deny that the statement alleged constitutes the entirety of the alleged e-mail.

683. Answering paragraph 683 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

684. Answering paragraph 684 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

685. Answering paragraph 685 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

686. Answering paragraph 686 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

687.  Answering paragraph 687 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

688.  Answering paragraph 688 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

689.  Answering paragraph 689 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

690.  Answering paragraph 690 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

691.  Answering paragraph 691 of the Complaint and the allegations thereof, Defendants admit that Plaintiff submitted a claim to the City of Irvine, but deny that Plaintiff had any valid claim.

692.  Answering paragraph 692 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

693.  Answering paragraph 693 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

694. Answering paragraph 694 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

695. Answering paragraph 695 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

696. Answering paragraph 696 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

697. Answering paragraph 697 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

698. Answering paragraph 698 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

699. Answering paragraph 699 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

700. Answering paragraph 700 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

701. Answering paragraph 701 of the Complaint and the allegations thereof,

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

702.    Answering paragraph 702 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

703.    Answering paragraph 703 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

704.    Answering paragraph 704 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

705.    Answering paragraph 705 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein

706.    Answering paragraph 706 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

707.    Answering paragraph 707 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

708.    Answering paragraph 708 of the Complaint and the allegations thereof, Defendants admit each and every allegation of said paragraph.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

709. Answering paragraph 709 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

710. Answering paragraph 710 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

711. Answering paragraph 711 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

712. Answering paragraph 712 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

713. Answering paragraph 713 of the Complaint and the allegations thereof, Defendants admit that they responded to a CPRA request for documents, but otherwise deny the allegations.

714. Answering paragraph 714 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

715. Answering paragraph 715 of the Complaint and the allegations thereof, Defendants admit that they responded to a CPRA request, and the allegations are otherwise denied.

716. Answering paragraph 716 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

717. Answering paragraph 717 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

718. Answering paragraph 718 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

719. Answering paragraph 719 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

720. Answering paragraph 720 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

721. Answering paragraph 721 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

722. Answering paragraph 722 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

723. Answering paragraph 723 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

724.  Answering paragraph 724 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

725.  Answering paragraph 725 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

726.  Answering paragraph 726 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

**FF.   IRVINE BUILDING & SAFETY DEPARTMENT**

727.  Answering paragraph 727 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

728.  Answering paragraph 728 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

729.  Answering paragraph 729 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

730.  Answering paragraph 730 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

731.  Answering paragraph 731 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

732. Answering paragraph 732 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

733. Answering paragraph 733 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

734. Answering paragraph 734 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

735. Answering paragraph 735 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

736. Answering paragraph 736 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

737. Answering paragraph 737 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

738. Answering paragraph 738 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

739. Answering paragraph 739 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

740. Answering paragraph 740 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

741. Answering paragraph 741 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

742. Answering paragraph 742 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## GG. IRVINE'S HISTORY WITH FREEDOM OF SPEECH

743. Answering paragraph 743 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

744. Answering paragraph 744 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

745. Answering paragraph 745 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

746. Answering paragraph 746 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

747. Answering paragraph 747 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

748. Answering paragraph 748 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

749. Answering paragraph 749 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## HH. IRVINE POLICE REPORT

750. Answering paragraph 750 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

751. Answering paragraph 751 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

752. Answering paragraph 752 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

753. Answering paragraph 753 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

754. Answering paragraph 754 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

755. Answering paragraph 755 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

756. Answering paragraph 756 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

757. Answering paragraph 757 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

758. Answering paragraph 758 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

759. Answering paragraph 759 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

760. Answering paragraph 760 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

761. Answering paragraph 761 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

762. Answering paragraph 762 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

763. Answering paragraph 763 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

764. Answering paragraph 764 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

765. Answering paragraph 765 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

766. Answering paragraph 766 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

767. Answering paragraph 767 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

768. Answering paragraph 767 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

769. Answering paragraph 769 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

770. Answering paragraph 770 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

771. Answering paragraph 771 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

772. Answering paragraph 772 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

773. Answering paragraph 773 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

774. Answering paragraph 774 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

775. Answering paragraph 775 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

776. Answering paragraph 776 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

777. Answering paragraph 777 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

778. Answering paragraph 778 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

779. Answering paragraph 779 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

780. Answering paragraph 780 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

781. Answering paragraph 781 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

782. Answering paragraph 782 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

783. Answering paragraph 783 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

784. Answering paragraph 784 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

785. Answering paragraph 785 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

786. Answering paragraph 786 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

787. Answering paragraph 787 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, in part, but deny all other allegations.

788. Answering paragraph 788 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

789. Answering paragraph 789 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

790. Answering paragraph 790 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

791. Answering paragraph 788 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

792. Answering paragraph 792 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

115

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

793. Answering paragraph 793 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

794. Answering paragraph 794 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

795. Answering paragraph 795 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

796. Answering paragraph 796 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

797. Answering paragraph 797 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

798. Answering paragraph 798 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

799. Answering paragraph 799 of the Complaint and the allegations thereof, Defendants admit that Officer Olague included statement in police report, but deny all other allegations.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

800. Answering paragraph 800 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

801. Answering paragraph 801 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

802. Answering paragraph 802 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

803. Answering paragraph 803 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

804. Answering paragraph 804 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

805. Answering paragraph 805 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

806. Answering paragraph 806 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

807. Answering paragraph 807 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

808. Answering paragraph 804 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

809. Answering paragraph 809 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

810. Answering paragraph 810 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

811. Answering paragraph 811 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

812. Answering paragraph 812 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

813. Answering paragraph 813 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

814. Answering paragraph 814 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

815. Answering paragraph 815 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

816. Answering paragraph 816 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

817. Answering paragraph 817 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

818. Answering paragraph 818 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

819. Answering paragraph 819 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

820. Answering paragraph 820 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

821. Answering paragraph 821 of the Complaint and the allegations thereof, Defendants deny each and every, all and singular, the allegations of said paragraph.

822. Answering paragraph 822 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

823. Answering paragraph 823 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

824. Answering paragraph 824 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

825. Answering paragraph 825 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

826. Answering paragraph 826 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

827. Answering paragraph 827 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

828. Answering paragraph 828 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

829. Answering paragraph 829 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

830. Answering paragraph 830 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

831. Answering paragraph 831 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

832. Answering paragraph 828 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

833. Answering paragraph 833 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

834. Answering paragraph 834 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

## II.   IRVINE'S RECORD RETENTION

835. Answering paragraph 835 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

836. Answering paragraph 636 of the Complaint and the allegations thereof, Defendants admit that Plaintiff submitted a claim to the City of Irvine with cited statements, but deny that Plaintiff had any valid claim.

837. Answering paragraph 837 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

every allegation contained therein.

838. Answering paragraph 838 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

839. Answering paragraph 839 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

840. Answering paragraph 840 of the Complaint and the allegations thereof, Defendants admit each and every, all and singular, the allegations of said paragraph.

841. Answering paragraph 841 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

842. Answering paragraph 842 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

843. Answering paragraph 843 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## JJ    RISEWELL'S UNMARKED VEHICLES

844. Answering paragraph 844 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

845. Answering paragraph 845 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

846. Answering paragraph 846 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

847. Answering paragraph 847 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

848. Answering paragraph 848 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

849. Answering paragraph 849 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

850. Answering paragraph 850 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

851. Answering paragraph 851 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

123
DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

852. Answering paragraph 852 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

853. Answering paragraph 853 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

854. Answering paragraph 854 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

855. Answering paragraph 855 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

856. Answering paragraph 856 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

857. Answering paragraph 857 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

858. Answering paragraph 859 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

859. Answering paragraph 859 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

860. Answering paragraph 860 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

861. Answering paragraph 861 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

862. Answering paragraph 862of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

863. Answering paragraph 863 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

864. Answering paragraph 864 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

865. Answering paragraph 865 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

866. Answering paragraph 866 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

867. Answering paragraph 867 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

868. Answering paragraph 868 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

869. Answering paragraph 869 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## KK    TOLL BROTHERS ENTITIES' LITIGATION CONDUCT

870. Answering paragraph 870 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

871. Answering paragraph 871 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

///

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

## LL    BHA'S LITIGATION CONDUCT

872. Answering paragraph 872 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

873. Answering paragraph 873 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

874. Answering paragraph 874 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

875. Answering paragraph 875 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

876. Answering paragraph 876 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

877. Answering paragraph 877 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

878. Answering paragraph 878 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

every allegation contained therein.

## MM  CALIFORNIA POLICE STANDARDS

879.   Answering paragraph 879 of the Complaint and the allegations thereof, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

## V.   CAUSES OF ACTION

Answering the allegations made in pages 134 through 179, and all allegations made in support of Plaintiff's alleged causes of action, all such allegations are denied by Defendants.

## VI.   PRAYER FOR RELIEF

Answering the allegations made in pages 179 through 184, and all allegations made in support of Plaintiff's alleged Prayer for Relief, all such allegations are denied by Defendants.

## DEFENDANTS' AFFIRMATIVE DEFENSES

### AS A FIRST SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE
### THESE DEFENDANTS ALLEGE:

1.   That the allegations of the Complaint and each cause of action alleged therein fails to state a claim upon which relief can be granted.

### AS A SECOND SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE
### THESE DEFENDANTS ALLEGE:

2.   Plaintiff lacks standing to pursue the causes of action asserted in the Complaint.

### AS A THIRD SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE
### THESE DEFENDANTS ALLEGE:

3.   Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ are not liable for Plaintiff's claims under of 42 U.S.C. § 1983 as they are barred in whole or in part by the doctrine of qualified immunity. At all

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

128

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

relevant times, Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ were public employees of Defendant CITY OF IRVINE. At all relevant times, Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ acted reasonably and competently in their capacity as public officials on behalf of Defendant CITY OF IRVINE.

## AS A FOURTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

4.    That Plaintiff's Complaint and each and every alleged cause of action therein are barred, in whole or in part, by the doctrine of unclean hands. Plaintiff's Complaint misrepresents known facts, overexaggerates Plaintiff's actual injuries, if any, and is not based in good faith. Defendants are entitled to recover reasonable expenses, including attorneys' fees, in defending this action.

## AS A FIFTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

5.    That Plaintiff's Complaint and each and every alleged cause of action therein is barred, in whole or in part, by immunity Defendant CITY OF IRVINE is entitled to under California Government Code § 818.2 as a public entity. At all relevant times, Defendant CITY OF IRVINE was a public entity that cannot be liable for injury caused by adopting or failing to adopt an enactment or by failing to enforce any law.

## AS A SIXTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

6.    That Plaintiff's Complaint and each and every alleged cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ are entitled to under California Government Code § 820.4 as public employees. At all relevant times, Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ exercised due care in any action or omission taken as public

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

employees in the execution or enforcement of any law.

## AS A SEVENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

7.     That Plaintiff's Complaint and each and every alleged cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ are entitled to under California Government Code § 820.8. At all relevant times, Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ were public employees of Defendant CITY OF IRVINE.

## AS A EIFHTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

8.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendant WILLIAM GO is entitled to under California Government Code § 820.9. At all relevant times, Defendant WILLIAM GO served as a Councilmember on the city counsel of DEFENDANT CITY OF IRVINE.

## AS A NINTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE

## THESE DEFENDANTS ALLEGE:

9.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ are entitled to under California Government Code § 820.2. At all relevant times, actions or omissions taken by Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ were the result of the exercise of discretion vested in them as public employees of Defendant CITY OF IRVINE.

///

///

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

## AS A TENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

10.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by immunity Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ are entitled to under California Government Code § 821. At all relevant times, Defendants WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ were public employees to Defendant CITY OF IRVINE and are not liable for any injuries caused by their adoption or failure to adopt an enactment or their failure to enforce an enactment.

## AS A ELEVENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

11.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by privilege Defendants are entitled to under California Civil Code § 47(a). At all relevant times, all statements made by Defendants were in the proper discharge of their official duties and constituted privileged publications or broadcasts.

## AS A TWELFTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE:

12.     That Plaintiff's Complaint and each and every cause of action therein are barred, in whole or in part, by privilege Defendants are entitled to under California Civil Code § 47(b). At all relevant times, all statements made by Defendants in any legislative, judicial, or other official proceeding, or in the initiation or course of any other proceedings authorized by law, were privileged publication or broadcasts.

///

///

///

BORDIN SEMMER LLP
101 CONTINENTIAL BLVD.
SUITE 700
EL SEGUNDO, CA 90245
(323) 457-2110

DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

## AS A THIRTEENTH SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE THESE DEFENDANTS ALLEGE

13.     Defendants, and each of them, are immune from Plaintiff's claims related to the enforcement of state or local laws or enactments pursuant to California Government Code Sections 818.2, 820.4, and 821, as none of Defendants may be held liable for any alleged failure to enforce state or local laws or enactments.

WHEREFORE, CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ pray for judgement as follows:

1. That Plaintiff takes nothing by reason of his Second Amended Complaint;

2. That judgment be entered in favor of CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ;

3. That CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ be awarded their costs of suit; and

4. For such other and further relief as the Court may deem just and proper.

Dated: July 6, 2026                         BORDIN SEMMER LLP

By:_____
Joshua Bordin-Wosk
Justin F. Spearman
Erick Diaz
Attorneys for Defendant,
CITY OF IRVINE, WILLIAM GO,
TRINITY PHAM, EMMA OLAGUE,
and KALVIN ALVAREZ

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 Continental Boulevard, Suite 700, El Segundo, CA 90245.

On July 6, 2026, I served the within document(s) described as:

**DEFENDANTS CITY OF IRVINE, WILLIAM GO, TRINITY PHAM, EMMA OLAGUE, AND KALVIN ALVAREZ'S ANSWER TO PLAINTIFF JEFFREY GU'S SECOND AMENDED COMPLAINT**

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☒ (BY ELECTRONIC MAIL/ECF) I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on July 6, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Tiffanie Levin

_____
*Tiffanie Levin*

1

**Jeffrey Gu v. City of Irvine, et al.**
**Case No. 8:25-cv-02134-VBF-DSR**

CLIENT:   CITY OF IRVINE
FILE NO.:   3901.189

**SERVICE LIST**

| | |
|---|---|
| Jeffrey Gu<br>Pro Se<br>2332 N. Clay St., Apt. 3<br>Denver, CO 80211<br><br>Tel: 702) 593-1548<br>Fax: (   )<br>Email: jeffwgu@gmail.com<br><br><br>*Pro Se* | Ira G. Rivin<br>RUTAN AND TUCKER LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br><br>Tel.: (714) 641-5100<br>Fax.: (714) 546-9035<br>Email: irivin@rutan.com<br><br><br>*Attorneys for Defendant,*<br>*JESSICA SANDERS, JEFFREY MELCHING* |
| Ira David Lebovic<br>Melanie Suzanne Woodfin<br>PLANTE HUGUENIN LEBOVIC KAHN LLP<br>18100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br><br>Tel: (949) 271-8700<br>Fax: (   )<br>Email: ilebovic@phlklaw.com<br><br><br>*Lead Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* | Brian C. Plante<br>GREEN AND HALL<br>1851 E. First Street, 10th Floor<br>Santa Ana, CA 92705<br><br>Tel: (714) 918-7000<br>Fax: (714) 918-6996<br>Email: bplante@phlklaw.com<br><br><br>*Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* |

Sean M. Kneafsey
KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017

Tel: (213) 892-1200
Fax: (213) 892-1208
Email: skneafsey@kneafseyfirm.com

*Lead Attorney for Defendant,*
*BERT L. HOWE AND ASSOCIATES, INC.*

Jeremy D. Pasternak
Margaret Patricia Crowley
LAW OFFICES OF JEREMY PASTERNAK
100 Bush Street, Suite 1580
San Francisco, CA 94104

Tel: (415) 693-0300
Fax: (415) 693-0393
Email: jdp@pasternaklaw.com
mc@pasternaklaw.com

*Attorneys for Defendant,*
*BERT L. HOWE AND ASSOCIATES, INC.*

Henry M. Baskerville
FOX ROTHSCHILD LLP
1225 17th St., Suite 2200
Denver, CO 80202

Tel: (303) 292-1200
Fax: (303) 292-1300
Email: hbaskervill@foxrothschild.com

*Pro Hac Vice Attorney for Defendant,*
*TOLL BROTHERS, INC., TB PROPRIETARY*
*CORP., and TOLL SOUTHWEST LLC*

Jeff H. Grant
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067

Tel: (310) 598-4150
Fax: (310) 556-9828
Email: jgrant@foxrothschild.com

*Attorney for Defendant,*
*TOLL BROTHERS, INC., TB PROPRIETARY*
*CORP., and TOLL SOUTHWEST LLC*

3