

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY GU, | CASE NO. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | JUDGE:  Valerie Baker Fairbank |
| v. | **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RISEWELL HOMES, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC AND TNHC REALTY AND CONSTRUCTION INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| CITY OF IRVINE, et al., | |
| Defendants. | |
| | **Complaint Served:  June 15, 2026** |
| | **Current Response Date: July 6, 2026** |
| | **New Response Date:  July 13, 2026** |

The Court, having considered the Stipulation to Extend Time between Plaintiff and Defendants Risewell Homes Inc., The New Home Company Southern California LLC and TNHC Realty and Construction Inc. (Doc. No. 140), and good cause appearing therefore,

1

**IT IS HEREBY ORDERED** that the time for Defendants Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc.'s Response to Second Amended Complaint be extended from July 6, 2026 to July 13, 2026.

DATED: July 7, 2026

_____

The Honorable Daniel S. Roberts
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER