UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>Plaintiff, pro se,<br><br>v.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; and TOLL SOUTHWEST LLC,<br><br>Defendants. | Case No. 8:25-cv-02134-VBF-DSR<br><br>~~[PROPOSED]~~ **ORDER FOR SEVEN-DAY EXTENSION FOR DEFENDANTS JESSICA SANDERS AND JEFFREY MELCHING TO FILE RESPONSE TO SECOND AMENDED COMPLAINT** |

~~PROPOSED~~ ORDER EXTENDING TIME FOR SANDERS & MELCHING TO RESPOND TO SECOND AMENDED COMPLAINT

The Court, having considered the Stipulation For Seven-Day Extension For Defendants Jessica Sanders And Jeffrey Melching To File Response To Second Amended Complaint, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for defendants Jessica Sanders and Jeffrey Melching to file and serve their response to Plaintiff's Second Amended Complaint is extended from July 15, 2026 to July 22, 2026.

Dated:  July 7, 2026

_____
Hon. Daniel S. Roberts
United States Magistrate Judge

Rutan & Tucker, LLP
attorneys at law

106/007072-0364
23996945.1 a07/07/26

-1-

~~PROPOSED~~ ORDER EXTENDING TIME FOR SANDERS & MELCHING TO RESPOND TO SECOND AMENDED COMPLAINT