## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

                                    PLAINTIFF(S)

v.

CITY OF IRVINE, et al.,

                                    DEFENDANT(S).

CASE NUMBER

8:25-cv-02134-VBF-DSR

**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**

WHEREAS, the documents listed below are deficient for the following reason(s):
Failure to comply with Local Rule 6-1.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Toll Brothers Defendant's Notice of Motion and Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(B)(1) (Doc. No. 143) | 07/06/2026 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

July 8, 2026
Date

Daniel S. Roberts, United States Magistrate Judge

CV-80 (12/22)                    ORDER STRIKING FILED DOCUMENTS FROM THE RECORD