UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF IRVINE, ET AL.,<br><br>            Defendants. | Case No. 8:25-cv-02134-VBF-DSR<br><br>**[PROPOSED] ORDER GRANTING TOLL BROTHERS DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

The Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed by Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. having come before this Court, and the Court having considered the moving papers, any opposition, and the record herein,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all claims asserted against Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. in Plaintiff's Second Amended Complaint (Doc. 130) are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

IT IS FURTHER ORDERED that Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. are dismissed from this action.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JUDGE DANIEL S. ROBERTS