**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JEFFREY GU <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF IRVINE, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:25–cv–02134–VBF–DSR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___7/8/2026___

Document No.:  ___149___

Title of Document:  ___NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction___

**ERROR(S) WITH DOCUMENT:**

Incorrect judge was selected upon e–filing

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ July 8, 2026 _          By:  _/s/ ShaRon P Lorenzo  sharon_lorenzo@cacd.uscourts.gov_
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS