PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  bplante@phlklaw.com
MELANIE S. WOODFIN, State Bar No. 245616
  mwoodfin@phlklaw.com
RAE RICHARDSON, State Bar No. 183932
  rrichardson@phlklaw.com
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc.; The
New Home Company Southern California
LLC; and TNHC Realty and Construction
Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF IRVINE, et al.,<br><br>          Defendants. | CASE NO. 8:25-cv-02134-VBF-DSR<br><br>JUDGE:     Valerie Baker Fairbank<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>*Filed concurrently with Motion to Strike/Motion to Dismiss Plaintiff's Second Amended Complaint, Good Faith Certificate, and [Proposed] Order*<br><br>**Date:    August 18, 2026**<br>**Time:    10:00 a.m.**<br><br>**Magistrate Judge Daniel S. Roberts** |

/ / /

/ / /

/ / /

1

Defendants Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc. (collectively "Defendants") hereby request, pursuant to Federal Rules of Evidence 201, that this Court take judicial notice of the following document in support of TNHC's Motion to Strike, or in the alternative Motion to Dismiss:

1.    Notice of Related Case filed in the Colorado District Court case number 1:25-cv-02884-PAB by Jeffrey Gu on October 17, 2025 (ECF 44).

Dated:  July 13, 2026                    PLANTE HUGUENIN LAUNI KAHN LLP


By:  */s/ Melanie S. Woodfin*
        Brian C. Plante
        Melanie S. Woodfin
        Rae Richardson
Attorneys for Risewell Homes Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

# Exhibit 1

Case No. 1:25-cv-02884-PAB-CYC    Document 44    filed 10/17/25    USDC Colorado
Case 8:25-cv-02134-VBF-DSR    Document 15-1    Filed 07/13/26    Page 4 of 5    Page
ID #:9600

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**Civil Action No: 1:25-cv-02884-PAB**

**TOLL BROTHERS, INC., et al.,**

      Plaintiffs,

v.

**JEFFREY GU, et al.,**

      Defendant/Counterclaim Plaintiff

**NOTICE OF RELATED CASE**

Defendant Jeffrey Gu respectfully submits this Notice of Related Case pursuant to

D.C.COLO.LCivR 3.2.

Defendant is also a party to a pending civil action in the **United States District Court for the**

**Central District of California**, captioned *Jeffrey Gu v. City of Irvine, et al.*, Case No.

**8:2025-cv-02134** (C.D. Cal., amended complaint filed October 8, 2025), in which the Plaintiffs

named in this action are named as defendants.

That case involves overlapping factual circumstances and parties connected to the matters raised

in this action, including conduct by corporate affiliates and related entities of the Plaintiffs

named here, as well as municipal lapses and enforcement irregularities arising in California. The

California action asserts related federal and state civil-rights claims arising from alleged

**4**

Case No. 1:25-cv-02884-PAB-CYC    Document 44    filed 10/17/25    USDC Colorado
Case 8:25-cv-02134-VBF-DSR    Document 15-1    Filed 07/13/26    Page 5 of 5   Page
ID #:9601

retaliation and from licensing and permitting irregularities that originate in the same course of

dealings underlying certain allegations cited by Plaintiffs in their original complaint.

This Notice is provided solely for the purpose of judicial economy and transparency. Defendant

does not seek consolidation, transfer, or any change in assignment, but files this Notice to inform

the Court of the existence of potentially related federal proceedings.

Respectfully submitted,

_____    October 17, 2025

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se