# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

          Plaintiff,

      v.

CITY OF IRVINE, et al.,

          Defendants.

CASE NO. 8:25-cv-02134-VBF-DSR

JUDGE:      Valerie Baker Fairbank

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**DATE:  August 18, 2026**
**TIME:  10:00 a.m.**

**Magistrate Judge: Daniel S. Roberts**

The Court, having considered the papers filed in support of Defendants Risewell Homes Inc., TNHC Realty and Construction Inc., and The New Home Company Southern California LLC ("Defendants") Motion to Strike, or in the alternative Motion to Dismiss (ECF __), the Opposition (ECF __) and Reply (ECF __) thereto, rules as follows:

---

1

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike, or in the alternative, Motion to Dismiss Plaintiff's Second Amended Complaint is granted.

DATED: _____, 2026    _____

The Honorable Daniel S. Roberts
U.S. Magistrate Judge

[PROPOSED] ORDER