PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc.; The
New Home Company Southern California
LLC; and TNHC Realty and Construction
Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, | CASE NO. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | JUDGE:    Valerie Baker Fairbank |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION** |
| CITY OF IRVINE, et al., | |
| Defendants. | *Filed concurrently with Notice and Motion to Compel; Declarations of Melanie Woodfin and Lori Michel; Exhibits; Good Faith Certificate; and [Proposed] Order* |
| | **DATE:  August 18, 2026**<br>**TIME:   10:00 a.m.** |
| | **Magistrate Judge: Daniel S. Roberts** |

/ / /

/ / /

/ / /

1
REQUEST FOR JUDICIAL NOTICE

Defendants Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc. (collectively "Defendants") hereby request, pursuant to Federal Rules of Evidence 201, that this Court take judicial notice of the following documents in support of TNHC's Motion to Compel Arbitration and Stay the Litigation, filed in the alternative to its Motion to Strike and Motion to Dismiss:

1. Individual Dispute Resolution Agreement for Olivewood, recorded in the Orange County Recorder's Office as Document Number 2024000156494 on June 25, 2024, a true and correct certified copy of which is attached to the concurrently filed Motion to Compel Arbitration as Exhibit "1."

2. Article of Dissolution (of) Corporation pursuant to C.R.S. §7-114-103 for "The New Home Company Inc" filed by Jeffrey Gu, a true and correct certified copy of which is attached to the concurrently filed Motion to Compel Arbitration as Exhibit "9."

Dated:  July 13, 2026.          PLANTE HUGUENIN LAUNI KAHN LLP


By:  */s/ Melanie S. Woodfin*
       Brian C. Plante
       Melanie S. Woodfin
       Rae Richardson
Attorneys for Risewell Homes Inc., The New Home Company Southern California LLC and TNHC Realty and Construction Inc.

REQUEST FOR JUDICIAL NOTICE