PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc., The
New Home Company Southern
California LLC, and TNHC Realty and
Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>                Plaintiff,<br><br>       v.<br><br>CITY OF IRVINE, et al.,<br><br>                Defendants. | CASE NO. 8:25-cv-02134-VBF-DSR<br><br>JUDGE:       Valerie Baker Fairbank<br><br>**DECLARATION OF LORI MICHEL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION, FILED IN THE ALTERNATIVE TO DEFENDANTS' MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>*Filed concurrently with Notice and Motion to Compel; Declaration of Melanie Woodfin; Exhibits; Good Faith Certificate; Request for Judicial Notice; and [Proposed] Order]*<br><br>**DATE:  August 18, 2026<br>TIME:  10:00 a.m.**<br><br>**Magistrate Judge: Daniel S. Roberts** |

/ / /

/ / /

1
DECLARATION OF LORI MICHEL

I, Lori Michel, declare as follows:

1.	I am the Director, DRE & Escrow for TNHC Realty and Construction Inc. and have employed in this position for approximately 12 years. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to such facts under oath.

2.	In connection with my responsibilities as Director, DRE & Escrow, I manage the purchase and escrow records for TNHC Realty Construction Inc.'s affiliated company, The New Home Southern California LLC (collectively, "TNHC").

3.	As part of my duties, I review TNHC records associated with the homes sales, including, but not limited to, purchase agreements and sales/escrow documents, Individual Dispute Resolution Agreements ("IDRAs"), and CC&Rs. I performed such review of the documents for the Olivewood community located in the master planned community in Portola Springs, Irvine, California (the "Project") and I am familiar with TNHC's practices in storing and maintaining such records. The records, including the documents identified herein, were made in the ordinary course of business and prepared by authorized personnel at or near the time of the acts, conditions, or events which they address and/or reflect. The records have been kept in the ordinary course of TNHC's business activities and maintained electronically and marked as records pertaining to the Project.

4.	I am familiar with and have reviewed TNHC's records relating to its sale of the home from which this litigation arises, Lot 88 of the Project located at 129 Oakstone, Irvine, California (the "Property"), to Di Lan Ge and Xian Feng Gu (collectively "Owners"), and the pre-litigation Notices served by Jeffery Gu on behalf of Owners. I am able to authenticate the Individual Dispute Resolution Agreement for Olivewood ("IDRA"), the Receipt for Limited Warranty

/ / /

/ / /

2
DECLARATION OF LORI MICHEL

of Claim pertaining to the Property, which were served on TNHC by Jeffrey Gu on behalf of Owners.

5.    Attached as Exhibit "1" to the Motion to Compel Arbitration, which is pled in the alternative ("Motion"), is a true and correct certified copy of the IDRA, recorded in the Orange County Recorder's Office as Document Number 2024000156494 on June 25, 2024 ("IDRA"), which was signed by Owners on May 15, 2024.  I signed the IDRA on behalf of TNHC.

6.    Attached as Exhibit "2" to the Motion is a true and correct copy of the Receipt for Limited Warranty and Dispute Resolution Agreements (Olivewood), which was signed by the Owners on January 9, 2024.

7.    Attached as Exhibit "3" to the Motion is a true and correct copy of the Addendum to Purchase Agreement and Escrow Instructions – Cooperation in 1031 Exchange dated January 11, 2024 and signed by the Owners and Michael Battaglia on behalf of TNHC.  I am familiar with and verify his signature.

8.    Attached as Exhibit "4" to the Motion are true and correct copies of 16 pre-litigation Notices of Claim pertaining to the Property, which were served on TNHC by Jeffrey Gu on behalf of the Owners.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of November, 2025, at Irvine, California.

Lori Michel

3
DECLARATION OF LORI MICHEL