PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, | CASE NO. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | JUDGE:        Valerie Baker Fairbank |
| v. | **DECLARATION OF MELANIE S. WOODFIN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION** |
| CITY OF IRVINE, et al., | |
| Defendants. | *Filed concurrently with Notice and Motion to Compel; Declaration of Lori Michel; Exhibits; Good Faith Certificate; Request for Judicial Notice; and [Proposed] Order* |
| | **DATE:  August 18, 2026** <br> **TIME:  10:00 a.m.** |
| | **Magistrate Judge: Daniel S. Roberts** |

/ / /

/ / /

/ / /

1

DECLARATION OF MELANIE S. WOODFIN

I, Melanie S. Woodfin, declare as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts in the State of California.  I am a Partner with Plante Huguenin Launi Kahn LLP, counsel of record for Defendants Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc. (collectively, "TNHC").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Prior to the filing of this court action, I represented TNHC in connection with 16 Notices of Claim pursuant to Civil Code section 910, et seq. ("Title 7 Claims") and various bond and license claims and other complaints pertaining to 129 Oakstone, Irvine, California (the "Property").  These claims were provided by Jeffrey Gu, on behalf of Di Lan Ge and Xian Feng Gu ("Owners") of the Property, and at all times during these claims I communicated with Jeffrey Gu in connection with these claims.  Copies of the 16 Title 7 Notices are attached to the Motion to Compel Arbitration, pled in the alternative to TNHC's Motion to Strike and Motion to Dismiss, ("Motion"), as Exhibit "4."  Mr. Gu and TNHC completed the pre-litigation process required under Title 7.

3.      On May 23, 2025, Mr. Gu served me with a Litigation Hold Notice - Pending Legal Action Regarding Defective Construction and Related Misconduct ("Notice of Legal Action") pertaining to the design and construction of the Property. I am able to and do verify that a true and correct copy of the Notice of Legal Action is attached to the Motion as Exhibit "5."

4.      On June 12, 2025, Ms. Carrie Hoffman of IAT Surety forwarded me a "new claim from Mr. Gu" relating to the stair railing at the Property.  She attached an email from Jeffrey Gu which states that he is "submitting another bond complaint regarding another matter at 129 Oakstone."  Mr. Gu attaches a complaint that he filled out on behalf of Owners, my letter dated May 22, 2025 on behalf of TNHC relating to his Title 7 Claims, and the purchase agreement for the Property signed by

DECLARATION OF MELANIE S. WOODFIN

the Owners.  A true and correct copy of the email and its attachments is attached to the Motion as Exhibit "6."

5.      On July 14, 2025, Mr. Gu emailed me asking me to clarify certain items included in my June 25, 2025 letter to Ms. Hoffman in response to the stair railing claim.  He attached my letter to his email, which confirms that he received it and read it, as he sought clarification as to its contents.  My June 25, 2025 letter identified the Individual Dispute Resolution Agreement and indicated that the parties agreed that all disputes relating to the Property be submitted to binding arbitration.  A true and correct copy of the email and my letter are attached to the Motion as Exhibit "7."

6.      On July 23, 2025, Ms. Carrie Hoffman of IAT Surety forwarded an email from Jeffrey Gu relating to his claim for the doors and trim at the Property.  In connection with this claim, Mr. Gu provided Ms. Hoffman with a complaint that he filled out on behalf of Owners, my letter dated May 22, 2025 on behalf of TNHC relating to his Title 7 Claims, and the purchase agreement for the Property signed by the Owners.  A true and correct copy of the email is attached to the Motion as Exhibit "8."

7.      In response to a cease and desist letter from Rae Richardson of my office dated August 22, 2025 (and attached as Exhibit 218 to the Second Amended Complaint), Mr. Gu filed an Article of Dissolution (of) Corporation pursuant to C.R.S. §7-114-103 for "The New Home Company Inc", a true and correct certified copy of which is attached to the Motion as Exhibit "9."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

DECLARATION OF MELANIE S. WOODFIN

I declare under penalty of perjury under the laws of California, Arizona, and the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2026, at Tucson, Arizona.


/s/ Melanie S. Woodfin
Melanie S. Woodfin

DECLARATION OF MELANIE S. WOODFIN