

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

         Plaintiff,

    v.

CITY OF IRVINE, et al.,

         Defendants.

CASE NO. 8:25-cv-02134-VBF-DSR

JUDGE:     Valerie Baker Fairbank

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

**Date:   August 18, 2026**
**Time:   10:00 a.m.**

**Magistrate Judge:  Daniel S. Roberts**

The Court, having considered the papers filed in support of Defendants Risewell Homes Inc., TNHC Realty and Construction Inc., and The New Home Company Southern California LLC's ("Defendants") Motion to Compel Arbitration (ECF __), the Opposition (ECF __) and Reply (ECF__) thereto, rules as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Arbitration is granted.  Plaintiff is ordered to submit to binding arbitration administered by JAMS pursuant to the terms of the Individual Dispute Resolution Agreement (Olivewood).

/ / /

/ / /

1

**IT IS FURTHER ORDERED** that this action is stayed pending completion of the arbitration.


DATED: _____, 2026    _____
                                  Honorable Daniels S. Roberts
                                  U.S. District Court Magistrate Judge

[PROPOSED] ORDER