THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S NOTICE OF EX PARTE APPLICATION FOR <u>ONE DAY EXTENSION</u> TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO RESPONSIVE PLEADING TO JULY 21, 2026**<br><br><u>**Current Response Date:**</u> **July 20, 2026**<br><br><u>**Proposed New Response Date:**</u>  **July 21, 2026**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Sean M. Kneafsey]*<br><br>Action Filed: October 8, 2025 |

DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S NOTICE OF EX PARTE APPLICATION FOR ONE DAY EXTENSION TO FILE RESPONSIVE PLEADING TO JULY 21, 2026

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 15, 2025,** or as soon thereafter as the matter may be heard in Courtroom 690 of the Roybal Federal Building located 255 East Temple Street Los Angeles, CA 90012-3332Los Angeles, California 90012, DEFENDANT BERT L. HOWE & ASSOCIATES, INC. ("Defendant" or "BHA") will and hereby does move the Court for an order extending BHA's deadline to file a response to Plaintiff's Second Amended Complaint to July 21, 2026.

This motion will be made on the ground that the parties meet and conferred pursuant to Local Rule 7-3 as to BHA's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) on July 14, 2026, and Local Rule 7-3 requires that the meet and confer occur seven calendar days prior to file the motion.  As a result, pursuant to Local Rule 7-3, the earliest date that BHA may file the motion is on July 21, 2026.

Notice of this ex parte application was given via telephone conference and email prior to 10 a.m. on July 14, 2026.  Plaintiff Jeffrey Gu, who is in pro per, stated that he would be opposing the ex parte application.  *(*Kneafsey Decl., ¶ 10).

DATED:  July 15, 2026

THE KNEAFSEY FIRM, INC.

*Sean M. Kneafsey*

By _____
   SEAN M. KNEAFSEY
   Attorneys for Defendant
   BERT L. HOWE & ASSOCIATES, INC.

- 1 -