THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S EX PARTE APPLICATION FOR <u>ONE DAY EXTENSION</u> TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO RESPONSIVE PLEADING TO JULY 21, 2026**<br><br><u>**Current Response Date:** July 20, 2026</u><br><br><u>**Proposed New Response Date:** July 21, 2026</u><br><br>*[Filed concurrently with Notice and Memorandum of Points and Authorities]*<br><br>Action Filed: October 8, 2025 |

DECLARATION OF SEAN M. KNEAFSEY

I, Sean M. Kneafsey, do hereby declare and state the following:

1.      I am counsel of record for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action.  I have personal knowledge of the facts contained herein, and, if called as a witness, I could and would testify competently thereto.

2.      Plaintiff, Jeffrey Gu, who is in pro per ("Plaintiff") filed his Second Amended Complaint ("SAC") on June 15, 2026. (Dkt. 130). The Court subsequently approved the parties' stipulation for BHA to respond to Plaintiff's SAC on Monday, July 20, 2026. (Dkt. 141).

3.      On June 23, 2026, I sent Plaintiff a letter requesting a meet and confer conference pursuant to Local Rule 7-3 regarding BHA's anticipated Motion to Dismiss the SAC pursuant to FRCP 12(b)(6) and Special Motion to Strike pursuant to California Code of Civil Procedure section 425.16 ("anti-SLAPP Motion"). In informed Plaintiff that BHA would contend in both motions that Plaintiff's SAC in its entirety is barred by the litigation privilege.

4.      Plaintiff was aware of BHA's position because BHA filed the same motions directed at Plaintiff's First Amended Complaint ("FAC"). (Dkt. 76, 77). In this regard, the parties had previously met and conferred pursuant to Local Rule 7-3 regarding the same issues prior to BHA's filing of the same motions directed at the FAC.  (*See* Dkt. 76-3 at ¶ 5; Dkt. 77-2 at ¶ 2).

5.      I had also previously informed Plaintiff that I believed that the allegations of the SAC did not materially change the allegations of the FAC and that the SAC was defective for the same reasons that the parties had previously discussed and that was set forth in both motions.

6.      On June 23, 2026, Plaintiff responded to my meet and confer request via email writing that:

> My oppositions will be largely the same, but I will add a reference
> to Civ Code § 47(b)(5) to pierce the privilege typically afforded to
> pre-litigation communications.

7.      In this regard, the parties had met and conferred in writing regarding the motions and were well aware of each other's respective positions.  However, the parties had not yet again discussed the issues via telephone as to the SAC as required by Local Rule 7-3.

8.      On July 14, 2026, I realized that the parties had conducted a telephonic meet and

- 1 -

DECLARATION OF SEAN M. KNEAFSEY

confer.  As a result, I contacted Plaintiff's that morning and we discussed the motions. As anticipated, Plaintiff and I were unable to reach an agreement thus necessitating the motions.

9.    In our call, Plaintiff agreed that our discussion satisfied the Local Rule 7-3 meet and confer requirement but he would not agree to extend BHA's deadline to file its Rule 12(b)(6) Motion by one day. In this regard, July 14 was six days prior to BHA's July 20 deadline to file a responsive pleading and Local Rule 7-3 requires that the telephonic meet and confer occur seven days prior to the filing of the motion.

10.    I gave notice in that call at approximately 8:10 a.m. on July 14 that I would be filing an ex parte application for a one-day extension to file a responsive pleading to July 21, 2026.  Plaintiff stated that he would be opposing the ex parte application. I also sent the follow up email and correspondence attached as Exhibits 1 and 2. Plaintiff acknowledge receipt I the email attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that that this declaration was executed on July 15, 2026, in Los Angeles, California.

DATED:  July 15, 2026

_Sean M. Kneafsey_

_____
Sean M. Kneafsey

- 2 -

DECLARATION OF SEAN M. KNEAFSEY