| **From:** | Sean Kneafsey |
|---|---|
| **To:** | jeffwgu@gmail.com |
| **Cc:** | Jeremy D. Pasternak (jdp@pasternaklaw.com); Meg Crowley; Matthew Carter; Katrina Perez |
| **Bcc:** | Sean Kneafsey |
| **Subject:** | Notice of Ex Parte Application |
| **Date:** | Tuesday, July 14, 2026 9:41:00 AM |
| **Attachments:** | Gu, James (07.14.2026) (2).pdf |

Dear Mr. Gu:

Pursuant to our conversation of 8:10 a.m. this morning, I am writing to provide additional notice that Defendant Bert Howe & Associates, Inc., will be moving the Court for a one day extension to file its responsive pleading on July 21, 2026.   We understand that you will be opposing this ex parte application.  We again respectfully request that you reconsider.

Please see the attached correspondence to this effect.

Regards,

Sean Kneafsey

**SEAN M. KNEAFSEY** | The Kneafsey Firm, Inc. | 707 Wilshire Blvd., Suite 3700 | Los Angeles, CA 90017

Phone 213-892-1200 | Fax 213-892-1208 | skneafsey@kneafseyfirm.com

**CONFIDENTIALITY NOTICE**:  This CONFIDENTIAL email communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above.  If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by using the "reply" feature and then immediately delete this message and all attachments from your computer.

**EXHIBIT 1 - PAGE 3**