UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>                              Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**ORDER GRANTING DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S NOTICE OF EX PARTE APPLICATION FOR <u>ONE DAY EXTENSION</u> TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO RESPONSIVE PLEADING TO JULY 21, 2026**<br><br><u>**Current Response Date:** July 20, 2026</u><br><br><u>**New Response Date:**  July 21, 2026</u> |

The Court, having considered the Ex Parte Application of Defendant Bert Howe & Associates, Inc., for a One Day Extension To a File Responsive Pleading to Plaintiff's Second Amended Complaint to July 21, 2026, and for good cause appearing therefor, hereby ORDERS as follows:

The Ex Parte Application is GRANTED.

Defendant Bert Howe & Associates, Inc.'s deadline to file a response to Plaintiff's Second Amended Complaint is extended to July 21, 2026.

SO ORDERED.

DATED:

_____
Hon. Daniel S. Roberts
United States Magistrate Judge

ORDER GRANTING DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S EX PARTE APPLICATION FOR ONE DAY EXTENSION TO FILE RESPONSIVE PLEADING TO JULY 21, 2026