**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeffrey Gu,**<br>    **Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>    **Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**DECLARATION** |

**DECLARATION IN SUPPORT OF MOTION TO STRIKE TOLL BROTHERS DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(1)**

1

I, **Jeffrey Gu**, declare as follows:

1. I am the Plaintiff in the above-captioned action. I am representing myself *pro se* in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2. I make this Declaration in support of PLAINTIFF'S MOTION TO STRIKE TOLL BROTHERS DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(1).

3. I conferred with Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp.'s (collectively, "Toll Brothers Defendants") counsel Henry Baskerville at 11:00am Mountain Time on July 10, 2026. See Exhibit 1.

**Authenticated Records from the Parallel Colorado Action**

1. I am also a participating party in the parallel federal matter styled Toll Brothers, Inc. et al. v. Gu et al., active in the United States District Court for the District of Colorado, Case No.1:25-cv-02884-PAB-CYC (the "Colorado

2

Action"). I closely monitor and maintain all docket movements and records generated in that proceeding.

2. In the Colorado Action, I filed an Answer and Counterclaim on September 29, 2025. A true and correct copy of the electronic docket entry reflecting this filing is recorded as **ECF No. 17 (D. Colo.)**.

3. Attached hereto as **Exhibits 2-4** are true and correct copies of the Toll Brothers Defendants' subsequent filings in the Colorado Action, appearing on the electronic docket as ECF Nos. 28, 49, and 51 (D. Colo.), wherein counsel refers to Local Rule 8.1(a).

4. Attached hereto as **Exhibit 5** is a true and correct copy of the Order issued by Magistrate Judge Cyrus Y. Chung in the Colorado Action, appearing on the electronic docket as **ECF No. 93 (D. Colo.)**, which rejected the Toll Brothers Defendants' construction of Local Rule 8.1(a) and ordered them to respond on December 15, 2025—approximately 60 days after their original deadline.

5. In the Colorado Action, Toll Brothers Defendants filed a Motion to Dismiss Jeffrey Gu's Counterclaims on December 15, 2025. A true and correct copy of the electronic docket entry reflecting this filing is recorded as ECF No. 125 (D. Colo.).

3

6. Attached hereto as **Exhibit 6** is a true and correct copy of the Local Rules of the United States District Court for the District of Colorado.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    July 17, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548