**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** | \| **Case No.: 8:25-cv-02134-VBF-DSR** |
| **Plaintiff,** | \| **[PROPOSED] ORDER** |
| **vs.** | \| |
| **City of Irvine et al,** | \| |
| **Defendants.** | \| |
| _____ | \| |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Motion to Strike the Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp.'s (collectively, "Toll Brothers Defendants") untimely Motion to Dismiss (ECF No. 149), all supporting declarations, exhibits, and relevant briefs filed in connection therewith, and finding good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff's Motion to Strike is **GRANTED**.

1

2. The Toll Brothers Defendants' Motion to Dismiss, filed on July 8, 2026 (ECF No. 149), is hereby **STRICKEN** from the record as untimely.

3. The Court finds that the Toll Brothers Defendants have failed to establish excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B) or a valid basis for non-compliance with the Court's deadlines and Local Rule 7-12.

4. The Toll Brothers Defendants are ordered to either:

   ○ File an Answer to the operative Second Amended Complaint (ECF No. 130) within fourteen (14) days of the date of this Order; or

   ○ Formally move this Court for an extension of time, demonstrating excusable neglect pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), in order to seek leave to file a responsive motion.

**IT IS SO ORDERED.**

Dated: _____ , 2026


_____

**HON. DANIEL S. ROBERTS**

**UNITED STATES MAGISTRATE JUDGE**

2