Jeffrey Gu <jeffwgu@gmail.com>

## Motion to Strike ECF No 149

**Jeffrey Gu** <jeffwgu@gmail.com>                                                Thu, Jul 9, 2026 at 3:19 PM
To: "Baskerville, Henry M." <hbaskerville@foxrothschild.com>
Cc: "Grant, Jeff H." <jgrant@foxrothschild.com>, "Rugar, Kiana" <krugar@foxrothschild.com>

Sure I will call you then.

On Thu, Jul 9, 2026 at 3:10 PM Baskerville, Henry M. <hbaskerville@foxrothschild.com> wrote:

Let's do 11 am.  Do you want to call me at 303-209-3357?

Thanks

Henry

**Henry M. Baskerville**

**Partner**

**Fox Rothschild LLP**

Denver

(303) 209-3357

hbaskerville@foxrothschild.com

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Thursday, July 9, 2026 1:09 PM
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>
**Cc:** Grant, Jeff H. <jgrant@foxrothschild.com>; Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** Re: [EXT] Motion to Strike ECF No 149

Sometime between 11am-2pm could work well for me.

On Thu, Jul 9, 2026 at 3:04 PM Baskerville, Henry M. <hbaskerville@foxrothschild.com> wrote:

Jeffrey, I am not available today, but I can speak about it tomorrow. What times work for you?

Thanks,

Henry

**Henry M. Baskerville**

**Partner**

**Fox Rothschild LLP**

📍 Denver

📞 (303) 209-3357

✉️ hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Thursday, 09 July 2026 12:34:44
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>
**Cc:** Grant, Jeff H. <jgrant@foxrothschild.com>; Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** [EXT] Motion to Strike ECF No 149

Hi Henry,

I was hoping to confer about my planned filing of a motion to strike the Toll Defendants' recently filed motion to dismiss, filed on July 7. See ECF No 149. Judge Roberts' order on responding to the SAC clearly stated a 21 day window to file a response, which was on July 6. See ECF No 129. Moreover, this is the second time the court has stricken a document from the Toll Defendants over LR 6-1. See ECF Nos 42 and 148.

LR 7-12 states that the "Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule."

As such, I would like to discuss this motion to strike, or, in the alternative, perhaps the Toll Defendants could file an answer or seek leave to file the motion to dismiss. Please let me know if you could speak either tomorrow or Monday.

-Jeffrey

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

 Gmail

Jeffrey Gu <jeffwgu@gmail.com>

## Accepted: Discuss Motion to Strike Motion

1 message

**Baskerville, Henry M.** <hbaskerville@foxrothschild.com>                    Thu, Jul 9, 2026 at 3:36 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

This email contains information that may be confidential and/or privileged.
If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email.
If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**invite.ics**
2K