**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,**<br>　　　　**Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>　　　　**Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**DECLARATION** |

**DECLARATION OF REVIEW OF THE CIVILITY AND**

**PROFESSIONALISM GUIDELINES**

Plaintiff Jeffrey Gu declares that he has reviewed the Central District of California's Civility and Professionalism Guidelines.

_____  July 20, 2026

Jeffrey Gu, Plaintiff, Pro Se

1

[1] jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548