BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Justin F. Spearman, State Bar No. 305785
jspearman@bordinsemmer.com
Erick Diaz, State Bar No. 351606
ediaz@bordinsemmer.com
Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, CA 90045
Phone:      (323) 457-2110
Fax:   (323) 457-2120

Attorneys for Defendant,
CITY OF IRVINE, WILLIAM GO, and TRINITY PHAM, EMMA OLAGUE, and
KALVIN ALVAREZ

# U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE AND JOHN DOE 1-10; THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC; TNHC REALTY AND CONSTRUCTION, INC.; BERT L. HOWE AND ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; TOLL SOUTHWEST, LLC; and DOES 1 to 25, inclusive,<br><br>Defendants. | **Case No.:  8:25-cv-02134-VBF-DSR**<br><br>(*Assigned for all purposes to Hon. Daniel S. Roberts*)<br><br>**DECLARATION OF ERICK DIAZ RE: REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES**<br><br>[*Exempt from filing fee due to Government Code Section 6103*]<br><br>Complaint Filed:   September 19, 2025<br>Trial Date:         TBD |

DECLARATION OF ERICK DIAZ RE: REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES

## DECLARATION OF ERICK DIAZ

I, Erick Diaz, declare as follows:

1.    I am an attorney at law duly licensed to practice before all courts in the State of California. I am an attorney with the law firm of BORDIN SEMMER LLP, counsel of records for Defendants CITY OF IRVINE, WILLIAM GO, and TRINITY PHAM, EMMA OLAGUE, and KALVIN ALVAREZ in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    On July 17, 2026 the honorable Court ordered to all counsel in this action to review the Central District of California's Civility and Professionalism Guidelines.

3.    As of the date of this declaration, I have read and reviewed the Central District of California's Civility and Professionalism Guidelines.

Executed on this Monday, July 20, 2026, at Los Angeles, California.

_____
Erick Diaz

BORDIN SEMMER LLP
6100 CENTER DRIVE
SUITE 1100
LOS ANGELES, CA 90045
(323) 457-2110

1

DECLARATION OF ERICK DIAZ RE: REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 Continental Boulevard, Suite 700, El Segundo, CA 90245.

On July 20, 2026, I served the within document(s) described as:

### DECLARATION OF ERICK DIAZ RE: REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list.  I placed each such envelope for collection and mailing following ordinary business practices.  I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing.  Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☒ (BY ELECTRONIC MAIL/ECF) I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on July 20, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Erin M. Woodard | _Erin M. Woodard_ |
|---|---|

1

**Jeffrey Gu v. City of Irvine, et al.**
**Case No. 8:25-cv-02134-VBF-DSR**

**CLIENT:   CITY OF IRVINE**
**FILE NO.:  3901.189**

**SERVICE LIST**

| | |
|---|---|
| Jeffrey Gu<br>Pro Se<br>2332 N. Clay St., Apt. 3<br>Denver, CO 80211<br><br>Tel: 702) 593-1548<br>Fax: (  )<br>Email: jeffwgu@gmail.com<br><br><br>*Pro Se* | Ira G. Rivin<br>RUTAN AND TUCKER LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br><br>Tel.: (714) 641-5100<br>Fax.: (714) 546-9035<br>Email: irivin@rutan.com<br><br><br>*Attorneys for Defendant,*<br>*JESSICA SANDERS, JEFFREY MELCHING* |
| Ira David Lebovic<br>Melanie Suzanne Woodfin<br>PLANTE HUGUENIN LEBOVIC KAHN LLP<br>18100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br><br>Tel: (949) 271-8700<br>Fax: (  )<br>Email: ilebovic@phlklaw.com<br><br><br>*Lead Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* | Brian C. Plante<br>GREEN AND HALL<br>1851 E. First Street, 10th Floor<br>Santa Ana, CA 92705<br><br>Tel: (714) 918-7000<br>Fax: (714) 918-6996<br>Email: bplante@phlklaw.com<br><br><br>*Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* |

2

Sean M. Kneafsey
KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017

Tel: (213) 892-1200
Fax: (213) 892-1208
Email: skneafsey@kneafseyfirm.com

*Lead Attorney for Defendant,*
*BERT L. HOWE AND ASSOCIATES, INC.*

Jeremy D. Pasternak
Margaret Patricia Crowley
LAW OFFICES OF JEREMY PASTERNAK
100 Bush Street, Suite 1580
San Francisco, CA 94104

Tel: (415) 693-0300
Fax: (415) 693-0393
Email: jdp@pasternaklaw.com
mc@pasternaklaw.com

*Attorneys for Defendant,*
*BERT L. HOWE AND ASSOCIATES, INC.*

Henry M. Baskerville
FOX ROTHSCHILD LLP
1225 17th St., Suite 2200
Denver, CO 80202

Tel: (303) 292-1200
Fax: (303) 292-1300
Email: hbaskervill@foxrothschild.com

*Pro Hac Vice Attorney for Defendant,*
*TOLL BROTHERS, INC., TB PROPRIETARY*
*CORP., and TOLL SOUTHWEST LLC*

Jeff H. Grant
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067

Tel: (310) 598-4150
Fax: (310) 556-9828
Email: jgrant@foxrothschild.com

*Attorney for Defendant,*
*TOLL BROTHERS, INC., TB PROPRIETARY*
*CORP., and TOLL SOUTHWEST LLC*

3