JEFF H. GRANT (SBN 218974)
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

HENRY M. BASKERVILLE (Pro hac vice)
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 209-3357
Facsimile: (303) 292-1300

*Attorneys for Defendants*
*Toll Brothers, Inc., TB Proprietary Corp., and Toll*
*Southwest LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF IRVINE, ET AL.,<br><br>Defendants. | Case No. 8:25-cv-02134-VBF-DSR<br><br>**DECLARATION OF JEFF H. GRANT AND HENRY M. BASKERVILLE IN COMPLIANCE WITH COURT ORDER (DOC. NO. 157) REGARDING REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES** |

We, Jeff H. Grant and Henry M. Baskerville, declare as follows:

1.    We are attorneys of record for Defendants Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest LLC (collectively, the "Toll Brothers Defendants") in the above-captioned action. Jeff H. Grant is a member of the State Bar of California (SBN 218974) and a partner at Fox Rothschild LLP. Henry M. Baskerville has been admitted to practice in this action pro hac vice and is a partner at Fox Rothschild LLP.

2.    On July 17, 2026, the Honorable Daniel S. Roberts, United States Magistrate Judge, issued an In Chambers Order (Document No. 157) in this action, ordering all counsel and self-represented parties to review the Court's Civility and Professionalism

1

187680393.2

Guidelines, available at https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines, and to file with the Court no later than July 24, 2026, a Declaration confirming that they have done so.

3.    In compliance with the Court's Order (Doc. No. 157), each of the undersigned has reviewed the Civility and Professionalism Guidelines published on the Court's website at the link specified in the Order.

4.    This Declaration is submitted in compliance with the Court's July 17, 2026 Order (Doc. No. 157).

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2026, at Los Angeles, California.

_____
Jeff H. Grant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2026, at Denver, Colorado.

_____
Henry M. Baskerville

2

DECLARATION OF JEFF H. GRANT AND HENRY M. BASKERVILLE

187680393.2