PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF IRVINE, et al.,<br><br>             Defendants. | CASE NO. 8:25-cv-02134-VBF-DSR<br><br>JUDGE:       Valerie Baker Fairbank<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>*[Assigned for all purposes to Magistrate Judge: Daniel S. Roberts]* |

///

///

///

///

///

///

///

///

1

TO THE COURT, PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that attorney Ira Lebovic is no longer with Plante Huguenin Launi Kahn LLP and should be disassociated as counsel of record for Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc.  Please update the Court file, and your service lists to remove Mr. Lebovic from future service regarding this matter.

Dated:  July 20, 2026                    PLANTE HUGUENIN LAUNI KAHN LLP


By:  */s/ Melanie S. Woodfin*
         Brian C. Plante
         Melanie S. Woodfin
         Rae Richardson
Attorneys for Risewell Homes Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

2
NOTICE OF DISASSOCIATION OF COUNSEL