PLANTE HUGUENIN LAUNI KAHN LLP
BRIAN C. PLANTE, State Bar No. 175585
  *bplante@phlklaw.com*
MELANIE S. WOODFIN, State Bar No. 245616
  *mwoodfin@phlklaw.com*
RAE RICHARDSON, State Bar No. 183932
  *rrichardson@phlklaw.com*
18100 Von Karman Ave., Suite 700
Irvine, California 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Risewell Homes Inc.; The New Home Company Southern California LLC; and TNHC Realty and Construction Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF IRVINE, et al., <br><br> Defendants. | CASE NO. 8:25-cv-02134-VBF-DSR <br><br> JUDGE:    Valerie Baker Fairbank <br><br> **DECLARATION OF MELANIE S. WOODFIN REGARDING REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES** <br><br> *[Assigned for all purposes to Magistrate Judge: Daniel S. Roberts]* |

I, Melanie S. Woodfin, declare as follows:

1.    I am an attorney at law duly licensed to practice before all of the courts in the State of California.  I am a Partner with Plante Huguenin Launi Kahn LLP, counsel of record for Defendants Risewell Homes Inc., The New Home Company Southern California LLC, and TNHC Realty and Construction Inc.

2.    On July 17, 2026 the Court issued Order (1) Granting Defendant Bert L. Howe & Associates' Ex Parte Application for One-Day Extension of Time to

1

Respond to Second Amended Complaint (Doc. No. 153) and (2) Ordering All Counsel and Self-Represented Parties to Review Civility and Professionalism Guidelines (Order, ECF 157).

3.    I confirm that I have reviewed the Central District of California's Civility and Professionalism Guidelines.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on this 20th day of July, 2026, at Tucson, Arizona.

/s/ Melanie S. Woodfin
Melanie S. Woodfin

DECLARATION OF MELANIE S. WOODFIN