THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual, | Case No.:  8:25-CV-02134-VBF-DSR |
| Plaintiff, | *[Assigned for all purposes to Magistrate Daniel S. Roberts]* |
| vs. | **DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S NOTICE OF SPECIAL MOTION TO STRIKE FILED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.** |
| CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC, | **Date:** **September 1, 2026**<br>**Time:** **10:00 a.m.**<br>**Dept:** **Courtroom 690 – Roybal Federal Building** |
| Defendants. | *[Filed concurrently with Memorandum of Points and Authorities; Declaration of Peter Barana; Declaration of Norman Aleman; Declaration of Sean M. Kneafsey; and Proposed Order]* |
| | Action Filed: October 8, 2025 |

NOTICE OF SPECIAL MOTION TO STRIKE

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **September 1, 2026, at 10:00 a.m.** or as soon thereafter as the matter may be heard in Courtroom 690 of the Roybal Federal Building located 255 East Temple Street Los Angeles, CA 90012-3332, Los Angeles, California 90012, DEFENDANT BERT L. HOWE & ASSOCIATES, INC. ("Defendant" or "BHA") will and hereby does move the Court for an order striking the complaint of PLAINTIFF JEFFREY GU ("Plaintiff" or "Gu") pursuant to California Code of Civil Procedure section 425.16 as to BHA.

This motion will be made on the ground that the allegations of the complaint arise out of BHA's exercise of its right of petition and free speech under the California Constitution and that Plaintiff will be unable to present admissible evidence to meet his burden of proof on his Bane Act and Ralph Act claims against BHA.

This motion will be made pursuant to California Code of Civil Procedure section 425.16 (the anti-SLAPP statute) and other applicable law, including the case law cited in BHA's Memorandum of Points and Authorities.

The motion will be based on this Notice of Motion to Strike, the Memorandum of Points and Authorities, the Declaration of Sean M. Kneafsey, the Declaration of Norman Aleman, and the Declaration of Peter Barana filed concurrently herewith, the papers and records on file herein, and on such other evidence and/or exhibits as may be presented at the hearing of this motion.

The filing of this motion took place after the parties conducted a meet and confer conference pursuant to Local Rule 7-3 which took place on took place on July 14, 2026. (*See* Kneafsey Decl., ¶ 5).

DATED:  July 21, 2026

THE KNEAFSEY FIRM, INC.

By _____
*Sean M. Kneafsey*
SEAN M. KNEAFSEY
Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

- 2 -

NOTICE OF SPECIAL MOTION TO STRIKE