THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF IRVINE; et al.<br><br>    Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF PETER BARANA IN SUPPORT OF DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**<br><br>**Date:   September 1, 2026**<br>**Time:   10:00 a.m.**<br>**Dept:   Courtroom 690 – Roybal Federal Building**<br><br>[*Filed concurrently with Notice of Motion to Strike; Memorandum of Points and Authorities Declaration of Sean M. Kneafsey; Declaration of Norman Aleman; and Proposed Order*]<br><br>Action Filed: October 8, 2025 |

DECLARATION OF PETER BARANA IN SUPPORT OF SPECIAL MOTION TO STRIKE

I, Peter Barana, do hereby declare and state the following:

1.      I am the Operations Vice President and Director for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action.  I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2.      BHA is a full-service construction claims and litigation support firm focused on construction defect claims, construction expert witness testimony, general construction investigation, and dispute resolution.

3.      In April of 2025, BHA was retained by the law firm of Plante Huguenin Lebovic Kahan LLP (the "Plante Firm") as a construction expert to assist with the defense of residential construction defect claims against The New Home Company, Inc., ("New Home") by Jeffrey Gu ("Plaintiff or "Gu") on behalf of two homeowners.  New Home had retained the Plante Firm to defend the claims. In the course of BHA's retention, I was provided with two California Civil Code section 910 Notices of Claim that had been sent to New Home. A true and correct copy of the Notice of Claim dated April 2, 2025 is attached hereto as Exhibit 1.  A true and correct copy of the Notice of Claim dated April 3, 2025 is attached hereto as Exhibit 2.

4.      On April 22, 2025, BHA representatives conducted a visual inspection of the property.  I was informed by BHA's representatives at the inspection that Plaintiff Jeffrey Gu and his brother, Yang Gu, were both present at the inspection.

5.      In retaliation for BHA's participation in defending the claim, Jeffrey Gu submitted complaints about BHA to the California State Contractors License Board and the California Board of Professional Engineers. The complaints were not acted upon because they lacked any merit.

6.      On August 5, 2025, I was informed by Norman Aleman, BHA's software developer, that BHA's security cameras had captured a video of an individual wearing shorts and a hoodie that appeared to be trying to use a key fob to unlock one of the doors at BHA's premises. After discussing the matter with Mr. Aleman, we concluded that this appeared to be an attempted break-in and that Mr. Aleman should report the matter to the police.  Mr. Aleman subsequently informed me that he filed an on-line police report with the Anaheim Police Department.

DECLARATION OF PETER BARANA IN SUPPORT OF SPECIAL MOTION TO STRIKE

7.      BHA conducted an investigation to determine the identity of the individual that appeared on the security camera footage. After circulating images of the individual, BHA's employees that were present at the April 22, 2025, inspection identified the individual as Yang Gu.

8.      We were alarmed that Yang Gu would attempt to break into the BHA premises as a result of BHA's involvement as an expert witness pertaining to Jeffrey Gu's claims. As a result, BHA retained outside counsel, Fisher Phillips. On August 11, 2025, Fisher Phillips sent Plaintiff Jeffrey Gu the cease and desist letter attached as Exhibit 4.

9.      In my prior declaration submitted in this matter, I did not distinguish between Plaintiff Jeffrey Gu and his brother Yang Gu and the declaration stated that Jeffrey Gu was the subject of the August 5, 2025, attempted break-in. As set forth in Exhibit 4, and as set forth above, it was Yang Gu, not Jeffrey Gu, that BHA determined was the individual on the security camera footage.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed in Anaheim, California, on July 20, 2026.

_____
Peter Barana

DECLARATION OF PETER BARANA IN SUPPORT OF SPECIAL MOTION TO STRIKE