THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF IRVINE; et al.<br><br>Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF NORMAN ALEMAN IN SUPPORT OF DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**<br><br>**Date:        September 1, 2026**<br>**Time:       10:00 a.m.**<br>**Dept:       Courtroom 690 – Roybal Federal Building**<br><br>[*Filed concurrently with Notice of Motion to Strike; Memorandum of Points and Authorities Declaration of Sean M. Kneafsey; Declaration of Peter Barana; and Proposed Order*]<br><br>Action Filed: October 8, 2025 |

DECLARATION OF NORMAN ALEMAN IN SUPPORT OF SPECIAL MOTION TO STRIKE

I, Norman Aleman, do hereby declare and state the following:

1.     I am a software developer at Bert L. Howe & Associates ("Defendant" or "BHA"). I am over the age of 18 and have personal knowledge of the facts contained herein,  If called as a witness, I could and would testify competently thereto.

2.     As part of my job responsibilities for BHA, I regularly monitor the footage from BHA's security cameras.  The footage is displayed on one of my computer monitors.  On August 5, 2025, I was viewing the security camera footage and saw an individual wearing shorts and a hoodie at one of the doors to BHA's premises.  It appeared to me that he was trying to use a key fob to unlock one of the doors to BHA's premises. The individual left the premises when he was unable to do so.

3.     I did not know who the individual was.  After discussing the matter internally with Peter Barana, BHA's Vice President and Director, we concluded that this appeared to be an attempted break-in that I should report to the police. I then submitted an on-line police report with the Anaheim Police Department.  A true and correct copy of the police report I submitted is attached as Exhibit 3.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Anaheim, California on July 20, 2026.

_____
Norman Aleman

- 2 -

DECLARATION OF NORMAN ALEMAN IN SUPPORT OF SPECIAL MOTION TO STRIKE