THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>                    Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**<br><br>**Date:         September 1, 2026**<br>**Time:        10:00 a.m.**<br>**Dept:        Courtroom 690 – Roybal Federal Building**<br><br>[*Filed concurrently with Notice of Motion, Memorandum of Points and Authorities; Declaration of Peter Barana; Declaration of Norman Aleman; Proposed Order*]<br><br>Action Filed: October 8, 2025 |

DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF SPECIAL MOTION TO STRIKE

I, Sean M. Kneafsey, do hereby declare and state the following:

1. I am counsel of record for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action and am custodian of records for documents pertaining thereto. This declaration is submitted in support of Defendant's Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16, et. seq. I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Bert Howe & Associate's cease and desist letter that was attached as Exhibit 221 to Plaintiff's Second Amended Complaint.

3. Attached hereto as Exhibit 5 is a true and correct copy of excerpts the Complaint in the action *Toll Brothers, Inc., et al. v. Jeffrey Gu, et al.* Case No. 1:25-cv-02884-PAB-CYC (D. Colorado) (the "Colorado Action"). I downloaded this document from Pacer. I am also counsel of record in this action for Defendant Bert Howe & Associates, Inc., and know it to be authentic for that reason as well.

4. Attached hereto as Exhibit 6 is a true and correct copy excerpts of the Answer and Counter-Claim filed by Gu in the Colorado action. I downloaded this document from Pacer.

5. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the operative Second Amended Complaint filed on June 15, 2026, by Jeffrey Gu in the above-entitled action.

6. On June 23, 2026, I sent a letter to Plaintiff Jeffrey Gu informing him that I intended in filing this motion on behalf of Defendant Bert Howe & Associates and requesting a Local Rule 7-3 meet and confer on this motion. I informed Mr. Gu that this motion would be based in large part on the litigation privilege as was BHA's prior anti-SLAPP Motion. Mr. Gu responded the same day stating that he did not believe that the litigation privileged applied. Mr. Gu and I conducted a telephonic meet and confer in compliance with Local Rule 7-3 on July 14, 2026, but were unable to resolve the issues presented by this motion. In the meet and confer, the parties disagreed as to whether the anti-SLAPP statute and litigation privilege applied.

- 2 -

DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF SPECIAL MOTION TO STRIKE

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on July 21, 2026

*Sean M. Kneafsey*

_____

Sean M. Kneafsey

DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF SPECIAL MOTION TO STRIKE