From: Di Lan Ge & Xian Feng Gu
746 Country Club Ln
Fond du Lac, WI 54935
dilange8888@gmail.com
920-251-6478

To: The New Home Company Inc.
15231 Laguna Canyon Rd., Suite 250
Irvine, CA 92618

4/2/25

Notice of SB 800 Claim – Defective functioning of doors and finish on doors, frames, and trim

To Whom This May Concern:

Pursuant to California Civil Code § 910, this letter constitutes a formal Notice of Claim regarding defective carpentry finishes and door installations at 129 Oakstone, Irvine, CA 92618.

We have observed the following issues affecting numerous interior doors, their associated trim, and baseboards throughout the home:

- Significant and uneven gaps (up to or exceeding ¼ inch) between doors and their jambs
- Doors that do not sit flush against the stopper when closed
- Doors that creak excessively and have a noticeable trail of black powder on the hinges
- Miter joints in door casing and trim that exceed the industry-standard separation of 1/16 inch, with daylight visible through some joints
- Inconsistent workmanship, including misaligned, unlevel hardware and uneven reveals, affecting both function and aesthetics

We submitted these issues previously through the warranty portal, where there are relevant photos when feasible. However, they were prematurely marked as "Completed" without any inspection or corrective action. A repair has been scheduled for 2 especially bad doors, but we remain concerned that the proposed solution will not address the underlying workmanship problem — especially if glue and/or other standard industry practices are again omitted during reinstallation.

Please respond within the timeframes required by California Civil Code § 913 and arrange for an overall inspection and repair, and send your response to 129 Oakstone and/or email to jeffwgu@gmail.com.

Di Lan Ge, Owner

Xian Feng Gu, Owner

**EXHIBIT 1 - PAGE 4**

Prepared by:

Jeffrey Gu

jeffwgu@gmail.com

720-593-1548

**EXHIBIT 1 - PAGE 5**

From: Di Lan Ge & Xian Feng Gu
746 Country Club Ln
Fond du Lac, WI 54935
dilange8888@gmail.com
920-251-6478

To: The New Home Company Inc.
15231 Laguna Canyon Rd., Suite 250
Irvine, CA 92618

4/2/25

Notice of SB 800 Claim – Unsafe Stair Railing System

To Whom This May Concern:

Pursuant to California Civil Code § 910, this letter constitutes a formal Notice of Claim regarding a defect in the construction of the stair railing system at 129 Oakstone, Irvine, CA 92618. We have observed the following with respect to the stair railing system:

- Loose wooden newel posts and iron balusters
- Noticeable flexing or movement when light force is applied

These conditions present a serious safety hazard, particularly for children, elderly individuals, or guests using the staircase. Due to these safety concerns, beginning on February 18, 2025, we began altering our use of the stairwell and house. We also submitted warranty service requests on that date with photo references, as much as was feasible.

Please respond within the timeframes required by California Civil Code § 913 and arrange for the inspection and repair of the stair railing system, and send your response to 129 Oakstone and/or email to jeffwgu@gmail.com.

Di Lan Ge, Owner

Xian Feng Gu, Owner

Prepared by:

Jeffrey Gu
jeffwgu@gmail.com
720-593-1548

**EXHIBIT 1 - PAGE 6**



Jeffrey Gu
129 Oakstone
Irvine, CA 92618

**Retail**



UNITED STATES
POSTAL SERVICE



92618

**RDC 99**

9589 0710 5270 1112 1181 85

U.S. POSTAGE PAID
FCM LETTER
IRVINE, CA 92602
APR 02, 2025

**$9.68**

S2324A502490-02

RETURN RECEIPT
REQUESTED

The New Home Company Inc.
15231 Laguna Canyon Rd., Suite 250

910 NFE 1    425I0004/03/25
NOTIFY SENDER OF NEW ADDRESS
:NEW HOME CO
18300 VON KARMAN AVE STE 1000
IRVINE CA 92612-0182

BC: 92612018250    *0408-00551-03-01

92618$7714 CO74    INT
92612>0182

**EXHIBIT 1 - PAGE 7**