From: Di Lan Ge & Xian Feng Gu
746 Country Club Ln
Fond du Lac, WI 54935
dilange8888@gmail.com
920-251-6478

To: The New Home Company Inc.
15231 Laguna Canyon Rd., Suite 250
Irvine, CA 92618

4/3/25

Notice of SB 800 Claim – Improper Workmanship in Shower Installations

To Whom This May Concern:

Pursuant to California Civil Code § 910, we are notifying you of construction defects involving 4 ~~two~~ separate showers, each of which fails to meet the minimum workmanship and functional standards required by California law and industry norms.

Exhibit 1: Master Bathroom Shower

The shower niche located in the master bathroom was constructed with visible workmanship and finish deficiencies, including:

- Uneven and excessive slope on the niche base, creating an unnatural surface angle that impairs functionality and suggests poor installation.
- Inconsistent tile alignment and spacing, including irregular grout lines.
- Lack of mitered joints at the lower corners of the niche, despite their use at the top, resulting in a visibly unbalanced and incomplete finish.

Moreover, there is wide variation in the width of the grout joints throughout the shower. We were also informed that the initial niche had the wrong tile backing and had to be demoed, which makes us question the integrity of the hot-mopped waterproofing system. A contractor also severely scratched the glass on 3/19 when performing work in the shower, creating a visible half foot scratch. Lastly, a sharp metal shard was left inside the grout of the shower pan. This deficiency requires no explanation.

Exhibit 2: Downstairs Shower

The second niche is located in the downstairs suite shower. It exhibits a lack of usability and functional design, including:

- Placement approximately 59 inches above the shower floor, which is uncomfortably high and outside the normal ergonomic reach zone for most users.
- An interior depth of only approximately 2.75 inches, which is insufficient for holding standard shower items like bottles or soap, rendering it effectively unusable.
- This installation fails to provide a functional bathing feature and appears to have been placed without regard for the intended use or accessibility of the space.

**EXHIBIT 2 - PAGE 8**

Moreover, there is wide variation in the width of the grout joints throughout the shower.

Exhibit 3: 2 showers with glass tile

The other 2 showers contain glass tile that was broken at some point during the build process. These 2 showers had these tiles replaced on 3/19. However, we have not been reassured at any point that the hot-mopped waterproofing layer was not compromised in the demolition of the old broken tiles.

These issues deviate from acceptable finish practices and are inconsistent with industry-standard tile installation guidelines. They also reflect poor aesthetic execution, functional impairment, and possibly life threatening conditions.

Please respond within the timeframes required by California Civil Code § 913 and arrange for the inspection and repair of these showers, and send your response to 129 Oakstone and/or email to jeffwgu@gmail.com.

Di Lan Ge, Owner

Xian Feng Gu, Owner

Prepared by:

Jeffrey Gu
jeffwgu@gmail.com
720-593-1548

**EXHIBIT 2 - PAGE 9**

Jeffrey Gu
129 Oakstone
Irvine, CA 92618





FCM LETTER
IRVINE, CA 92619
APR 03, 2025

92618

**$9.68**

S2324M504433-5

RDC 99



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 3001 4379 26

The New Home Company Inc.

NOTIFY SENDER OF NEW ADDRESS
NEW HOME CO
12500 VON KARMAN AVE STE 1000
IRVINE CA 92612-0182

BC: 92612018250    *0577-01051-03-42

92618-7714
92612>0182

**EXHIBIT 2 - PAGE 10**