*Subject: Your Online Police Report 2025-803323 Has Been Approved*
*From: <CaAnaheimPd@coplogic.com>*
*Date: 9/8/2025, 12:45 PM*
*To: <genius@berthowe.com>*

Your online report has been approved and the permanent case
number is 2025-803323.

Please note in the attached report that sensitive information has
been replaced with *** in order to maintain privacy in emails.

Thank you for using our online reporting system and please e-mail
us with any suggestions you have for improving our system.


Online Officer
Anaheim Police Department
The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above. This message may be an attorney-client
communication and/or work product and as such is privileged and confidential. If the reader
of this message is not the intended recipient or an agent responsible for delivering it to
the intended recipient, you are hereby notified that you have received this document in
error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error, please notify us
immediately by e-mail, and delete the original message.

── *Attachments:* ─────────────────────────────────────────────

  *report-2025-803323-0.pdf*                                      *7.0 KB*

**EXHIBIT 3 - PAGE 11**

ANAHEIM POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2025-803323**

## INCIDENT INFORMATION

| INCIDENT | INCIDENT TYPE | INITIA SUPP | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME |
|---|---|---|---|---|---|---|
| ONLINE | ONLINE DOCUMENTATION | | | 08/05/2025 02:58 PM | 08/05/2025 03:01 PM | 08/05/2025 05:11 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T25004170 | 5415 East LA PALMA Avenue, ANAHEIM, CA | A1295/Bob Conklin |

| LOCATION TYPE | THEFT TYPE | METHOD OF | METHOD OF EXIT | PT OF | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Commercial/Office | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | Aleman | Norman | | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| *** | *** | *** | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| genius@berthowe.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | *** |

## NARRATIVE

At 2:58PM a person wearing shorts and a hoodie tried to use a key fob to unlock our private business door. Our cameras show that the person parked far away so that we couldn't get the license plate of the vehicle. Once he couldn't open the door, he walked away wearing the hoodie, got in his car and left. We do have video of the incident.