

**Irvine**
2050 Main Street
Suite 1000
Irvine, CA  92614

(949) 851-2424 Tel
(949) 851-0152 Fax

**Writer's Direct Dial:**
(949) 798-2137

**Writer's E-mail:**
skingston@fisherphillips.com

August 11, 2025

**Via E-Mail and FedEx**

Jeffrey Gu (jeffwgu@gmail.com)
Yang Gu (yang.x.gu@gmail.com)

129 Oakstone
Irvine, CA  92618

**Re:    Cease and Desist / Bert L. Howe & Associates, Inc.**

Dear Jeffrey Gu and Yang Gu:

This firm represents Bert L. Howe & Associates, Inc.  ("BHA" or the "Company"). The purpose of this correspondence is to demand that you **immediately cease and desist** your attempts to enter the Company's facilities, as well as your ongoing efforts to harass and intimidate Company employees.

Our office understands that BHA was retained as defense experts on behalf of the New Home Company ("NHC")  in single-home construction claims relating to a property located as 129 Oakstone, Irvine, California ("Subject Property")("Construction Claims").  The complaints were drafted by Jeffrey Gu.  On April 22, 2025, BHA employee and licensed general contractor Chris Lopez facilitated a visual inspection of the Subject Property.

Since BHA's retention as experts in the Construction Claims in April 2025, you have engaged in months of harassing and inappropriate conduct toward BHA, as well as its employees. Your harassing conduct and attempted intimidation includes, but is not limited to: two inquiries on May 17, 2025 from Jeffrey Gu to BHA's email account seeking California State Licensing Board (CSLB) license status, followed by complaints initiated by Jeffrey Gu with the bonding companies for BHA employees Chris Lopez, Bradley W. Hughes, and David L. Suggs, which lacked any semblance of validity and were summarily closed on June 3, 2025, one day after the initial complaint was received by Mr. Lopez.  Moreover, on June 5,2025, BHA received a letter in response to a complaint initiated by Jeffrey Gu with the California Board for Professional Engineers, Land Surveyors, and Geologists. On June 17, 2025, an almost identical letter was received by BHA employee Mark Chapman. Importantly, none of Messrs. Hughes, Suggs, or Chapman had any interaction or dealings relating to the Construction Claims or 129 Oakstone. All matters were found to be deficient and were administratively closed by the respective boards.

**Fisher & Phillips LLP**

**Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Housto ne · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelp hoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hil**

**EXHIBIT 4 - PAGE 13**

Jeffrey Gu
Yang Gu
August 11, 2025
Page 2

BHA views the foregoing conduct as attempts to harass and intimidate BHA and its employees and attempts to interfere with BHA's business relationships with its employees, clients and state licensing boards.

Most recently, on August 5, 2025, Mr. Yang Gu attempted to enter the Company's corporate headquarters located in Anaheim Hills, California, by attempting to defeat the key fob security features. Video footage depicts Yang Gu parking more than 300 feet from the entrance of BHA's headquarters, approaching the front door, attempting to access the facility, then quickly returning to his vehicle when unsuccessful. Of note, Mr. Gu was wearing a heavy coat with a hoodie cap, at approximately 3:00 p.m. on a 90 degree Fahrenheit day. The vehicle Yang Gu was driving was consistent with the vehicle he drove to the April 22, 2025 site inspection.

BHA is taking preventive measures in response to the foregoing conduct. The Company is working with local authorities, having filed a police report, and is working through our office to obtain a restraining order.

Your harassing communications are unprofessional, unwelcome, and may subject you to serious legal liability for, among other things, defamation and tortious interference with business relationships. Moreover, the repeated unmeritorious claims are clearly intended to intimidate, harass, annoy, or alarm, and do not serve any legitimate purpose. Such communications violate California laws prohibiting intimidation and harassment and can **only** be viewed as attempts to adversely impact the Company's reputation and employment relationships. They will not be tolerated. Moreover, each of the above may constitute attempts to prevent or dissuade BHA employees from attending or testifying in pending litigation, a violation of the California Penal Code.

Accordingly, in the interest of avoiding swift litigation, we demand that you **immediately cease and desist** all attempts to enter BHA's facilities and contact of any nature with any Company employee, officer, director, or representative. In the event you make, or attempt to make, any further contact with any Company employee, officer, director, or representative, the Company, and/or these representatives individually, may pursue all available civil and criminal remedies against you to prohibit further contact.

Further, the Company forewarns that you not respond to the instant letter by making any disparaging and defamatory statements about the Company and its business practices to any third party, including the Company's customers, bonding companies, or state licensing boards. Should you do so, a civil action seeking all available relief, including monetary damages and injunctive relief, will be filed against you.

You are not welcome at the Company's headquarters in Anaheim Hills, CA, or any other Company facility, regardless of location. In the event that you are found on the premises of any Company facility, the Company will take all necessary action to have you immediately removed from the premises and will pursue all civil and criminal avenues available to prevent any further trespassing on Company property by you.

In short, the Company need not and will not stand idly by while you actively engage in harassing and disruptive conduct. To this end, the Company, through its leadership, will continue

FP 54424275.1

**EXHIBIT 4 - PAGE 14**

Jeffrey Gu
Yang Gu
August 11, 2025
Page 3

to closely monitor this situation. Should the Company have reason to believe at any point its rights and/or obligations have been violated, the Company will not hesitate to take immediate legal action against you and pursue all available civil and criminal relief to which it may be entitled. Importantly, if any such further action is required, the Company will seek to recover all damages, costs, and attorneys' fees incurred in pursuing such relief against you. Individuals who are employed by or affiliated with the Company and who have been or who will be threatened or harassed by you may pursue civil and/or criminal relief against you in their own individual capacity.

This letter is not, and cannot be construed as, a waiver or relinquishment of the Company's right to bring claims and/or charges against you or any other person or entity for any unlawful conduct. **Please direct any communications regarding this matter, either directly or through any legal representative you may have retained, to me.**

Sincerely,

SEAN T. KINGSTON
For FISHER & PHILLIPS LLP

FP 54424275.1

**EXHIBIT 4 - PAGE 15**