UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

          Plaintiffs,

     v.

CITY OF IRVINE, et al.

          Defendants.

Case No. 8:25-cv-02134-VBF-DSR

**ORDER GRANTING DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**

The Court, having considered, Defendant Bert L. Howe and Associates, Inc.'s Special Motion to Strike Plaintiff's Second Amended Complaint Pursuant to California Code Civil Procedure Section 425.16, et seq., Plaintiff's opposition papers and Defendant's reply papers, if any, hereby rules as follows:

The Special Motion to Strike is GRANTED.

IT IS SO ORDERED.

DATED:

_____
Hon. Daniel S. Roberts
United States Magistrate Judge

- 1 -

ORDER GRANTING DEFENDANT BERT L. HOWE AND ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16