THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>                    Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DEFENDANT BERT L. HOWE'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**<br><br>**Date:**  **September 1, 2026**<br>**Time:**  **10:00 a.m.**<br>**Dept:**  **Courtroom 690 – Roybal Federal Building**<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Sean M. Kneafsey, and Proposed Order]*<br><br>Action Filed: October 8, 2025 |

---

NOTICE OF MOTION TO DISMISS

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **September 1, 2026, at 10:00 a.m.** or as soon thereafter as the matter may be heard in Courtroom 690 of the Roybal Federal Building located 255 East Temple Street Los Angeles, CA 90012-3332, Los Angeles, California 90012, DEFENDANT BERT L. HOWE & ASSOCIATES, INC. ("Defendant" or "BHA") will and hereby does move the Court for an order dismissing the complaint of PLAINTIFF JEFFREY GU ("Plaintiff" or "Gu") for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) as to BHA.

This motion will be made on the grounds that the complaint alleges conclusory statements, not facts; the complaint does not allege all elements sufficient to state a claim under the Bane Act or Ralph Act; and BHA is immune from liability under California's litigation privilege. *See* Cal. Code Civ. Proc. § 47(b).

This motion will be made pursuant to Federal Rule of Civil Procedure 12(b)(6) and other applicable law, including the case law cited in BHA's Memorandum of Points and Authorities.

The motion will be based on this Notice of Motion to Dismiss for Failure to State a Claim, the Memorandum of Points and Authorities, the papers and records on file herein, and on such other evidence and/or exhibits as may be presented at the hearing of this motion.

The filing of this motion took place after the parties conducted a meet and confer conference pursuant to Local Rule 7-3 which took place on took place on July 14, 2026. (*See* Kneafsey Decl., ¶ 5).

DATED:  July 21, 2026

THE KNEAFSEY FIRM, INC.

By _____
SEAN M. KNEAFSEY
Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

- 2 -

NOTICE OF MOTION TO DISMISS