THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>                      Plaintiff,<br><br>          vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>                      Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF SEAN M. KNEASFEY IN SUPPORT OF DEFENDANT BERT L. HOWE'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FILED PURSUANT TO FED. R. CIV. PRO. 12(b)(6)**<br><br>**Date:**      **September 1, 2026**<br>**Time:**      **10:00 a.m.**<br>**Dept:**      **Courtroom 690 – Roybal Federal Building**<br><br>*[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, and Proposed Order]*<br><br>Action Filed: October 8, 2025 |

DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF MOTION TO DISMISS

I, Sean M. Kneafsey, do hereby declare and state the following:

1.    I am counsel of record for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action and am custodian of records for documents pertaining thereto. This declaration is submitted in support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b).  I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2.    On June 23, 2026, I sent a letter to Plaintiff Jeffrey Gu informing him that I intended in filing this motion on behalf of Defendant Bert Howe & Associates and requesting a Local Rule 7-3 meet and confer on this motion.  I informed Mr. Gu that this motion would be based in large part on the litigation privilege as was BHA's prior anti-SLAPP Motion and Motion to Dismiss. Mr. Gu responded the same day stating that he did not believe that the litigation privileged applied.  Mr. Gu and I conducted a telephonic meet and confer in compliance with Local Rule 7-3 on July 14, 2026, but were unable to resolve the issues presented by this motion. In the meet and confer, the parties disagreed as to whether the litigation privilege applied and whether Plaintiff's Second Amended Complaint alleged facts sufficient to state a claim.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Los Angeles, California on July 21, 2026

*Sean M. Kneafsey*

_____

Sean M. Kneafsey

DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF MOTION TO DISMISS