UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

          Plaintiffs,

    v.

CITY OF IRVINE, et al.

          Defendants.

Case No. 8:25-cv-02134-VBF-DSR

**ORDER GRANTING DEFENDANT BERT L. HOWE AND ASSOCIATES, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).**

      The Court, having considered, Defendant Bert L. Howe and Associates, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and all the papers and evidence attached thereto, hereby rules as follows:  The Motion to Dismiss is GRANTED without leave to amend.

      SO ORDERED.

DATED:

                         _____
                         Hon. Daniel S. Roberts
                         United States Magistrate Judge

- 1 -