THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF SEAN M. KNEAFSEY REGARDING REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES** |

I, Sean M. Kneafsey, do hereby declare and state the following:

1.    I am counsel of record for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action.  I have personal knowledge of the facts contained herein, and, if called as a witness, I could and would testify competently thereto.

2.    On July 17, 2026 the Court issued Order (1) Granting Defendant Bert L. Howe & Associates' Ex Parte Application for One-Day Extension of Time to Respond to Second Amended Complaint (Doc. No. 153) and (2) Ordering All Counsel and Self-Represented Parties to Review Civility and Professionalism Guidelines (Dkt. 157).

3.    Pursuant to the Court's Order, I confirm that I have reviewed the Central District of California's Civility and Professionalism Guidelines at https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that that this declaration was executed on July 21, 2026, in Los Angeles, California.

DATED:  July 21, 2026

_____
Sean M. Kneafsey

- 1 -

DECLARATION OF SEAN M. KNEAFSEY REGARDING REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES