THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (4115) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,<br><br>Defendants. | Case No.:  8:25-CV-02134-VBF-DSR<br><br>*[Assigned for all purposes to Magistrate Daniel S. Roberts]*<br><br>**DECLARATION OF MARGARET P. CROWLEY REGARDING REVIEW OF CIVILITY AND PROFESSIONALISM GUIDELINES** |

DECLARATION OF MARGARET P. CROWLEY

I, Margaret P. Crowley, do hereby declare and state the following:

1.    I am an attorney at law duly licensed to practice in the State of California.  I am an Associate Attorney with the Law Offices of Jeremy Pasternak and am counsel of record for Defendant Bert L. Howe & Associates ("Defendant" or "BHA") in this action.  I have personal knowledge of the facts contained herein, and, if called as a witness, I could and would testify competently thereto.

2.    On July 17, 2026, the Court issued an Order (1) Granting BHA's Ex Parte Application for One-Day Extension of Time to Respond to Second Amended Complaint (Doc. No. 153, Dkt. 157) and (2) Ordering All Counsel and Self-Represented Parties to Review Civility and Professionalism Guidelines (Dkt. 157).

3.    I confirm that I have reviewed the Central District of California's Civility and Professionalism Guidelines.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct that that this declaration was executed on July 21, 2026, in San Francisco, California.


DATED:  July 21, 2026                    _/s/ Margaret P. Crowley_____
                                                          Margaret P. Crowley

- 1 -

DECLARATION OF MARGARET P. CROWLEY