**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,**<br>        **Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>        **Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**DECLARATION** |

**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**

1

I, **Jeffrey Gu**, declare as follows:

1. I am the Plaintiff in the above-captioned action. I am representing myself *pro se* in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2. I make this Declaration in support of PLAINTIFF'S OPPOSITION TO BERT L. HOWE & ASSOCIATES, INC.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.

3. I sent two emails on May 17, 2025 to Peter Barana and another email address of Bert L. Howe & Associates, Inc. asking for CLSB licensing information, one of which is attached as Exhibit 1.

4. On June 1, 2025, I sent an email to multiple bond companies who bonded multiple employees at Bert L. Howe & Associates, Inc., attached as Exhibit 2.

5. On July 22, 2026, I accessed Matt Nardella's LinkedIn page, a copy of which is attached as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

_____    July 22, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548