Gmail

Jeffrey Gu <jeffwgu@gmail.com>

## CSLB License Number Verification Request

1 message

**Jeffrey Gu** <jeffwgu@gmail.com>                                  Sat, May 17, 2025 at 6:23 PM
To: pbarana@berthowe.com

Hi Peter,

I have a question. Does Bert Howe & Associates have a CSLB license on file, either under the company name or tied to a qualifying individual? I've looked through the CSLB database and couldn't find anything directly linked to the firm, but I figured I'd ask.

-Jeffrey