# Concern Regarding Use of CSLB License and Bond Representation on Third-Party Website

**Jeffrey Gu** <jeffreygu@proffer.info>                Sun, Jun 1, 2025 at 3:00 PM
To: "info@merchantsbonding.com" <info@merchantsbonding.com>,
    "HudsonClaims300@hudsoninsgroup"
    <hudsonclaims300@hudsoninsgroup.com>,
    "Customer_Support@ambest.com" <customer_support@ambest.com>

**Hudson Insurance Company**

Re: Bond No. TCS23132 for Christopher Lopez (License #1000033)

**Merchants Bonding Company (Mutual)**

Re: Bond No. 100156155 for Bradley W. Hughes (License #723912)

**American Contractors Indemnity Company**

Re: Bond No. SC6317311 for David L. Suggs (License #778968)

Dear Claims and Compliance Department,

I am writing to express serious concern regarding the potential misuse and misrepresentation of CSLB-issued contractor licenses and surety bonds by your bonded principals:

- **Christopher Lopez**, CSLB License #1000033 (Hudson Insurance Co.)
- **Bradley W. Hughes**, CSLB License #723912 (Merchants Bonding Co.)
- **David L. Suggs**, CSLB License #778968 (American Contractors Indemnity Co.)

Each of these individuals is presently featured on the website of **Bert L. Howe & Associates, Inc. (BHA, https://www.berthowe.com/)**, a third-party construction defect inspection company. The issue arises from the fact that the CSLB license numbers of these individuals are being publicly displayed on the corporate website of BHA in a way that may mislead clients and regulators into believing that BHA itself is licensed by the CSLB and bonded through your firms. Based on public CSLB records, BHA is not licensed as a contractor with the CSLB and may be operating beyond the permissible scope of its corporate status by leveraging these individual credentials.

This situation raises substantial concerns related to:

- Potential **bond misrepresentation**, as the licensee's credentials are being used in a corporate context potentially outside the licensed scope.
- **Surety exposure risk**, as a consumer or regulator may assume that the corporate activity of BHA is bonded through your institution.
- **Regulatory confusion**, since consumers are unlikely to understand that these CSLB licenses do not cover the BHA entity as a whole.

I urge you to evaluate the terms under which these bonds were issued, and whether your underwriting or compliance teams were made aware that these individual license credentials were to be promoted under a broader corporate brand without distinct CSLB licensure. In the event that misrepresentation is occurring or has occurred, please advise on your process for investigating or taking corrective action, including whether a consumer complaint or bond claim would be appropriate.

I would appreciate your written response indicating receipt of this concern and what steps, if any, your firm will undertake to verify and address the matter.

Sincerely,


Jeffrey Gu

Partner, Proffer LLC
720-593-1548