Gmail

## CAB complaint #25-05-197 (Nardella)

2 messages

**Sganga, Michael@DCA** <Michael.Sganga@dca.ca.gov>                Mon, Jun 2, 2025 at 5:52 PM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Dear Mr. Gu,

        This letter is regarding the complaint you filed with the California Architects Board against Matthew J. Nardella alleging possible violations of the Architects Practice Act.

        The Board contacted Mr. Nardella and assisted him in registering Bert L. Howe & Associates under Business and Professions code section 5558.  Our investigation is now complete and we are closing the case.

Thank you for your attention.

Sincerely,

-Mike Sganga

_____

**Michael W. Sganga**

Lead Enforcement Analyst



2420 Del Paso Road, Suite 105

Sacramento, CA 95834

(916) 471-0763    cab.ca.gov

**Jeffrey Gu** <jeffwgu@gmail.com>                Wed, Jul 22, 2026 at 12:21 AM
To: Jeffrey Gu <jeffwgu@gmail.com>

[Quoted text hidden]