

**Matt Nardella**
Architect at Bert L.Howe & Associates

 + Follow

# Matt Nardella

Architect at Bert L.Howe & Associates

Anaheim, California, United States  · **Contact info**

**351** connections

 **Bert L. Howe & Associates, Inc.**

 **Cal Poly Pomona**

Message    + Follow    ⋯

## Activity

**360 followers**    + Follow

**Matt has no recent posts**
Recent posts Matt shares will be displayed here.

Show all →

## Experience

 **Architect**
Bert L. Howe & Associates, Inc.
Jan 1994 – Present · 32 yrs 7 mos

Consulting for construction defect, contract dispute, and personal injury litigation.  Testify regarding estimating, standard of care for architects and contractors, contract requirements, code issues… more

## Education

 **California State Polytechnic University-Pomona**
Bachelor of Architecture, Architecture
1984 – 1990

## Skills (27)

**Submittals**

 Endorsed by 4 colleagues at Bert L. Howe & Associates, Inc.

 15 endorsements

**Construction**

 Endorsed by David Bethany, GC CMR and 1 other who is highly skilled at this

Promot…



**Lennar**

Henry, you might like to follow Lennar

Building new homes in some of the nation'…
most popular cities.

Follow

### More profiles for you

 **Frank Perrott** · 3rd+
Partner at Lewis Brisbois Bisga…
& Smith LLP

 + Connect

 **Kyle Kahuda** 🔵 · 3rd+
Organizational leader and cult…
builder actively seeking new o…

 Message

 **Matthew Nardella, CFA**
🛡
· 3rd+
Senior Investment Associate a…
Partners Capital

 Message

Show all →

### Explore Premium profiles

 **Laquinta Alize** 🔵 · 3rd+
Maintenance/groundskeeper a…
San Ramon Valley Unified Sch…

 Message

 **Bridney P.** 🔵 · 3rd+
Housekeeper at Service Maste…
clean

 + Connect

 **Tomica Simmons** 🔵 · 3r…
Housekeeping at Casino

 Message

### People you may know
From Matt's school

 **José Macías Silva** 🛡 · 3…
Lead Data and AI Engineer · Gr…
Operations | Leading OG&E's O…

 + Connect