Home | Online Services | License Detail | Complaint Disclosure

# ⏷ Contractor's License Detail (Complaint Disclosure)

**Contractor License #**   938080

**Contractor Name**   RISEWELL HOMES

## Citations

**Citation #**   2 2025 002414

**Date**   06/24/2026

**Status**   PENDING

Back to Top      Conditions of Use      Privacy Policy      Accessibility

Accessibility Certification

Copyright © 2026 State of California

Home | Online Services | License Detail | Complaint Disclosure | Citation Violation Disclosure

# ⬇Citation Violation Disclosure

**License Number**  938080
**Contractor Name**  RISEWELL HOMES
**Citation #**  2 2025 2414
**Date**  06/24/2026
**Status**  PENDING

## Violations

**CODE**  Business & Professions Code
**VIOLATION**  7109.A
**DESCRIPTION**  Departed from trade standards

Back to Top          Conditions of Use          Privacy Policy          Accessibility
Accessibility Certification

Copyright © 2026 State of California