**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,** **Plaintiff** **v.** **City of Irvine et al,** **Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR** **REQUEST FOR JUDICIAL** **NOTICE** |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff requests that the Court take judicial notice of ECF No. 1 filed on September 12, 2025 in <u>Toll Brothers, Inc. et al. v. Gu et al.</u>, No. 1:25-cv-02884-PAB-CYC (D. Colo.) (the Colorado Action), which is a matter of public record whose existence, filing dates, and contents can be accurately and

readily determined from that court's docket and whose accuracy cannot reasonably be questioned under Fed. R. Evid. 201. Plaintiff also that the Court take judicial notice of the following documents either retrieved or received from the California regulatory agencies California Architects Board and Contractors State License Board.

| Description | Date | Exhibit |
|---|---|---|
| CAB complaint #25-05-197 Email | 06/02/2025 | Exhibit 3 |
| CSLB Letter | 06/24/2025 | Exhibit 5 |
| Risewell Homes Citation Disclosure | 06/24/2025 | Exhibit 6 |

Plaintiffs request judicial notice of the Colorado Action and California public documents for the contents of those records. Plaintiff does not request judicial notice of the truth of any disputed factual assertions contained within those filings. Fed. R. Evid. 201(b), (c).

**Supporting Authority**

Federal Rule of Evidence 201 permits judicial notice of adjudicative facts that are not subject to reasonable dispute because they are generally known or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). The Court may take judicial notice on its own or on a party's request. Fed. R. Evid. 201(c).

**Purpose of Request**

These docket entries are relevant to Plaintiff's argument regarding Bert L. Howe's bad faith pre-litigation conduct.

_____    July 22, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548