**Matt Nardella**
Architect at Bert L.Howe & Associates

  **+ Follow**



# Matt Nardella

Architect at Bert L.Howe & Associates

Anaheim, California, United States · **Contact info**

**351** connections

Message   **+ Follow**   ⋯

 **Bert L. Howe & Associates, Inc.**

 **Cal Poly Pomona**

---

## Activity

**+ Follow**

360 followers

**Matt has no recent posts**

Recent posts Matt shares will be displayed here.

Show all →

---

## Experience

 **Architect**
Bert L. Howe & Associates, Inc.
Jan 1994 - Present · 32 yrs 7 mos

Consulting for construction defect, contract dispute, and personal injury litigation.  Testify regarding estimating, standard of care for architects and contractors, contract requirements, code issues… more

---

## Education

 **California State Polytechnic University-Pomona**
Bachelor of Architecture, Architecture
1984 – 1990

---

## Skills (27)

**Submittals**

 Endorsed by 4 colleagues at Bert L. Howe & Associates, Inc.

 15 endorsements

**Construction**

 Endorsed by David Bethany, GC CMR and 1 other who is highly skilled at this



Promot

**Lennar**

Henry, you might like to follow Lennar

Building new homes in some of the nation's most popular cities.

Follow

---

## More profiles for you

 **Frank Perrott** · 3rd+
Partner at Lewis Brisbois Bisga & Smith LLP

 **+ Connect**

 **Kyle Kahuda** · 3rd+
Organizational leader and cult builder actively seeking new o

 **Message**

 **Matthew Nardella, CFA**
🛡
· 3rd+
Senior Investment Associate a Partners Capital

 **Message**

Show all →

---

## Explore Premium profiles

 **Laquinta Alize** · 3rd+
Maintenance/groundskeeper a San Ramon Valley Unified Scho

 **Message**

 **Bridney P.** · 3rd+
Housekeeper at Service Maste clean

 **Message**

 **Tomica Simmons** · 3r
Housekeeping at Casino

 **Message**

---

## People you may know

From Matt's school

 **José Macías Silva** · 3
Lead Data and AI Engineer · Gr Operations | Leading OG&E's C

 **+ Connect**