

**CONTRACTORS STATE LICENSE BOARD**
CITATION ENFORCEMENT SECTION
12501 East Imperial Hwy., Suite 600
Norwalk, CA 90650
(562) 345-7656 FAX (562) 466-6075
www.cslb.ca.gov

STATE OF CALIFORNIA
Gavin Newsom, Governor

Citation No.: 2 2025 2414

TO:   TNHC REALTY AND CONSTRUCTION INC DBA RISEWELL HOMES
18300 VON KARMAN AVE STE 1000
IRVINE, CA 92612

License Number:      938080

Owner of Project:      JEFFREY GU
Location of Occurrence:      129 OAKSTONE, IRVINE, CA 92618
Approximate date/s of occurrences: 01/09/2024

An investigation of your contracting activity at the location identified above has been conducted by the Contractors State License Board. This citation is being issued in accordance with the Business and Professions Code Section 7099, for violation/s which were found during the investigation.

This citation details each violation charged and orders of correction where applicable. **IT IS YOUR RESPONSIBILITY TO READ THE ENTIRE CITATION.**

Unless contested on or before **7/15/2026** this citation shall become a final order of the Registrar on **7/15/2026**; compliance with the order/s of correction is due on or before **N/A**; and the **$8,000.00** civil penalty assessment is due on or before **7/15/2026**.

Payment of civil penalty should be made to the Registrar of Contractors by cashier's check or money order. Please include the citation number on the payment. Any payment ordered to the project owner should be paid to him/her directly.

You, the licensee, are responsible for notifying the Registrar of Contractors when correction and/or restitution is made. You are responsible for providing a release from the project owner, or other proof of correction/restitution.

Proof of correction/restitution must be received at the address on the first page of this document no later than five (5) working days after the correction due date.

Please include the citation number on all correspondence.

**FAILURE TO RESPOND TO THIS CITATION WILL RESULT IN FURTHER DISCIPLINARY ACTION AGAINST YOUR LICENSE AND ANY OTHER LICENSE YOU ARE ASSOCIATED WITH.**

_____6/24/2026_____
DATE

_~~Rene Blackshire~~_
FOR: David R. Fogt, Registrar of Contractors
Contractors State License Board



**\*\*\*\*\*ITEM NO:**

1

**SECTION VIOLATED:**    7109(a)

**DESCRIPTION OF VIOLATION:**

Willfully departed in a material respect from accepted trade standards for good and workmanlike construction as follows:

1) Contractor installed balcony barrier post neoprene gaskets for glass panel insertion that is misaligned.
2) Contractor installed drywall with multiple gypsum surface cracks along corner bead installation.
3) Contractor installed drywall but the gypsum wall surface is damaged due to exposed fastener crown.
4) Contractor installed drywall gypsum board abutment joints that are visible.
5) Contractor installed doors with excessive and inconsistent gaps between door stop trim and door slab surface.

**ORDER OF CORRECTION:**    N/A

**TIME TO CORRECT:**    **7/15/2026**

**CIVIL PENALTY:**    **$8,000.00**