Ira G. Rivin (Cal. State Bar No. 62530)
irivin@rutan.com
Philip D. Kohn (Cal. State Bar No. 90158)
pkohn@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
JEFFREY MELCHING and JESSICA SANDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, | Case No. 8:25-cv-02134-VBF-DSR |
| Plaintiff, | **DECLARATION OF IRA G. RIVIN RE COMPLIANCE WITH CENTRAL DISTRICT RULE 7-3 RE MOTION OF DEFENDANTS JEFFREY MELCHING AND JESSICA SANDERS TO DISMISS SECOND AMENDED COMPLAINT AGAINST SAID DEFENDANTS; FED. R. CIV. P. 12(b)(6)** |
| v. | |
| CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; and TOLL SOUTHWEST LLC, | [Filed Concurrently with Notice of Motion and Motion to Dismiss and Proposed Order]  Hearing Date:   August 25, 2026 Time:                   10:00 a.m. Courtroom:      690 (Roybal Fed. Bldg.) |
| Defendants. | Magistrate Judge Daniel S. Roberts |

/ / /

/ / /

/ / /

/ / /

I, Ira G. Rivin, declare as follows:

1.    I am an attorney at the law firm of Rutan & Tucker, LLP ("Rutan") and am counsel for Defendants Jessica Sanders and Jeffrey Melching in this action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I make this Declaration pursuant to Rule 7-3 of the Local Rules of the Central District of California in connection with the concurrently filed Motion to Dismiss the Second Amended Complaint ("SAC") filed in this action by Ms. Sanders and Mr. Melching (the "Motion to Dismiss").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    On Wednesday, July 15, 2026, I spoke by telephone with plaintiff Jeffrey Gu pursuant to Rule 7-3 in a good faith attempt to resolve the issues addressed in the anticipated Motion to Dismiss.  I advised Mr. Gu that the Motion to Dismiss would seek an order dismissing Ms. Sanders and Mr. Melching from the four counts asserted against them in the SAC.  I explained the bases on which we believed each of the claims against Ms. Sanders and Mr. Melching did not state a valid claim for relief against them (as set forth in the Motion to Dismiss), and Mr. Gu indicated his disagreement.  Mr. Gu specifically identified two cases that he believed undermined the "qualified immunity" argument in the Motion to Dismiss, and the Motion to Dismiss addresses those two cases.  Despite our good faith efforts, we were unable to resolve any of the issues raised by the Motion to Dismiss.

Executed on July 22, 2026, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ira G. Rivin

Rutan & Tucker, LLP
attorneys at law

106/007072-0364
24075151.1 a07/22/26

-2-

RIVIN DECLARATION PURUSANT TO LOCAL RULE 7-3