UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

Plaintiff, pro se,

v.

CITY OF IRVINE; JESSICA
SANDERS; JEFFREY MELCHING;
TRINITY PHAM; WILLIAM GO;
IRVINE POLICE DEPARTMENT;
OFFICERS JANE & JOHN DOE (1-10);
THE NEW HOME COMPANY INC.;
THE NEW HOME COMPANY
SOUTHERN CALIFORNIA LLC;
TNHC REALTY AND
CONSTRUCTION INC.; BERT L.
HOWE & ASSOCIATES, INC.; TOLL
BROTHERS, INC.; TB PROPRIETARY
CORP.; and TOLL SOUTHWEST LLC,

Defendants.

Case No. 8:25-cv-02134-VBF-DSR

**[PROPOSED] ORDER GRANTING
DEFENDANTS JEFFREY
MELCHING AND JESSICA
SANDERS MOTION TO DISMISS
SECOND AMENDED COMPLAINT
AGAINST SAID DEFENDANTS**

Rutan & Tucker, LLP
*attorneys at law*

106/007072-0364
24076301.1 a07/22/26

PROPOSED ORDER GRANTING DEFS.
MELCHING AND SANDERS MOTION TO
DISMISS

The Court, having considered the Motion of Defendants Jeffrey Melching and Jessica Sanders to Dismiss Second Amended Complaint Against Said Defendants (the "Motion to Dismiss"), and the opposition and reply papers filed in connection therewith,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED** and that the Second Amended Complaint in this Action is ordered dismissed against Defendants Jeffrey Melching and Jessica Sanders without leave to amend.

Dated: _____        _____

Hon. Daniel S. Roberts
United States Magistrate Judge

Rutan & Tucker, LLP
*attorneys at law*

106/007072-0364
24076301.1 a07/22/26

-1-

PROPOSED ORDER GRANTING DEFS.
MELCHING AND SANDERS MOTION TO
DISMISS