Ira G. Rivin (State Bar No. 62530)
irivin@rutan.com
Philip D. Kohn (State Bar No. 90158)
pkohn@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendants
JEFFREY MELCHING and JESSICA SANDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEFFREY GU, | Case No. 8:25-cv-02134-VBF-DSR |
|---|---|
| Plaintiff, pro se, | Judge:   Valerie Baker Fairbank |
| v. | **DECLARATION OF IRA G. RIVIN RE REVIEW OF CENTRAL DISTRICT CIVILITY AND PROFESSIONALISM GUIDELINES** |
| CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); RISEWELL HOMES INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; and TOLL SOUTHWEST LLC, | Date Action Filed:   September 19, 2025 Trial Date:              Not Set **Magistrate Judge Daniel S. Roberts** |
| Defendants. | |

I, Ira G. Rivin, declare as follows:

1.      I am an attorney at the law firm of Rutan & Tucker, LLP, and attorney of record for defendants Jeffrey Melching and Jessica Sanders in this action.  I am a member in good standing of the State Bar of California.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such fact under oath.

2.      Pursuant to the Court's directive in its Order filed July 17, 2026 [Dkt. No. 157], I have reviewed the Central District's Civility and Professional Guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2026, at Irvine, California.

_____
Ira G. Rivin

Rutan & Tucker, LLP
attorneys at law

106/007072-0364
24063577.1 a07/23/26

-1-

DECLARATION OF IRA G. RIVIN RE:
REVIEW OF GUIDELINES