Ira G. Rivin (State Bar No. 62530)
irivin@rutan.com
Philip D. Kohn (State Bar No. 90158)
pkohn@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendants
JEFFREY MELCHING and JESSICA SANDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU, | Case No. 8:25-cv-02134-VBF-DSR |
| Plaintiff, pro se, | Judge:   Valerie Baker Fairbank |
| v. | **DECLARATION OF PHILIP D. KOHN RE REVIEW OF CENTRAL DISTRICT CIVILITY AND PROFESSIONALISM GUIDELINES** |
| CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); RISEWELL HOMES INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; and TOLL SOUTHWEST LLC, | Date Action Filed:   September 19, 2025
Trial Date:            Not Set

**Magistrate Judge Daniel S. Roberts** |
| Defendants. | |

Rutan & Tucker, LLP
*attorneys at law*

106/007072-0364
24082242.1 a07/23/26

DECLARATION OF PHILIP D. KOHN RE:
REVIEW OF GUIDELINES

I, Philip D. Kohn, declare as follows:

1.    I am an attorney at the law firm of Rutan & Tucker, LLP, and attorney of record for defendants Jeffrey Melching and Jessica Sanders in this action.  I am a member in good standing of the State Bar of California.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such fact under oath.

2.    Pursuant to the Court's directive in its Order filed July 17, 2026 [Dkt. No. 157], I have reviewed the Central District's Civility and Professional Guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2026, at Irvine, California.

Philip D. Kohn