**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,**<br>              **Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>              **Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**REQUEST FOR JUDICIAL**<br><br>**NOTICE** |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff requests that the Court take judicial notice of the following documents

received via California Public Records Act (CPRA) requests:

1

| Description | Date | Exhibit |
|---|---|---|
| CPRA Response City Attorney Info | 09/08/2025 | Exhibit 4 |
| CPRA Response IPD Incident Details Report | 06/12/2026 | Exhibit 6 |

**Supporting Authority**

Fed. R. Evid. 201 permits judicial notice of adjudicative facts that are not subject

to reasonable dispute because they are generally known or can be accurately and

readily determined from sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b). The Court may take judicial notice on its own or on a party's

request. Fed. R. Evid. 201(c).

**Purpose of Request**

These exhibits are relevant to Plaintiff's arguments surrounding substantial

government interest and qualified immunity.

_____    July 28, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548