**Jeffrey Gu**

**jeffwgu@gmail.com**

**2332 N Clay St Apt 3**

**Denver, CO 80211**

**1-720-593-1548**

**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,**<br>        **Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>        **Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**DECLARATION** |

**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO**

**MOTION OF DEFENDANTS JEFFREY MELCHING AND JESSICA**

**SANDERS TO DISMISS SECOND AMENDED COMPLAINT AGAINST**

**SAID DEFENDANTS**

1

I, **Jeffrey Gu**, declare as follows:

1. I am the Plaintiff in the above-captioned action. I am representing myself *pro se* in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2. I make this Declaration in support of PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANTS JEFFREY MELCHING AND JESSICA SANDERS TO DISMISS SECOND AMENDED COMPLAINT AGAINST SAID DEFENDANTS.

3. City of Irvine employee Emmerline Kim corresponded with me via email on or around June 16, 2025, a true and correct copy of which is included as Exhibit 1.

4. I accessed the website Transparent California (accessible at https://transparentcalifornia.com/) on or around July 23, 2026. The website's FAQ purports that it receives salary records directly from California government bodies via California Public Records Act (CPRA) requests. A true and correct copy of this page is attached as Exhibit 2.

5. I accessed the salary information on Transparent California for City of Irvine employees Jesse Cardoza, Sam Floyd, and Emmerline Kim on or around July 23, 2026. True and correct copies of these pages are attached as Exhibit 3.

6. On or around June 15, 2026, I corresponded with Defendant Jessica Sanders via email regarding a CPRA request that resulted in receiving an Incident Details Report from the Irvine Police Department. The emails pertain to the party responsible for redactions under Cal. Gov't Code § 7922.540(b). True and correct copies of this correspondence are attached as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   July 28, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548

3