# [Response to Public Records Request] - J. Gu

**Emmerline Kim** &lt;EmKim@cityofirvine.org&gt;                                    Mon, Jun 16, 2025 at 3:03 PM
To: "JEFFREYGU@PROFFER.INFO" &lt;JEFFREYGU@PROFFER.INFO&gt;
Cc: &lt;dkim@cityofirvine.org&gt;

Dear Mr. Gu,

My apologies for the misunderstanding. Our office will process your request with the clarified
scope to include "any AMMRs (Alternative Means and Methods Requests) related to these
homes."

Thank you,



**Emmerline Kim** | Information Specialist II
Office of Records and Information
949-724-6281 | 1 Civic Center Plaza, Irvine, CA 92606

*emkim@cityofirvine.org* | *cityofirvine.org*

---

**From:** Jeffrey Gu &lt;jeffreygu@proffer.info&gt;
**Sent:** Thursday, June 12, 2025 5:47 PM
**To:** Emmerline Kim &lt;emkim@cityofirvine.org&gt;
**Cc:** Daniel Kim &lt;dkim@cityofirvine.org&gt;
**Subject:** Re: [Response to Public Records Request] - J. Gu

 **CAUTION:** EXTERNAL EMAIL

Hi Emmerline,