Help Keep Transparent California a Site for the People, Funded by the People. We're only ad-free for 23 more days. Donate today to help keep it that way!

**Donate Now**



Agencies          Salaries          Pensions          Records Request          News & Updates          Ab

# Frequently Asked Questions

Everything you need to know about Transparent California and our data.

## INFORMATION

What is Transparent California?                                                      +

Where does the information on Transparent California come from?          ×

The information on Transparent California comes directly from government agencies and is obtained through public records requests, per the [California Public Records Act](), California Government Code §§ 7920 through 7931.

Who provides Transparent California?                                             +

Why does a Nevada-based research organization care about California?   +