Help Keep Transparent California a Site for the People, Funded by the People. We're only ad-free for 23 more days. Donate today to help keep it that way!

**Donate Now**



Agencies    **Salaries**    Pensions    Records Request    News & Updates    Ab

Salaries  >  Irvine  >  2025  >  Jesse A Cardoza

# Jesse A Cardoza

Deputy Director, Community Development

## Salary & Compensation

| BASE PAY | OVERTIME | OTHER PAY |
|---|---|---|
| **$228,786** | **$0** | **$65,128** |

| BENEFITS | PENSION DEBT (UAL) | TOTAL PAY & BENEFITS |
|---|---|---|
| **$63,004** | **$24,824** | **$356,918** |

## Salary History

Jesse A Cardoza's compensation at Irvine, year over year. Select a year to view full details.

TOTAL

| YEAR | JOB TITLE | REGULAR | OVERTIME | OTHER | BENEFITS | PAY & BENEFITS |
|---|---|---|---|---|---|---|
| 2025 | Deputy Director, Community Development | $228,786 | $0 | $65,128 | $63,004 | **$356,918** |
| 2024 | Deputy Director, Community Development | $207,093 | $0 | $35,583 | $57,175 | **$299,851** |
| 2023 | Deputy Director, Community Development | $194,867 | $0 | $32,446 | $52,955 | **$280,268** |
| 2022 | Deputy Director, Community Development | $154,510 | $0 | $10,402 | $45,521 | **$210,434** |
| 2021 | Manager, Building & Safety/Chief Building Official | $143,599 | $0 | $10,300 | $50,227 | **$204,125** |
| 2020 | Senior Plan Check Engineer | $130,696 | $0 | $2,695 | $62,121 | **$195,512** |
| 2019 | Senior Plan Check Engineer | $126,021 | $0 | $0 | $33,393 | **$159,414** |
| 2018 | Senior Plan Check Engineer | $118,781 | $0 | $0 | $32,770 | **$151,551** |
| | SENIOR | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2017 | PLAN CHECK ENGINEER | $106,888 | $0 | $1,003 | $44,851 | **$152,742** |
| 2016 | ASSOCIATE PLAN CHECK ENGINEER | $96,156 | $0 | $3,854 | $41,464 | **$141,474** |
| 2015 | ASSOCIATE PLAN CHECK ENGINEER | $58,450 | $0 | $0 | $26,359 | **$84,808** |

## Agency

Irvine                                                      City · 2025

View all 2025 salaries for this agency    →



Transparent California brings transparency to public-sector compensation. Search salaries, pensions, and benefits across government agencies free, open, and accountable to the public.

**Explore**

Salaries

Pensions

Salary Agencies

Pension Agencies

Search

**Salary records by agency type**

Cities

Counties

State of California

University Systems

Community Colleges

K-12 Public Schools

K-12 Charter Schools

Local Services

**Resources**

About

Contact

Blogs

FAQ

Records Request

Donation

© 2026 Transparent California. All rights reserved.          Privacy    Disclaimer

Help Keep Transparent California a Site for the People, Funded by the People. We're only ad-free for 23 more days. Donate today to help keep it that way!

**Donate Now**

 Agencies    Salaries    Pensions    Records Request    News & Updates    Ab

Salaries  >  Irvine  >  2025  >  Samuel N Floyd

# Samuel N Floyd

Strategist

## Salary & Compensation

| BASE PAY | OVERTIME | OTHER PAY |
|---|---|---|
| **$170,985** | **$0** | **$14,166** |

| BENEFITS | PENSION DEBT (UAL) | TOTAL PAY & BENEFITS |
|---|---|---|
| **$47,345** | **$16,075** | **$232,495** |

## Salary History

Samuel N Floyd's compensation at Irvine, year over year. Select a year to view full details.

| YEAR | JOB TITLE | REGULAR | OVERTIME | OTHER | BENEFITS | TOTAL PAY & |
|---|---|---|---|---|---|---|

| YEAR | JOB TITLE | REGULAR | OVERTIME | OTHER | BENEFITS | TOTAL BENEFITS |
|---|---|---|---|---|---|---|
| 2025 | Strategist | $170,985 | $0 | $14,166 | $47,345 | **$232,495** |
| 2024 | Community Development Administrator | $151,296 | $0 | $12,650 | $44,952 | **$208,897** |
| 2023 | Community Development Administrator | $136,101 | $0 | $14,753 | $40,392 | **$191,246** |
| 2022 | Permit Services Supervisor | $121,829 | $0 | $11,393 | $37,670 | **$170,891** |
| 2021 | Permit Services Supervisor | $119,606 | $0 | $12,582 | $45,183 | **$177,372** |
| 2020 | Permit Services Supervisor | $115,315 | $6,885 | $1,887 | $59,671 | **$183,758** |
| 2019 | Senior Construction Inspector | $106,080 | $17,937 | $2,606 | $30,055 | **$156,678** |
| 2018 | Senior Construction Inspector | $103,850 | $10,469 | $0 | $31,892 | **$146,211** |
| 2017 | SENIOR CONSTRUCTION INSPECTOR | $94,285 | $13,497 | $3,500 | $41,528 | **$152,810** |
| 2016 | SENIOR CONSTRUCTION INSPECTOR - TEMPORARY | $81,585 | $12,194 | $3,364 | $37,665 | **$134,808** |
| 2015 | CONSTRUCTION INSPECTOR | $47,818 | $10,578 | $280 | $23,665 | **$82,342** |

Help Keep Transparent California a Site for the People, Funded by the People.
We're only ad-free for 23 more days. Donate today to help keep it that way!

**Donate Now**



Agencies     Salaries     Pensions     Records Request     News & Updates     Ab

Salaries  >  Irvine  >  2025  >  Emmerline Y Kim

# Emmerline Y Kim

Information Specialist Ii

## Salary & Compensation

| BASE PAY | OVERTIME | OTHER PAY |
|----------|----------|-----------|
| **$99,946** | **$360** | **$5,886** |

| BENEFITS | PENSION DEBT (UAL) | TOTAL PAY & BENEFITS |
|----------|--------------------|-----------------------|
| **$21,809** | **$9,433** | **$128,001** |

## Salary History

Emmerline Y Kim's compensation at Irvine, year over year. Select a year to view full
details.

**TOTAL**

| YEAR | JOB TITLE | REGULAR | OVERTIME | OTHER | BENEFITS | PAY & BENEFITS |
|---|---|---|---|---|---|---|
| 2025 | Information Specialist Ii | $99,946 | $360 | $5,886 | $21,809 | **$128,001** |
| 2024 | Information Specialist Ii | $88,578 | $0 | $6,247 | $20,701 | **$115,526** |
| 2023 | Information Specialist Ii | $77,794 | $610 | $4,260 | $18,616 | **$101,280** |
| 2022 | Information Specialist I | $61,778 | $0 | $3,353 | $15,610 | **$80,741** |

## Agency

Irvine                                                        City · 2025

View all 2025 salaries for this agency    →



Transparent California brings transparency to public-sector compensation. Search salaries, pensions, and benefits across government agencies free, open, and accountable to the public.

**Explore**

Salaries

Pensions

Salary Agencies

Pension Agencies

Search

**Salary records by agency type**

Cities

Counties

State of California

University Systems

Community Colleges

K-12 Public Schools

K-12 Charter Schools

Local Services

**Resources**

About

Contact

Blogs

FAQ

Records Request

Donation

© 2026 Transparent California. All rights reserved.          Privacy    Disclaimer