

## Incident Details Report Redaction

**Jeffrey Gu** <jeffwgu@gmail.com>                                         Mon, Jun 15, 2026 at 2:03 PM
To: "Sanders, Jessica" <jsanders@rutan.com>
Cc: "Melching, Jeffrey" <jmelching@rutan.com>, Mike Carroll Web <MikeCarroll@cityofirvine.org>, Kathleen Treseder
Web <KathleenTreseder@cityofirvine.org>, Betty Martinez Franco Web <bettymartinez@cityofirvine.org>, Melinda Liu
Web <MelindaLiu@cityofirvine.org>, "LarryAgran@cityofirvine.org" <LarryAgran@cityofirvine.org>,
"JamesMai@cityofirvine.org" <JamesMai@cityofirvine.org>

I understand, thank you, Ms. Sanders.

On Mon, Jun 15, 2026 at 2:01 PM Sanders, Jessica <jsanders@rutan.com> wrote:

> Good morning Mr. Gu,
>
> Pursuant to the cited section, my office – the City Attorney's office, and specifically myself as a deputy
> to Mr. Melching's capacity as City Attorney is responsible for the redaction.
>
> Thank you
>
> **Jess Sanders**
>
> 18575 Jamboree Road, 9th Floor | Irvine, CA 92612
> O. (714) 641-5100 | D. (714) 662-4617
>
> jsanders@rutan.com | www.rutan.com
>
>
>
> _____
> Privileged And Confidential Communication.
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic
> Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged
> information, and (c) are for the sole use of the intended recipient named above. If you have received this
> electronic message in error, please notify the sender and delete the electronic message. Any disclosure,
> copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, June 15, 2026 10:50 AM
**To:** Sanders, Jessica <jsanders@rutan.com>
**Cc:** Melching, Jeffrey <jmelching@rutan.com>; Mike Carroll Web <MikeCarroll@cityofirvine.org>; Kathleen Treseder Web <KathleenTreseder@cityofirvine.org>; Betty Martinez Franco Web <bettymartinez@cityofirvine.org>; Melinda Liu Web <MelindaLiu@cityofirvine.org>; LarryAgran@cityofirvine.org; JamesMai@cityofirvine.org
**Subject:** Re: Incident Details Report Redaction

Hi Ms. Sanders,

I understand, thank you. Pursuant to Govt Code § 7922.540(b), please provide the names, titles, or positions of each person responsible for the redaction.

-Jeffrey

On Mon, Jun 15, 2026 at 1:35 PM Sanders, Jessica <jsanders@rutan.com> wrote:

Good morning Mr. Gu,

Thank you for your inquiry.  The redacted material was withheld pursuant to Government Code sections 7923.600, Gov. Code, 7927.705 (records prohibited by law from disclosure), and 7922.000.  While the CPRA does not require more specificity than the reasons for the redactions, please be advised that the redacted information is California Law Enforcement Telecommunications System (CLETS) information, which is protected by applicable law and exempt from CPRA disclosure.

Thank you

**Jess Sanders**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4617

jsanders@rutan.com | www.rutan.com



Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, June 15, 2026 9:06 AM
**To:** Sanders, Jessica <jsanders@rutan.com>
**Cc:** Melching, Jeffrey <jmelching@rutan.com>; Mike Carroll Web <MikeCarroll@cityofirvine.org>; Kathleen Treseder Web <KathleenTreseder@cityofirvine.org>; Betty Martinez Franco Web <bettymartinez@cityofirvine.org>; Melinda Liu Web <MelindaLiu@cityofirvine.org>; LarryAgran@cityofirvine.org; JamesMai@cityofirvine.org
**Subject:** Incident Details Report Redaction

Hi Ms. Sanders,

Pursuant to Govt Code § 7922.540 and Irvine Police Department Policy 807.4.1(f), could you please state the justification for the rather large redaction at "07/30/2025 19:04:58" in this Incident Details Report, including the names, titles, or positions of each person responsible for it?

-Jeffrey