**RUTAN**
RUTAN & TUCKER, LLP

Jess Sanders
E-mail: jsanders@rutan.com

June 12, 2026

**VIA E-MAIL**

Jeffrey Gu
jeffwgu@gmail.com
jeffreygu@proffer.info

  Re: Public Records Act Requests Received June 4, June 7, and June 8, 2026

Dear Mr. Gu,

  As you know, this office serves in the capacity of City Attorney for the City of Irvine ("City"), including without limitation the Irvine Police Department ("IPD"). This letter is being sent in response to the above-referenced requests to IPD under the California Public Records Act, Gov. Code, § 7920.000 et seq. (CPRA), which seek the following:

    Request 1: CAD logs associated with Case Number: IPD-25-08420.

    Request 2: Documents or a description of department policy regarding when officers should or should not turn on their body worn cameras for live interactions or phone interactions.

    Request 3: A copy of the Department's Records Maintenance and Release Policy.

  The Incident Report, including logs for IPD Report Number 25-08420 is attached to this correspondence. Requests 2 and 3 are accomplished through the IPD's Department Policy Manual, available here: Documents & Policies | Irvine Police Department. This completes IPD's review and processing of the foregoing requests. Please do not hesitate to contact me if you have any questions.

    Very truly yours,

    RUTAN & TUCKER, LLP

    *Jess Sanders*
    Jess Sanders

JS:js
cc: IPD Custodian of Records and City Clerk (via e-mail only)

Rutan & Tucker, LLP | 18575 Jamboree Road, 9th Floor
Irvine, CA 92612 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | San Francisco | www.rutan.com

2905/048170-0301
23785311.4 a06/12/26



# Irvine Police Department

**1 Civic Center Drive**
**P.O. Box 19575, Irvine, California 92623-9575**
**949-724-7000 Email: ipd@irvinepd.org**

## Incident Details Report

**Incident Number: 250716188**

**Incident Status: Closed**

**Incident Date: 07/30/2025 18:20:43**

**Last Updated: 07/30/2025 22:47:25**

### INCIDENT INFORMATION

| | | | |
|---|---|---|---|
| **Incident Type Code:** | INCRPT | **Incident Type Description:** | INCIDENT REPORT |
| **Priority:** | 3 | **Incident Status:** | Closed |
| **Created By Name:** | Medina, Adrianna | **Created by Agency/Userid:** | IPD/13907 |
| **Modifying Circ:** | | **Dispositions:** | RTF |
| **Report Numbers:** | IPD-25-08420 (IPD) | | |

### LOCATION INFORMATION

| | | | |
|---|---|---|---|
| **Location Name:** | IPD | **Building:** | |
| **Address:** | 1 CIVIC CENTER PLAZA | **Apartment:** | |
| **City:** | IRVINE | **Cross Street:** | |
| **Area:** | UNIVS | **Sector:** | 1 |
| **Beat:** | 226 | **Reporting District:** | |
| **Latitude:** | 33.68652731 | **Longitude:** | -117.82675393 |

### CALLER INFORMATION

| | | | |
|---|---|---|---|
| **Caller Name:** | | **Caller Phone Number:** | |
| **Caller Location:** | | **Caller City:** | |
| **Contact Caller:** | May | **Call Source:** | PHONE |

### INCIDENT TIMES

| EVENT: | DATE TIME: | USER: | EVENT: | ELAPSED TIME: |
|---|---|---|---|---|
| ANI/ALI Received: | | | Call Received to Pickup: | N/A |
| Phone Pickup: | | | Call Received to Created: | N/A |
| Incident Created: | 07/30/2025 18:20:43 | IPD/13907 | Call Received to 1st Dispatch: | N/A |
| 1st Unit Dispatched: | 07/30/2025 18:20:43 | IPD/13907 | Inc Created to 1st Dispatch: | 0:00:00 |
| 1st Unit Enroute: | 07/30/2025 18:23:00 | IPD/13907 | 1st Dispatch to 1st Enroute: | 0:02:17 |
| 1st Unit Arrived: | 07/30/2025 18:35:35 | IPD/13907 | 1st Enroute to 1st Arrived: | 0:12:35 |
| Route Closed: | 07/30/2025 22:47:25 | IPD/757 | Inc Created to Closed: | 4:26:42 |

### ASSIGNED UNITS

| Pri | UNIT: | CAR: | DISPATCHED: | ENROUTE: | ARRIVED: | CLEARED: | DISPOSITION(S) |
|---|---|---|---|---|---|---|---|

* IPD/D34    17    07/30/2025 18:20:43    07/30/2025 18:23:00    07/30/2025 18:35:35   07/30/2025 22:47:25   RTF

## ASSIGNED PERSONNEL

| UNIT: | OFFICERID: | OFFICER NAME: |
|---|---|---|
| IPD/D34 | 671 | Rakic, Miljan |
| IPD/D34 | 757 | Olague, Emma |

## INCIDENT COMMENTS

| DATE TIME: | USERID: | COMMENTS: |
|---|---|---|
| 07/30/2025 18:20:43 | 13907 | ENR TO 3408 LAVENDER LANE, COSTA MESA |
| 07/30/2025 18:54:24 | 14043 | INC RPT (IPD/D34) |
| 07/30/2025 19:03:07 | 10890 | JEFFREY GU - 129 OAKSTONE - 11/2024-05/2025 ▮▮▮▮ |
| 07/30/2025 19:04:58 | 10890 |  |
| 07/30/2025 19:05:35 | 10890 | Pers 1\|GU, JEFFREY: T30 UTL CA // VALID WI |
| 07/30/2025 19:06:49 | 10890 | ACARDS AT 129 OAKSTONE -- CIT CTC REF 586 AND A 586 |
| 07/30/2025 19:06:50 | 10890 | BACK IN 2024 |
| 07/30/2025 19:45:09 | 14043 | 129 OAKSTONE (IPD/D34) |
| 07/30/2025 19:45:19 | 14043 | FOLLOWUP (IPD/D34) |
| 07/30/2025 20:09:19 | 14043 | 98 AT THE LOC/ ENR 156 CREATION (IPD/D34) |
| 07/30/2025 20:09:57 | 10890 | NEG ACARDS AT 156 CREATION // DOESN'T GEO IN OUR SYSTEM // LOOKS LIKE A NEW BRAND NEW BUILD |

## PRE-SCHEDULED INFORMATION

## ADDRESS CHANGES

## PRIORITY CHANGES

## INCIDENT TYPE CHANGES

| DATE TIME: | USERID: | FROM: | TO: |
| --- | --- | --- | --- |
| 07/30/2025 18:54:28 | IPD/14043 | CITIZEN | INCRPT |