Case No. 1:25-cv-02884-PAB-CYC    Document 93    filed 11/24/25    USDC Colorado
Case 8:25-cv-02134-VBF-DSR    Document 17-1    Filed 07/28/26    Page 1 of 2    Page
ID #:10654

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02884-PAB-CYC

TOLL BROTHERS, INC., a Delaware Corporation;
TOLL SOUTHWEST LLC, a Delaware Limited Liability Company; and
TB PROPRIETARY CORP., a Delaware Corporation;

      Plaintiffs,

v.

JEFFREY GU, an individual,

      Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP., a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company.

      Nominal Defendants.

---

## MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on November 24, 2025.**

      Before the Court are three motions. In the first, the plaintiffs ask the Court to review Defendant Jeffrey Gu's answer and counterclaims under D.C.COLO.LCivR 8.1 and seek an extension of their deadline to respond to the counterclaims. ECF No. 28. The second is like it; third-party defendant New Home Company, Inc. asks for a similar review and extension of its deadline to respond to the counterclaims. ECF No. 85. While an answer is a pleading, Fed. R. Civ. P. 7(a)(2), the Clerk of the Court has informed the undersigned that Local Rule 8.1(a) cannot be invoked in this way. These motions, ECF Nos 28, 85, are therefore **DENIED in part** insofar as they seek relief under that local rule. They are **GRANTED** to the extent they seek extensions of time to respond to the counterclaims. Accordingly, it is hereby ORDERED that the plaintiffs/counterclaim defendants and third-party defendant New Home Company, Inc. shall respond to Defendant Gu's counterclaims **on or before December 15, 2025**.



Case No. 1:25-cv-02884-PAB-CYC    Document 93    filed 11/24/25    USDC Colorado
Case 8:25-cv-02134-VBF-DSR    Document 21    Filed 07/28/26    Page 2 of 2    Page
ID #:10655

The third motion is the plaintiffs' Request for a Status Conference, ECF No. 64, which the Court will grant in part. Accordingly, it is further ORDERED that the plaintiffs' Request for Status Conference is **GRANTED in part**. It is further ORDERED that the Scheduling Conference set on December 10, 2025 at 10:00 a.m. is **CONVERTED** to a Status Conference and the deadline for filing a proposed Scheduling Order is **VACATED**.