Case No. 1:25-cv-02884-CYC    Document 36    filed 10/13/25    USDC Colorado    pg 1
Case 8:25-cv-02134-VBF-DSR    Document 279-2    Filed 07/28/26    Page 1 of 2    Page
ID #:10656

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware
corporation; TOLL SOUTHWEST LLC, a
Colorado limited liability company and TB
PROPRIETARY CORP., a Delaware Corporation

       Plaintiffs,

v.

JEFFREY GU, an individual; TOLL BROTHERS
LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado
Limited Liability Company; TOLL
ARCHITECTURE LLC, a Colorado Limited
Liability Company; TOLL HOLDINGS LLC, a
Colorado Limited Liability Company; TB
PROPRIETARY CORP., a Colorado
Corporation;  TOLL ARCHITECTURE, INC, a
Colorado Corporation; TOLL BROTHERS, INC,
a Colorado Corporation; and TOLL
SOUTHWEST LLC, a Wisconsin Limited Liability
Company

       Defendants,

---

## CORPORATE DISCLOSURE STATEMENT – TB PROPRIETARY CORP.

---

Plaintiff, TB Proprietary Corp., by and through its counsel, FOX ROTHSCHILD LLP,

hereby make the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. In accordance with Fed. R. Civ. P. 7.1(a)(1), TB Proprietary Corp. is a non-

governmental corporate party and its parent company is Toll Holdings, Inc. No publicly

held corporation directly owns a 10% or more interest TB Proprietary Corp., although

ultimately, TB Proprietary Corp. is owned by Toll Brothers, Inc., which is publicly traded.



2. In accordance with Fed. R. Civ. P. 7.1(a)(2), TB Proprietary Corp. is a corporation under the laws of Delaware and has a principal place of business in Fort Washington, PA. TB Proprietary Corp. is a citizen of Delaware and Pennsylvania for purposes of diversity jurisdiction.

Dated October 13, 2025.                    Respectfully submitted,

                                           Fox Rothschild, LLP

                                           */s/ Henry M. Baskerville*
                                           Henry M. Baskerville
                                           Kiana J. Rugar
                                           1225 17th St., Suite 2200
                                           Denver, CO  80202
                                           303-292-1200
                                           hbaskerville@foxrothschild.com
                                           krugar@foxrothschild.com

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2025, a true and correct copy of the foregoing was e-filed via CM/ECF to all counsel of record.

                                           */s/ Rho Rudolph*
                                           Rho Rudolph