| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **To:** | COD_ENotice@cod.uscourts.gov |
| **Subject:** | [EXT] Activity in Case 1:25-cv-02884-PAB-CYC Toll Brothers, Inc. et al v. Gu et al Order on Motion for Default Judgment |
| **Date:** | Wednesday, November 19, 2025 11:14:40 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/19/2025 at 11:14 AM MST and filed on 11/19/2025

| | |
|---|---|
| **Case Name:** | Toll Brothers, Inc. et al v. Gu et al |
| **Case Number:** | 1:25-cv-02884-PAB-CYC |
| **Filer:** | |
| **Document Number:** | 83(No document attached) |

**Docket Text:**
**ORDER by Chief Judge Philip A. Brimmer on 11/19/2025. Per the Clerk's Note Regarding Default, Docket No. [82], [47] Motion for Default Judgment, [50] Motion to Strike, and [51] Motion to Set Aside are DENIED as moot. Text Only Entry(pabsec, )**


**1:25-cv-02884-PAB-CYC Notice has been electronically mailed to:**

D. Scott Slawson    scott@mcdonoughlawllc.com, dana@mcdonoughlawgroup.com, ghandia@mcdonoughlawllc.com, lorelei@mcdonoughlawllc.com, scott.slawson@outlook.com

Henry M. Baskerville    hbaskerville@foxrothschild.com, ashaffer@foxrothschild.com, krugar@foxrothschild.com, rgomez@foxrothschild.com, rrichmeier@foxrothschild.com, rrudolph@foxrothschild.com

Melanie S. Woodfin    mwoodfin@phlklaw.com

Jeffrey Gu    jeffwgu@gmail.com, 1651707420@filings.docketbird.com

**1:25-cv-02884-PAB-CYC Notice has been mailed by the filer to:**

