UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GU,

          Plaintiff,

    v.

CITY OF IRVINE, et al.,

          Defendants.

Case No. 8:25-cv-02134-VBF-DSR

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE TOLL BROTHERS DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(1)**

Hearing Date: August 18, 2026
Hearing Time: 10:00 a.m.
Courtroom: 10C
Judge: Hon. Daniel S. Roberts

    The Court, having considered Plaintiff Jeffrey Gu's Motion to Strike Toll Brothers Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) (ECF 155), Toll Brothers Defendants' Opposition thereto, and all supporting papers, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (ECF 155) is **DENIED**.

188017731.1

**IT IS FURTHER ORDERED** that Toll Brothers Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (ECF 149) shall remain on the Court's calendar for hearing on August 11, 2026, and shall be adjudicated on the merits.

DATED: _____, 2026

_____
HON. DANIEL S. ROBERTS
United States Magistrate Judge

2