# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GU | CASE NUMBER: |
| PLAINTIFF(S) | 8:25−cv−02134−VBF−DSR |
| v. | |
| CITY OF IRVINE, et al. | |
| DEFENDANT(S) | **NOTICE OF FILING OF<br>MAGISTRATE JUDGE'S REPORT<br>AND RECOMMENDATION** |

TO:    All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on  August 10, 2026  .

Any party having Objections to the Report and Recommendation and/or order shall, not later than  August 24, 2026  , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable  Magistrate Judge Daniel S. Roberts  . A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated:  August 10, 2026       By:  /s/ *Leah M Krivitsky*
                                        Deputy Clerk

M−51A (12/09)        **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**