UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  8:25-cv-2134 VBF (DSR)                                   Date: August 12, 2026

Title     JEFFREY GU v. CITY OF IRVINE, et al.


Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge


| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |


**Proceedings:**          (IN CHAMBERS) **ORDER CONTINUING MOTION HEARINGS**

Several motion hearings in the above-captioned case are presently on the Court's calendar spread over the next several weeks.  In the interest of efficient use of the Court's and the parties' time, and to minimize the amount of travel necessary to attend such hearings, the Court hereby consolidates those various matters to a single hearing date as follows:

1.  The hearing on the Special Motion to Strike or in the Alternative to Dismiss (Doc. No. 151) and the Motion to Compel Arbitration (Doc. No. 152), both by Defendants Risewell Homes, TNHC Realty and Construction, and The New Home Company Southern California (hereinafter the "New Home Defendants"), presently set for hearing on August 18, 2026, is hereby CONTINUED to September 1, 2026; at 10:00 a.m.,

2.  The Motion to Dismiss (Doc. No 174) by Defendants Jeffrey Melching and Jessica Sanders, presently set for hearing on August 25, 2026, is hereby CONTINUED to September 1, 2026, at 10:00 a.m., and

3.  The Special Motion to Strike (Doc. No. 167) and Motion to Dismiss (Doc. No. 168), both by Defendant Bert L. Howe and Associates, will remain on calendar for hearing on September 1, 2026.

Unless the Court subsequently determines that oral argument would not be helpful on one or more of these motions, and therefore vacates the hearing as to that motion, the Court intends

---

CV-90 (03/15)                        Civil Minutes – General                        Page **1** of **2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  8:25-cv-2134 VBF (DSR)                                           Date: August 12, 2026

Title        JEFFREY GU v. CITY OF IRVINE, et al.


to proceed with the hearing <u>in person</u> in Courtroom 690 in the Roybal Federal Courthouse. Requests to appear by videoconference will not be granted absent <u>compelling and unavoidable</u> cause.  If one or more parties are not able to appear in person at 10:00 a.m. on September 1, 2026, for the hearing on these motions, the parties are ordered to meet and confer on a mutually acceptable date on the Court's law-and-motion calendar to continue the hearing on <u>all</u> of these motions and submit a written stipulation to that effect for the Court's approval.  Any such stipulation must be submitted no later than August 25, 2026.


**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |