UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  8:25-cv-2134 VBF (DSR)                                        Date: August 12, 2026

Title     JEFFREY GU v. CITY OF IRVINE, et al.

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PLAINTIFFS' STATE-LAW CLAIMS AGAINST THE NEW HOME DEFENDANTS AND DEFENDANT BERT L. HOWE AND ASSOCIATES SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT-MATTER JURISDICTION**

The Court notes that Risewell Homes, TNHC Realty and Construction, and The New Home Company Southern California (hereinafter the "New Home Defendants") and Bert L. Howe and Associates are named only in Plaintiff's state-law causes of action in the Second Amended Complaint for violation of California's Bane Act and Ralph Act, for which Plaintiff relies on this Court's supplemental jurisdiction under 28 U.S.C. § 1367.  While none of those Defendants have addressed this Court's subject-matter jurisdiction over those claims against them in their respective pending motions to dismiss, "[e]ven when neither party has raised an objection to a federal court's subject-matter jurisdiction, the court has an obligation to consider the issue sua sponte, and to consider it fully." Demery v. Kupperman, 735 F.2d 1139, 1149, n. 8 (9th Cir. 1984) (citing Chicago, Burlington and Quincy Railway Co. v. Willard, 220 U.S. 413, 418-22 (1981)).

The Court has a substantial question of whether Plaintiff's state-law claims against these Defendants are so related to his federal claims against other named Defendants that they form part of the same case or controversy under Article III of the United States Constitution, and thus

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:25-cv-2134 VBF (DSR)                              Date: August 12, 2026

Title      JEFFREY GU v. CITY OF IRVINE, et al.

whether this Court has supplemental jurisdiction over the claim against the New Home Defendants or Bert L. Howe and Associates.

Plaintiff, the New Home Defendants, and Defendant Bert L. Howe and Associates are therefore ORDERED TO SHOW CAUSE why Plaintiff's state-law causes of action against those Defendants should not be dismissed for lack of subject-matter jurisdiction, i.e., whether Plaintiff's Bane Act and Ralph Act claims, as against each of those Defendants, share a "common nucleus of operative fact" with Plaintiff's federal claims underpinning his invocation of this Court's original jurisdiction under 28 U.S.C. § 1331.

Each side's briefing initial response to the OSC is to be submitted no later than Wednesday, August 19, 2026.  Each side may then file a rebuttal, addressing only those points raised in the other side's OSC response, no later than Tuesday, August 25, 2026.  No surrebuttal is permitted.  Each brief is limited to 1,400 words, and the parties are reminded of the requirement under Local Rule 11-6.2 to include on the last page of each such brief a certification of the word count.  Briefs exceeding this word limit will be stricken.

The Court will then consider the parties' written submissions, and if necessary, hear oral argument on the question at the September 1, 2026, hearing on the various pending motions.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |