THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

JEFFREY GU, an individual,

Plaintiff,

vs.

CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,

Defendants.

Case No.: 8:25-CV-02134-VBF-DSR

*[Assigned for all purposes to Magistrate Daniel S. Roberts]*

**DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. CIV. PROC. 201 IN SUPPORT OF REPLY BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE FILED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16, ET SEQ.**

**Date:** **September 1, 2026**
**Time:** **10:00 a.m.**
**Dept:** **Courtroom 690 – Roybal Federal Building**

Action Filed: October 8, 2025

Pursuant to Federal Rules of Civil Procedure Rule 201, Defendant Bert L. Howe & Associates, Inc. respectfully request that the Court take judicial notice of the following document in support of its Reply Brief filed in Support of Defendant's Special Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16, et. seq.:

1. Exhibit 8: Docket 186 - Report and Recommendation issued by the Honorable Cyrus Y. Chung, United States Magistrate Judge, on August 12, 2026, in the Colorado District Court case entitled *Toll Brothers, Inc., v. Jeffrey Gu, Case Number* 1:25-cv-02994-PAB-CYC (Dkt. 189).

2. Exhibit 9: Docket 187 – Notice of Voluntary Dismissal in the action entitled *Toll Brothers, Inc., v. Jeffrey Gu, Case Number* 1:25-cv-02994-PAB-CYC (Dkt. 189).

Defendant BHA numbered these exhibits consecutively from the exhibits contained in its moving papers.

DATED: August 18, 2026

THE KNEAFSEY FIRM, INC.

By *Sean M. Kneafsey*

SEAN M. KNEAFSEY
Attorney for Defendant
BERT L. HOWE & ASSOCIATES, INC.