**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jeffrey Gu,**<br>**Plaintiff**<br>**v.**<br>**City of Irvine et al,**<br>**Defendants.** | **Case No.: 8:25-cv-02134-VBF-DSR**<br><br>**NOTICE OF NON-OPPOSITION** |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION**

**IN RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Jeffrey Gu, proceeding pro se, hereby submits this Notice of Non-Opposition in response to the Court's Order to Show Cause regarding subject-matter jurisdiction over the state-law claims asserted against defendants Risewell Homes, TNHC Realty and Construction, and The New Home Company Southern California and Bert L. Howe & Associates, Inc. See Doc. No. 189.

Plaintiff does not oppose the Court exercising its discretion under 28 U.S.C. § 1367 to decline supplemental jurisdiction over the state-law claims asserted against said private defendants and dismissing those claims without prejudice. The reasons will likely be similar to the ones stated for the Toll Brothers Defendants in Magistrate Judge Roberts' Report & Recommendation. See Doc. No. 184.

Respectfully submitted,

August 19, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548

## CERTIFICATE OF COMPLIANCE

The undersigned, Plaintiff Jeffrey Gu, certifies that this memorandum contains 116 words, which complies with the word limit of L.R. 11-6.1.

August 19, 2026

Jeffrey Gu, Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548