THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

THE LAW OFFICES OF JEREMY PASTERNAK, A.P.C.
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
MARGARET P. CROWLEY (SBN 358812)
mc@pasternaklaw.com
100 Bush Street, Suite 1580
San Francisco, California 94104
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

JEFFREY GU, an individual,

Plaintiff,

vs.

CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE & JOHN DOE (1-10); THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA LLC; TNHC REALTY AND CONSTRUCTION INC.; BERT L. HOWE & ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPERITEARY CORP.; TOLL SOUTHWEST LLC,

Defendants.

Case No.: 8:25-CV-02134-VBF-DSR

*[Assigned for all purposes to Magistrate Daniel S. Roberts]*

**DEFENDANT BERT L. HOWE & ASSOCIATES, INC.'S REBUTTAL TO PLAINTIFF JEFFREY GU'S RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFFS' STATE-LAW CLAIMS AGAINST THE NEW HOME DEFENDANTS AND DEFENDANT BERT L. HOWE AND ASSOCIATES SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT-MATTER JURISDICTION**

**Date:** **September 1, 2026**
**Time:** **10:00 a.m.**
**Dept:** **Courtroom 690 – Roybal Federal Building**

Action Filed: October 8, 2025

Defendant Bert L. Howe and Associates ("BHA") provides the Court with its rebuttal to Plaintiff Jeffrey Gu's initial response to the Order to Show Cause dated August 12, 2026, as to why this case should not be dismissed for lack of subject matter jurisdiction. (Dkt. 193).

Plaintiff's initial response to the Court's Order to Show Cause raises no new facts or arguments which would warrant BHA's response. Plaintiff states that he "does not oppose the Court exercising its discretion under 28 U.S.C. § 1367 to decline supplemental jurisdiction over the state law claims asserted . . ." (Dkt. 193).

BHA therefore relies on its prior submission and respectfully reiterates its position that the Court should exercise supplemental jurisdiction over the state law claims brought against it. (Dkt. 192).

For the reasons already set forth in BHA's initial response, the Court may properly exercise supplemental jurisdiction because a common nucleus of operative fact exists between the state and federal law claims and doing so would be in the interest of judicial economy and convenience. Here, BHA has now fully briefed two anti-SLAPP Motions and two Motions to Dismiss. It would be a waste of judicial resources for these issues to be re-litigated in state court.

DATED: August 24, 2026 THE KNEAFSEY FIRM, INC.

By *Sean M. Kneafsey*

SEAN M. KNEAFSEY
Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Bert L. Howe and Associates, certifies that this response contains 204 words, which complies with the word limit of set by court order dated August 12, 2026.

DATED: August 24, 2026

THE KNEAFSEY FIRM, INC.

By /s/ Sean M. Kneafsey

SEAN M. KNEAFSEY
Attorneys for Defendant
BERT L. HOWE & ASSOCIATES, INC.