UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134 VBF (DSR) Date: August 27, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER FURTHER CONTINUING MOTION HEARINGS**

On August 12, 2026, the Court issued an Order noting that several motion hearings in the above-captioned case were then on the Court's calendar spread over several weeks, and in the interest of efficient use of the Court's and the parties' time, and to minimize the amount of travel necessary to attend such hearings, consolidated those various motions to a single hearing date on September 1, 2026. See Doc. No. 188. The Court further noted its intent to proceed with the hearing in person, unless it subsequently determined that oral argument would not be helpful on one or more of these motions and took such motions off calendar. Recognizing, however, that the Court selected that September 1st date without input from the various parties, the Court also noted in that Order that if one or more parties are unable to appear in person at 10:00 a.m. on September 1, 2026, the parties could meet and confer on a mutually acceptable date to hear all of the pending motions and submit a written stipulation to that effect for the Court's approval. Id.

On August 20, 2026, the Court received from counsel for Defendants Sanders and Melching (copied to all other parties) an email message indicating that neither he nor his partner were available for a hearing on September 1st, and that the parties were unable to agree to alternative proposed dates of September 8th or September 15th. The email represents that Plaintiff responded he "[is] and will be outside California on extended travel throughout the upcoming fall calendar [and] will be unavailable" for an in-person hearing on September 15th,

and that counsel for the New Home Defendants is unavailable on September 8th. Counsel for Defendants Sanders and Melching therefore requested that, if the Court still requires oral argument on their motion, that it be continued to either September 8 or 15th, or in the alternative, their counsel be permitted to appear by videoconference at the September 1st hearing. No alternative dates were provided on which all parties and counsel could attend.

The Court does desire to have oral argument on Defendants Sanders and Melching's motion, and for reasons previously stated in this case, desires appearances in person. In light of the fact that at least one party is reportedly unavailable on September 1 (Sanders and Melching), September 8 (New Home), and September 15 (Plaintiff), the Court hereby continues all hearings set in this case for September 1st to **September 22, 2026 at 10:00 a.m.** Personal appearance at the hearing is still required.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK