UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134 VBF (DSR) Date: September 18, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RE MOTIONS CALENDARED FOR HEARING ON SEPTEMBER 22, 2026**

The Court is concurrently herewith issuing its Report and Recommendation on the following Motions calendared for hearing on September 22, 2026: (1) the Risewell Defendants' Special Motion to Strike or Alternatively to Dismiss (Doc. No. 151), (2) the Risewell Defendant's Motion to Compel Arbitration (Doc. No. 152), (3) Defendant Bert L. Howe & Associates' Special Motion to Strike (Doc. No. 167), and (4) Defendant Bert L. Howe & Associates' Motion to Dismiss (Doc. No. 168). The hearing on those Motions is therefore VACATED. See Local Rule 7-15.

The pending Motion to Dismiss by Defendants Jeffrey Melching and Jessica Sanders (Doc. No. 174) remains on calendar for hearing on September 22nd, however. Plaintiff has requested to appear at the hearing by videoconference due to the cost of travel to court for this hearing. As the Court has already indicated on several occasions, the Court strongly prefers that oral argument on substantive motions be conducted in person, and absent an adequate showing of good cause, will not hear argument on such matters by videoconference or other remote means. Travel expense by itself, does not constitute good cause, especially in light of the fact that Plaintiff chose this forum for his lawsuit and that the Court has already considered Plaintiff's unavailability on September 15th due to his travel schedule in setting this hearing instead on September 22nd.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134 VBF (DSR) Date: September 18, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

Anyone wishing to argue at the hearing must appear at the hearing in person. Any party or counsel who does not wish to make oral argument (or respond to the oral arguments from the other side), need not appear, and the Court will consider that party's position on the basis of all papers timely filed with the Court.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK