UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02134-VBF-DSR Date: September 22, 2026

Title Jeffrey Gu v. City of Irvine, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | CS 09/22/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| Jeffrey Gu, *Pro Se* | Ira G. Rivin |

**Proceedings:** **DEFENDANTS JEFFREY MELCHING AND JESSICA SANDERS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. NO. 174)**

Case is called. The parties state their appearances for the record. Plaintiff Jeffrey Gu appears as an attendee via Zoom videoconference. Ira Rivin, on behalf of Defendants Melching and Sanders, appears in person.

The Court confers with counsel and takes the matter under submission.

| | |
|---|---|
| | 1:00 |
| **Initials of Preparer** | LK |