**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY GU,

Plaintiff,

v.

CITY OF IRVINE, et al.,

Defendants.

No. 8:25-cv-2134-VBF (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE ON TOLL BROTHERS DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. NO. 149)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion by Defendants Toll Brothers Inc., TB Proprietary Corp., and Toll Southwest LLC (collectively "Toll Brothers Defendants") to Dismiss Plaintiff's Second Amended Complaint and Plaintiff's Opposition thereto, the records and files herein, and the Report and Recommendation of the United States Magistrate Judge on that motion. No objections to that Report and Recommendation have been received.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Toll Brothers Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED, without leave to amend, and Plaintiff's claim against Defendants Toll Brothers, Inc., Toll Southwest, LLC, and TB Proprietary Corp. is DISMISSED for lack of subject-matter jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: October 20, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE