BORDIN SEMMER LLP
Joshua Bordin-Wosk, State Bar No. 241077
jbordinwosk@bordinsemmer.com
Justin F. Spearman, State Bar No. 305785
jspearman@bordinsemmer.com
Erick Diaz, State Bar No. 351606
ediaz@bordinsemmer.com
101 Continental Blvd., Suite 700
El Segundo, CA 90245
Phone: (323) 457-2110
Fax: (323) 457-2120
Attorneys for Defendants,
CITY OF IRVINE, TRINITY PHAM, WILLIAM GO,
KALVIN ALVAREZ, AND EMMA OLAGUE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY GU, an individual,

Plaintiff,

v.

CITY OF IRVINE; JESSICA SANDERS; JEFFREY MELCHING; TRINITY PHAM; WILLIAM GO; IRVINE POLICE DEPARTMENT; OFFICERS JANE AND JOHN DOE 1-10; THE NEW HOME COMPANY, INC.; THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC; TNHC REALTY AND CONSTRUCTION, INC.; BERT L. HOWE AND ASSOCIATES, INC.; TOLL BROTHERS, INC.; TB PROPRIETARY CORP.; TOLL SOUTHWEST, LLC; and DOES 1 to 25, inclusive,

Defendants.

**Case No.: 8:25-cv-02134-VBF-DSR**

**DEFENDANTS CITY OF IRVINE'S, TRINITY PHAM'S, WILLIAM GO'S, KALVIN ALVAREZ'S, AND EMMA OLAGUE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

**[*Exempt from filing fee due to Government Code Section 6103*]**

Complaint Filed: September 19, 2025
SAC Filed: June 15, 2026

**Hearing**
Date: TBD
Time: TBD
Judge: Hon. Valerie Baker Fairbank

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on a date and time to be determined in the courtroom of the Honorable District Judge Valerie B. Fairbank of the Central District of California, located at 350 W. 1st Street, Los Angeles, California, defendants City of Irvine ("Irvine"), Trinity Pham, William Go, Kalvin Alvarez, and Emma Olague (collectively "Defendants") will and hereby do move this Court for judgment on the pleadings in favor of Defendants pursuant to Federal Rules of Civil Procedure, Rule 12(c).

This Motion is made on the grounds that Plaintiff's Second Amended Complaint fails to state facts sufficient to constitute a cause of action against Defendants.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently with this Motion; and the Declaration of Justin Spearman filed concurrently with this Motion; and such other and further papers, evidence, and argument as may be submitted in connection with this Motion and all matters judicially noticeable therefrom.

This Motion is made following the conference of counsel pursuant to Local Rule 7- 3 which took place on November 2 and November 3, 2026, via email and telephone conference.

Dated: November 18, 2026

BORDIN SEMMER LLP

By: ____________________

Joshua Bordin-Wosk
Justin F. Spearman
Erick Diaz
Attorneys for Defendants,
CITY OF IRVINE, TRINITY PHAM, WILLIAM GO, KALVIN ALVAREZ, and EMMA OLAGUE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 101 Continental Boulevard, Suite 700, El Segundo, CA 90245.

On November 18, 2026, I served the within document(s) described as:

**DEFENDANTS CITY OF IRVINE'S, TRINITY PHAM'S, WILLIAM GO'S, KALVIN ALVAREZ'S, AND EMMA OLAGUE'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS CITY OF IRVINE'S, TRINITY PHAM'S, WILLIAM GO'S, KALVIN ALVAREZ'S, AND EMMA OLAGUE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**DECLARATION OF JUSTIN SPEARMAN IN SUPPORT OF DEFENDANTS CITY OF IRVINE'S, TRINITY PHAM'S, WILLIAM GO'S, KALVIN ALVAREZ'S, AND EMMA OLAGUE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF IRVINE'S, TRINITY PHAM'S, WILLIAM GO'S, KALVIN ALVAREZ'S, AND EMMA OLAGUE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☒ (BY ELECTRONIC MAIL/ECF) I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be Served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on November 18, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Erin M. Woodard ______________________ *Erin M. Woodard* ______________________

**Jeffrey Gu v. City of Irvine, et al.**
**Case No. 8:25-cv-02134-VBF-DSR**

**CLIENT: CITY OF IRVINE**
**FILE NO.: 3901.189**

## SERVICE LIST

| | |
|---|---|
| Jeffrey Gu<br>Pro Se<br>2332 N. Clay St., Apt. 3<br>Denver, CO 80211<br><br>Tel: 702) 593-1548<br>Fax: ( )<br>Email: jeffwgu@gmail.com<br><br>*Pro Se* | Ira G. Rivin<br>RUTAN AND TUCKER LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br><br>Tel.: (714) 641-5100<br>Fax.: (714) 546-9035<br>Email: irivin@rutan.com<br><br>*Attorneys for Defendant,*<br>*JESSICA SANDERS, JEFFREY MELCHING* |
| Ira David Lebovic<br>Melanie Suzanne Woodfin<br>PLANTE HUGUENIN LEBOVIC KAHN LLP<br>18100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br><br>Tel: (949) 271-8700<br>Fax: ( )<br>Email: ilebovic@phlklaw.com<br><br>*Lead Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* | Brian C. Plante<br>GREEN AND HALL<br>1851 E. First Street, 10th Floor<br>Santa Ana, CA 92705<br><br>Tel: (714) 918-7000<br>Fax: (714) 918-6996<br>Email: bplante@phlklaw.com<br><br>*Attorneys for Defendant,*<br>*THE NEW HOME COMPANY, INC., THE NEW HOME COMPANY SOUTHERN CALIFORNIA, LLC, TNHC REALTY AND CONSTRUCTION, INC.* |

| | |
|---|---|
| Sean M. Kneafsey<br>KNEAFSEY FIRM, INC.<br>707 Wilshire Blvd., Suite 3700<br>Los Angeles, CA 90017<br><br>Tel: (213) 892-1200<br>Fax: (213) 892-1208<br>Email: skneafsey@kneafseyfirm.com<br><br>*Lead Attorney for Defendant,*<br>*BERT L. HOWE AND ASSOCIATES, INC.* | Jeremy D. Pasternak<br>Margaret Patricia Crowley<br>LAW OFFICES OF JEREMY PASTERNAK<br>100 Bush Street, Suite 1580<br>San Francisco, CA 94104<br><br>Tel: (415) 693-0300<br>Fax: (415) 693-0393<br>Email: jdp@pasternaklaw.com<br>mc@pasternaklaw.com<br><br>*Attorneys for Defendant,*<br>*BERT L. HOWE AND ASSOCIATES, INC.* |
| Henry M. Baskerville<br>FOX ROTHSCHILD LLP<br>1225 17th St., Suite 2200<br>Denver, CO 80202<br><br>Tel: (303) 292-1200<br>Fax: (303) 292-1300<br>Email: hbaskervill@foxrothschild.com<br><br>*Pro Hac Vice Attorney for Defendant,*<br>*TOLL BROTHERS, INC., TB PROPRIETARY CORP., and TOLL SOUTHWEST LLC* | Jeff H. Grant<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br><br>Tel: (310) 598-4150<br>Fax: (310) 556-9828<br>Email: jgrant@foxrothschild.com<br><br>*Attorney for Defendant,*<br>*TOLL BROTHERS, INC., TB PROPRIETARY CORP., and TOLL SOUTHWEST LLC* |