**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY GU,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF IRVINE, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cv-02134-VBF-DSR<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Failure to comply with Local Rule 6-1.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Defendants City of Irvine's, Trinity Pham's, William Go's, Kalvin Alvarez's, and Emma Olague's Notice of Motion and Motion for Judgment on the Pleadings (Doc. No. 204) | 11/18/2026 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

November 19, 2026
Date

Dan Roberts
Daniel S. Roberts, United States Magistrate Judge