UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134-VBF (DSR) Date: November 24, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RESETTING HEARING ON CITY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. NO. 206)**

On January 16, 2026, Defendants City of Irvine (including its Police Department), Trinity Pham, and William Go ("City Defendants") filed their Motion to Set Aside Entry of Default (Doc. No. 100). Notwithstanding the referral of this case to the assigned Magistrate Judge "to consider preliminary matters and conduct all further hearings as may be appropriate or necessary," see Doc. No. 7, they noticed that Motion for hearing before the assigned District Judge, and therefore did not specify a hearing date (as per the District Judge's Procedures & Schedules). Rather than striking the Motion and requiring those Defendants to re-file it with a proper notice of motion specifying a hearing date before the Magistrate Judge, the Court instead sua sponte placed the Motion to Set Aside Entry of Default on the above-referenced Magistrate Judge's calendar. See Doc. No. 102. The Magistrate Judge then issued a Report and Recommendation to grant that Motion to Set Aside Default and permit the City Defendants to answer the then-operative First Amended Complaint. See Doc. No. 112. The assigned District Judge subsequently accepted and adopted that Report and Recommendation and the City Defendants filed their Answer to the First Amended Complaint on April 27, 2026. See Doc. Nos. 115, 118.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134-VBF (DSR) Date: November 24, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

All parties, including the City Defendants then stipulated to leave for Plaintiff to file a Second Amended Complaint. See Doc. No. 128. On June 15, 2026, Plaintiff filed his Second Amended Complaint, which added City Employees Emma Olague and Kalvin Alvarez as Defendants to this case. See Doc. No. 130. The City Defendants (now including Emma Olague and Kalvin Alvarez), filed their Answer to the Second Amended Complaint on July 6, 2026. See Doc. No. 144. Several other Defendants to this case filed Motions to Dismiss and other attacks on Plaintiff's Second Amended Complaint, all of which were heard (or taken under submission on the papers) by the assigned Magistrate Judge, who prepared Reports and Recommendations on those motions. See Doc. Nos. 184, 197, 201.

On November 18, 2026, the City Defendants filed a Motion for Judgment on the Pleadings. See Doc. No. 204. Notwithstanding the Court having previously pointed out their error in noticing their Motion to Set Aside Default for hearing by the assigned District Judge rather than the Magistrate Judge, and the fact that all other challenges to Plaintiff's Second Amended Complaint have been heard by the Magistrate Judge, the City Defendants again noticed their Motion for Judgment on the Pleadings before the assigned District Judge, without a hearing as per the District Judge's procedures and schedules. Id. at ECF p. 2. The Court declined to correct these Defendants' error again (as it had on their Motion to Set Aside Default), and instead ordered the improper motion stricken. See Doc. No. 205.

Inexplicably, the City Defendants have re-filed that Motion for Judgment on the Pleadings again noticed for hearing "on a date and time to be determined in the courtroom of the Honorable District Judge Valerie B. Fairbank … ." Doc. No. 206 at ECF p. 2. Although they included in the caption of that Motion a hearing date of Monday, December 21, 2026, id. at ECF p. 1, that is not a proper hearing date for either Judge Fairbank (who specifies that parties noticing a motion before her should not notice a hearing date) or Judge Roberts (who hears civil motions on Tuesdays).

The Court reminds the parties that this case has been referred to the assigned Magistrate Judge "who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary." Doc. No. 7. The City Defendants' Motion for Judgment on the Pleadings, like all other preliminary matters, must be noticed for hearing by the assigned Magistrate Judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-2134-VBF (DSR) Date: November 24, 2026

Title JEFFREY GU v. CITY OF IRVINE, et al.

In order to avoid the filing of yet a third Motion for Judgment on the Pleadings by the City Defendants, the Court will again sua sponte re-calendar Defendants' Motion for them on a proper hearing date. The Motion for Judgment on the Pleadings is hereby re-set for hearing on the next-available motion date on Judge Roberts's calendar – **December 29, 2026, at 10:00 a.m.** in Courtroom 690 of the Roybal Federal Courthouse. Opposition and Reply papers are due pursuant to the requirements in the Local Rules.

ANY FURTHER MOTIONS IN THIS CASE NOT PROPERLY NOTICED FOR HEARING, BY ANY PARTY, WILL BE SUMMARILY STRICKEN AND NOT RE-SET SUA SPONTE.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK